1  BERTRAM FIELDS (SBN 024199)
   BFields@ggfirm.com
2  RICARDO P. CESTERO (SBN 203230)
   RCestero@GreenbergGlusker.com
3  JAMES R. MOLEN (SBN 260269)
   JMolen@GreenbergGlusker.com
4  GREENBERG GLUSKER FIELDS
    CLAMAN & MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
6  Telephone:  310.553.3610
   Fax:  310.553.0687
7
   Attorneys for Plaintiffs
8  Golden Boy Promotions LLC and Bernard Hopkins

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  GOLDEN BOY PROMOTIONS LLC          Case No.  2:15-cv-03378 JFW (MRWx)
    and BERNARD HOPKINS,
13                                     **[Assigned to Hon. John F. Walter]**
               Plaintiffs,
14
          v.
15                                     **PLAINTIFFS' NOTICE OF
    ALAN HAYMON, ALAN HAYMON           DISMISSAL WITHOUT
16  DEVELOPMENT, INC., HAYMON          PREJUDICE AS TO DEFENDANTS
    SPORTS, LLC, HAYMON BOXING         WADDELL & REED FINANCIAL,
17  MANAGEMENT, HAYMON                 INC.; WADDELL & REED, INC.;
    BOXING LLC, HAYMON BOXING:         IVY ASSET STRATEGY FUND;
18  MEDIA GROUP HOLDINGS LLC,          WRA ASSET STRATEGY AND IVY
    WADDELL & REED FINANCIAL,          FUNDS VIP ASSET STRATEGY
19  INC., WADDELL & REED, INC.,
    IVY ASSET STRATEGY FUND,
20  WRA ASSET STRATEGY, IVY
    FUNDS VIP ASSET STRATEGY,          **Complaint filed:  May 14, 2015**
21  RYAN CALDWELL, and DOES 1
    through 20,
22
               Defendants.
23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590

1    **TO THE COURT AND COUNSEL OF RECORD:**

2         **PLEASE TAKE NOTICE THAT**: Plaintiffs Golden Boy Promotions LLC

3    and Bernard Hopkins hereby dismiss their Complaint without prejudice pursuant to

4    Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as to the following

5    Defendants:  Waddell & Reed Financial, Inc.; Waddell & Reed, Inc.; Ivy Asset

6    Strategy Fund; WRA Asset Strategy and Ivy Funds VIP Asset Strategy.  Dismissal

7    pursuant to Rule 41(a)(1)A)(i) is appropriate because none of the listed Defendants

8    has served either an answer or a motion for summary judgment as of the filing of

9    this Notice.

10

11   DATED:  June 29, 2015                    GREENBERG GLUSKER FIELDS
                                              CLAMAN & MACHTINGER LLP
12

13

14                                           By _____/s/ Ricardo P. Cestero_____
                                                Ricardo P. Cestero
15                                              *Attorneys for Plaintiffs Golden Boy*
                                                *Promotions LLC and Bernard Hopkins*
16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590

1

**PROOF OF SERVICE**

2

3          I am a resident of the State of California, over the age of eighteen years, and
not a party to the within action.  My business address is Greenberg, Glusker, Fields,
4     Claman & Machtinger LLP, 1900 Avenue of the Stars, 21st Floor, Los Angeles,
California 90067.
5

6          On June 29, 2015, I served the following document described as
**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO**
7     **DEFENDANTS WADDELL & REED FINANCIAL, INC.; WADDELL &**
**REED, INC.; IVY ASSET STRATEGY FUND; WRA ASSET STRATEGY**
8     **AND IVY FUNDS VIP ASSET STRATEGY** on the interested parties in this
action by placing a copy thereof enclosed in a sealed envelope addressed as
9     follows:

10

| | |
|---|---|
| Howard L. Weitzman, Esq. | *Attorneys for Defendants* |
| Jeremiah T. Reynolds, Esq. | *ALAN HAYMON; ALAN HAYMON* |
| Kinsella Weitzman Iser Kump | *DEVELOPMENT, INC.; HAYMON* |
|    & Aldisert LLP | *SPORTS, LLC; HAYMON* |
| 808 Wilshire Boulevard | *BOXING MANAGEMENT;* |
| Third Floor | *HAYMON BOXING LLC;* |
| Santa Monica, CA  90401-1889 | *HAYMON BOXING; and RYAN* |
| | *CALDWELL* |

Telephone:  (310) 566-9816
Facsimile:  (310) 566-9886
Email: HWeitzman@kwikalaw.com;
JReynolds@kwikalaw.com;

| | |
|---|---|
| Russell F. Sauer, Jr., Esq. | *Attorneys for Defendants Waddell* |
| Monica Klosterman, Esq. | *& Reed,Inc. and Waddell & Reed* |
| LATHAM & WATKINS LLP | *Financial, Inc.* |
| 355 South Grand Avenue | |
| Los Angeles, California 90071 | |

Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: Russ.Sauer@lw.com;
Email: Monica.Klosterman@lw.com

<u>XX</u>    **(BY MAIL)**  By placing the document(s) listed above in sealed envelope(s)
in a designated "OUT" box in the office of my employer.  I am readily
familiar with the firm's practice of collection and processing correspondence
for mailing.  Under that practice it would be deposited with the United States
Postal Service on that same day with postage thereon fully prepaid.  (CCP
Section 1013a, 2015.5, FRCP section 5(B), or FRAP 25(d).

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

__  **(BY HAND DELIVERY)**  By providing a copy of the document(s) listed above in a sealed envelope to an attorney service with instructions to personally deliver the envelope(s) as listed above on _____.

__  **(BY E-MAIL)**  I e-mailed a true copy of the foregoing document to the addressees at their e-mail addresses set forth above.  Each e-mail was complete and no reports of error were received.

XX  **(BY CM/ECF)** The document listed above was also served on June 29, 2015, by electronic service by electronically filing said document with the U.S. District Court, Central District of California Case Management/Electronic Case Filing (CM/ECF) system.  Upon completion of transmission of said document, a Notice of Electronic Filing (NEF) was issued to the filing party acknowledging receipt of said documents by the CM/ECF system and that notice had been electronically mailed to all parties.

XX  **(FEDERAL)**       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 29, 2015, at Los Angeles, California.

　　　　Nancy L. Luis　　　　　　　　　　/s/ Nancy L. Luis
　　　　　　　　　　　　　　　　　　　　　　Signature

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590