BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
RICARDO P. CESTERO (SBN 203230)
RCestero@GreenbergGlusker.com
JAMES R. MOLEN (SBN 260269)
JMolen@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
  CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs
Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hopkins

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, GOLDEN BOY PROMOTIONS, INC. and BERNARD HOPKINS,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, ALAN HAYMON DEVELOPMENT, INC., HAYMON HOLDINGS, LLC, HAYMON SPORTS, LLC, HAYMON BOXING MANAGEMENT, HAYMON BOXING LLC, and RYAN CALDWELL,<br><br>Defendants. | Case No. 2:15-cv-03378 JFW (MRWx)<br><br>*Assigned to Hon. John F. Walter*<br>*Magistrate Judge: Hon. Michael R. Wilner*<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL**<br><br>**[DISCOVERY MATTER]**<br><br>Action Filing Date: May __, 2015 |

17896-00617/2585736.1

[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

On May 10, 2016, the Parties filed with the Court a Stipulated Protective Order ("Stipulation"). After reviewing the Stipulation, the Court finds that there is good cause to approve it. The terms of the Stipulation are incorporated by reference herein, and constitute the Protective Order of this Court.

**IT IS SO ORDERED**.

Dated: May 10, 2016

_____
HON. MICHAEL R. WILNER
United States Magistrate Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

17896-00617/2585736.1    1    [PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER