**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | |
|---|---|
| Case No.    **CV 15-3378-JFW (MRWx)** | Date: August 24, 2016 |

Title:     Golden Boy Promotions LLC, et al. -v- Alan Haymon, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

In the Court's February 29, 2016 Amended Scheduling and Case Management Order ("Amended CMO"), the Court set May 3, 2016 as the last day to conduct a Settlement Conference, and May 10, 2016 as the last day to file a Joint Report Re: Results of Settlement Conference. The parties have violated the Court's Amended CMO by failing to file a Joint Report Re: Results of Settlement Conference on or before May 10, 2016, and presumably by failing to complete the Settlement Conference by the Court-ordered deadline of May 3, 2016.

Accordingly, the parties are ordered to show cause in writing by **August 31, 2016** why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties for their violation of the Court's Amended CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr