1 **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
   Barry H. Berke (*pro hac vice*)
2    bberke@kramerlevin.com
   Norman C. Simon (*pro hac vice*)
3    nsimon@kramerlevin.com
   Marjorie H. Sheldon (*pro hac vice*)
4    msheldon@kramerlevin.com
1177 Avenue of the Americas
5 New York, New York 10036
Telephone: (212) 715-9100
6 Facsimile: (212) 715-8000

7 Attorneys for Defendant Alan Haymon

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALAN HAYMON, *et al.*,<br><br>    Defendants. | Case No. 2:15-cv-3378-JFW (MRWx)<br><br>**EXCERPTED DEPOSITION TESTIMONY OF OSCAR DE LA HOYA SUPPORTING DEFENDANT ALAN HAYMON'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: November 28, 2016<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Trial Date: March 14, 2017 |

1 **EXCERPTED DEPOSITION TESTIMONY OF OSCAR DE LA HOYA**

3 **226:12-15**

4  226:12        Q.  AND DOES ROC NATION HAVE ANY WORLD

5  226:13   CHAMPIONS?

6  226:14        A.  I BELIEVE THEY HAVE ONE, WHO IS

7  226:15   ANDRE WARD.

10    Respectfully submitted,

11 DATE:  October 31, 2016          By:  /s/ Barry H. Berke
                                         Barry H. Berke
                                         *Attorney for Defendant Alan Haymon*