**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Barry H. Berke (*pro hac vice*)
bberke@kramerlevin.com
Norman C. Simon (*pro hac vice*)
nsimon@kramerlevin.com
Marjorie H. Sheldon (*pro hac vice*)
msheldon@kramerlevin.com
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for Defendant Alan Haymon

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-3378-JFW (MRWx)<br><br>**EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ SUPPORTING DEFENDANT ALAN HAYMON'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: November 28, 2016<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Trial Date: March 14, 2017 |

## EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ

**28:17-21**

28:17    Q.  UH-HUH.  NOW, HAD YOU EVER, BEFORE
28:18  THIS CASE, HEARD THE TERM "CHAMPIONSHIP-CALIBER
28:19  BOXER"?
28:20    A.  TO THE BEST OF MY RECOLLECTION, I HAVE
28:21  NOT.

Respectfully submitted,

DATE:  October 31, 2016        By:  /s/ Barry H. Berke
                                                    Barry H. Berke
                                                    *Attorney for Defendant Alan Haymon*