**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
John B. Quinn (SBN 90378)
johnquinn@quinnemanuel.com
Michael E. Williams (SBN 108542)
michaelwilliams@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile:  213.443.3100

Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC

[*additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-3378-JFW-MRW<br><br>**DECLARATION OF MICHAEL E. WILLIAMS IN SUPPORT OF (1) DEFENDANT ALAN HAYMON'S MOTION FOR SUMMARY JUDGMENT, AND (2) DEFENDANTS ALAN HAYMON DEVELOPMENT, INC., HAYMON BOXING LLC, HAYMON BOXING MANAGEMENT, HAYMON HOLDINGS LLC, AND HAYMON SPORTS LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. John F. Walter<br>Hearing Date:  November 28, 2016<br>Time:  1:30 p.m.<br>Place:  Courtroom No. 16<br><br>Filing Date:  May 5, 2015<br>Trial Date:  March 14, 2017 |

# DECLARATION OF MICHAEL E. WILLIAMS

I, Michael E. Williams, declare as follows;

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for the Defendants in this action. I am an attorney licensed to practice in the State of California, as well as before the United States District Court for the Central District of California. I submit this declaration in support of the Defendants' Motions for summary judgment pursuant to Fed. R. Civ. P. 56. This declaration is based on my personal knowledge, and if called upon to do so, I would and could testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the September 20, 2016 deposition of Alan Haymon. Exhibit 1 contains testimony offered in support of Alan Haymon's Motion for Summary Judgment in his individual Capacity (the "Individual Motion"). Exhibit 1-A contains testimony offered in support of Defendants Alan Haymon Development, Inc., Haymon Boxing LLC, Haymon Boxing Management, Haymon Holdings LLC, and Haymon Sports LLC's Motion for Summary Judgment (the "Entities Motion").

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the September 22, 2016 deposition of Eric Gomez. Exhibit 2 contains testimony offered in support of the Individual Motion. Exhibit 2-A contains testimony offered in support of the Entities Motion.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the September 28, 2016 deposition of Roberto Diaz. Exhibit 3 contains testimony offered in support of the Individual Motion. Exhibit 3-A contains testimony offered in support of the Entities Motion.

5. Attached hereto as **Exhibit 4** is a true and correct copy of GB0012068, a May 21, 2015 email from Robert Diaz to the manager of Luis Ortiz. Plaintiffs produced this document in discovery in the related arbitration between the parties.[1]

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the October 21, 2016 deposition of Robert Kneuper. Exhibit 5 contains testimony offered in support of the Individual Motion. Exhibit 5-A contains testimony offered in support of the Entities Motion.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the October 28, 2016, deposition of Julio Ramirez. Exhibit 6 contains testimony offered in support of the Individual Motion. Exhibit 6-A contains testimony offered in support of the Entities Motion.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the July 22, 2016 Supplemental Interrogatory Responses of Plaintiffs Golden Boy Promotions, LLC, Golden Boy Promotions, Inc., and Bernard Hopkins.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the September 30, 2016 deposition of Michael Ring. Exhibit 8 contains testimony offered in support of the Individual Motion. Exhibit 8-A contains testimony offered in support of the Entities Motion.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the October 6, 2016 deposition of Bernard Hopkins. Exhibit 9 contains testimony offered in support of the Individual Motion. Exhibit 9-A contains testimony offered in support of the Entities Motion.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the September 6, 2016 Expert Report of Robert Kneuper, Ph.D, Plaintiffs' proffered economics expert.

---

[1] On August 17, 2016, Defendants informed Plaintiffs that they intended to use GB0012068 in this action and received no response.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the October 19, 2016 deposition of Gene Deetz. Exhibit 11 contains testimony offered in support of the Individual Motion. Exhibit 11-A contains testimony offered in support of the Entities Motion.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the October 20, 2016 deposition of Gary Shaw. Exhibit 12 contains testimony offered in support of the Individual Motion. Exhibit 12-A contains testimony offered in support of the Entities Motion.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the August 25, 2016 Supplemental Interrogatory Responses of Plaintiffs Golden Boy Promotions, LLC, Golden Boy Promotions, Inc., and Bernard Hopkins.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the September 23, 2016 deposition of Oscar De La Hoya. Exhibit 14 contains testimony offered in support of the Individual Motion. Exhibit 14-A contains testimony offered in support of the Entities Motion.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the September 26, 2016 deposition of Michael Smith.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the December 19, 2014 Settlement Agreement in connection with a prior dispute between the parties.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Second Amended Complaint (Dkt. No. 95) in the instant action, filed January 20, 2016.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the Expert Report of Gene Deetz, dated September 6, 2016.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Ex. 16 to the Deposition of Alan Haymon (DEF000666-74).

