# EXHIBIT 3

## DEPOSITION OF ROBERTO DIAZ

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3

 4

 5   GOLDEN BOY PROMOTIONS, LLC, )
     GOLDEN BOY PROMOTIONS, INC.,)
 6   AND BERNARD HOPKINS,        )
                                 )
 7              PLAINTIFFS,      )
                                 )
 8      VS.                      ) CASE NO.
                                 ) 2:15-CV-03378
 9   ALAN HAYMON, ALAN HAYMON    ) JFW (MRWX)
     DEVELOPMENT, INC., HAYMON   )
10   HOLDINGS, LLC, HAYMON       )
     SPORTS, LLC, HAYMON BOXING  )
11   MANAGEMENT, HAYMON BOXING,  )
     LLC, AND RYAN CALDWELL,     )
12                               )
                DEFENDANTS.      )
13   _____)
14

15

16

17           DEPOSITION OF ROBERTO DIAZ, TAKEN
18           ON BEHALF OF THE DEFENDANTS, AT 865
19           SOUTH FIGUEROA STREET, TENTH FLOOR,
20           LOS ANGELES, CALIFORNIA, COMMENCING
21           AT 9:30 A.M., WEDNESDAY, SEPTEMBER 28,
22           2016, BEFORE TRACY M. FOX, CSR NUMBER
23           10449.
24

25
                                                    2
```

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

09:55:01   1          Q.   UH-HUH.

09:55:02   2          A.   OKAY.  THE SECOND FIGHT HE WAS

09:55:04   3    FIGHTING A FIGHTER FROM SOUTH AFRICA, HAVING TO GO TO

09:55:11   4    SOUTH AFRICA AGAINST THE HOUSE FIGHTER.

09:55:15   5               I CAME UP WITH THE IDEA -- AND BECAUSE

09:55:16   6    OF MY RELATIONSHIP AND TRUST THAT MEDINA HAD IN ME,

09:55:20   7    THAT HE SIGNED WITH THE SOUTH AFRICAN PROMOTER.

09:55:24   8               AT FIRST, MEDINA SAID, "I DON'T

09:55:26   9    UNDERSTAND WHY I'M SIGNING WITH A SOUTH AFRICAN

09:55:27  10    PROMOTER."

09:55:29  11               AND EVEN THE SOUTH AFRICAN PROMOTER

09:55:31  12    SAID, "WHY AM I SIGNING MEDINA?"

09:55:33  13               I SAID, "BECAUSE REGARDLESS OF WHO

09:55:36  14    WINS, YOU HAVE THE WINNER."

09:55:39  15               AND I TOLD MEDINA, "YOU'LL GET A

09:55:41  16    BETTER CHANCE OF GETTING A CLOSE DECISION, BECAUSE

09:55:41  17    YOU'RE A BIGGER NAME, IF HE'S YOUR PROMOTER AND NOT

09:55:43  18    AGAINST YOU."

09:55:44  19               THEY BOTH AGREED.  THEY SIGNED MEDINA.

09:55:51  20               HE WAS STOPPED, AND THAT'S WHEN I

09:55:53  21    RETIRED HIM.

09:55:54  22    BY MR. WOLFSON:

09:55:54  23          Q.   SO MR. MEDINA IN THIS -- THIS WAS A

09:55:56  24    TITLE FIGHT?

09:55:57  25          A.   TITLE ELIMINATOR.  BOTH FIGHTS THAT I

32



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 09:55:59 | 1 | DID FOR MEDINA'S LAST TWO FIGHTS WERE WORLD-TITLE |
| 09:56:02 | 2 | ELIMINATORS. |
| 09:56:02 | 3 | Q.   OH.   SO THIS TITLE-ELIMINATOR FIGHT |
| 09:56:04 | 4 | WAS PROMOTED BY A SOUTH AFRICAN PROMOTER? |
| 09:56:09 | 5 | A.   CORRECT. |
| 09:56:09 | 6 | Q.   AND THIS WAS FOR A WORLD-CHAMPIONSHIP |
| 09:56:11 | 7 | TITLE ELIMINATOR FOR THE ENTIRE BOXING INDUSTRY; IS |
| 09:56:16 | 8 | THAT RIGHT? |
| 09:56:16 | 9 | MR. CESTERO:   OBJECTION; IT'S VAGUE |
| 09:56:17 | 10 | AND AMBIGUOUS.   ALSO MISSTATES THE WITNESS'S |
| 09:56:19 | 11 | TESTIMONY. |
| 09:56:19 | 12 | THE DEPONENT:   IT WAS FOR THE |
| 09:56:21 | 13 | INTERNATIONAL BOXING FEDERATION, JUST ONE |
| 09:56:23 | 14 | ORGANIZATION. |
| 09:56:24 | 15 | BY MR. WOLFSON: |
| 09:56:24 | 16 | Q.   FAIR ENOUGH. |
| 09:56:25 | 17 | SO THIS WAS A TITLE-ELIMINATOR FIGHT |
| 09:56:27 | 18 | FOR THE INTERNATIONAL BOXING FEDERATION; RIGHT? |
| 09:56:30 | 19 | MR. CESTERO:   OBJECTION; ASKED AND |
| 09:56:32 | 20 | ANSWERED. |
| 09:56:32 | 21 | THE DEPONENT:   YES. |
| 09:56:32 | 22 | BY MR. WOLFSON: |
| 09:56:32 | 23 | Q.   AND WAS THIS FIGHT IN SOUTH AFRICA? |
| 09:56:36 | 24 | A.   JOHANNESBURG, YES. |
| 09:56:36 | 25 | Q.   WAS IT BROADCAST IN THE U.S.? |

33



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 09:56:45 | 1 | A.   I DON'T RECALL.   I -- I DON'T THINK |
| 09:56:46 | 2 | SO, BUT I DON'T RECALL. |
| 09:56:46 | 3 | Q.   DID YOU THINK THAT THAT NEGATIVELY |
| 09:56:49 | 4 | AFFECTED MR. MEDINA, THAT IT WAS NOT BROADCAST IN THE |
| 09:56:52 | 5 | U.S.? |
| 09:56:54 | 6 | MR. CESTERO:  OBJECTION; IT'S VAGUE |
| 09:56:55 | 7 | AND AMBIGUOUS. |
| 09:56:55 | 8 | THE DEPONENT:  NOT FROM THE U.S.  HE'S |
| 09:56:57 | 9 | A MEXICAN FIGHTER.  NO. |
| 09:56:59 | 10 | BY MR. WOLFSON: |
| 09:56:59 | 11 | Q.   DID IT AFFECT MR. MEDINA'S CHAMPION -- |
| 09:57:03 | 12 | OR CHANCES TO BE A CHAMPION, THAT HE WAS NOT FIGHTING |
| 09:57:06 | 13 | IN THE U.S.? |
| 09:57:07 | 14 | MR. CESTERO:  OBJECTION; THAT'S VAGUE |
| 09:57:08 | 15 | AND AMBIGUOUS. |
| 09:57:08 | 16 | THE DEPONENT:  MR. MEDINA HAD FOUGHT |
| 09:57:11 | 17 | ALL OVER THE WORLD, WAS VERY COMFORTABLE.  NO. |
| 09:57:18 | 18 | BY MR. WOLFSON: |
| 09:57:18 | 19 | Q.   DID IT AFFECT THE PURSE SIZE THAT HE |
| 09:57:21 | 20 | WAS -- THAT HE WAS ABLE TO NEGOTIATE, THAT HIS FIGHT |
| 09:57:23 | 21 | WAS NOT BROADCAST IN THE U.S.? |
| 09:57:26 | 22 | MR. CESTERO:  OBJECTION; IT'S VAGUE |
| 09:57:28 | 23 | AND AMBIGUOUS. |
| 09:57:28 | 24 | THE DEPONENT:  IF THE TELEVISION AT |
| 09:57:30 | 25 | THE TIME WASN'T INTERESTED IN MR. MEDINA IN THE U.S., |

34

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 09:57:34 | 1 | IT WOULD BE VERY -- I MEAN, WHO WOULD PROMOTE -- HE |
| 09:57:36 | 2 | DIDN'T HAVE A PROMOTER. |
| 09:57:38 | 3 | SO THERE WAS A PROMOTER WILLING -- |
