UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, GOLDEN BOY PROMOTIONS, INC. And BERNARD HOPKINS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ALAN HAYMON, ALAN HAYMON DEVELOPMENT, INC., HAYMON HOLDINGS, LLC, HAYMON SPORTS, LLC, HAYMON BOXING MANAGEMENT, HAYMON BOXING LLC, and RYAN CALDWELL,<br><br>                    Defendants. | Case 2:15-cv-03378 JFW (MRWx) |

**Expert Report of**
**Gene Deetz, CPA/ABV, ASA, CFF**
September 6, 2016

APPENDIX V
Golden Boy Broadcast Media Contracts

| Bates Range | Broadcasting Network | Beginning Date of Agreement | End Date of Agreement | Note |
|---|---|---|---|---|
| GBP016064 - GBP016072 | FOX SPORTS EN ESPANOL (Original) | March 31, 2012 | June 30, 2015 | Per paragraph 1, "Golden Boy hereby sells to Fox the unlimited, exclusive and irrevocable right to telecast, exhibit and otherwise use, exploit and sell the Programs in whole or in part, with unlimited replay and highlight rights, in and throughout the Territory for the entire Term and License Period on a live and/or delayed basis in any and all languages by any and all audio and visual transmission media, technologies or means, whether now existing or hereafter developed.  Notwithstanding the foregoing, Fox's rights to the Classic Library Fights (as defined in Exhibit A) shall be on a non-exclusive basis only.  Except with respect to Golden Boy's agreements with Televisa (for distribution in Mexico of "Golden Boy Mexico" boxing programming) and Univision (for distribution in the United States of Solo Boxeo" boxing programming), Fox's exclusivity herein extends to any and all Spanish-language (and Spanish-language derivative) boxing programming, whether produced by Golden Boy or third parties licensed by Golden Boy and whether under the "Golden Boy" or any other Golden Boy controlled brand." |
| GBP016058 - GBP016061 | FOX  SPORTS EN ESPANOL (Second Amended) | March 31, 2012 | June 30, 2015, with option to extend to June 30, 2016 | Per paragraph 3 (a), "Unless sooner terminated in accordance with the terms and conditions of the Agreement, the Term commences on March 31, 2012 and terminates on June 30, 2015 (the "Initial Team").  Fox shall have the exclusive and irrevocable option to extend the Term of this Agreement, in its sole discretion, for an additional one (1) year period on the same terms and conditions set forth herein by providing Owner with written notice no later than February 28, 2015 ("Additional Term")." |
| GBP016063 | FOX SPORTS EN ESPANOL (Termination) | March 31, 2012 | June 30, 2015 | Letter dated March 17, 2015 confirms that FOX will not be exercising its option to extend the Term. |
| GBP016062 | FOX SPORTS EN ESPANOL (Fourth Amended) | March 31, 2012 | August 31, 2015 | Agreement dated June 23, 2015 extends the Term of the Agreement for two additional months in order to allow Golden Boy to deliver the two remaining "Golden Boy Live" Programs. |
| GBP016084 - GBP0160088 | HBO | December 6, 2014 | December 31, 2017 | Per "OTHER TERMS," "[Saul 'Canelo'] Alvarez exclusive to HBO & HBO PPV during the term" |

## VI. CONCLUSION

53. Based on my analysis, in the event that Haymon continues his anticompetitive conduct, including blocking Golden Boy and other promoters from television networks, I estimate Golden Boy's damages to be $20.0 million. This conclusion assumes that Haymon's anticompetitive conduct has permanently affected Golden Boy's ability to generate profits from its boxing promotions operations.

54. In the event that Haymon ceases his anticompetitive conduct, either voluntarily or by court order or market forces, I estimate Golden Boy's damages to be in a range of $7.0 million to $8.4 million. This conclusion assumes that Golden Boy will recover back to a state of normalcy sometime between the end of 2017 and the end of 2018. To the extent that recovery period takes longer, Golden Boy's damages would be greater.

By: *[signature]*
Gene Deetz

Date: September 6, 2016

HIGHLY CONFIDENTIAL