**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
John B. Quinn (SBN 90378)
johnquinn@quinnemanuel.com
Michael E. Williams (SBN 108542)
michaelwilliams@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-3378-JFW (MRWx)<br><br>**EXCERPTED DEPOSITION TESTIMONY OF OSCAR DE LA HOYA SUPPORTING DEFENDANTS ALAN HAYMON DEVELOPMENT, INC., HAYMON BOXING LLC, HAYMON BOXING MANAGEMENT, HAYMON HOLDINGS LLC, AND HAYMON SPORTS LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Hearing Date: November 28, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom No. 16<br><br>Filing Date: May 5, 2015<br>Trial Date: March 14, 2017 |

1 **EXCERPTED DEPOSITION TESTIMONY OF OSCAR DE LA HOYA**

**18:18-21**

18:18     Q. WHEN DID YOU FOUND GOLDEN BOY

18:19   PROMOTIONS?

18:20     A. AROUND JANUARY/FEBRUARY OF 2001, I

18:21   BELIEVE.


**33:17-22**

33:17     Q. AND WHO OWNS THE REMAINDER OF GOLDEN

33:18   BOY PROMOTIONS?

33:19     A. I DO.

33:20     Q. PRIOR TO -- WELL, WHAT PROMPTED YOU TO

33:21   FOUND GOLDEN BOY PROMOTIONS?

33:22     A. I THOUGHT I CAN PROMOTE MY OWN FIGHTS.


**68:17-20**

68:17     Q. AND HAS -- CURRENTLY GOLDEN BOY JUST

68:18   RECENTLY ANNOUNCED A DEAL WITH A ESTRELLA T.V.;

68:19   CORRECT?

68:20     A. CORRECT.


**101:21-102:4**

101:21     Q. DO YOU RECALL THAT IN CONNECTION WITH

| | | |
|---|---|---|
| 1 | 101:22 | FIGHTS GOLDEN BOY PROMOTED INVOLVING HAYMON- |
| 2 | | MANAGED |
| 3 | 101:23 | FIGHTERS, THAT GOLDEN BOY WAS INVOICING ALAN |
| 4 | | HAYMON |
| 5 | 101:24 | DEVELOPMENT FOR PAYMENT OF THE PURSES FOR THE |
| 6 | 101:25 | FIGHTERS? |
| 7 | 102:1 | MR. CESTERO: OBJECTION; VAGUE AND |
| 8 | 102:2 | AMBIGUOUS, ASSUMES FACTS, LACKS FOUNDATION. |
| 9 | 102:3 | THE DEPONENT: I -- I DON'T. DON'T |
| 10 | 102:4 | RECALL, NO. |

**105:11-20**

| | | |
|---|---|---|
| 14 | 105:11 | Q. WHEN WAS THE LAST FIGHT THAT GOLDEN |
| 15 | 105:12 | BOY PROMOTED THAT WAS AIRED ON E.S.P.N.? |
| 16 | 105:13 | A. MANY YEARS AGO. LESS THAN TEN, MORE |
| 17 | 105:14 | THAN TWO. |
| 18 | 105:15 | Q. DOES 2010 SOUND FAMILIAR IN TERMS OF |
| 19 | 105:16 | THE LAST TIME? |
| 20 | 105:17 | A. I REALLY WOULDN'T KNOW. |
| 21 | 105:18 | Q. WOULD -- DO YOU KNOW WHETHER IT WAS ON |
| 22 | 105:19 | E.S.P.N. OR E.S.P.N.2? |
| 23 | 105:20 | A. I DON'T KNOW. |

