**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
John B. Quinn (SBN 90378)
johnquinn@quinnemanuel.com
Michael E. Williams (SBN 108542)
michaelwilliams@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-3378-JFW (MRWx)<br><br>**EXCERPTED DEPOSITION TESTIMONY OF ROBERTO DIAZ SUPPORTING DEFENDANTS ALAN HAYMON DEVELOPMENT, INC., HAYMON BOXING LLC, HAYMON BOXING MANAGEMENT, HAYMON HOLDINGS LLC, AND HAYMON SPORTS LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Hearing Date: November 28, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom No. 16<br><br>Filing Date: May 5, 2015<br>Trial Date: March 14, 2017 |

1 **EXCERPTED DEPOSITION TESTIMONY OF ROBERTO DIAZ**

2

3 **77:20-81:1 (encompassing 78:21-80:7)**

| | | |
|---|---|---|
| 4 | 77:20 | Q. NOW, GOING AFTER YOUNG TALENTS LIKE -- |
| 5 | 77:21 | LIKE ■■■■■, IS IT COMPETITIVE FOR GOLDEN BOY |
| 6 | | TO |
| 7 | 77:22 | SIGN THEM TO CONTRACTS? |
| 8 | 77:23 | MR. CESTERO: OBJECTION; IT'S VAGUE |
| 9 | 77:24 | AND AMBIGUOUS. |
| 10 | 77:25 | THE DEPONENT: IT'S BECOME MORE |
| 11 | 78:1 | DIFFICULT. |
| 12 | 78:2 | BY MR. WOLFSON: |
| 13 | 78:3 | Q. MORE DIFFICULT HOW? |
| 14 | 78:4 | A. THIS BEING AN EXAMPLE. THIS TOOK |
| 15 | 78:5 | POSSIBLY NINE MONTHS. I PROBABLY WOULD HAVE |
| 16 | | BEEN |
| 17 | 78:6 | ABLE TO SIGN HIM WITHIN A FEW WEEKS. |
| 18 | 78:7 | BUT BECAUSE THESE OFFERS WERE BEING |
| 19 | 78:8 | SO -- I MEAN -- I MEAN, THINK OF IT, IF YOU'RE |
| 20 | 78:9 | OFFERED A CAR AND A HOUSE, AND ALL THIS MONEY UP |
| 21 | 78:10 | FRONT, MOST KIDS ARE GOING TO GO WITH THAT. |
| 22 | 78:11 | SO -- AND IF I'M NOT WILLING TO DO |
| 23 | 78:12 | THAT, BECAUSE I DON'T THINK IT'S A GOOD PRACTICE -- |
| 24 | 78:13 | NOT BECAUSE IT'S BAD, BUT YOU WANT THE KIDS TO |
| 25 | | EARN |
| 26 | 78:14 | WHAT THEY'RE GETTING, AND THEY SHOULD BE |
| 27 | | EARNING IT |
| 28 | | |

