1

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
John B. Quinn (SBN 90378)
johnquinn@quinnemanuel.com
Michael E. Williams (SBN 108542)
michaelwilliams@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

2

3

4

5

6

7

Attorneys for Defendants Haymon Boxing
LLC, Haymon Sports LLC, Haymon Boxing
Management, and Haymon Holdings LLC

8

9

[additional counsel listed on signature page]

10

## UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

## WESTERN DIVISION

13

14

| GOLDEN BOY PROMOTIONS, LLC, *et al.*, | Case No. 2:15-cv-3378-JFW (MRWx) |
|---|---|
| Plaintiffs, | **EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS ALAN HAYMON DEVELOPMENT, INC., HAYMON BOXING LLC, HAYMON BOXING MANAGEMENT, HAYMON HOLDINGS LLC, AND HAYMON SPORTS LLC'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ALAN HAYMON, *et al.*, | |
| Defendants. | |
| | Judge: Hon. John F. Walter |
| | Hearing Date: November 28, 2016 |
| | Time: 1:30 p.m. |
| | Place: Courtroom No. 16 |
| | Filing Date: May 5, 2015 |
| | Trial Date: March 14, 2017 |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ

**47:25-48:20**

47:25      Q.   SO WHAT WAS IT THAT CHANGED TWO AND

48:1   A HALF YEARS AGO?

48:2      A.   THE MARKET CHANGED.

48:3      Q.   IN WHAT WAY?

48:4      A.   WELL, IN ORDER TO GET DATES, I HAD

48:5   TO BE A LITTLE MORE AGGRESSIVE AND MAYBE MAKE

48:6   MATCHES THAT I DIDN'T WANT TO MAKE, MATCHES WHERE

48:7   MY GUYS WERE IN OVER THEIR HEAD.

48:8         IN ORDER TO GET DATES, VERY

48:9   COMPETITIVE IT BECAME.  THE MARKET BECAME VERY

48:10   COMPETITIVE.

48:11      Q.   AND YOU SAID THIS WAS APPROXIMATELY

48:12   TWO AND A HALF YEARS AGO?

48:13      A.   YES.

48:14      Q.   DO YOU HAVE ANY UNDERSTANDING OF

48:15   WHAT CHANGED THAT MADE THE MARKET MORE

48:16   COMPETITIVE?

48:17      A.   I HAVE AN IDEA.

48:18      Q.   WHAT'S YOUR IDEA?

48:19      A.   P.B.C., RICHARD SCHAEFER LEFT, AND

48:20   WE LOST MANY, MANY DATES.

**118:5-25**

118:5　　　Q.　AND ARE YOU AWARE OF SITUATIONS

118:6　WHERE A MANAGER HAS PROVIDED FINANCIAL SUPPORT TO

118:7　THE BOXER EARLY IN THEIR CAREER TO HELP GET THEM

118:8　STARTED?

118:9　　　A.　YES.

118:10　　　Q.　AND THAT FINANCIAL SUPPORT COULD

118:11　COME IN THE FORM OF PAYING FOR TRAINING CAMP FOR

118:12　THE BOXER?

118:13　　　　MR. CESTERO:　OBJECTION.　IT'S

118:14　VAGUE AND AMBIGUOUS.

118:15　　　　THE DEPONENT:　RARELY.　RARELY.

118:16　BY MR. WILLIAMS:

118:17　　　Q.　WHY DO YOU SAY THAT?

118:18　　　A.　BECAUSE MOST OF THE TIME, THE

118:19　PROMOTER PAYS FOR THE TRAINING CAMP, SO IT'S RARE.

118:20　　　　BUT WHAT THEY'LL DO -- WHAT

118:21　MANAGERS DO IS SOMETIMES THEY'LL GIVE A SIGN-ON

118:22　BONUS TO A FIGHTER TO GET HIM STARTED, TO BE ABLE

118:23　TO SIGN HIM.　THEY'LL BUY EQUIPMENT.　YOU KNOW,

118:24　CLOTHING, SHOES, TRAINING GLOVES AND STUFF LIKE

118:25　THAT


**121:4-8**

121:4　　　Q.　WOULD YOU AGREE THAT THERE'S --

1   121:5   WELL, IN YOUR MIND, IS THERE ANYTHING WRONG WITH
2           A
3   121:6   MANAGER TRYING TO GET THE LARGEST POSSIBLE PURSE
4   121:7   FOR HIS FIGHTER?
5   121:8        A.  NO.
6
7   **139:17- 145:11** (encompassing **139:17-140:25; 139:23-145:11**)
8   139:17        Q.  I'M SORRY.  IF YOU ACTUALLY LOOK
9   139:18   DOWN PROBABLY -- THERE'S A SENTENCE KIND OF A
10  139:19   THIRD OF THE WAY DOWN THAT SAYS "IN THE EVENT
11          THAT
12  139:20   BOXER IS NOT DECLARED THE WINNER."
13  139:21        DO YOU SEE THAT?
14  139:22        A.  YES.
15  139:23        Q.  IT SAYS:
16  139:24        "IN THE EVENT THAT BOXER IS
17  139:25        NOT DECLARED THE WINNER OF ANY
18  140:1         PROFESSIONAL BOXING MATCH DURING
19  140:2         THE TERM, THEN:  (A) PROMOTER
20  140:3         SHALL HAVE NO FURTHER OBLIGATION
21  140:4         TO PAY THE AMOUNTS DESCRIBED IN
22  140:5         PARAGRAPH 4 ABOVE; AND (B)
23  140:6         PROMOTER SHALL HAVE THE RIGHT TO
24  140:7         RENEGOTIATE THE GUARANTEED
25  140:8         MINIMUM PURSES HEREUNDER."
26  140:9         DO YOU SEE THAT?
27  140:10        A.  YES.
28