21. Attached hereto as **Exhibit 20** is a true and correct copy of Ex. 17 to the Deposition of Alan Haymon (DEF000635-65).

22. Attached hereto as **Exhibit 21** is a true and correct copy of Ex. 23 to the Deposition of Eric Gomez (GBP003276-84).

23. Attached hereto as **Exhibit 22** is a true and correct copy of Ex. 24 to the Deposition of Eric Gomez (GBP007761-74).

24. Attached hereto as **Exhibit 23** is a true and correct copy of Ex. 23 to the Deposition of Eric Gomez (GBP003276-84).

25. Attached hereto as **Exhibit 24** is a true and correct copy of Ex. 29 to the Deposition of Eric Gomez (GB0017560-66). Plaintiffs produced this document in discovery in the related arbitration between the parties.

26. Attached hereto as **Exhibit 25** is a true and correct copy of Ex. 30 to the Deposition of Eric Gomez (GB0017567-83). Plaintiffs produced this document in discovery in the related arbitration between the parties.

27. Attached hereto as **Exhibit 26** is a true and correct copy of Ex. 38 to the Deposition of Oscar De La Hoya (Broadcasting & Cable article titled "Oscar De La Hoya's New Fight," dated September 27, 2010).

28. Attached hereto as **Exhibit 27** is a true and correct copy of Ex. 42 to the Deposition of Oscar De La Hoya (GBP017423).

29. Attached hereto as **Exhibit 28** is a true and correct copy of Ex. 89 to the Deposition of Robert Kneuper (GBP068167-68).

30. Attached hereto as **Exhibit 29** is a true and correct print out from the StubHub Center's website titled "Showtime Boxing Presents: Julio Cesar Chavez Jr. vs. Andrzej Fonfara." *See* StubHub Center, "Showtime Boxing Presents: Julio Cesar Chavez Jr. vs. Andrzej Fonfara," http://www.stubhubcenter.com/events/detail/showtime-boxing-presents-julio-cesar-chavez-jr-vs-andrzej-fonfara (last visited Oct. 31, 2016).

1       31.    Attached hereto as **Exhibit 30** is a true and correct copy of Ex. 94 to the Deposition of Julio Ramirez (GBP051857-62).

      32.    Attached hereto as **Exhibit 31** is a true and correct copy of Ex. 13 to the Deposition of Alan Haymon (DEF000610-34).

33. Attached hereto as **Exhibit 32** is a true and correct copy of Ex. 35 to the Deposition of Eric Gomez (ESPN.com article titled "Canelo's next fight: Date set, but opponent, site both up in air," dated January 5, 2016).

I declare under the laws of the United States that the foregoing is true and correct. Executed on October 31, 2016, at Los Angeles, California.

DATED:  October 31, 2016        QUINN EMANUEL URQUHART & SULLIVAN LLP

By */s/ Michael E. Williams*
  Michael E. Williams

**KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP**
Howard Weitzman (SBN 38723)
hweitzman@kwikalaw.com
Jeremiah T. Reynolds (SBN 223554)
jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California  90401
Telephone: 310.566.9800
Facsimile:  310.566.9850

Attorneys for Defendant
Alan Haymon Development, Inc.

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
  Barry H. Berke (*pro hac vice*)
  bberke@kramerlevin.com
  Norman C. Simon (*pro hac vice*)
  nsimon@kramerlevin.com
  Marjorie H. Sheldon (*pro hac vice*)
  msheldon@kramerlevin.com
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

Attorneys for Defendant Alan Haymon