| 09:57:42 | 4 | BECAUSE MAYBE HE HAD TELEVISION IN -- IN SOUTH |
| 09:57:43 | 5 | AFRICA -- BECAUSE MAYBE HE WAS WILLING TO TAKE THE |
| 09:57:46 | 6 | RISK OF PUTTING THE MONEY, WE HAD TO GO THERE. |
| 09:57:50 | 7 | BY MR. WOLFSON: |
| 09:57:50 | 8 | Q.    AND THE INTERNATIONAL BOXING |
| 09:57:52 | 9 | FEDERATION SANCTIONED THIS FIGHT IN SOUTH AFRICA, |
| 09:57:57 | 10 | REGARDLESS OF WHETHER IT WAS BROADCAST IN THE U.S. OR |
| 09:58:01 | 11 | NOT; RIGHT? |
| 09:58:02 | 12 | A.    OF COURSE. |
| 09:58:09 | 13 | Q.    OKAY. |
| 09:58:10 | 14 | A.    NOW, AS FAR AS MONEY, BECAUSE I -- |
| 09:58:11 | 15 | I -- I -- I WILL SAY THIS, I REMEMBER IN THE CASE |
| 09:58:13 | 16 | WITH MR. MEDINA, HE DIDN'T HAVE TO DO THE TITLE |
| 09:58:16 | 17 | ELIMINATOR IN THE SECOND FIGHT. |
| 09:58:17 | 18 | HE COULD HAVE FOUGHT FOR THE WORLD |
| 09:58:20 | 19 | TITLE.  WE GOT A DIRECT OFFER FOR 20,000.  WE WENT |
| 09:58:23 | 20 | FOR THE TITLE ELIMINATOR FOR CLOSE TO 50-. |
| 09:58:27 | 21 | SO I GOT HIM MORE MONEY THAN FIGHTING |
| 09:58:29 | 22 | FOR A WORLD TITLE BECAUSE, AGAIN, HE HAD WON FIVE |
| 09:58:33 | 23 | TITLES.  IT WASN'T ABOUT TITLES; IT WAS ABOUT PUTTING |
| 09:58:36 | 24 | SOME MONEY IN THE BANK. |
| 09:58:38 | 25 | Q.    SURE. |

35



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 10:22:06 | 1 | A.   EXAMPLE? |
| 10:22:07 | 2 | Q.   CANELO ALVAREZ. |
| 10:22:09 | 3 | A.   CANELO ALVAREZ CURRENTLY ONLY FIGHTS |
| 10:22:12 | 4 | IN THE U.S.  BUT IT'S NOT ANYTHING IN WRITING THAT HE |
| 10:22:15 | 5 | HAS TO ONLY FIGHT IN THE U.S. |
| 10:22:17 | 6 | Q.   BUT MY QUESTION WAS:  DOES HE ONLY -- |
| 10:22:19 | 7 | DO GOLDEN BOY'S 12-ROUND FIGHTERS ONLY FIGHT OTHER |
| 10:22:23 | 8 | BOXERS THAT ARE FROM THE U.S.? |
| 10:22:25 | 9 | A.   NO. |
| 10:22:26 | 10 | Q.   AND DO THEY ONLY FIGHT OTHER BOXERS |
| 10:22:28 | 11 | THAT HAVE BEEN ON TELEVISION IN THE U.S.? |
| 10:22:31 | 12 | A.   NO. |
| 10:22:32 | 13 | Q.   DO YOU KNOW THE NAME LIAM SMITH? |
| 10:22:34 | 14 | A.   YES. |
| 10:22:35 | 15 | Q.   WHO IS THAT? |
| 10:22:36 | 16 | A.   HE'S CANELO ALVAREZ'S LAST OPPONENT |
| 10:22:38 | 17 | AND FORMER WORLD CHAMPION. |
| 10:22:40 | 18 | Q.   AND WHERE IS MR. SMITH BASED, TO THE |
| 10:22:44 | 19 | BEST OF YOUR KNOWLEDGE? |
| 10:22:44 | 20 | A.   THE U.K. |
| 10:22:46 | 21 | Q.   AND ARE YOU AWARE OF WHETHER HE WAS ON |
| 10:22:48 | 22 | T.V. IN THE U.S. FOR HIS RECENT FIGHT WITH |
| 10:22:50 | 23 | MR. ALVAREZ? |
| 10:22:51 | 24 | A.   I'M NOT AWARE IF ANY OF HIS FIGHTS |
| 10:22:53 | 25 | HAVE EVER BEEN TELEVISED IN THE U.S., BUT HE HAD NOT |

60

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

10:22:58   1   FOUGHT IN THE U.S.

10:22:59   2        Q.    AND MR. SMITH, YOU SAID, WAS A WORLD

10:23:01   3   CHAMPION?

10:23:01   4        A.    YES.

10:23:02   5        Q.    WOULD YOU CONSIDER HIM A

10:23:04   6   CHAMPIONSHIP-CALIBER BOXER?

10:23:06   7        A.    ABSOLUTELY.

10:23:06   8        Q.    AND IS IT FAIR TO SAY THAT -- THAT THE

10:23:08   9   MAJORITY OF HIS FIGHTS HAVE BEEN OVERSEAS, OUTSIDE OF

10:23:11   10   THE U.S.?

10:23:12   11        A.    YES.

10:23:15   12        Q.    NOW, DID YOU MATCH -- OR DID YOU MAKE

10:23:17   13   THAT MATCH?

10:23:19   14        A.    AT THAT PARTICULAR POINT -- LEVEL IN

10:23:21   15   THE CAREER -- REMEMBER WHEN I SAID YOU TAKE THEM TO A

10:23:23   16   CERTAIN POINT AND THEN THEY'RE ON THEIR OWN?  IT'S --

10:23:26   17   IT'S MORE OF A TEAM.

10:23:29   18        OSCAR HAS A LOT TO SAY AS -- AS --

10:23:31   19   THE -- THE PROMO- -- YOU KNOW, GOLDEN BOY, AND

10:23:33   20   ERIC GOMEZ AND TEAM CANELO.  AND THAT'S THE

10:23:35   21   NEGOTIATIONS THAT ARE ABOVE ME.

10:23:38   22        Q.    SO WERE YOU AT -- AT ALL INVOLVED IN

10:23:40   23   THE CANELO-SMITH FIGHT?

10:23:43   24        A.    YES, I WAS INVOLVED.

10:23:44   25        MR. CESTERO:  HANG ON.

61



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 10:26:13 | 1 | THE DEPONENT:  NOT NECESSARILY.  I |
| 10:26:14 | 2 | MEAN, IT JUST -- AS LONG AS I HAVE COMMUNICATION WITH |
| 10:26:15 | 3 | THE MANAGER AND WE CAN, YOU KNOW, STRIKE WHAT IS |
| 10:26:20 | 4 | THE -- THE FAIR DEAL. |
| 10:26:20 | 5 | BY MR. WOLFSON: |
| 10:26:20 | 6 | Q.    SO IF YOU'RE PROMOTING A -- A FIGHT IN |
| 10:26:23 | 7 | THE U.S., DOES IT MATTER TO YOU THAT THE BOXER'S |
| 10:26:27 | 8 | MANAGER IS ALSO IN THE U.S.? |
| 10:26:38 | 9 | A.    NO. |
| 10:26:39 | 10 | Q.    WHEN WORKING WITH A BOXER WHO IS BASED |
| 10:26:41 | 11 | OVERSEAS, AND HAS A PROMOTIONAL AGREEMENT WITH A |
| 10:26:44 | 12 | PROMOTER, WILL YOU ONLY MAKE MATCHES WITH BOXERS WHO |
| 10:26:51 | 13 | HAVE A U.S.-BASED PROMOTER? |
| 10:26:57 | 14 | MR. CESTERO:  OBJECTION; IT'S VAGUE |
| 10:26:58 | 15 | AND AMBIGUOUS. |
| 10:26:58 | 16 | THE DEPONENT:  LIAM SMITH DOESN'T HAVE |
| 10:27:01 | 17 | A U.S.-BASED PROMOTER; HAD A FRANK WARREN, |
| 10:27:04 | 18 | HALL-OF-FAMER FROM THE U.K. |
| 10:27:04 | 19 | BY MR. WOLFSON: |
| 10:27:04 | 20 | Q.    SO THIS WAS -- MR. SMITH WAS FIGHTING |
| 10:27:13 | 21 | MR. ALVAREZ FOR A -- FOR A TITLE? |
| 10:27:14 | 22 | A.    YES. |
| 10:27:15 | 23 | Q.    AND SO THIS WAS A CHAMPIONSHIP BOUT? |
| 10:27:18 | 24 | A.    YES. |
| 10:27:18 | 25 | Q.    AND THE PROMOTER ON MR. ALVAREZ'S SIDE |

65

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

```
10:27:23   1    WAS GOLDEN BOY?