**142:23-143:9**

| | | |
|---|---|---|
| 27 | 142:23 | Q. AS I UNDERSTAND, AT LEAST ONE OF THE |

| | | |
|---|---|---|
| 1 | 142:24 | FACTS THAT YOU BELIEVE MAKES HAYMON SPORTS A |
| 2 | | PROMOTER |
| 3 | 142:25 | IS THE FACT THAT HAYMON SPORTS HAS PAID FIGHTERS |
| 4 | 143:1 | DIRECTLY; IS THAT RIGHT? |
| 5 | 143:2 | A. YES. I -- YES. |
| 6 | 143:3 | Q. AND ARE YOU REFERRING SPECIFICALLY TO |
| 7 | 143:4 | PAYING THE PURSE, OR ARE YOU REFERRING TO PAYING |
| 8 | | ANY |
| 9 | 143:5 | OTHER AMOUNTS TO THE FIGHTER SEPARATE FROM THE |
| 10 | | PURSE? |
| 11 | 143:6 | A. I'M JUST REFERRING TO WHAT I SAW ON |
| 12 | 143:7 | THAT SOCIAL-MEDIA PLATFORM. |
| 13 | 143:8 | Q. OKAY. |
| 14 | 143:9 | A. PAYING THE PURSE. |
| 15 | | |
| 16 | | |
| 17 | **145:2-12** | |
| 18 | 145:2 | Q. AND THE OTHER THING YOU MENTIONED -- |
| 19 | 145:3 | WELL, DO YOU THINK IT'S APPROPRIATE FOR A |
| 20 | | MANAGER TO |
| 21 | 145:4 | PROVIDE ADDITIONAL STIPENDS TO FIGHTERS TO HELP |
| 22 | | THEM |
| 23 | 145:5 | WITH LIVING EXPENSES? |
| 24 | 145:6 | MR. CESTERO: OBJECTION; IT'S VAGUE |
| 25 | 145:7 | AND AMBIGUOUS. |
| 26 | 145:8 | THE DEPONENT: DO I THINK IT'S |
| 27 | 145:9 | INAPPROPRIATE? |
| 28 | | |

| | | |
|---|---|---|
| 1 | 145:10 | BY MR. WILLIAMS: |
| 2 | 145:11 | Q. RIGHT. |
| 3 | 145:12 | A. I THINK IT'S NICE. |
| 4 | | |
| 5 | | |
| 6 | **145:22-25** | |
| 7 | 145:22 | Q. WOULD YOU AGREE THAT ONE OF THE JOBS |
| 8 | 145:23 | OF THE MANAGER IS TO GET THE FIGHTER THE MOST |
| 9 | | AMOUNT |
| 10 | 145:24 | OF MONEY FOR ANY OF THEIR FIGHTS? |
| 11 | 145:25 | A. THAT'S WHAT A MANAGER SHOULD DO, YES. |
| 12 | | |
| 13 | | |
| 14 | **146:1-148:4 (encompassing 147:22-148:4)** | |
| 15 | 146:1 | Q. NOW, YOU -- YOU ALSO MENTIONED THAT |
| 16 | 146:2 | ONE OF THE FACTS THAT YOU BELIEVE MAKES HAYMON |
| 17 | | SPORTS |
| 18 | 146:3 | A PROMOTER IS THAT HAYMON ARRANGES FOR THE T.V. |
| 19 | 146:4 | DEALS; IS THAT RIGHT? |
| 20 | 146:5 | A. CORRECT. |
| 21 | 146:6 | Q. AND HAVE YOU -- WHAT KNOWLEDGE DO YOU |
| 22 | 146:7 | HAVE REGARDING THE NETWORK DEALS THAT RELATE |
| 23 | | TO THE |
| 24 | 146:8 | P.B.C.? |
| 25 | 146:9 | A. WHAT KNOWLEDGE DO I HAVE? |
| 26 | 146:10 | Q. RIGHT. |
| 27 | 146:11 | A. JUST FROM WHAT I HEAR. |
| 28 | | |