| | | |
|---|---|---|
| 1 | 78:15 | BECAUSE THAT KEEPS THEM GOING. |
| 2 | 78:16 | YOU GIVE THEM TOO MUCH UP FRONT, |
| 3 | 78:17 | THERE'S BEEN CASES WHERE IT'S RUINED THE FIGHTER. |
| 4 | 78:18 | SO IT HAS BEEN MORE DIFFICULT BECAUSE |
| 5 | 78:19 | THERE'S BEEN MORE MONEY BEING THROWN AND |
| 6 | | MAKING IT |
| 7 | 78:20 | MORE DIFFICULT. |
| 8 | 78:21 | Q. SO THE INSTANCES WHERE IT'S BEEN MORE |
| 9 | 78:22 | DIFFICULT, HAVE YOU BEEN TOLD BY THE FIGHTERS, OR |
| 10 | | BY |
| 11 | 78:23 | THE PROSPECTIVE FIGHTERS, WHO GOLDEN BOY'S |
| 12 | 78:24 | COMPETITION IS? |
| 13 | 78:25 | MR. CESTERO: OBJECTION; IT'S VAGUE |
| 14 | 79:1 | AND AMBIGUOUS. |
| 15 | 79:2 | GO AHEAD. |
| 16 | 79:3 | THE DEPONENT: I DON'T NEED TO BE TOLD |
| 17 | 79:4 | BY THE FIGHTER WHO -- I MEAN, WHEN THEY TELL ME, |
| 18 | 79:5 | "HEY" -- AN EXAMPLE: TRYING TO MAKE A FIGHT, |
| 19 | | CALLING |
| 20 | 79:6 | AN OPPONENT, WHERE NORMALLY I WOULD PAY 2,500 |
| 21 | 79:7 | DOLLARS, DEPENDING ON THE ROUNDS, AND THEY TELL |
| 22 | | ME, |
| 23 | 79:8 | "OH, YOU'RE GOING TO HAVE TO PAY ME A LOT MORE |
| 24 | | THAN |
| 25 | 79:9 | THAT BECAUSE ON THE OTHER SIDE, OR P.B.C., THEY'LL |
| 26 | 79:10 | SAY "I -- I GOT PAID TWO, THREE TIMES THAT." |
| 27 | 79:11 | I'M NOT WILLING TO PAY THAT. |
| 28 | | |

| | | |
|---|---|---|
| 1 | 79:12 | AGAIN, I HAVE A BUDGET, AND I CAN |
| 2 | 79:13 | SELDOM GO OVER THAT. I -- I HAVE DISCRETION. I TRY |
| 3 | 79:14 | TO STAY UNDER. |
| 4 | 79:15 | BUT WHEN THEY'RE TELLING ME TWO, THREE |
| 5 | 79:16 | TIMES THE PURSE THAT I'M OFFERING, AND I'M |
| 6 | | OFFERING |
| 7 | 79:17 | GOOD PURSE -- OR WHAT USED TO BE THE STANDARD, I |
| 8 | | HAVE |
| 9 | 79:18 | TO MOVE ON. |
| 10 | 79:19 | AND IT HAS MADE IT MORE DIFFICULT. |
| 11 | 79:20 | BY MR. WOLFSON: |
| 12 | 79:21 | Q. SO ONE OF THE REASONS IT'S MORE |
| 13 | 79:22 | DIFFICULT HERE IS THAT FIGHTERS ARE NOW |
| 14 | | DEMANDING |
| 15 | 79:23 | HIGHER PURSES? |
| 16 | 79:24 | MR. CESTERO: OBJECTION; THAT |
| 17 | 79:25 | MISSTATES THE WITNESS'S TESTIMONY. IT'S |
| 18 | 80:1 | ARGUMENTATIVE. |
| 19 | 80:2 | THE DEPONENT: WELL, THAT HAS PUT A -- |
| 20 | 80:3 | IT -- IT'S AT A DIFFERENT LEVEL. |
| 21 | 80:4 | BY MR. WOLFSON: |
| 22 | 80:5 | Q. SO THE -- AND THAT LEVEL HAS GONE |
| 23 | 80:6 | UP? |
| 24 | 80:7 | A. YES. |
| 25 | 80:8 | MR. CESTERO: IT'S VAGUE AND |
| 26 | 80:9 | AMBIGUOUS. |
| 27 | 80:10 | BY MR. WOLFSON: |
| 28 | | |