1    140:11        Q.  IS THAT A FAIRLY STANDARD TERM IN

2    140:12  GOLDEN BOY'S CONTRACTS?

3    140:13            MR. CESTERO:  OBJECTION.  THAT'S

4    140:14  VAGUE AND AMBIGUOUS.

5    140:15            THE DEPONENT:  IT DEPENDS WHATEVER

6    140:16  IS NEGOTIATED.  THAT'S IN SOME OF OUR AGREEMENTS.

7    140:17  OTHER AGREEMENTS DON'T HAVE THAT.

8    140:18  BY MR. WILLIAMS:

9    ███████      ████████████████████████████████

10   █████████████████████████████████████████████

11   ███████      ██████████████████████████████

12   ████████████████████

13   140:23        Q.  ANYONE ELSE?

14   140:24        A.  THERE'S A FEW OTHER ONES.  I CAN'T

15   140:25  THINK OF THE NAMES RIGHT NOW.

16   141:1        Q.  AND AT LEAST IN THIS AGREEMENT FOR

17   141:2  MR. GOMEZ, GOLDEN BOY WILL HAVE THE RIGHT TO

18   141:3  TERMINATE THE AGREEMENT IF THE BOXER LOSES ANY

19   141:4  FIGHT; IS THAT RIGHT?

20   141:5        A.  YES.

21   141:6        Q.  AND IS THAT A FAIRLY STANDARD

22   141:7  PROVISION?

23   141:8        A.  IT DEPENDS WHAT'S NEGOTIATED WITH

24   141:9  THE FIGHTER.  WE HAVE AGREEMENTS WHERE IT SAYS

25   141:10  THAT, YOU KNOW, AFTER TWO LOSSES, WE HAVE THE

26   141:11  RIGHT TO DO IT.  IT JUST DEPENDS.  IT DEPENDS WHO

27   141:12  IT IS.

28

| | |
|---|---|
| 1 | 141:13        Q.   AND WHY DO YOU HAVE -- WHY DOES |
| 2 | 141:14   GOLDEN BOY INCLUDE A PROVISION THAT ALLOWS IT TO |
| 3 | 141:15   TERMINATE THE PROMOTIONAL AGREEMENT IF THE |
| 4 |            BOXER |
| 5 | 141:16   LOSES A SINGLE MATCH? |
| 6 | 141:17           MR. CESTERO:  I GUESS HANG ON A |
| 7 | 141:18   SECOND. |
| 8 | 141:19             I'LL JUST INSTRUCT YOU THAT TO THE |
| 9 | 141:20   EXTENT THAT THAT ANSWER WOULD REQUIRE YOU TO |
| 10 | 141:21   DIVULGE COMMUNICATIONS WITH YOUR COUNSEL WHO |
| 11 | 141:22   DRAFTED OR ASSISTED IN THE DRAFTING OF THIS |
| 12 | 141:23   AGREEMENT, I'LL TELL YOU NOT TO DISCLOSE THOSE |
| 13 | 141:24   COMMUNICATIONS. |
| 14 | 141:25           BUT IF THERE'S A BUSINESS REASON |
| 15 | 142:1   THAT YOU KNOW INDEPENDENT OF COUNSEL, |
| 16 |            DISCUSSIONS |
| 17 | 142:2   WITH COUNSEL, YOU CAN ANSWER THE QUESTION. |
| 18 | 142:3           THE DEPONENT:  WELL, MORE THAN |
| 19 | 142:4   ANYTHING, IT'S FOR THE HEALTH OF THE FIGHTER.  IF |
| 20 | 142:5   WE -- YOU KNOW, IT'S A VIOLENT SPORT, BOXING. |
| 21 | 142:6           AND IF A FIGHTER GETS BRUTALLY |
| 22 | 142:7   KNOCKED OUT UNCONSCIOUS, MAYBE, YOU KNOW, GOES TO |
| 23 |            TO |
| 24 | 142:8   THE HOSPITAL AND WE FEEL THAT IT'S IN HIS BEST |
| 25 | 142:9   INTEREST NOT TO FIGHT ANYMORE, WE MIGHT RELEASE |
| 26 | 142:10   HIM FROM HIS CONTRACT, AND WE'LL ADVISE HIM NOT |
| 27 |            TO |
| 28 | |

EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ

| | | |
|---|---|---|
| 1 | 142:11 | FIGHT ANYMORE.  SO IT'S A HEALTH ISSUE AS WELL. |
| 2 | 142:12 | Q.  AS WELL AS WHAT? |
| 3 | 142:13 | A.  AS WELL AS, YOU KNOW, HE -- HE -- |
| 4 | 142:14 | HE SHOULDN'T BE FIGHTING NO MORE, YOU KNOW, AS |
| 5 | 142:15 | WELL AS JUST, YOU KNOW, HE SHOULDN'T BE FIGHTING. |
| 6 | 142:16 | YOU KNOW, IT'S -- HE MIGHT NOT HAVE |
| 7 | 142:17 | THE SKILL SET NO MORE.  HE MIGHT BE DIFFERENT. |
| 8 | 142:18 | SOME FIGHTERS, WHEN THEY GET KNOCKED OUT |
| 9 | | BRUTALLY, |
| 10 | 142:19 | THEY'RE NOT THE SAME. |
| 11 | 142:20 | Q.  BUT THIS PROVISION SAYS THAT GOLDEN |
| 12 | 142:21 | BOY HAS THE RIGHT TO TERMINATE THE AGREEMENT IN |
| 13 | 142:22 | THE EVENT THAT BOXER IS NOT DECLARED THE WINNER |
| 14 | | OF |
| 15 | 142:23 | ANY PROFESSIONAL BOXING MATCH DURING THE TERM; |
| 16 | 142:24 | CORRECT? |
| 17 | 142:25 | A.  YES. |
| 18 | 143:1 | Q.  SO IT HAS -- AT LEAST AS WRITTEN, |
| 19 | 143:2 | IT DOESN'T PERTAIN TO THE BOXER'S INJURY OR |
| 20 | 143:3 | HEALTH; CORRECT? |
| 21 | 143:4 | MR. CESTERO:  OBJECTION; CALLS FOR |
| 22 | 143:5 | A LEGAL CONCLUSION. |
| 23 | 143:6 | BUT YOU CAN ANSWER TO YOUR |
| 24 | 143:7 | UNDERSTANDING. |
| 25 | 143:8 | THE DEPONENT:  YEAH.  IT'S NOT |
| 26 | 143:9 | SPECIFIC, BUT THAT'S THE WAY WE USE IT:  THAT IF |
| 27 | | |
| 28 | | |

EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ

1    143:10   THERE'S A FIGHTER THAT'S BRUTALLY KNOCKED OUT,

2       HE

3    143:11   SHOULDN'T BE FIGHTING ANYMORE, AND, YOU KNOW,

4    143:12   WE'LL RELEASE HIM.

5    143:13   BY MR. WILLIAMS:

6    143:14       Q.   AND IT SAYS THAT:

7    143:15          "PROMOTER SHALL HAVE THE

8    143:16          RIGHT TO TERMINATE THIS AGREEMENT

9    143:17          IF THE BOXER FAILS TO ENGAGE IN

10   143:18          ANY BOUT HEREUNDER."

11   143:19          DO YOU SEE THAT?  IT'S THE NEXT

12   143:20   SENTENCE.

13   143:21       A.  OKAY.

14   143:22       Q.   SO IF -- IF GOLDEN BOY PRESENTS A

15   143:23   FIGHT TO THE BOXER AND THE BOXER DECIDES FOR

16   143:24   WHATEVER REASON HE DOESN'T WANT TO DO THAT

17       FIGHT,

18   143:25   GOLDEN BOY HAS THE RIGHT TO TERMINATE THE

19   144:1   AGREEMENT?

20   144:2          MR. CESTERO:  OBJECTION.  THE

21   144:3   DOCUMENTS SPEAKS FOR ITSELF.  IT CALLS FOR A LEGAL

22   144:4   CONCLUSION, AND IT LACKS FOUNDATION.

23   144:5   BY MR. WILLIAMS:

24   144:6       Q.   IS THAT CORRECT?

25   144:7       A.   IT SAYS THAT, YES.

26   144:8       Q.   AND IT ALSO SAYS THAT --

27   144:9   SUBPARAGRAPH (C) OF THAT PARAGRAPH IF -- GOLDEN

28

1   144:10 BOY HAS THE RIGHT TO TERMINATE THE AGREEMENT:

2   144:11   "IF BOXER IS IN BREACH OF

3   144:12  ANY OF HIS OBLIGATIONS TO

4   144:13  PROMOTER.  FOR EXAMPLE, BOXER

5   144:14  VIOLATES PROMOTER'S EXCLUSIVE

6   144:15  PROMOTIONAL RIGHTS BY NEGOTIATING

7   144:16  WITH OR ENTERING INTO AN

8   144:17  AGREEMENT WITH ANOTHER PROMOTER."

9   144:18   DO YOU SEE THAT?

10   144:19  A.   YES.

11   144:20   Q.   SO IF THE BOXER NEGOTIATES WITH

12   144:21 ANOTHER PROMOTER, GOLDEN BOY WOULD HAVE THE

13    RIGHT

14   144:22 TO TERMINATE THE CONTRACT?

15   144:23  A.   YEAH.

16   144:24   MR. CESTERO:  OBJECTION; CALLS FOR

17   144:25 A LEGAL CONCLUSION.

18   145:1   THE DEPONENT:  SORRY.