10:27:24   2              A.   YES.
10:27:24   3              Q.   THE PROMOTER ON MR. SMITH'S SIDE WAS
10:27:27   4    MR. -- WAS MARK WARREN FROM THE UNITED KINGDOM?
10:27:30   5                   MR. CESTERO:   OBJECTION; THAT'S VAGUE
10:27:30   6    AND AMBIGUOUS, MISSTATES THE -- WELL, IT ASSUMES
10:27:33   7    FACTS NOT IN EVIDENCE.
10:27:36   8                   THE DEPONENT:   FRANK WARREN.
10:27:37   9    BY MR. WOLFSON:
10:27:37   10             Q.   I'M SORRY.
10:27:39   11                  FRANK WARREN.
10:27:39   12                  THANK YOU.
10:27:40   13                  WE USED TO HAVE AN ATTORNEY HERE NAMED
10:27:41   14   MATT WARREN.   THAT'S WHY I SAID THAT.
10:27:44   15                  SO JUST TO CLARIFY, ON THE FIGHT THAT
10:27:46   16   JUST HAPPENED BETWEEN MR. ALVAREZ AND MR. SMITH, ON
10:27:50   17   MR. ALVAREZ'S SIDE WAS GOLDEN BOY AND ON MR. SMITH'S
10:27:54   18   SIDE, PROMOTION-WISE, WAS FRANK WARREN?
10:27:58   19                  MR. CESTERO:   OBJECTION; IT'S VAGUE
10:27:58   20   AND AMBIGUOUS, AND IT ASSUMES FACTS NOT IN
10:27:59   21   EVIDENCE.
10:28:14   22                  THE DEPONENT:   YES.   CORRECT.
10:28:14   23   BY MR. WOLFSON:
10:28:14   24             Q.   NOW, SIR, AS A MATCHMAKER, DO YOU VIEW
10:28:19   25   YOURSELF AS A PROMOTER?
```

66

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

11:21:27  1            Q.   AND TO YOU, IN YOUR MIND, WHO ARE THE
11:21:30  2   ELITE FIGHTERS?
11:21:31  3              MR. CESTERO:   OBJECTION; IT'S VAGUE
11:21:32  4   AND AMBIGUOUS, OVERLY BROAD.
11:21:35  5              THE DEPONENT:   ELITE FIGHTERS ARE A
11:21:36  6   FIGHTER THAT EITHER CAN DO A PAY-PER-VIEW.
11:21:42  7              IN TODAY'S WORLD, CANELO ALVAREZ,
11:21:44  8   MAYWEATHER, IF HE RETURNS.  MANNY PACQUIAO.  OR --
11:21:53  9   NOT NECESSARILY PAY-PER-VIEW, BUT -- BUT A NETWORK IS
11:21:55 10   WILLING TO GIVE YOU A DATE AND A LICENSE FEE IN ORDER
11:21:57 11   TO PROVIDE THE SERVICES OF THIS FIGHTER.
11:22:00 12   BY MR. WOLFSON:
11:22:00 13            Q.   SO THE WAY TO DEFINE AN ELITE FIGHTER
11:22:04 14   IS WHETHER A NETWORK IS WILLING TO GIVE YOU A LICENSE
11:22:07 15   FEE TO -- TO AIR THAT BOUT?
11:22:09 16              MR. CESTERO:   OBJECTION; THAT
11:22:09 17   MISSTATES THE WITNESS'S TESTIMONY.  IT'S AN
11:22:12 18   INCOMPLETE -- IT'S INCOMPLETE IN ITS DESCRIPTION.
11:22:19 19              THE DEPONENT:   IF THERE IS DEMAND FROM
11:22:21 20   THE FANS, THERE WILL BE DEMAND FROM THE NETWORK,
11:22:23 21   WHICH WILL TURN INTO DEMAND FOR THE FIGHTER.
11:22:27 22              AND SERGEY KOVALEV AND ANDRE WARD ARE
11:22:29 23   NOT NECESSARILY PAY-PER-VIEW FIGHTERS, BUT I WOULD
11:22:32 24   CLASSIFY THEM AS ELITE.
11:22:32 25   / / /

102

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 11:24:24 | 1 | MR. WOLFSON:  OR -- I'M SORRY. |
| 11:24:25 | 2 | MR. CESTERO:  BUT SECOND OF ALL, IT'S |
| 11:24:26 | 3 | VAGUE AND AMBIGUOUS. |
| 11:24:28 | 4 | I THINK WHAT YOU'RE ASKING IS THE |
| 11:24:30 | 5 | RANKINGS OF EACH OF THOSE FIGHTERS. |
| 11:24:31 | 6 | MR. WOLFSON:  YEAH.  LET ME REPHRASE |
| 11:24:32 | 7 | THE QUESTION. |
| 11:24:34 | 8 | AND I'D REALLY APPRECIATE JUST SHORT |
| 11:24:36 | 9 | OBJECTIONS. |
| 11:24:39 | 10 | BY MR. WOLFSON: |
| 11:24:39 | 11 | Q.  ARE -- ARE BOTH OF THOSE BOXERS |
| 11:24:41 | 12 | RANKED? |
| 11:24:42 | 13 | A.  YES. |
| 11:24:42 | 14 | Q.  AND BY WHICH BOXING SANCTIONING BODY |
| 11:24:46 | 15 | ARE THEY RANKED? |
| 11:24:48 | 16 | A.  WORLD BOXING ASSOCIATION. |
| 11:24:49 | 17 | Q.  THANK YOU. |
| 11:24:51 | 18 | WORLD BOXING ASSOCIATION. |
| 11:24:54 | 19 | DO YOU KNOW WHAT NUMBERS THEY'RE |
| 11:24:55 | 20 | RANKED BY THE WORLD BOXING ASSOCIATION? |
| 11:24:56 | 21 | A.  I BELIEVE, ONE AND TWO. |
| 11:24:57 | 22 | Q.  SO THIS IS THE NUMBER ONE AND NUMBER |
| 11:24:59 | 23 | TWO FIGHTERS BY THE WORLD BOXING ASSOCIATION; |
| 11:25:02 | 24 | RIGHT? |
| 11:25:03 | 25 | A.  YES. |

105

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

```
11:25:03   1            Q.    WOULD YOU CONSIDER THESE
11:25:05   2    CHAMPIONSHIP-CALIBER BOXERS?
11:25:06   3            A.    YES, BECAUSE THEY'RE IN A TITLE --
11:25:08   4    WORLD-TITLE ELIMINATOR.
11:25:10   5
11:25:11   6
11:25:14   7
11:25:14   8
11:25:17   9
11:25:18  10
11:25:18  11
11:25:24  12
11:25:24  13            Q.    BUT STILL THOSE ARE
11:25:26  14    CHAMPIONSHIP-CALIBER BOXERS?