| | | |
|---|---|---|
| 1 | 146:12 | Q. AND WHAT HAVE YOU HEARD ABOUT THOSE |
| 2 | 146:13 | DEALS? |
| 3 | 146:14 | A. WELL, JUST RUMORS AROUND THE BOXING |
| 4 | 146:15 | WORLD THAT CIRCULATE THAT AL HAYMON ARRANGED FOR |
| 6 | 146:16 | N.B.C., C.B.S., A.B.C., E.S.P.N., FOX -- THAT HE |
| 7 | 146:17 | STRUCK THE DEALS. |
| 8 | 146:18 | Q. AND WHAT ABOUT THAT FACT DO YOU THINK |
| 9 | 146:19 | MAKES HAYMON SPORTS A PROMOTER? |
| 10 | 146:20 | MR. CESTERO: OBJECTION; ASKED AND |
| 11 | 146:21 | ANSWERED. |
| 12 | 146:22 | THE DEPONENT: THE PROMOTER'S DUTY IS |
| 13 | 146:23 | TO ARRANGE FOR T.V. |
| 14 | 146:24 | BY MR. WILLIAMS: |
| 15 | 146:25 | Q. AND WHERE IS THAT DUTY SPELLED OUT? |
| 16 | 147:1 | A. I BELIEVE -- I'M NOT TOO SURE -- IT |
| 17 | 147:2 | MIGHT BE IN THE MUHAMMAD ALI ACT. |
| 18 | 147:3 | Q. IS IT YOUR BELIEF THAT THE MUHAMMAD |
| 19 | 147:4 | ALI ACT ACTUALLY SPELLS OUT THAT THE PROMOTER IS |
| 21 | 147:5 | REQUIRED TO ARRANGE FOR THE T.V. DEALS? |
| 22 | 147:6 | A. I'M NOT EXACTLY SURE WHAT THE MUHAMMAD |
| 23 | 147:7 | ALI STATES, BUT I KNOW THERE'S A FIREWALL BETWEEN THE |
| 25 | 147:8 | PROMOTER AND THE MANAGER. AND IN THIS CASE, I |
| 26 | 147:9 | BELIEVE AL HAYMON'S A PROMOTER AND A MANAGER. |
| 27 | 147:10 | Q. BASED ON WHAT YOU'VE TOLD US SO FAR? |
| 28 | | |