| | | |
|---|---|---|
| 1 | 80:11 | Q. AND IT -- IT'S MORE DIFFICULT IN THE |
| 2 | 80:12 | PAST BECAUSE THESE FIGHTERS ARE NOW DEMANDING, |
| 3 | | ON |
| 4 | 80:13 | AVERAGE, HIGHER PURSES THAN WHAT USED TO BE THE |
| 5 | 80:14 | STANDARD? |
| 6 | 80:15 | MR. CESTERO: OBJECTION; IT'S VAGUE |
| 7 | 80:16 | AND AMBIGUOUS. |
| 8 | 80:17 | THE DEPONENT: YES. I MEAN, IT'S -- |
| 9 | 80:18 | IT'S -- THEY'RE DEMANDING FROM EVERY LEVEL. IT'S |
| 10 | 80:19 | JUST MONEY. I WANT -- "CAN YOU -- CAN YOU |
| 11 | | GUARANTEE |
| 12 | 80:20 | T.V.?" |
| 13 | 80:21 | THAT'S -- THAT'S A BIG THING THAT THE |
| 14 | 80:22 | YOUNG FIGHTERS ARE SAYING, "CAN YOU GUARANTEE |
| 15 | | T.V.?" |
| 16 | 80:23 | AGAIN, LIKE I SAID, MY REPUTATION AND |
| 17 | 80:24 | MY WORD IS VERY IMPORTANT, AND THEY TRUST ME. |
| 18 | | AND |
| 19 | 80:25 | WHEN I CAN'T GUARANTEE T.V., IT MAKES IT VERY |
| 20 | 81:1 | DIFFICULT. |
| 21 | | |
| 22 | | |
| 23 | **122:19-21** | |
| 24 | 122:19 | NOW, ▮▮▮▮▮ USED TO BE PROMOTED BY |
| 25 | 122:20 | GOLDEN BOY; RIGHT? |
| 26 | 122:21 | A. YES. |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | 124:25-125:14 | |
| 2 | 124:25 | Q. NOW, WITH ███████, HE ONLY RECENTLY |
| 3 | 125:1 | STOPPED BEING PROMOTED BY GOLDEN BOY; RIGHT? |
| 4 | 125:2 | A. YES. |
| 5 | 125:3 | Q. AND IS IT CORRECT, SIR, BASED ON THE |
| 6 | 125:4 | BEST OF YOUR KNOWLEDGE, THAT ███████ ENDED |
| 7 | | HIS |
| 8 | 125:5 | CONTRACT EARLY WITH -- WITH GOLDEN BOY? |
| 9 | 125:6 | A. YES. |
| 10 | 125:7 | Q. AND DO YOU KNOW HOW MUCH LONGER THERE |
| 11 | 125:8 | WAS ON ███████ TERM AGREEMENT WITH GOLDEN |
| 12 | | BOY? |
| 13 | 125:9 | A. I'D HAVE TO LOOK AT HIS TERM |
| 14 | 125:10 | AGREEMENT, BUT CALCULATE IT ABOUT TWO MORE |
| 15 | | YEARS. |
| 16 | 125:11 | Q. SO IS IT CORRECT, THEN, THAT HE HAD |
| 17 | 125:12 | BEEN IN A CONTRACT WITH GOLDEN BOY FOR ABOUT |
| 18 | | THREE |
| 19 | 125:13 | YEARS? |
| 20 | 125:14 | A. YES. |
| 21 | | |
| 22 | | |
| 23 | **160:22-162:25** | |
| 24 | 160:22 | Q. SURE. |
| 25 | 160:23 | ARE YOU -- SINCE JANUARY 1ST, 2015, |
| 26 | 160:24 | ARE YOU FAMILIAR WITH, OR DO YOU KNOW OF ANY |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | 160:25 | CHAMPIONSHIP BOUTS THAT HAVE BEEN AIRED ON |
| 2 | | H.B.O.? |
| 3 | 161:1 | A. YES. |
| 4 | 161:2 | Q. HOW ABOUT SHOWTIME? |
| 5 | 161:3 | A. YES. |
| 6 | 161:4 | Q. HOW ABOUT N.B.C.? |
| 7 | 161:5 | A. I DON'T FOLLOW IT. |
| 8 | 161:6 | Q. HOW ABOUT C.B.S.? |
| 9 | 161:7 | A. I COULDN'T TELL YOU WITH CERTAINTY IF |
| 10 | 161:8 | THEY WERE CHAMPIONSHIP FIGHTS. |
| 11 | 161:9 | Q. HOW ABOUT A.B.C.? |
| 12 | 161:10 | A. NO. |
| 13 | 161:11 | Q. HOW ABOUT SPIKE? |
| 14 | 161:12 | A. I BELIEVE THURMAN AND PORTER WAS A |
| 15 | 161:13 | CHAMPIONSHIP FIGHT ON SPIKE. I -- I JUST DON'T |
| 16 | 161:14 | RECALL WHAT NETWORK. THERE'S SO MANY NETWORKS |
| 17 | | GOING |
| 18 | 161:15 | ON, I DON'T KNOW SPECIFICALLY WHICH ONE WAS |
| 19 | | AIRING |
| 20 | 161:16 | WHAT FIGHT. |
| 21 | 161:17 | Q. OKAY. AND HAS -- TO THE BEST OF YOUR |
| 22 | 161:18 | KNOWLEDGE, HAVE -- HAVE THERE BEEN ANY |
| 23 | | CHAMPIONSHIP |
| 24 | 161:19 | FIGHTS ON ESTRELLA T.V.? |
| 25 | 161:20 | A. WORLD CHAMPIONSHIP FIGHTS ON ESTRELLA |
| 26 | 161:21 | T.V.? NO. |
| 27 | 161:22 | Q. OKAY. HAS GOLDEN BOY EVER PROMOTED A |
| 28 | | |