19   145:2   MR. CESTERO:  IT'S OKAY.

20   145:3 BY MR. WILLIAMS:

21   145:4   Q.   AND THEN SUBPARAGRAPH (D) SAYS

22   145:5 GOLDEN BOY HAS THE RIGHT TO TERMINATE THE

23   145:6 AGREEMENT IF, IN GOLDEN BOY'S SOLE DISCRETION, IT

24   145:7 DETERMINES IT IS NO LONGER IN GOLDEN BOY'S:

25   145:8  "COMMERCIAL BEST INTEREST TO

26   145:9  CONTINUE TO PROMOTE BOXER."

27   145:10  DO YOU SEE THAT?

28

1    145:11        A.  YES.

2

3    **148:4-149:6**

4    148:4         Q.  WOULD IT -- AND I'LL AGREE WITH

5    148:5   MR. CESTERO THAT THE DOCUMENT DOES SPEAK FOR

6    148:6   ITSELF.

7    148:7              BUT WOULD IT SURPRISE YOU THAT

8    148:8   THERE'S NO PROVISION IN HERE THAT SPECIFIES WHEN

9    148:9   THE BOXER CAN TERMINATE THE AGREEMENT?

10   148:10              MR. CESTERO:  OBJECTION.  THE

11   148:11  DOCUMENT SPEAKS FOR ITSELF.  IT LACKS FOUNDATION,

12   148:12  CALLS FOR A LEGAL CONCLUSION, ASSUMES FACTS.

13   148:13              THE DEPONENT:  YEAH.  A FIGHTER CAN

14   148:14  GET OUT OF IT IF WE DON'T PROVIDE THE NUMBER OF

15   148:15  BOUTS, IF WE DON'T PAY HIM HIS MINIMUMS, IF WE'RE

16   148:16  NOT DOING OUR JOB THAT IS REQUIRED.

17   148:17              I MEAN, IT'S A BREACH OF CONTRACT.

18   148:18  SO IF WE'RE NOT DOING WHAT THE DOCUMENT SAYS,

19            THEN

20   148:19  HE'S GOT A RIGHT TO BREAK IT.

21   148:20  BY MR. WILLIAMS:

22   148:21         Q.  BUT ASSUMING YOU'RE PROVIDING THE

23   148:22  MINIMUM PURSE AND THE NUMBER OF BOUTS, ARE YOU

24   148:23  AWARE OF ANY PROVISION THAT WOULD ALLOW THE

25            BOXER

26   148:24  TO JUST DECIDE THAT THEY NO LONGER WANTED TO BE

27            IN

28

1    148:25   CONTRACT WITH GOLDEN BOY AND TERMINATE THE

2    149:1   AGREEMENT?

3    149:2          MR. CESTERO:  OBJECTION.  THE

4    149:3   DOCUMENT SPEAKS FOR ITSELF, AND IT CALLS FOR A

5    149:4   LEGAL CONCLUSION.

6    149:5          THE DEPONENT:  THE DOCUMENT SPEAKS

7    149:6   FOR ITSELF.

8

9    **149:12-151:2**

10   149:12         Q.   AND IT SAYS:

11   149:13           "UPON EXPIRATION OR

12   149:14         TERMINATION OF THE TERM, THE

13   149:15         PARTIES WILL NEGOTIATE

14   149:16         EXCLUSIVELY IN GOOD FAITH FOR A

15   149:17         PERIOD OF AT LEAST 30 DAYS

16   149:18         REGARDING A NEW PROMOTIONAL

17   149:19         AGREEMENT BETWEEN BOXER AND

18   149:20         PROMOTER.

19   149:21           "IN THE EVENT PROMOTER AND

20   149:22         BOXER FAIL TO REACH AGREEMENT

21   149:23         WITHIN SUCH 20-DAY PERIOD,

22   149:24         PROMOTER SHALL BE ENTITLED TO A

23   149:25         RIGHT OF LAST REFUSAL REGARDING

24   150:1         ANY OFFER RECEIVED BY BOXER

25   150:2         WITHIN ONE YEAR AFTER THE

26   150:3         EXPIRATION OF THE TERM."

27   150:4           DO YOU SEE THAT?

28

1    150:5        A.  YES.

2    150:6           Q.  DO YOU HAVE AN UNDERSTANDING OF

3    150:7   WHAT THAT MEANS?

4    150:8        A.  YES.

5    150:9        Q.  AND WHAT IS THAT?

6    150:10          MR. CESTERO:  OBJECTION; CALLS FOR

7    150:11   A LEGAL CONCLUSION.

8    150:12          THE DEPONENT:  WE NEGOTIATE IN GOOD

9    150:13   FAITH FOR 20 DAYS.  WE CAN MAKE HIM AN OFFER TO

10   150:14   RE-SIGN WITH US.  HE CAN ACCEPT IT OR DECLINE IT.

11   150:15          AND THEN HE CAN GO AND SHOP AROUND

12   150:16   WITH ANY OTHER PROMOTER, AND THEN IT'S -- IT'S HIS

13   150:17   DUTY TO BRING IT BACK TO US.  AND WE COULD EITHER

14   150:18   MATCH IT OR RELEASE HIM.