11:25:29  15            A.    YES, BECAUSE THEY'RE FIGHTING THE
11:25:30  16    WORLD-TITLE ELIMINATOR.  THE WINNER CAN POTENTIALLY
11:25:31  17    GO ON AND BECOME THE MANDATORY FOR THE WORLD
11:25:34  18    CHAMPION.
11:25:45  19            Q.    NOW BEFORE, YOU MENTIONED
11:25:47  20    CANELO ALVAREZ; RIGHT?
11:25:48  21            (NO AUDIBLE RESPONSE BY THE DEPONENT.)
11:25:48  22    BY MR. WOLFSON:
11:25:48  23            Q.    AND CORRECT THAT HE IS PROMOTED BY
11:25:51  24    GOLDEN BOY?
11:25:51  25            A.    YES.
```

106

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 11:26:33 | 1 | Q.   DO YOU KNOW HOW LONG HE HAS MANAGED |
| 11:26:34 | 2 | MR. ALVAREZ? |
| 11:26:35 | 3 | A.   MR. ALVAREZ HAS BEEN PRO SINCE THE AGE |
| 11:26:38 | 4 | OF 15.  HE'S 26 NOW, SO 11 YEARS. |
| 11:26:44 | 5 | Q.   SO MR. REYNOSO HAS MANAGED HIM THE |
| 11:26:47 | 6 | ENTIRE TIME? |
| 11:26:48 | 7 | A.   YES. |
| 11:26:48 | 8 | Q.   DO YOU KNOW -- WHAT IS MR. REYNOSO'S |
| 11:26:50 | 9 | EXPERIENCE AT MANAGING A HIGH-QUALITY BOXER? |
| 11:26:56 | 10 | A.   HE'S HAD FORMER WORLD CHAMPION |
| 11:26:59 | 11 | OSCAR LARIOS.  FORMER WORLD CHAMPION HECTOR HAUDIGY. |
| 11:27:03 | 12 | HE'S HAD SEVERAL FIGHTERS FIGHT FOR |
| 11:27:07 | 13 | THE WORLD TITLE.  HE'S HAD MANY YEARS OF EXPERIENCE |
| 11:27:16 | 14 | PRIOR TO CANELO ALVAREZ. |
| 11:27:18 | 15 | Q.   SO WOULD YOU AGREE WITH ME THAT |
| 11:27:19 | 16 | MR. REYNOSO HAS MANAGED SEVERAL CHAMPIONSHIP-CALIBER |
| 11:27:23 | 17 | BOXERS? |
| 11:27:23 | 18 | A.   YES. |
| 11:27:24 | 19 | Q.   AND IS IT CORRECT THAT HE IS BASED IN |
| 11:27:27 | 20 | MEXICO? |
| 11:27:28 | 21 | A.   YES. |
| 11:27:32 | 22 | Q.   DO YOU KNOW WHO JORGE LINARES IS? |
| 11:27:35 | 23 | A.   YES. |
| 11:27:36 | 24 | Q.   WE SPOKE TO -- WE SPOKE ABOUT HIM |
| 11:27:37 | 25 | EARLIER TODAY? |

108



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

```
11:27:37   1          A.   CORRECT.
11:27:38   2          Q.   DO YOU KNOW WHERE MR. LINARES IS
11:27:40   3   BASED?
11:27:40   4          A.   YES.
11:27:41   5          Q.   WHERE IS THAT?
11:27:42   6          A.   LAS VEGAS, NEVADA.
11:27:43   7          Q.   AND IS HE -- DOES HE HAVE A MANAGER?
11:27:44   8          A.   HE HAS A -- A CO-PROMOTER, WHICH IS
11:27:47   9   AKIHIKO HONDA, WHO HAS SERVED AS HIS FATHER FIGURE
11:27:57  10   AND GUIDANT, BUT HE'S HIS CO- -- OUR CO-PROMOTER.
11:28:00  11          Q.   AND MR. HONDA, DO YOU KNOW WHERE HE'S
11:28:08  12   BASED?
11:28:08  13          A.   IN JAPAN.
11:28:09  14          Q.   AND DO YOU KNOW HOW LONG HE HAS
11:28:11  15   PROMOTED MR. LINARES?
11:28:20  16          A.   ABOUT 15 YEARS.
11:28:22  17          Q.   AND NOW, EARLIER I DID ASK WHETHER
11:28:22  18   MR. LINARES HAS A MANAGER, AND YOU MENTIONED
11:28:22  19   MR. HONDA, BUT YOU CALLED HIM A CO-PROMOTER.
11:28:24  20          A.   HE'S A CO-PROMOTER.
11:28:25  21          Q.   OKAY.  DOES -- DO YOU KNOW WHETHER
11:28:25  22   LINAR- -- MR. LINARES HAS A MANAGER?
11:28:28  23          A.   NO, HE'S SELF-MANAGED.
11:28:31  24          Q.   AND HE HAS -- AND WOULD YOU CONSIDER
11:28:33  25   MR. LINARES A CHAMPIONSHIP-CALIBER BOXER?
```

109

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 11:28:35 | 1 | A.    HE'S CURRENTLY A WORLD CHAMPION, |
| 11:28:37 | 2 | YES. |
| 11:28:47 | 3 | Q.    DO YOU KNOW WHO FRANCISCO VARGAS IS? |
| 11:28:48 | 4 | A.    YES. |
| 11:28:49 | 5 | Q.    HE IS A BOXER THAT GOLDEN BOY |
| 11:28:50 | 6 | PROMOTES? |
| 11:28:50 | 7 | A.    YES. |
| 11:28:51 | 8 | Q.    AND DO YOU KNOW WHETHER HE HAS A |
| 11:28:52 | 9 | MANAGER? |
| 11:28:52 | 10 | A.    HE DOES. |
| 11:28:53 | 11 | Q.    AND WHO IS HIS MANAGER? |
| 11:28:54 | 12 | A.    RALPH HEREDIA. |
| 11:28:56 | 13 | Q.    RALPH -- HOW DO YOU SPELL HIS LAST |
| 11:28:57 | 14 | NAME? |
| 11:28:57 | 15 | A.    H-E-R-E-D-I-A. |
| 11:29:06 | 16 | Q.    HEREDIA. |
| 11:29:07 | 17 | MR. HEREDIA -- WHERE IS HE BASED? |
| 11:29:07 | 18 | A.    CALIFORNIA. |
| 11:29:10 | 19 | Q.    AND HOW LONG HAS MR. HEREDIA MANAGED |
| 11:29:13 | 20 | MR. VARGAS, TO THE BEST OF YOUR KNOWLEDGE? |
| 11:29:21 | 21 | A.    ABOUT A YEAR -- A LITTLE -- MAYBE A |
| 11:29:21 | 22 | LITTLE OVER A YEAR. |
| 11:29:22 | 23 | Q.    SO SINCE -- |
| 11:29:23 | 24 | A.    MAYBE SEPTEMBER OF LAST YEAR. |
| 11:29:25 | 25 | Q.    OKAY.  DO YOU KNOW WHO -- WHO MANAGED |

110

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

11:31:31  1   BY MR. WOLFSON:
11:31:31  2          Q.    OR PROMOTES.
11:31:31  3                I'M SORRY.
11:31:32  4          A.    UH-HUH.
11:31:32  5          Q.    DO YOU KNOW WHERE MR. LEMIEUX IS
11:31:34  6   BASED?
11:31:34  7          A.    CANADA.
11:31:35  8          Q.    DOES HE HAVE A MANAGER, TO THE BEST OF
11:31:37  9   YOUR KNOWLEDGE?
11:31:41  10         A.    HE HAS A CO-PROMOTER WITH US,
11:31:43  11  CAMILLE ESTEPHAN.  I BELIEVE MR. LEMIEUX IS
11:31:47  12  SELF-MANAGED.
11:31:47  13         Q.    AND DO YOU CONSIDER MR. LEMIEUX A
11:31:55  14  CHAMPIONSHIP-CALIBER BOXER?
11:31:56  15         A.    AGAIN, HE FOUGHT FOR THE WORLD TITLE,
11:32:00  16  LOST; SO IT DEPENDS ON HOW YOU CLASSIFY THAT
11:32:04  17  CATEGORY.