| | | |
|---|---|---|
| 1 | 147:11 | A. BASED ON WHAT I'VE HEARD, YES. |
| 2 | 147:12 | Q. AND DO YOU THINK THERE'S ANYTHING |
| 3 | 147:13 | INAPPROPRIATE, IN AND OF ITSELF, WITH A MANAGER |
| 4 | 147:14 | TRYING TO GET HIS FIGHTERS ON T.V.? |
| 5 | 147:15 | MR. CESTERO: OBJECTION; IT'S VAGUE |
| 6 | 147:16 | AND AMBIGUOUS. |
| 7 | 147:17 | THE DEPONENT: IS THERE ANYTHING WRONG |
| 8 | 147:18 | WITH IT? |
| 9 | 147:19 | BY MR. WILLIAMS: |
| 10 | 147:20 | Q. RIGHT. |
| 11 | 147:21 | A. NO. |
| 12 | 147:22 | Q. AND YOU'D AGREE THAT AS A MANAGER |
| 13 | 147:23 | TRYING TO WORK IN ITS FIGHTER'S BEST INTEREST, ONE |
| 14 | | OF |
| 15 | 147:24 | THOSE THINGS WOULD BE GETTING THE FIGHTER AS |
| 16 | | MUCH |
| 17 | 147:25 | EXPOSURE ON T.V. AS POSSIBLE; RIGHT? |
| 18 | 148:1 | MR. CESTERO: OBJECTION; IT'S AN |
| 19 | 148:2 | INCOMPLETE HYPOTHETICAL. IT'S VAGUE AND |
| 20 | | AMBIGUOUS, |
| 21 | 148:3 | CALLS FOR SPECULATION. |
| 22 | 148:4 | THE DEPONENT: YES. |
| 23 | | |
| 24 | | |
| 25 | **148:23-149:23** | |
| 26 | 148:23 | Q. WHEN GOLDEN BOY PROMOTES A FIGHT ON |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | 148:24 | H.B.O., WHAT DOES GOLDEN BOY DO WITH RESPECT TO |
| 2 | | THE |
| 3 | 148:25 | TELEVISION PRODUCTION SIDE OF THINGS? |
| 4 | 149:1 | A. WE LEAVE IT UP TO H.B.O. |
| 5 | 149:2 | Q. WHY IS THAT? |
| 6 | 149:3 | A. BECAUSE THEY'RE THE PRODUCER. |
| 7 | 149:4 | Q. AND IN YOUR MIND IS THERE A DIFFERENCE |
| 8 | 149:5 | BETWEEN A TELEVISION PRODUCER AND A PROMOTER? |
| 9 | 149:6 | A. WELL, THE -- H.B.O.'S A PRODUCTION |
| 10 | 149:7 | COMPANY AND KNOWS HOW TO PRODUCE SHOWS, AND |
| 11 | | WE'RE A |
| 12 | 149:8 | PROMOTER THAT PROMOTES BOXERS. |
| 13 | 149:9 | Q. BY H.B.O. BEING INVOLVED IN THE |
| 14 | 149:10 | TELEVISION PRODUCTION, ARRANGING FOR THE |
| 15 | | LIGHTING, |
| 16 | 149:11 | THE CAMERAS, ALL THE THINGS THAT GO IN ON THE T.V. |
| 17 | 149:12 | SIDE, DO YOU THINK THAT MAKES THEM A BOXING |
| 18 | 149:13 | PROMOTER? |
| 19 | 149:14 | MR. CESTERO: OBJECTION; LACKS |
| 20 | 149:15 | FOUNDATION, CALLS FOR A LEGAL CONCLUSION. IT'S |
| 21 | | VAGUE |
| 22 | 149:16 | AND AMBIGUOUS. |
| 23 | 149:17 | THE DEPONENT: A BOXING PROMOTER? |
| 24 | 149:18 | NO. |
| 25 | 149:19 | BY MR. WILLIAMS: |
| 26 | 149:20 | Q. WHY NOT? |
| 27 | 149:21 | A. BECAUSE THEY'RE A TELEVISION |
| 28 | | |

|    |         |                                                       |
|----|---------|-------------------------------------------------------|
| 1  | 149:22  | PRODUCTION COMPANY. IT'S UP TO THE PROMOTER TO        |
| 2  | 149:23  | PROMOTE A FIGHT.                                      |
| 3  |         |                                                       |
| 4  |         |                                                       |
| 5  | **153:13-154:23** |                                             |
| 6  | 153:13  | Q. AND THIS IS AN E-MAIL -- A ONE-PAGE                |
| 7  | 153:14  | E-MAIL, G.B.P.017423, FROM MARK TAFFET AT H.B.O. --   |
| 8  | 153:15  | IS THAT HOW YOU PRONOUNCE IT?                         |
| 9  | 153:16  | A. YEAH, TAFFET.                                      |
| 10 | 153:17  | Q. -- TO YOU AND ERIC GOMEZ. AND IT'S                 |
| 11 | 153:18  | DATED APRIL 21ST, 2015. AND IT SAYS:                  |
| 12 | 153:19  | "NIELSEN MEDIA RESEARCH                               |
| 13 | 153:20  | PROVIDED THE FOLLOWING DATA:"                         |
| 14 | 153:21  | AND THIS IS REFERRING TO THE                          |
| 15 | 153:22  | MATTHYSSE-PROVODNIKOV FIGHT?                          |
| 16 | 153:23  | A. OKAY.                                              |
| 17 | 153:24  | Q. DO YOU RECALL THAT FIGHT?                          |
| 18 | 153:25  | A. YES.                                               |
| 19 | 154:1   | Q. AND IT SAYS -- THE E-MAIL, AFTER YOU               |
| 20 | 154:2   | GET THROUGH THE -- WHAT APPEARS TO BE POSTED --       |
| 21 |         | OR                                                    |
| 22 | 154:3   | PASTED INFORMATION, IT SAYS:                          |
| 23 | 154:4   | "OSCAR, WE DON'T SEND                                 |
| 24 | 154:5   | RELEASES ON RATINGS, BUT WE DO                        |
| 25 | 154:6   | CALL KEY WRITERS AND PROVIDE                          |
| 26 | 154:7   | THEM WITH THE FACTS FROM                              |
| 27 | 154:8   | NIELSEN. PLEASE FEEL FREE TO                          |
| 28 |         |                                                       |