| | | |
|---|---|---|
| 1 | 161:23 | CHAMPIONSHIP BOUT ON ANYTHING OTHER THAN |
| 2 | | H.B.O., |
| 3 | 161:24 | SHOWTIME, OR PAY-PER-VIEW? |
| 4 | 161:25 | MR. CESTERO: AT -- AT ANY TIME SINCE |
| 5 | 162:1 | HE'S BEEN THERE? |
| 6 | 162:2 | MR. WOLFSON: SINCE HE'S BEEN THERE. |
| 7 | 162:3 | THE DEPONENT: H.B.O., SHOWTIME, OR |
| 8 | 162:4 | PAY-PER-VIEW? |
| 9 | 162:5 | BY MR. WOLFSON: |
| 10 | 162:6 | Q. YEAH. |
| 11 | 162:7 | A. YES. |
| 12 | 162:8 | Q. AND WHERE WAS THAT? |
| 13 | 162:9 | A. TELEVISA, IN MEXICO. |
| 14 | 162:10 | Q. THAT WAS IN MEXICO? |
| 15 | 162:11 | A. IN THE COUNTRY, YES. I MEAN, IT COULD |
| 16 | 162:12 | HAVE BEEN IN CANCUN, IT COULD HAVE BEEN OTHER |
| 17 | | PARTS |
| 18 | 162:13 | OF MEXICO, BUT SOMEWHERE IN MEXICO. |
| 19 | 162:14 | Q. AND WAS THAT JUST ONE FIGHT? |
| 20 | 162:15 | A. NO, SEVERAL FIGHTS. |
| 21 | 162:16 | Q. OKAY. AND THESE WERE ALL ON TELEVISA |
| 22 | 162:17 | IN MEXICO? |
| 23 | 162:18 | A. YES. |
| 24 | 162:19 | Q. AND HOW ABOUT IN THE U.S.? HAS -- HAS |
| 25 | 162:20 | GOLDEN BOY, SINCE YOU'VE BEEN THERE, EVER |
| 26 | | PROMOTED A |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | 162:21 | FIGHT -- A CHAMP- -- A CHAMPIONSHIP BOUT ON ANY |
| 2 | | OTHER |
| 3 | 162:22 | NETWORK BESIDES H.B.O., SHOWTIME, OR ON |
| 4 | 162:23 | PAY-PER-VIEW? |
| 5 | 162:24 | A. PROMOTED FIGHTS ON OTHER NETWORKS, |
| 6 | 162:25 | YES. PROMOTED CHAMPIONSHIP FIGHTS, I WOULD |
| 7 | | THINK NO. |
| 8 | | |
| 9 | | |
| 10 | **217:18-25** | |
| 11 | 217:18 | Q. DO YOU KNOW WHETHER THERE WAS |
| 12 | | ACTUALLY |
| 13 | 217:19 | A BOXING FIGHT AT -- I THINK IT WAS STUBHUB CENTER |
| 14 | | AT |
| 15 | 217:20 | THAT POINT -- |
| 16 | 217:21 | A. UH-HUH. |
| 17 | 217:22 | Q. -- THAT SPECIFIC NIGHT THAT YOU'RE |
| 18 | 217:23 | TALKING ABOUT? |
| 19 | 217:24 | A. YES, THERE WAS. CHAVEZ JUNIOR FOUGHT |
| 20 | 217:25 | FONFARA THAT NIGHT AND LOST. |
| 21 | | |
| 22 | | |
| 23 | **219:7-13** | |
| 24 | 219:7 | Q. OKAY. AND IN THE L.A. METRO AREA, |
| 25 | 219:8 | BESIDES STUBHUB CENTER, ARE THERE ANY OTHER |
| 26 | | VENUES |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | 219:9 | THAT YOU'RE AWARE OF THAT CAN HOST A BOXING |
| 2 | | FIGHT? |
| 3 | 219:10 | A. OH, YES. STAPLES CENTER, HONDA |
| 4 | 219:11 | CENTER, TO NAME A FEW. |
| 5 | 219:12 | Q. HOW ABOUT THE FORUM? |
| 6 | 219:13 | A. THE FORUM, YES. |
| 7 | | |
| 8 | | |
| 9 | **219:14-25** | |
| 10 | 219:14 | Q. AND DO YOU KNOW WHETHER GOLDEN BOY |
| 11 | 219:15 | EM- -- EMPLOYEES TRIED TO BOOK THOSE VENUES |
| 12 | | INSTEAD |
| 13 | 219:16 | OF STUB -- STUBHUB CENTER? |
| 14 | 219:17 | MR. CESTERO: FOR? |
| 15 | 219:18 | BY MR. WOLFSON: |
| 16 | 219:19 | Q. FOR THIS SPECIFIC FIGHT? |
| 17 | 219:20 | A. I DON'T RECALL. I DON'T RECALL. |
| 18 | 219:21 | AGAIN, THAT'S -- I HEAR IT IN THE |
| 19 | 219:22 | OFFICE AND EVERYTHING, BUT THAT'S NOT MY |
| 20 | | SPECIFIC |
| 21 | 219:23 | OBLIGATION OR -- OR JOB DUTY, SO... |
| 22 | 219:24 | Q. SO YOU DON'T KNOW? |
| 23 | 219:25 | A. NO. |
| 24 | | |
| 25 | | |
| 26 | **224:19-226:14** | |
| 27 | 224:19 | █████████████████████████████████ |
| 28 | | |