15   150:19   BY MR. WILLIAMS:

16   150:20       Q.  BUT GOLDEN BOY HAS THE ABILITY TO

17   150:21   MATCH ANY OFFER THAT THE BOXER GETS FROM

18            ANOTHER

19   150:22   PROMOTER?

20   150:23          MR. CESTERO:  OBJECTION.  THE

21   150:24   DOCUMENT SPEAKS FOR ITSELF, AND IT CALLS FOR A

22   150:25   LEGAL CONCLUSION.

23   151:1          THE DEPONENT:  THAT'S WHAT MY

24   151:2   UNDERSTANDING IS.

25

26   **153: 9-22**

27   153:9        Q.  AND PUTTING ASIDE ANYTHING YOU MAY

28

1    153:10   HAVE LEARNED FROM YOUR ATTORNEY, ARE YOU

2         AWARE

3    153:11   THAT A COURT IN THE KIRKLAND CASE HELD THAT

4         UNDER

5    153:12   CALIFORNIA LAW, YOU COULD NOT EXTEND THE TERMS

6         OF

7    153:13   A PROMOTIONAL CONTRACT BEYOND FIVE YEARS?

8    153:14        A.  I'M AWARE OF --

9    153:15          MR. CESTERO:  I'LL OBJECT.  IT

10   153:16   CALLS FOR A LEGAL CONCLUSION.  IT LACKS

11   153:17   FOUNDATION.

12   153:18          AND DON'T DISCLOSE ANYTHING YOU

13   153:19   MIGHT HAVE LEARNED FROM YOUR LAWYERS.

14   153:20          THE DEPONENT:  OKAY.  RICHARD

15   153:21   MENTIONED TO ME THAT IN CALIFORNIA, THE MAXIMUM

16        IS

17   153:22   FIVE YEARS.

18

19   **176:9-22**

20   176:9         Q.  AND THIS ALSO HAS THE SAME LANGUAGE

21   176:10   OR SIMILAR LANGUAGE ON THAT "FIRST

22   176:11   NEGOTIATION/LAST REFUSAL" THAT WE TALKED ABOUT;

23   176:12   CORRECT?  PARAGRAPH 8 OF THE CONTRACT?

24   176:13        A.  I'M ASSUMING IT'S THE SAME.

25   176:14        Q.  THE SAME CONCEPT, AT LEAST, IN

26   176:15   TERMS OF --

27   176:16        A.  YES, SAME CONCEPT.

28

176:17          Q.   WHERE IF THE AGREEMENT EXPIRES,

176:18   THE -- THERE'S A NEGOTIATION PERIOD.  AND IF YOU

176:19   CAN'T REACH A NEW AGREEMENT, GOLDEN BOY HAS A

176:20   RIGHT TO MATCH ANY OFFER THAT A FIGHTER GETS FROM

176:21   ANOTHER PROMOTER?

176:22          A.   YES.


**178:12-23**

178:12          Q.   BUT AS, NOW, THE PRESIDENT AND THEN

178:13   AS THE VICE PRESIDENT, DID YOU HAVE AN

178:14   UNDERSTANDING WHEN YOU WERE ENTERING INTO THESE

178:15   AGREEMENTS AS TO HOW LONG THE AGREEMENT COULD BE

178:16   EXTENDED UNDER NEVADA LAW?

178:17          MR. CESTERO:  YOU CAN ANSWER THAT

178:18   QUESTION "YES" OR "NO."

178:19          THE DEPONENT:  YES.

178:20   BY MR. WILLIAMS:

178:21          Q.   AND DID YOU HAVE AN UNDERSTANDING

178:22   THAT IT WAS DIFFERENT THAN CALIFORNIA LAW?

178:23          A.   YES.



**264:20-270:6** (encompassing **266:18-267:9**)

██████        ████████████████████████



EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ



EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ



EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ



EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ





280:13-281:13

EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ



**284:7-285:19**

284:7        Q.   WHEN WAS THE LAST FIGHT THAT YOU'RE

284:8   AWARE OF THAT GOLDEN BOY PROMOTED THAT WAS

        AIRED

284:9   ON E.S.P.N.?  AND I'M TALKING ABOUT THE MAIN

284:10   NETWORK, NOT ESPN2 OR E.S.P.N. --

284:11        A.   THREE OR WHATEVER.  I DON'T KNOW.

284:12   I -- I DON'T REMEMBER.

284:13        Q.   HAS IT BEEN WITHIN TEN YEARS?

284:14        A.   YES.  WITHIN TEN YEARS, YEAH, THAT

284:15   SOUND ABOUT RIGHT.  I -- I DON'T KNOW FOR SURE.  I

284:16   WOULD HAVE TO LOOK IT UP.

284:17        Q.   CAN YOU THINK OF WHAT FIGHT WAS THE

284:18   LAST FIGHT THAT AIRED ON E.S.P.N.?

284:19        A.   NO, BECAUSE THE WAY E.S.P.N. WAS,

284:20   YOU KNOW, THEY DID FIGHTS ON E.S.P.N., AND THEN --

EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ

1    284:21   AND THEN THEY SHIFTED IT OVER TO ESPN2.