11:32:06  18               IS FIGHTING FOR A WORLD CHAMPION A
11:32:08  19  CHAMPIONSHIP-CALIBER FIGHTER, OR WINNING THE WORLD
11:32:10  20  TITLE A CHAMPIONSHIP-CALIBER FIGHTER.
11:32:13  21               BOTH OF THOSE CASES -- SADAM ALI AND
11:32:15  22  LEMIEUX -- THEY BOTH LOST, SO THEY'RE NOT CONSIDERED
11:32:18  23  WORLD CHAMPIONS.
11:32:20  24               BUT CALIBER, YES, BECAUSE THEY FOUGHT
11:32:21  25  FOR IT.

113

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 11:32:31 | 1 | Q.    AND TO BE CLEAR, MR. LEMIEUX IS -- IS |
| 11:32:32 | 2 | FROM CANADA? |
| 11:32:32 | 3 | A.    YES. |
| 11:32:32 | 4 | Q.    AND HE LIVES IN CANADA, TO THE BEST OF |
| 11:32:32 | 5 | YOUR KNOWLEDGE? |
| 11:32:32 | 6 | A.    TO THE BEST OF MY KNOWLEDGE, YES. |
| 11:32:36 | 7 | Q.    AND DO YOU KNOW LUCAS MATTHYSSE? |
| 11:32:38 | 8 | A.    YES. |
| 11:32:38 | 9 | Q.    THAT IS A BOXER THAT GOLDEN BOY |
| 11:32:40 | 10 | PROMOTES? |
| 11:32:41 | 11 | A.    YES. |
| 11:32:45 | 12 | Q.    AND DO YOU CONSIDER MR. MATTHYSSE A |
| 11:32:49 | 13 | CHAMPIONSHIP-CALIBER BOXER? |
| 11:32:51 | 14 | A.    SIMILAR.  FOUGHT FOR THE WORLD TITLE |
| 11:32:53 | 15 | AGAINST VIKTOR POSTOL AND WAS STOPPED, SO HAS NOT WON |
| 11:32:57 | 16 | THE WORLD CHAMPION- -- HAS NOT WON THE WORLD |
| 11:32:59 | 17 | CHAMPIONSHIP IN TWO OCCASIONS. |
| 11:33:02 | 18 | AND DO I CONSIDER HIM A -- A WORLD |
| 11:33:03 | 19 | CHAMPION?  AGAIN, YOU HAVE TO LET ME KNOW HOW -- WHAT |
| 11:33:05 | 20 | IS THAT -- HOW DO WE CLASSIFY THEM?  IF THEY FOUGHT |
| 11:33:10 | 21 | FOR THE WORLD TITLE OR IF THEY WON IT? |
| 11:33:14 | 22 | Q.    WELL, HOW DO YOU CLASSIFY IT? |
| 11:33:15 | 23 | A.    HE'S NOT A WORLD CHAMPION. |
| 11:33:17 | 24 | Q.    OKAY. |
| 11:33:17 | 25 | A.    HE'S A CONTENDER.  HE CONTENDED FOR |

114



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

11:33:17 1    THE WORLD TITLE.

11:33:17 2         Q.    DO YOU VIEW CONTENDERS AS

11:33:21 3    CHAMPIONSHIP-CALIBER?

11:33:22 4         A.    ONCE THEY WIN IT, YES.

11:33:23 5         Q.    SO SOMEONE --

11:33:24 6         A.    YOU GO FROM PROSPECT TO CONTENDER.

11:33:27 7    THEN IF YOU WIN THE WORLD TITLE, TO WORLD CHAMPION.

11:33:30 8    AND THEN...

11:33:31 9         Q.    SO, IN YOUR MIND, CHAMPIONSHIP-CALIBER

11:33:33 10   BOXERS ARE ACTUAL -- BOXERS WHO HAVE ACTUALLY WON THE

11:33:38 11   TITLE?

11:33:38 12        MR. CESTERO:   OBJECTION; IT'S VAGUE

11:33:39 13   AND AMBIGUOUS, MISSTATES THE WITNESS'S TESTIMONY.

11:33:43 14        THE DEPONENT:   IF WE'RE GOING TO

11:33:44 15   CATEGORIZE THEM, SEPARATE THEM TO BE CONSIDERED A

11:33:47 16   WORLD CHAMPION, YES, YOU HAVE TO WIN THE WORLD TITLE.

11:33:50 17   BY MR. WOLFSON:

11:33:50 18        Q.    NOW, MR. MATTHYSSE, IS HE MANAGED?

11:33:54 19        A.    HE HAS A CO-PROMOTER, MR. MARIO ARANO,

11:33:57 20   WHO HAS DONE MOST OF HIS FIGHTS IN ARGENTINA, AND

11:34:01 21   THAT'S OUR PARTNER WITH MR. MATTHYSSE HERE IN THE

11:34:05 22   STATES.

11:34:06 23        Q.    OKAY.  BUT WHAT ABOUT A MANAGER?

11:34:07 24        A.    AS FAR AS I KNOW, IT'S SELF-MANAGED AS

11:34:18 25   WELL.

115


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

```
13:12:38  1   FIGHTERS TURN PRO FROM THE BEGINNING IS -- I THINK IN
13:12:41  2   THE MAJORITY OF THE FIGHTERS IT'S NOT MONEY, IT'S NOT
13:12:44  3   THE AMBITION.  IT'S MORE OF "I WANT TO BE A WORLD
13:12:47  4   CHAMPION.  I WANT TO BE FAMOUS."
13:12:52  5             THEN ALONG THE LINE THEY LEARN WHAT
13:12:54  6   MONEY IS AND HOW THEY CAN LIVE BETTER, AND THAT
13:12:58  7   CHANGES IN THE MAJORITY OF THEM.
13:12:59  8         Q.    AND IS IT YOUR EXPERIENCE THAT THE
13:13:02  9   MAJORITY OF CHAMPIONSHIP BOUTS ARE ON PAY-PER-VIEW?
13:13:05  10            MR. CESTERO:   OBJECTION; THAT'S VAGUE
13:13:06  11  AND AMBIGUOUS.
13:13:13  12            THE DEPONENT:  NO.  NO.  NOT -- THE
13:13:14  13  MAJORITY OF THE CHAMPIONSHIP, THERE'S VERY LITTLE.
13:13:15  14  THAT'S WHY I SAID THERE'S NOT TOO MANY PAY-PER-VIEW
13:13:17  15  FIGHTERS; THERE'S VERY LITTLE PAY-PER-VIEW
13:13:19  16  FIGHTERS.
13:13:20  17            THERE'S MANY MORE CHAMPIONSHIP FIGHTS
13:13:22  18  THAT ARE NOT PAY-PER-VIEW.  MANY.
13:13:26  19  BY MR. WOLFSON:
13:13:26  20        Q.    ARE -- AND TO THE BEST OF YOUR
13:13:28  21  KNOWLEDGE, ARE THE MAJORITY OF CHAMPIONSHIP BOUTS
13:13:32  22  TELEVISED?
13:13:32  23            MR. CESTERO:   OBJECTION; IT'S VAGUE
13:13:33  24  AND AMBIGUOUS.
13:13:35  25            THE DEPONENT:   TELEVISED WHERE?