| | | |
|---|---|---|
| 1 | 154:9 | COMMUNICATE THE INFO BELOW TO |
| 2 | 154:10 | WHOMEVER YOU WISH. YOU CAN |
| 3 | 154:11 | TWEET IT ALSO." |
| 4 | 154:12 | DO YOU SEE THAT? |
| 5 | 154:13 | A. YES. |
| 6 | 154:14 | Q. AND DO YOU RECALL THIS FIGHT? |
| 7 | 154:15 | A. YES, I DO. |
| 8 | 154:16 | Q. WAS IT A SUCCESSFUL FIGHT FROM YOUR |
| 9 | 154:17 | STANDPOINT? |
| 10 | 154:18 | A. YES. |
| 11 | 154:19 | Q. VERY SUCCESSFUL? |
| 12 | 154:20 | A. YES. |
| 13 | 154:21 | Q. AND IT SAYS THAT -- AND THIS WAS AIRED |
| 14 | 154:22 | ON H.B.O.; CORRECT? |
| 15 | 154:23 | A. CORRECT. |
| 16 | | |
| 17 | | |
| 18 | **158:13-160:9** | |
| 19 | 158:13 | Q. DO YOU KNOW WHAT EVENT ACTUALLY TOOK |
| 20 | 158:14 | PLACE AT THE STUBHUB ARENA THE SAME DAY AS THE |
| 21 | 158:15 | MATTHYSSE FIGHT IN NEW YORK? |
| 22 | 158:16 | A. I DON'T, NO. |
| 23 | 158:17 | Q. SO THIS E-MAIL SAYS: |
| 24 | 158:18 | "THE SHOWTIME MAIN EVENT |
| 25 | 158:19 | SATURDAY, FROM CARSON, |
| 26 | 158:20 | CALIFORNIA, DELIVERED 618,000 |
| 27 | 158:21 | VIEWERS PEAKING AT 836,000 |
| 28 | | |

| | | |
|---|---|---|
| 1 | 158:22 | VIEWERS. |
| 2 | 158:23 | "THE H.B.O. MAIN EVENT |
| 3 | 158:24 | AUDIENCE ADVANTAGE WAS 101 |
| 4 | 158:25 | PERCENT." |
| 5 | 159:1 | DO YOU SEE THAT? |
| 6 | 159:2 | A. YES. |
| 7 | 159:3 | Q. AND THE STUBHUB IS IN CARSON, |
| 8 | 159:4 | CALIFORNIA; CORRECT? |
| 9 | 159:5 | A. YES, IT IS. |
| 10 | 159:6 | Q. IS IT YOUR UNDERSTANDING THAT THERE |
| 11 | 159:7 | WAS A P.B.C. EVENT THAT TOOK PLACE AT STUBHUB |
| 12 | | THAT |
| 13 | 159:8 | SAME DAY? |
| 14 | 159:9 | A. COULD HAVE BEEN. P.B.C. WORKS WITH |
| 15 | 159:10 | SHOWTIME. |
| 16 | 159:11 | Q. WHAT P.B.C. FIGHTS HAVE BEEN ON |
| 17 | 159:12 | SHOWTIME, TO YOUR KNOWLEDGE? |
| 18 | 159:13 | A. I'M NOT REALLY TOO SURE. |
| 19 | 159:14 | Q. NOW, DO YOU KNOW TOM BROWNE? |
| 20 | 159:15 | A. NO. I'VE HEARD HIS NAME, BUT I DON'T |
| 21 | 159:16 | KNOW WHO HE IS. |
| 22 | 159:17 | Q. AND WHO IS -- WELL, DO YOU KNOW WHAT |
| 23 | 159:18 | BUSINESS HE'S IN? |
| 24 | 159:19 | A. NO. WELL, BOXING. |
| 25 | 159:20 | Q. ARE YOU FAMILIAR WITH GOOSSEN |
| 26 | 159:21 | PROMOTIONS? |
| 27 | 159:22 | A. YES. |
| 28 | | |