-11- Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF ROBERTO DIAZ
SUPPORTING DEFENDANTS' MSJ



| | | |
|---|---|---|
| 1 | **249:18-250:25** | |
| 2 | 249:18 | Q. HOW ABOUT PAY-PER-VIEW BOUTS? |
| 3 | 249:19 | A. YES. |
| 4 | 249:20 | Q. AND HOW MANY, TO THE BEST OF YOUR |
| 5 | 249:21 | KNOWLEDGE, PAY-PER-VIEW BOUTS SINCE JANUARY 1ST OF |
| 7 | 249:22 | 2015 HAS GOLDEN BOY PROMOTED? |
| 8 | 249:23 | A. I WOULD SAY THREE. |
| 9 | 249:24 | Q. AND CAN YOU LIST THOSE? WHO WERE THE |
| 10 | 249:25 | BOXERS, JUST THE BEST OF YOUR RECOLLECTION? |
| 11 | 250:1 | A. NOVEMBER 2015, MIGUEL COTTO VERSUS |
| 12 | 250:2 | CANELO; MAY 2016, CANELO VERSUS KHAN; AND SEPTEMBER |
| 14 | 250:3 | 2016, CANELO VERSUS LIAM SMITH. |
| 15 | 250:4 | ▉▉▉▉▉▉▉▉▉▉▉ |