2    284:22             AND E.S.P.N. TOOK OVER -- ESPN2

3    284:23   TOOK OVER A NUMBER OF YEARS BACK, YOU KNOW, SO

4    284:24   THEY KIND OF STOPPED DOING IT.

5    284:25             BUT AT THE TIME, E.S.P.N. WAS DOING

6    285:1   FIGHTS ON E.S.P.N.  AND THEN THEY -- THEY STARTED

7    285:2   WITH ESPN2, AND THEY KIND OF JUST STARTED DOING

8    285:3   THE ESPN2 FIGHTS.

9    285:4        Q.   BUT CAN YOU THINK OF THE LAST TIME

10   285:5   GOLDEN BOY PROMOTED A FIGHT THAT WAS AIRED ON

11   285:6   ESPN2?

12   285:7        A.   NO, I CAN'T REMEMBER.  I WOULD HAVE

13   285:8   TO LOOK IT UP.

14   285:9        Q.   WAS IT WITHIN THE LAST FIVE YEARS?

15   285:10        A.   I WOULD HAVE TO LOOK IT UP.

16   285:11        Q.   CAN YOU THINK OF A FIGHT WITHIN THE

17   285:12   LAST FIVE YEARS THAT GOLDEN BOY PROMOTED THAT

18           WAS

19   285:13   AIRED ON ESPN2?

20   285:14        A.   I WOULD HAVE TO LOOK IT UP.  I'VE

21   285:15   DONE A THOUSAND FIGHTS.

22   285:16        Q.   WHAT WOULD YOU LOOK UP?

23   285:17        A.   I WOULD -- I WOULD LOOK AT THE

24   285:18   SCHEDULE.  I WOULD LOOK UP TO SEE WHEN WAS THE

25   285:19   LAST TIME WE DID A SHOW ON E.S.P.N.

26

27

28

1

**298:6:10**

2     298:6       Q.   WHEN WAS THE LAST TIME THAT GOLDEN

3     298:7   BOY PROMOTED A FIGHT ON SHOWTIME?

4     298:8       A.   JANUARY 2015.

5     298:9       Q.   AND WHICH FIGHT WAS THAT?

6     298:10      A.   DEONTAY WILDER-STIVERNE.

7

8

**303:4-308:17**



EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ



EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ





EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ



EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ



315:3-10

1  ██████████████████

2  ████        ██████████████

3  ████        ████████████████████

4  ████        ██████████████

5  ████        ████████████

6

7  **361:21-362:2** (encompassing **361:21-23**)

8  361:21        Q.  AND ULTIMATELY, AMIR KHAN FOUGHT

9  361:22   CANELO ALVAREZ; CORRECT?

10  361:23        A.  YES.

11  361:24        Q.  AND HE WAS STILL BEING MANAGED BY

12  361:25   AL HAYMON AT THE TIME?

13  362:1        A.  HE WAS, YEAH, OR ADVISED BY AL.

14  361:2   WHATEVER IT IS.

15

16  **364:23-365:4**

17  364:23        Q.  PRIOR TO THE CANELO-KHAN FIGHT --

18  364:24   AND THAT WAS JULY OF 2016; RIGHT?

19  364:25        A.  YES -- MAY.

20  365:1        Q.  MAY.  I'M SORRY.

21  365:2        A.  YES.

22  365:3        Q.  THAT WAS -- WAS THAT CINCO DE MAYO?

23  365:4        A.  WEEKEND, YES.

24

25  **365:24-366:1**

26  ████        ████████████████████

27  ████████████████████████████████████

28

EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ

1

2

3   **366:2-5**

4

5

6

7

8

9   **402:23-404:2**

10  402:23        Q.   WELL, HAVE YOU EVER PUT A HOLD ON

11  402:24   MULTIPLE VENUES WHEN -- IN CONNECTION WITH THE

12  402:25   PROMOTION OF ANY GOLDEN BOY FIGHT?

13  403:1        A.   YES.

14  403:2             MR. CESTERO:  I'LL OBJECT.  IT'S

15  403:3   VAGUE AND AMBIGUOUS, BUT...

16  403:4             THE DEPONENT:  YES.

17  403:5   BY MR. WILLIAMS:

18  403:6        Q.   AND WHY WOULD YOU DO THAT?

19  403:7        A.   BECAUSE DEPENDING ON DIFFERENT

20  403:8   STATES.

21  403:9             SO WE CAN PUT -- IF WE HAVE THE ONE

22  403:10   DATE, THE TELEVISION DATE, WE CAN PUT A HOLD ON

23  403:11   ONE VENUE, AND THEN WE PUT A HOLD ON A DIFFERENT

24  403:12   VENUE, AND WE NEGOTIATE FOR ABOUT A WEEK.  AND

25  403:13   THEN AFTER A WEEK, WE RELEASE THE VENUE WE'RE
    NOT

26

27  403:14   WORKING WITH.

28

1    403:15        Q.   IF YOU'VE REACHED A DEAL WITH THE

2    403:16   OTHER VENUE?

3    403:17        A.   IF WE -- YES, IF WE REACH A DEAL

4    403:18   WITH THE OTHER VENUE.