```

159

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 13:13:36 | 1 | BY MR. WOLFSON: |
| 13:13:36 | 2 | Q.   THE U.S. |
| 13:13:37 | 3 | A.   THERE'S CHAMPIONSHIP FIGHTS IN OTHER |
| 13:13:44 | 4 | COUNTRIES THAT NOT NECESSARILY ARE PICKED UP BY |
| 13:13:47 | 5 | TELEVISION IN THE U.S. |
| 13:13:47 | 6 | Q.   SO THEY MIGHT BE TELEVISED |
| 13:13:49 | 7 | INTERNATIONALLY SOMEWHERE? |
| 13:13:51 | 8 | A.   UH-HUH.  OR IN THEIR OWN COUNTRY. |
| 13:13:53 | 9 | MR. CESTERO:  IS THAT A "YES"? |
| 13:13:54 | 10 | THE DEPONENT:  YES. |
| 13:14:07 | 11 | BY MR. WOLFSON: |
| 13:14:07 | 12 | Q.   WHAT ABOUT H.B.O.?  ARE YOU AWARE OF |
| 13:14:09 | 13 | CHAMPIONSHIP BOUTS BEING AIRED ON H.B.O.? |
| 13:14:11 | 14 | MR. CESTERO:  OBJECTION; IT'S VAGUE |
| 13:14:12 | 15 | AND AMBIGUOUS. |
| 13:14:13 | 16 | THE DEPONENT:  AM I -- |
| 13:14:13 | 17 | MR. CESTERO:  VAGUE AS TO TIME. |
| 13:14:15 | 18 | THE DEPONENT:  AM I AWARE? |
| 13:14:16 | 19 | BY MR. WOLFSON: |
| 13:14:16 | 20 | Q.   YEAH. |
| 13:14:20 | 21 | A.   CAN YOU BE MORE SPECIFIC? |
| 13:14:21 | 22 | Q.   SURE. |
| 13:14:22 | 23 | ARE YOU -- SINCE JANUARY 1ST, 2015, |
| 13:14:25 | 24 | ARE YOU FAMILIAR WITH, OR DO YOU KNOW OF ANY |
| 13:14:28 | 25 | CHAMPIONSHIP BOUTS THAT HAVE BEEN AIRED ON H.B.O.? |

160

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 13:28:30 | 1 | MR. WOLFSON:  OKAY.  LET ME -- LET ME |
| 13:28:31 | 2 | REPHRASE THE QUESTION. |
| 13:28:32 | 3 | MR. CESTERO:  OKAY. |
| 13:28:32 | 4 | BY MR. WOLFSON: |
| 13:28:32 | 5 | |
| 13:28:34 | 6 | |
| 13:28:40 | 7 | |
| 13:28:43 | 8 | |
| 13:28:45 | 9 | |
| 13:29:02 | 10 | |
| 13:29:04 | 11 | |
| 13:29:08 | 12 | |
| 13:29:13 | 13 | |
| 13:29:15 | 14 | |
| 13:29:18 | 15 | |
| 13:29:19 | 16 | |
| 13:29:21 | 17 | |
| 13:29:24 | 18 | |
| 13:29:28 | 19 | |
| 13:29:30 | 20 | |
| 13:29:36 | 21 | |
| 13:29:40 | 22 | |
| 13:29:44 | 23 | |
| 13:29:45 | 24 | |
| 13:29:48 | 25 | |

174

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

13:29:48  1
13:29:50  2
13:29:51  3
13:29:51  4
13:29:55  5
13:29:57  6
13:30:01  7
13:30:03  8
13:30:07  9
13:30:11  10
13:30:12  11
13:30:14  12
13:30:19  13
13:30:20  14
13:30:22  15
13:30:24  16
13:30:27  17
13:30:33  18
13:30:36  19
13:30:37  20
13:30:39  21
13:30:39  22
13:30:42  23
13:30:45  24
13:30:47  25



175

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

```
13:33:19   1   TO HIS FIGHTERS, HE MADE IT EASY.
13:33:23   2              HE WENT AND HIRED JOHN BENINATI TO
13:33:24   3   COME AND DO THE MATCHMAKING FOR HIS FIGHTERS ON OUR
13:33:30   4   SHOWS.
13:33:33   5              I WAS STILL VERY FRUSTRATED BECAUSE I
13:33:35   6   WAS GETTING EVEN MORE MISMATCHES ON OUR SHOWS, AND
13:33:38   7   THE FANS, OR THE MEDIA, DIDN'T REALLY SAY IT WAS
13:33:42   8   MR. BENINATI, WHO WAS AN OUTSIDE MATCHMAKER; THEY
13:33:47   9   WERE STILL SAYING, "GOLDEN BOY MATCHES ARE
13:33:50  10   MISMATCHES.  THEY'RE BAD.  WHO'S THE MATCHMAKER?
13:33:53  11   ROBERT DIAZ."
13:33:54  12              SO I WAS STILL WALKING OUT OF THE
13:33:56  13   SHOWS VERY FRUSTRATED, VERY UPSET.
13:33:57  14         Q.   OKAY.  SO YOUR CONVERSATIONS WITH
13:33:59  15   MR. BENINATI, THOUGH, WERE IN THE CONTEXT OF HIM
13:34:01  16   PUTTING TOGETHER MATCHES FOR THE HAYMON FIGHTERS AT
13:34:04  17   THE GOLDEN BOY SHOWS?
13:34:05  18         A.   YES.
13:34:10  19         Q.   AND WERE THERE ANY CONVERSATIONS
13:34:11  20   BETWEEN YOU AND HIM ABOUT GOLDEN BOY AND HAYMON DOING
13:34:16  21   BUSINESS TOGETHER IN THE FUTURE?
13:34:18  22         A.   WELL, AT THE TIME WE WERE DOING
13:34:19  23   BUSINESS, SO YOU WOULD THINK IT WAS GOING TO CONTINUE
13:34:23  24   ON.
13:34:26  25         Q.   DID HE EVER TELL YOU, THOUGH, THAT
```

178

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

13:34:27  1   GOLDEN BOY FIGHTERS -- OR I'M SORRY -- THAT HAYMON

13:34:29  2   FIGHTERS WOULD NOT BE ALLOWED TO FIGHT GOLDEN BOY

13:34:32  3   FIGHTERS?

13:34:33  4                    MR. CESTERO:   OBJECTION; IT'S VAGUE AS

13:34:35  5   TO TIME.

13:34:42  6                    THE DEPONENT:   NO, I -- I DON'T RECALL

13:34:43  7   HIM SAYING THAT.   I DON'T KNOW.   I DON'T KNOW.

13:34:45  8   BY MR. WOLFSON:

13:34:45  9          Q.   AND, AGAIN, I'M -- I'M TALKING ABOUT

13:34:47  10  IN THE JANUARY 1ST, 2015, TO PRESENT TIME PERIOD.

13:34:50  11                   DID MR. BENINATI EVER SAY SOMETHING TO

13:34:52  12  THE EFFECT OF, "HAYMON FIGHTERS WILL NOT BE MATCHED

13:34:57  13  OR ALLOWED TO MATCH AGAINST GOLDEN BOY FIGHTERS"?

13:35:00  14                   MR. CESTERO:   FROM JANUARY 1, 2015, TO

13:35:02  15  THE PRESENT.

13:35:08  16                   THE DEPONENT:   WE STOPPED WORKING WITH

13:35:10  17  MR. HAYMON AT THAT TIME WHEN -- WHEN HE LEFT, VERY

13:35:12  18  CLOSE TO THAT PERIOD.   SO I HAVEN'T SPOKEN TO

13:35:14  19  MR. BENINATI PROBABLY FROM THAT PERIOD YOU'RE --

13:35:17  20  YOU'RE QUESTIONING, MAYBE ONCE OR TWICE.

13:35:22  21  BY MR. WOLFSON:

13:35:22  22          Q.   AND THEN WAS IT ABOUT BUSINESS IN THAT

13:35:24  23  ONCE OR TWICE YOU SPOKE TO HIM?