| | | |
|---|---|---|
| 1 | 159:23 | Q. AND ARE YOU FAMILIAR WITH CHAVEZ |
| 2 | 159:24 | PROMOTIONS? |
| 3 | 159:25 | A. NO. |
| 4 | 160:1 | Q. DO YOU KNOW IF JULIO CESAR CHAVEZ, |
| 5 | 160:2 | JR., HAS HIS OWN PROMOTION COMPANY? |
| 6 | 160:3 | A. I DON'T. |
| 7 | 160:4 | Q. ARE YOU AWARE THAT AT STUBHUB ON |
| 8 | 160:5 | SATURDAY, APRIL 18TH, WAS A FIGHT BETWEEN -- |
| 9 | 160:6 | A SHOWTIME CHAMPIONSHIP FIGHT BETWEEN |
| 10 | 160:7 | JULIO CESAR CHAVEZ, JR., AND ANDRZEJ FONFARA? |
| 11 | 160:8 | A. I -- THAT FIGHT DID TAKE PLACE. I |
| 12 | 160:9 | WASN'T SURE IT WAS THAT SAME SATURDAY. |

**213:18-214:1**

| | | |
|---|---|---|
| 16 | 213:18 | Q. WHEN YOU SAID "THE SECOND BIGGEST |
| 17 | 213:19 | FIGHT IN THE HISTORY OF THE SPORT," WHAT -- DO YOU |
| 18 | 213:20 | THINK THAT WAS THE SECOND BIGGEST FIGHT? |
| 19 | 213:21 | A. I MIGHT HAVE BEEN EXAGGERATING A |
| 20 | 213:22 | LITTLE BIT. |
| 21 | 213:23 | Q. WHICH ONE -- WHICH FIGHTS WOULD HAVE |
| 22 | 213:24 | BEEN AHEAD OF THAT, IN YOUR VIEW? |
| 23 | 213:25 | A. PACQUIAO AND FLOYD, AND THEN MY FIGHT |
| 24 | 214:1 | WITH FLOYD. |

**226:7-9**

| | | |
|---|---|---|
| 1 | 226:7 | Q. WHO WAS THE LAST WORLD CHAMPION THAT |
| 2 | 226:8 | TOP RANK HAS PROMOTED, THAT YOU CAN RECALL? |
| 3 | 226:9 | A. MANNY PACQUIAO, MAYBE. |
| 4 | | |
| 5 | **226:12-15** | |
| 6 | 226:12 | Q. AND DOES ROC NATION HAVE ANY WORLD |
| 7 | 226:13 | CHAMPIONS? |
| 8 | 226:14 | A. I BELIEVE THEY HAVE ONE, WHO IS |
| 9 | 226:15 | ANDRE WARD. |
| 10 | | |
| 11 | | |
| 12 | **230:15-232:23 (encompassing 230:15-231:8)** | |
| 13 | 230:15 | Q. AND PRIOR TO THE P.B.C., GOLDEN BOY |
| 14 | 230:16 | HAD NOT AIRED ANY FIGHTS ON N.B.C.; CORRECT? |
| 15 | 230:17 | A. ON N.B.C.? NO. |
| 16 | 230:18 | Q. AND GOLDEN BOY HAD NOT AIRED ANY |
| 17 | 230:19 | FIGHTS ON C.B.S. PRIOR TO THE LAUNCH OF THE P.B.C.? |
| 18 | 230:20 | A. NO. |
| 19 | 230:21 | Q. "NO," IT HAD NOT? |
| 20 | 230:22 | A. IT HAD NOT, NO. |
| 21 | 230:23 | Q. AND PRIOR TO THE P.B.C., GOLDEN BOY |
| 22 | 230:24 | HAD NOT AIRED ANY FIGHTS ON THE FOX TELEVISION |
| 23 | 230:25 | STATION? |
| 24 | 231:1 | A. NOT THAT I KNOW OF. |
| 25 | 231:2 | Q. AND PRIOR TO THE LAUNCH OF P.B.C., |
| 26 | 231:3 | GOLDEN BOY HAD NOT AIRED ANY FIGHTS ON SPIKE |
| 27 | | T.V., |
| 28 | | |