[Lines 16–27: redacted]

1 ▮▮▮▮▮
2 ▮▮ ▮▮▮▮▮▮▮▮
3 ▮▮▮▮▮▮▮▮▮
4 ▮
5 ▮▮▮▮
6 ▮▮ ▮▮▮▮▮▮▮
7 ▮▮▮▮▮▮▮▮▮
8 ▮▮▮▮▮▮▮▮▮
9 ▮
10 ▮▮▮▮▮▮▮
11 ▮▮ ▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮
14 ▮▮▮

15

16

17 **257:9-258:11**

18 257:9 Q. OKAY. SO IS THIS AN INSTANCE OF WHERE

19 257:10 A BOXER WAS REQUESTING A HIGHER PURSE THAN

20 GOLDEN BOY

21 257:11 WAS WILLING TO PAY?

22 257:12 A. NOT NECESSARILY THE BOXER. AGAIN,

23 257:13 THIS IS ▮▮▮▮ REQUESTING IT.

24 257:14 Q. OKAY. AND DID YOU UNDERSTAND WHAT

25 257:15 RELATIONSHIP ▮▮▮▮▮▮

26 257:16 A. I ASSUMED HE WAS HIS REPRESENTATIVE.

27 257:17 Q. OKAY.

28

| | | |
|---|---|---|
| 1 | 257:18 | A. I DON'T KNOW IF HE WAS THE TRAINER OR |
| 2 | 257:19 | THE MANAGER OR JUST A -- A FRIEND. |
| 3 | 257:20 | Q. OKAY. SO AT LEAST IN THIS INSTANCE, |
| 4 | 257:21 | THOUGH, THE -- THE REPRESENTATIVE FOR ███ |
| 5 | | ███████████ IS REQUESTING A PURSE HIGHER THAN |
| 6 | | GOLDEN BOY |
| 7 | 257:23 | WAS WILLING TO PAY? |
| 8 | 257:24 | A. YES. |
| 9 | 257:25 | Q. AND IN THE END, IS IT FAIR TO SAY THAT |
| 10 | 258:1 | GOLDEN BOY WAS NOT WILLING TO PAY A PURSE AT THE |
| 11 | | |
| 12 | 258:2 | LEVEL THAT ███████████████████ |
| 13 | | ███ ████████ |
| 14 | 258:4 | A. I WOULDN'T SAY "NOT WILLING." I -- |
| 15 | 258:5 | I -- DEPENDS ON THE SITUATION. |
| 16 | 258:6 | IF I COULD FIND SOMEBODY ELSE, AND I |
| 17 | 258:7 | COULD SAVE MONEY AND STAY WITHIN A BUDGET, THEN I |
| 18 | | |
| 19 | 258:8 | WILL FIND THEM. |
| 20 | 258:9 | MIGHT BE CIRCUMSTANCE WHEN I HAVE TO |
| 21 | 258:10 | GO BACK AND SAY "OKAY. WELL, HERE. I'LL SEND YOU |
| 22 | 258:11 | THE CONTRACT." |

| | | |
|---|---|---|
| 1 | DATED: October 31, 2016 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | |
| 5 | | By */s/ Michael E. Williams* |
| 6 | | Michael E. Williams |
| 7 | | |
| 8 | | Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC |
| 9 | | |
| 10 | | |
| 11 | | KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP |
| 12 | | Howard Weitzman (SBN 38723) |
| 13 | | hweitzman@kwikalaw.com Jeremiah T. Reynolds (SBN 223554) |
| 14 | | jreynolds@kwikalaw.com |
| 15 | | 808 Wilshire Boulevard, 3rd Floor Santa Monica, California  90401 |
| 16 | | Telephone: 310.566.9800 Facsimile:  310.566.9850 |
| 17 | | |
| 18 | | Attorneys for Defendant Alan Haymon Development, Inc. |
| 19 | | |

-16-   Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF ROBERTO DIAZ
SUPPORTING DEFENDANTS' MSJ