5    403:19        Q.   AND IF YOU HAVEN'T REACHED A DEAL

6    403:20   YET, YOU MAY KEEP THE HOLD ON BOTH VENUES?

7    403:21        A.   NORMALLY, IT TAKES ABOUT A WEEK, NO

8    403:22   MORE THAN A WEEK TO -- TO GET A DEAL DONE.  SO WE

9    403:23   KNOW RIGHT AWAY WHETHER WE CAN MAKE A DEAL OR

10        NOT.

11    403:24        Q.   AND WHAT ARE THE -- WHAT'S THE MOST

12    403:25   NUMBER OF VENUES THAT YOU HAVE EVER HAD ON

13        HOLD

14    404:1   FOR ANY PARTICULAR FIGHT?

15    404:2        A.   THREE.

16

17    **408:1-409:17**

18    408:1        Q.   SO THE THIRD PARAGRAPH SAYS:

19    408:2          "GOMEZ SAID THERE ARE A FEW

20    408:3        PLACES IN THE RUNNING TO HOST THE

21    408:4        FIGHT."

22    408:5        A.   YES.

23    408:6        Q.   (READING):

24    408:7          "HE SAID GOLDEN BOY HAS

25    408:8        PLACED HOLDS FOR THE DATE IN

26    408:9        VARIOUS ARENAS, INCLUDING THE NEW

27    408:10          M.G.M. GRAND/A.E.G.-OWNED

28

1    408:11        20,000-SEAT LAS VEGAS ARENA."

2    408:12        A.  YES.

3    408:13        Q.  AND IT GOES ON IN THE NEXT

4    408:14  PARAGRAPH TO SAY:

5    408:15            "GOMEZ SAID THEY ALSO HAVE

6    408:16        HOLDS ON THE M.G.M. GRAND GARDEN

7    408:17        ARENA IN LAS VEGAS, AND THE

8    408:18        ALAMODOME IN SAN ANTONIO, AND

9    408:19        NEW YORK'S MADISON SQUARE

10   408:20        GARDEN."

11   408:21        A.  YES.

12   408:22        Q.  AND THERE'S A QUOTE IN THE NEXT

13   408:23  PARAGRAPH ATTRIBUTED TO YOU:

14   408:24            "WE HAVE HOLDS ALL OVER, AND

15   408:25        WE WILL SEE WHERE WE CAN MAKE THE

16   409:1        BEST DEAL OR CANELO'S FIGHT."

17   409:2          DO YOU SEE THAT?

18   409:3        A.  YES.

19   409:4        Q.  AND SO DOES THIS REFRESH YOUR

20   409:5  RECOLLECTION THAT FOR THE CANELO -- AND THIS WAS

21   409:6  ULTIMATELY FOR WHICH FIGHT?

22   409:7        A.  WHEN WAS THIS WRITTEN?  JANUARY 5,

23   409:8  2016.  IT ENDED UP BEING THE KHAN FIGHT.

24   409:9        Q.  AND DOES THAT REFRESH YOUR

25   409:10  RECOLLECTION THAT YOU HAD, AT ONE POINT, AT LEAST

26   409:11  FOUR DIFFERENT ARENAS ON HOLD?

27   409:12        A.  YEAH, BUT I -- WE DIDN'T.

28

1    409:13      Q.   WHAT DO YOU MEAN?

2    409:14      A.   WE DIDN'T HAVE FOUR ON HOLD.

3    409:15          I TOLD DAN THAT BECAUSE HE'S NOSY,

4    409:16   AND SOMETIMES, I DON'T WANT TO GIVE HIM

5    409:17   INFORMATION UNTIL WE ANNOUNCE IT.

6

7    **414:11-415:11**

8    414:11      Q.   WHO WERE THE PEOPLE FROM THE VENUE

9    414:12   THAT TOLD YOU SOMETHING?

10   414:13      A.   THERE'S THIS GIRL THAT WORKS THERE,

11   414:14   AND I DON'T KNOW HER NAME.  BUT SHE'S FRIENDLY

12   414:15   WITH MONICA SEARS, WHO WORKS FOR GOLDEN BOY.

13   414:16          AND SHE WAS TOLD THAT TOM BROWN AND

14   414:17   ARMANDO GAYTAN PUT HOLDS ON STUBHUB, LIKE, FIVE

15   414:18   DIFFERENT WEEKENDS IN A ROW.  AND IT'S VERY

16   414:19   STRANGE.  THEY'VE NEVER DONE THAT BEFORE, BUT

17        THEY

18   414:20   PUT IT.

19   414:21          AND SI WE SAID, "OKAY.  CAN WE

20   414:22   CHALLENGE ANY OF ONE OF THEM?"

21   414:23          AND THEY JUST KEPT SAYING, "WELL,

22   414:24   WE'LL GET BACK TO YOU.  WE'LL GET TO YOU."  AND

23   414:25   ULTIMATELY, THE NEVER GOT BACK TO US, AND

24   415:1   ULTIMATELY, NOTHING EVER HAPPENED ON THOSE

25        DATES.

26   415:2      Q.   BUT YOU WERE TOLD THAT TOM BROWN

27   415:3   HAD PUT THE HOLD?