13:35:28  24          A.   NO.   THERE WASN'T ANY MORE BUSINESS

13:35:29  25  BEING CONDUCTED BETWEEN EACH -- EACH PARTY, SO IT

179



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 13:35:32 | 1 | WOULDN'T HAVE BEEN. |
| 13:35:33 | 2 | I THINK MAYBE ONE TIME HE MIGHT HAVE |
| 13:35:36 | 3 | CALLED, "HEY, YOU DON'T SAY HELLO NO MORE.  YOU |
| 13:35:39 | 4 | HAVEN'T CALLED ME." |
| 13:35:40 | 5 | I SAID, "HEY, THE PHONE GOES BOTH |
| 13:35:42 | 6 | WAYS.  YOU COULD CALL HERE." |
| 13:35:43 | 7 | Q.    OKAY.  NOW, DO YOU KNOW WHO |
| 13:35:48 | 8 | ERIC BOTTJER IS? |
| 13:35:50 | 9 | A.    YES. |
| 13:35:50 | 10 | Q.    AND HE ALSO WORKS FOR A HAYMON ENTITY, |
| 13:35:52 | 11 | SIR? |
| 13:35:52 | 12 | A.    NO. |
| 13:35:53 | 13 | Q.    NO. |
| 13:35:53 | 14 | WHERE DOES -- WHAT'S YOUR |
| 13:35:54 | 15 | UNDERSTANDING OF WHO EMPLOYS MR. BOTTJER? |
| 13:35:56 | 16 | A.    ROC NATION. |
| 13:35:59 | 17 | Q.    AND NOW IF -- IF MR. GOMEZ HAD |
| 13:36:04 | 18 | TESTIFIED SOMETHING TO THE EFFECT THAT HE UNDERSTOOD |
| 13:36:06 | 19 | THERE WAS A RELATIONSHIP BETWEEN MR. BOTTJER AND |
| 13:36:10 | 20 | HAYMON, IS IT YOUR UNDERSTANDING THAT THAT WOULD BE A |
| 13:36:13 | 21 | MISUNDERSTANDING OR A MISTAKE? |
| 13:36:15 | 22 | A.    WHO IS MR. GOMEZ? |
| 13:36:16 | 23 | MR. CESTERO:  OBJECTION -- |
| 13:36:17 | 24 | BY MR. WOLFSON: |
| 13:36:17 | 25 | Q.    ERIC GOMEZ. |

180



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ



| | |
|---|---|
| 13:37:23 | 1 |
| 13:37:24 | 2 |
| 13:37:28 | 3 |
| 13:37:30 | 4 |
| 13:37:32 | 5 |
| 13:37:34 | 6 |
| 13:37:37 | 7 |
| 13:37:38 | 8 |
| 13:37:39 | 9 |
| 13:37:39 | 10 |
| 13:37:41 | 11 |
| 13:37:42 | 12 |
| 13:37:42 | 13 |
| 13:37:43 | 14 |
| 13:37:43 | 15 |
| 13:37:46 | 16 |
| 13:37:49 | 17 |
| 13:37:50 | 18 |
| 13:37:51 | 19 |
| 13:37:53 | 20 |
| 13:37:54 | 21 |
| 13:38:04 | 22 |
| 13:38:04 | 23 |
| 13:38:06 | 24 |
| 13:38:10 | 25 |

22   Q.   SINCE -- WELL, HAVE YOU EVER HAD A

23   CONVERSATION WITH SOMEONE THAT YOU UNDERSTOOD WORKED

24   FOR OR WITH MR. HAYMON WHERE THEY TOLD YOU THAT A

25   HAYMON-MANAGED OR ADVISED BOXER COULD NOT WORK WITH

182



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ



13:38:14   1        GOLDEN BOY?
13:38:20   2             A.    AT ANY TIME?
13:38:20   3             Q.    AT ANY TIME.
13:38:34   4             A.    DIRECTLY THAT I CAN REMEMBER, NO.
13:38:35   5        INDIRECTLY, I REMEMBER, YES.
13:38:38   6
13:38:38   7
13:38:42   8
13:38:45   9
13:38:48   10
13:38:51   11
13:38:53   12
13:38:55   13
13:38:58   14
13:39:02   15
13:39:03   16
13:39:08   17
13:39:15   18
13:39:17   19
13:39:18   20
13:39:23   21
13:39:29   22
13:39:32   23
13:39:35   24
13:39:37   25

183

**ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3**



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

| | |
|---|---|
| 13:39:38 | 1 |
| 13:39:39 | 2 |
| 13:39:40 | 3 |
| 13:39:47 | 4 |
| 13:39:50 | 5 |
| 13:39:51 | 6 |
| 13:39:53 | 7 |
| 13:39:55 | 8 |
| 13:39:57 | 9 |
| 13:40:02 | 10 |
| 13:40:02 | 11 |
| 13:40:04 | 12 |
| 13:40:05 | 13 |
| 13:40:08 | 14 |
| 13:40:10 | 15 |
| 13:40:13 | 16 |
| 13:40:15 | 17 |
| 13:40:24 | 18 |
| 13:40:25 | 19 |
| 13:40:27 | 20 |
| 13:40:29 | 21 |
| 13:40:32 | 22 |
| 13:40:34 | 23 |
| 13:40:37 | 24 |
| 13:40:40 | 25 |



184

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 13:40:41 | 1 | |
| 13:40:44 | 2 | |
| 13:40:46 | 3 | |
| 13:40:46 | 4 | |
| 13:40:46 | 5 | |
| 13:40:48 | 6 | |
| 13:40:49 | 7 | |
| 13:40:49 | 8 | |
| 13:40:49 | 9 | |
| 13:40:51 | 10 | |
| 13:40:52 | 11 | |
| 13:40:54 | 12 | |
| 13:40:57 | 13 | |
| 13:40:58 | 14 | |
| 13:40:58 | 15 | |
| 13:41:01 | 16 | |
| 13:41:02 | 17 | |
| 13:41:06 | 18 | |
| 13:41:09 | 19 | |
| 13:41:11 | 20 | |
| 13:41:14 | 21 | |
| 13:41:20 | 22 | |
| 13:41:21 | 23 | |
| 13:41:23 | 24 | |
| 13:41:24 | 25 | |



185

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 13:41:28 | 1 | |
| 13:41:31 | 2 | |
| 13:41:34 | 3 | |
| 13:41:38 | 4 | |
| 13:41:43 | 5 | |
| 13:41:47 | 6 | Q.   SO WHEN WAS THIS?  WHAT YEAR? |
| 13:41:52 | 7 | A.   IT WAS AFTER OMAR'S CONTRACT ENDED, SO |
| 13:41:55 | 8 | I'D HAVE TO LOOK UP -- I'D HAVE TO CHECK BOXREC TO |
| 13:42:02 | 9 | SEE APPROXIMATELY HIS LAST FIGHT WITH MINEZ. |
| 13:42:02 | 10 | LET ME SEE.  ONE SECOND. |
| 13:42:02 | 11 | (DOCUMENT REVIEWED BY THE DEPONENT.) |
| 13:42:21 | 12 | THE DEPONENT:  SORRY. |
| 13:42:22 | 13 | BY MR. WOLFSON: |
| 13:42:22 | 14 | Q.   THAT'S OKAY. |
| 13:42:23 | 15 | A.   IT'S A LITTLE SLOW. |
| 13:42:27 | 16 | Q.   LET ME ASK -- |
| 13:42:27 | 17 | A.   YES. |
| 13:42:27 | 18 | Q.   DO YOU THINK IT WAS SINCE JANUARY 1ST, |
| 13:42:29 | 19 | 2015, THAT THIS OCCURRED? |
| 13:42:30 | 20 | A.   LET ME JUST -- I'M ON HIS RECORD |
| 13:42:33 | 21 | NOW. |
| 13:42:34 | 22 | Q.   OKAY. |
| 13:42:38 | 23 | A.   IT HAD TO HAVE BEEN CLOSE TO THAT, |
| 13:42:41 | 24 | BECAUSE -- |
| 13:42:41 | 25 | RICARDO, CORRECT ME IF I'M WRONG. |

186

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

13:44:49 1    RECALL ANY?
13:44:50 2            A.   I DON'T RECALL.
13:44:54 3            Q.   AND IS IT CORRECT, SIR, THAT ALSO YOU
13:44:56 4    ARE UNAWARE OF ANY -- OR YOU DON'T RECALL ANY DIRECT
13:44:58 5    STATEMENTS FROM ANYONE REPRESENTING HAYMON THAT THEY
13:45:01 6    WOULD NOT WORK WITH GOLDEN BOY?