| | | |
|---|---|---|
| 1 | 231:4 | HAD IT? |
| 2 | 231:5 | A. NO. |
| 3 | 231:6 | Q. AND PRIOR TO THE LAUNCH OF P.B.C., HAD |
| 4 | 231:7 | GOLDEN BOY EVER AIRED ANY FIGHTS ON BOUNCE T.V.? |
| 5 | 231:8 | A. NO. |
| 6 | 231:9 | Q. PRIOR TO THE LAUNCH OF P.B.C., THE |
| 7 | 231:10 | LAST FIGHT GOLDEN BOY PROMOTED ON E.S.P.N., I |
| 8 | | THINK |
| 9 | 231:11 | YOU SAID WAS 2010 -- AROUND THAT? |
| 10 | 231:12 | MR. CESTERO: OBJECTION; THAT |
| 11 | 231:13 | MISSTATES THE WITNESS'S TESTIMONY, AND – |
| 12 | 231:14 | MR. WILLIAMS: SURE. |
| 13 | 231:15 | MR. CESTERO: -- ASSUMES FACTS. |
| 14 | 231:16 | MR. WILLIAMS: FAIR. |
| 15 | 231:17 | BY MR. WILLIAMS: |
| 16 | 231:18 | Q. THE LAST FIGHT THAT GOLDEN BOY |
| 17 | 231:19 | PROMOTED ON E.S.P.N. WAS SEVERAL YEARS AGO; |
| 18 | 231:20 | CORRECT? |
| 19 | 231:21 | A. WHERE WE RECEIVED A LICENSE FEE, YES, |
| 20 | 231:22 | SEVERAL YEARS AGO. |
| 21 | 231:23 | Q. HAVE YOU PRO- -- HAS GOLDEN BOY |
| 22 | 231:24 | PROMOTED FIGHTS ON E.S.P.N. WITHIN THE LAST FEW |
| 23 | | YEARS |
| 24 | 231:25 | WHERE IT DID NOT RECEIVE A LICENSE FEE? |
| 25 | 232:1 | A. WHERE IT DID NOT? |
| 26 | 232:2 | Q. YES. |
| 27 | 232:3 | A. I DON'T THINK SO. |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 31, 2016 | Respectfully submitted, |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | |
| 6 | | By  /s/ Michael E. Williams |
| 7 | | Michael E. Williams |
| 8 | | Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP |
| 13 | | Howard Weitzman (SBN 38723) |
| 14 | | hweitzman@kwikalaw.com |
| 15 | | Jeremiah T. Reynolds (SBN 223554) jreynolds@kwikalaw.com |
| 16 | | 808 Wilshire Boulevard, 3rd Floor Santa Monica, California  90401 |
| 17 | | Telephone: 310.566.9800 |
| 18 | | Facsimile:  310.566.9850 |
| 19 | | Attorneys for Defendant Alan Haymon Development, Inc. |
| 20 | | |

-15-  Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF OSCAR DE LA HOYA SUPPORTING THE HAYMON ENTITIES' MSJ