28

1    415:4        A.  I WAS TOLD THAT TOM BROWN WAS --

2    415:5   THE GIRL FROM THE VENUE TOLD MONICA, "TOM BROWN

3    415:6   AND ARMANDO GAYTAN CALLED AND PUT HOLDS ON THE

4    415:7   VENUE."

5    415:8        Q.  SEPARATE OR TOGETHER?

6    415:9        A.  SEPARATELY.  LIKE, TOM BROWN HAD,

7    415:10  LIKE, THREE DATES; ARMANDO HAD ANOTHER THREE

8    415:11  DATES.  AND THEY HAD IT ALL BLOCKED OFF.

9

10   **421:9-422:5**

11   421:9        Q.  AND WHAT OTHER LOCATIONS DID YOU

12   421:10  LOOK AT IN LOS ANGELES?

13   421:11        MR. CESTERO:  OTHER THAN THE ONES

14   421:12  HE'S -- FOR THAT MATTHYSSE VERSUS PROVODNIKOV

15   421:13  OTHER THAN THE ONES HE ALREADY MENTIONED?

16   421:14        THE DEPONENT:  THOSE ARE THE MAIN

17   421:15  ONES.  THOSE ARE THE ONES BIG ENOUGH TO SUPPORT A

18   421:16  FIGHT LIKE THIS.

19   421:17  BY MR. WILLIAMS:

20   421:18        Q.  HOW BIG WOULD THE STADIUM NEED TO

21   421:19  BE?

22   421:20        A.  WELL, I MEAN, IT'S -- IT WAS A BIG

23   421:21  FIGHT.  IT WAS A BIG FIGHT.  I THINK WE LOOKED AT

24   421:22  STAPLES CENTER AS WELL, AND THAT WASN'T

25       AVAILABLE.

26   421:23        I MEAN, THIS WAS A HUGE FIGHT.  IT

27   421:24  WAS VERY -- THERE WAS A LOT OF WRITE-UP FOR IT.

28

1   421:25   THE PEOPLE WERE VERY EXCITED ABOUT IT.  IT ENDED

2   422:1   UP BEING FIGHT OF THE YEAR.

3   421:2          Q.   IT STILL ENDED UP BEING THE FIGHT

4   421:3   OF THE YEAR?

5   421:4          A.   IT ENDED UP BEING FIGHT OF THE

6   421:5   YEAR.

7

8   **422:15-24**

9   422:15          Q.   DO YOU KNOW IN WHAT -- HOW MUCH?

10   422:16          A.   BECAUSE WE WENT TO TURNING STONE,

11   422:17   WHICH IS WHAT?  A 3,000-SEAT ARENA?  SOMETHING

12   422:18   LIKE A 3,000-SEAT ARENA OR SOMETHING LIKE THAT,

13   422:19   TURNING STONE.

14   422:20             INSTEAD OF GOING TO STUBHUB THAT'S

15   422:21   7- OR 8-, INSTEAD OF GOING TO STAPLES CENTER

16   422:22   THAT'S PLUS 10-, HONDA CENTER THAT'S 8- OR 10-,

17   422:23   THE FORUM THAT'S 8- OR 10-, WE HAD TO GO TO A

18   422:24   SMALL CASINO THAT ONLY HAS A 3,000-SEAT ARENA.

19

20   **422:25-423:7**

21   422:25          Q.   DO YOU HAVE ANY KNOWLEDGE THAT

22   423:1   ANYONE AFFILIATED WITH THE P.B.C. HAD PUT HOLDS ON

23   423:2   ANY OF THE OTHER LOCATIONS IN LOS ANGELES?

24   423:3             MR. CESTERO:  OTHER THAN STUBHUB?

25   423:4   BY MR. WILLIAMS:

26   423:5          Q.   OTHER THAN STUBHUB.

27   423:6          A.   NO.  JUST ALL THE OTHER ONES WERE

28

1      423:7   TAKEN UP.  THEY WERE NOT AVAILABLE.

2

3

4

5

6  DATED:  October 31, 2016        Respectfully submitted,

7                              QUINN EMANUEL URQUHART &
8                              SULLIVAN, LLP

9

10                     By  */s/ Michael E. Williams*
11                              Michael E. Williams

12                     Attorneys for Defendants Haymon Boxing
13                     LLC, Haymon Sports LLC, Haymon Boxing
14                     Management, and Haymon Holdings LLC

15

16                     KINSELLA WEITZMAN ISER
                              KUMP & ALDISERT LLP
17                     Howard Weitzman (SBN 38723)
18                     hweitzman@kwikalaw.com
                              Jeremiah T. Reynolds (SBN 223554)
19                     jreynolds@kwikalaw.com
20                     808 Wilshire Boulevard, 3rd Floor
                              Santa Monica, California  90401
21                     Telephone: 310.566.9800
22                     Facsimile:  310.566.9850

23                     Attorneys for Defendant
24                     Alan Haymon Development, Inc.

25

26

27

28

EXCERPTED DEPOSITION TESTIMONY OF ERIC GOMEZ SUPPORTING DEFENDANTS' MSJ