13:45:13 7            A.   I JUST KNOW THERE IS.  I'D -- I'D --
13:45:14 8    I'D HAVE TO -- I MEAN, TO GIVE YOU A SPECIFIC -- I
13:45:16 9    JUST KNOW THERE IS, BUT I -- I'M FREEZING RIGHT NOW
13:45:19 10   TO -- TO GIVE YOU A SPECIFIC.
13:45:21 11            I -- I KNOW FOR A FACT THAT THEY CAN'T
13:45:29 12   TAKE A FIGHT, TALK TO A MANAGER, TALK TO A PROMOTER,
13:45:32 13   TALK TO -- YOU KNOW, WITHOUT HIS -- HIS CONSENT.
13:45:35 14            SO I MEAN, A LOT OF THE FIGHTERS I'VE
13:45:42 15   SEEN, I DON'T EVEN ASK THEM.  I MEAN, THEY JUST COME,
13:45:44 16   THEY SAY "HELLO."
13:45:44 17            I SAY, "HELLO.  GOOD LUCK.  HOW ARE
13:45:45 18   YOU DOING?"  AND "YOU'RE DOING GREAT.  KEEP DOING
13:45:47 19   YOUR THING."
13:45:48 20
13:45:49 21
13:45:56 22
13:45:57 23
13:45:58 24
13:46:03 25

189

 Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

13:46:10   1          A.   EVER SINCE THE SPLIT, I HAVEN'T TALKED
13:46:12   2   TO MR. HAYMON.   I HAVEN'T WANTED TO TALK TO
13:46:14   3   MR. HAYMON PERSONALLY -- THIS IS PERSONAL.   HE TRIED
13:46:20   4   TO RECRUIT ME, TAKE ME FROM GOLDEN BOY.
13:46:27   5          WHEN I FOUND OUT MORE OF WHY, AT FIRST
13:46:31   6   I WAS -- YEAH, I'M HONORED.   "OH, WOW, MR. HAYMON IS
13:46:35   7   LOOKING AT ROBERTO DIAZ AS A MATCHMAKER."
13:46:37   8          WHEN I FOUND OUT THERE WAS MORE TO IT
13:46:39   9   THAN ROBERT DIAZ, IT WAS MORE DAMAGE TO GOLDEN BOY,
13:46:43  10   I -- I TOOK IT PERSONAL.   I -- I GOT OFFENDED, SO --
13:46:46  11          Q.   AND HOW DO YOU KNOW THAT, THAT IT WAS
13:46:47  12   MEANT TO DAMAGE GOLDEN BOY RATHER THAN BENEFIT
13:46:50  13   HAYMON'S MANAGED BOXERS?
13:46:53  14          A.   WELL, I SAW WHAT -- WHAT -- AT THE
13:46:55  15   END -- I MEAN, I WAS -- I WAS OFFERED -- TRIED TO BE
13:46:59  16   RECRUITED BACK IN 2014, AND THE SPLIT HAPPENED 2015.
13:47:05  17   WE WERE WORKING TOGETHER.
13:47:08  18          THERE'S NO PLAN TO SEPARATE OR NO PLAN
13:47:09  19   FOR BEYOND GOLDEN BOY.   WHY ARE WE ALREADY PULLING
13:47:15  20   THE MATCHMAKER FOR GOLDEN BOY?
13:47:17  21          Q.   LET ME ASK A QUESTION ABOUT YOU WERE
13:47:19  22   SUPPOSED TO WORK TOGETHER.
13:47:20  23          WHAT WAS YOUR UNDERSTANDING OF WHAT
13:47:22  24   THE RELATIONSHIP BETWEEN HAYMON AND GOLDEN BOY WAS
13:47:24  25   SUPPOSED TO BE, YOU KNOW, LET'S SAY, DECEMBER 31ST,

                                                              190

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

| | | |
|---|---|---|
| 16:50:46 | 1 | MR. WOLFSON:  K- -- K-N-E-U-P-E-R -- |
| 16:50:46 | 2 | DEPOSITION OFFICER:  OKAY.  THANK YOU. |
| 16:50:46 | 3 | MR. WOLFSON:  KNEUPER. |
| 16:50:48 | 4 | THE DEPONENT:  CAN YOU GIVE ME A |
| 16:50:48 | 5 | TIMELINE WHEN I -- |
| 16:50:52 | 6 | BY MR. WOLFSON: |
| 16:50:52 | 7 | Q.   YEAH. |
| 16:50:52 | 8 | A.   -- WOULD HAVE? |
| 16:50:52 | 9 | Q.   AUGUST 30TH AND SEPTEMBER 5TH, 2016. |
| 16:50:54 | 10 | YOU WERE BEING INTERVIEWED ALSO WITH ERIC GOMEZ AND |
| 16:50:58 | 11 | JULIO RAMIREZ. |
| 16:51:00 | 12 | DO YOU -- DO YOU REMEMBER SPEAKING TO |
| 16:51:00 | 13 | SOMEONE WHO IS A -- AN ECONOMIST EXPERT FOR GOLDEN |
| 16:51:08 | 14 | BOY? |
| 16:51:08 | 15 | A.   YES. |
| 16:51:08 | 16 | Q.   AND IN THOSE CONVERSATIONS, DO YOU |
| 16:51:16 | 17 | RECALL -- OR DR. KNEUPER ASKING YOU QUESTIONS ABOUT |
| 16:51:16 | 18 | GOLDEN BOY AND ABOUT THE BOXING INDUSTRY? |
| 16:51:16 | 19 | A.   YES. |
| 16:51:20 | 20 | Q.   AND DO YOU RECALL PROVIDING HIM |
| 16:51:22 | 21 | BACKGROUND TO -- OR YOUR ANSWERS TO THE QUESTIONS |
| 16:51:24 | 22 | THAT HE WAS ASKING YOU? |
| 16:51:30 | 23 | A.   SPECIFICALLY, NO.  BUT I REMEMBER |
| 16:51:30 | 24 | HAVING A CONVERSATION OVER THE PHONE. |
| 16:51:38 | 25 | Q.   OKAY.  AND DO YOU -- DO YOU RECALL |

337

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

16:51:38  1   YOUR COLLEAGUES -- MR. GOMEZ OR MR. RAMIREZ -- EVER

16:51:42  2   TELLING DR. KNEUPER FACTS ABOUT THE BOXING INDUSTRY

16:51:46  3   OR GOLDEN BOY THAT YOU DISAGREED WITH?

16:52:00  4            A.   NO.

16:52:00  5            Q.   HAVE YOU EVER SPOKEN WITH SOMEONE

16:52:00  6   NAMED PHIL DIETZ?

16:52:00  7            A.   WHO?

16:52:00  8            MR. CESTERO:   I THINK YOU MEAN -- I

16:52:00  9   THINK YOU MEAN GENE DIETZ.

16:52:00  10           MR. WOLFSON:   DID I SAY "PHIL"?

16:52:02  11           MR. CESTERO:   YOU DID.

16:52:02  12   BY MR. WOLFSON:

16:52:02  13           Q.   I MEAN GENE -- GENE DIETZ.

16:52:02  14           A.   UNLESS HE WAS ON THE CONVERSATION ON

16:52:08  15   THE CALL, BECAUSE IT WAS NOT IN PERSON, IT WAS A

16:52:18  16   PHONE CALL.

16:52:18  17           IF HE WAS ON THE SAME ONE, POSSIBLY.

16:52:18  18   I DON'T REMEMBER EITHER OF THEIR NAMES.

16:52:20  19           OUTSIDE OF THAT, NO, I -- I DON'T

16:52:22  20   KNOW.  THAT DOESN'T RING A BELL, PHIL DIETZ.

16:52:22  21           Q.   OR GENE DIETZ.

16:52:26  22           A.   OR GENE DIETZ.

16:52:26  23           Q.   I GOT YOU DOING IT, TOO.

16:52:32  24           (LAUGHTER.)

16:52:32  25   / / /

338

ALAN HAYMON'S SUMMARY JUDGMENT EXHIBIT NO. 3



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com