**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
John B. Quinn (SBN 90378)
johnquinn@quinnemanuel.com
Michael E. Williams (SBN 108542)
michaelwilliams@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-3378-JFW (MRWx)<br><br>**EXCERPTED DEPOSITION TESTIMONY OF ALAN HAYMON SUPPORTING DEFENDANTS ALAN HAYMON DEVELOPMENT, INC., HAYMON BOXING LLC, HAYMON BOXING MANAGEMENT, HAYMON HOLDINGS LLC, AND HAYMON SPORTS LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Hearing Date: November 28, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom No. 16<br><br>Filing Date: May 5, 2015<br>Trial Date: March 14, 2017 |

1 **EXCERPTED DEPOSITION TESTIMONY OF ALAN HAYMON**

2

3 **68:20-70:24**

4     68:20       Q   So is paragraph 5(c) -- strike that.

5     68:21       Have you ever had a discussion with a

6     68:22   fighter about violating paragraph 5(c)?

7     68:23       MR. WILLIAMS: Objection.  Vague.  Calls

8     68:24   for a legal conclusion.

9     68:25       THE WITNESS: No, because -- I just

10    69:1   answered the question.  No, because fighters, when

11    69:2   they've been approached with deals, call and discuss

12    69:3   it with the company.  We give them our opinion.  And

13    69:4   they, as a result of our input, decide what they

14    69:5   want to do.  And we support them in that, assuming

15    69:6   we believe it's in their best interest.  And that

16    69:7   has happened.

17    69:8       MR. WILLIAMS: Also going to object the

18    69:9   agreement -- if you're calling for legal

19    69:10  conclusions, it must be read as a whole, including

20    69:11  paragraph 5(f), which provides limitations to the

21    69:12  questions that you're asking.

22    69:13      Q   BY MR. CESTERO: Do you recall any

23    69:14  situation in which a fighter has entered into a

24    69:15  contract -- well, strike that.

25    69:16      Let's take it in steps.  Can you ever

26    69:17  recall a circumstance in which a fighter came to you

27    69:18  with a potential opportunity, and you advised that

28

| | | |
|---|---|---|
| 1 | 69:19 | fighter against taking that opportunity? |
| 2 | 69:20 | MR. WILLIAMS: Objection.  Vague. |
| 3 | 69:21 | THE WITNESS: There have been instances |
| 4 | 69:22 | where a fighter has approached the company about a |
| 5 | 69:23 | deal that has been presented to them.  And in the |
| 6 | 69:24 | course of studying it and evaluating it, we give |
| 7 | 69:25 | them our best opinion of whether it's good or bad |
| 8 | 70:1 | for them. |
| 9 | 70:2 | And there have been occasions where at the |
| 10 | 70:3 | end of the day, the analysis from our perspective |
| 11 | 70:4 | was that it was not necessarily in their best |
| 12 | 70:5 | interest.  And that was conveyed to the fighter, and |
| 13 | 70:6 | the ultimate decision was the fighter's. |
| 14 | 70:7 | Q    BY MR. CESTERO: And in any of those |
| 15 | 70:8 | instances in which you can recall the company |
| 16 | 70:9 | advising the fighter that a certain contract was not |
| 17 | 70:10 | in his best interest, do you ever recall a fighter |
| 18 | 70:11 | actually going ahead and entering into that |
| 19 | 70:12 | contract? |
| 20 | 70:13 | A    Yes, that's happened. |
| 21 | 70:14 | Q    Can you give me an example? |
| 22 | 70:15 | A    Well, just recently, one of our fighters |
| 23 | 70:16 | wanted to enter into a promotional agreement with |
| 24 | 70:17 | Lou DiBella.  His name is ▓▓▓▓▓▓.  He has a |
| 25 | 70:18 | manager.  The manager discussed the idea, presented |
| 26 | 70:19 | the contract, asked our opinion.  And I informed him |
| 27 | 70:20 | that I thought that it was not in his best interest, |
| 28 | | |

| | | |
|---|---|---|
| 1 | 70:21 | that it did not service him as well as remaining a |
| 2 | 70:22 | free agent.  And, ultimately, the manager decided to |
| 3 | 70:23 | do it.  And now we support him as best we can within |
| 4 | 70:24 | the framework of his new arrangement. |

**119:15-21**

| | | |
|---|---|---|
| 8 | 119:15 | Q   So with respect to the Canelo Alvarez |
| 9 | 119:16 | fight -- |
| 10 | 119:17 | A   Yes. |
| 11 | 119:18 | Q   -- Canelo Alvarez is the A side, and |
| 12 | 119:19 | Golden Boy is the lead promoter on a fight with Amir |
| 13 | 119:20 | Khan; correct? |
| 14 | 119:21 | A   Yes. |

**129:3-20**

| | | |
|---|---|---|
| 18 | 129:3 | Q   Okay.  Now, getting back to Top Rank, |
| 19 | 129: 4 | other than the ███████████ match, do you |
| 20 | 129: 5 | recall any other events since January 1 of 2014 -- |
| 21 | 129: 6 | 2015 in which there was -- |
| 22 | 129: 7 | A   There was -- |
| 23 | 129: 8 | Q   Let me finish my question -- |
| 24 | 129: 9 | A   I'm sorry. |
| 25 | 129:10 | Q   -- for the court reporter. |
| 26 | 129:11 | -- in which there was a Haymon-managed or |
| 27 | 129:12 | advised fighter who signed a bout agreement with Top |

| | | |
|---|---|---|
| 1 | 129:13 | Rank? |
| 2 | 129:14 | A   Well, the answer to the question is that |
| 3 | 129:15 | Mayweather fought Pacquiao in 2015.  And Mayweather |
| 4 | 129:16 | is his own promoter, so his bout agreement is with |
| 5 | 129:17 | himself, his own company; and Top Rank's bout |
| 6 | 129:18 | agreement is with Man Pacquiao, so that would be the |
| 7 | 129:19 | other event that comes to mind in terms of a Haymon |
| 8 | 129:20 | fighter and a Top Rank fighter. |
| 9 | | |
| 10 | | |
| 11 | **173:1-174:10** | |
| 12 | 173:1 | Q   Why did you believe that -- strike that. |
| 13 | 173:2 | Let me ask it this way. |
| 14 | 173:3 | You mentioned a couple of times that in |
| 15 | 173:4 | your meetings and discussions with Waddell & Reed |
| 16 | 173:5 | the concept of creating a league-type situation with |
| 17 | 173:6 | boxing was your goal with PBC; is that right? |
| 18 | 173:7 | MR. WILLIAMS:  Objection. |
| 19 | 173:8 | Mischaracterizes the testimony. |
| 20 | 173:9 | THE WITNESS:  It was definitely one of the |
| 21 | 173:10 | aspects of this that we discussed. |
| 22 | 173:11 | Q   BY MR. CESTERO:  And why was creating a |
| 23 | 173:12 | league-type arrangement important? |
| 24 | 173:13 | A   Why was it discussed?  Because what I said |
| 25 | 173:14 | was it was discussed.  The reason it's important -- |
| 26 | 173:15 | you're about to ask a question.  Let me shut up and |
| 27 | 173:16 | let you ask the question.  I'm sorry. |
| 28 | | |

| | | |
|---|---|---|
| 1 | 173:17 | Q   I assume it was discussed because it was |
| 2 | 173:18 | important. |
| 3 | 173:19 | A   It was discussed because it was one of the |
| 4 | 173:20 | ways of trying to get to the finish line. |
| 5 | 173:21 | Q   Okay.  And why was -- |
| 6 | 173:22 | A   Perceived as one of the ways to get to the |
| 7 | 173:23 | finish line. |
| 8 | 173:24 | Q   And why was it perceived as one of the |
| 9 | 173:25 | ways to get to the finish line? |
| 10 | 174: 1 | A   Well, in order to -- in order to encourage |
| 11 | 174:2 | and lure a broadcaster, like an NBC, a CBS, a FOX, a |
| 12 | 174: 3 | major network into investing hundreds of millions of |
| 13 | 174:4 | dollars into this sport, it would need to have some |
| 14 | 174:5 | structure, which currently boxing lacks.  So the |
| 15 | 174:6 | idea was to give it some structure which would make |
| 16 | 174:7 | it at least a viable option for these big networks |
| 17 | 174:8 | to look at as a legitimate sports venture as they |
| 18 | 174: 9 | had done with NASCAR and as they had done with |
| 19 | 174:10 | soccer, NHL, et cetera. |

**184:24-185:8**

| | | |
|---|---|---|
| 23 | 184:24 | Q   How -- let me ask you, did Mr. Ring have |
| 24 | 184:25 | his initial conversation with the NBC |
| 25 | 185:1 | representatives prior April 7th of 2014? |
| 26 | 185: 2 | A   Absolutely. |
| 27 | 185: 3 | Q   How long prior to April 7th of 2014? |

1    185: 4         A    That, I don't recall.  Sufficient time for
2    185:5    him to be dismissed, turned away, laughed at, and
3    185: 6   told that he must be crazy.  So, you know, whatever
4    185: 7   period of time it takes for that to happen, it was
5    185: 8   at least that long.

**185:22-186:1**

185:22         Q    Did Mr. Ring's initial brief communication
185:23   with NBC occur also in 2014?
185:24         A    Ricardo, I don't know specifically, but I
185:25   would venture to say it probably was early in '14 or
186:1    the agreement in its entirety; correct?

**191:13-192:9**

191:13         Q    BY MR. CESTERO:  Yes.
191:14   █████████████████████

[lines 191:15–191:27 redacted]

-7-    Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF ALAN HAYMON
SUPPORTING DEFENDANTS' MSJ



**214:7-216:12**





**220:6-221:12**



-11- Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF ALAN HAYMON
SUPPORTING DEFENDANTS' MSJ

| | |
|---|---|
| 1 | **221:24-223:15** |
| 2 | 221:24     Q   BY MR. CESTERO: We're going to mark as |
| 3 | 221:25 ▮▮▮ |
| 4 | ▮▮▮ |
| 5 | ▮▮▮ |
| 6 | ▮▮▮ |
| 7 | 222:4     (Exhibit 13 was marked.) |
| 8 | 222:5     THE WITNESS: Thank you. |
| 9 | 222:6     Q   BY MR. CESTERO: Mr. Haymon, you've seen |
| 10 | 222:7   Exhibit 13 before? |
| 11 | 222:8     A   Yes, sir. |
| 12 | 222:9     Q   And if you turn to page 9, Bates numbered |
| 13 | 222:10   618 -- I'm sorry -- 619, page 10. |
| 14 | 222:11     A   Signature page. |
| 15 | 222:12     Q   That's your signature again; yes? |
| 16 | 222:13     A   On behalf of Haymon Sports, that is my |
| 17 | 222:14   signature. |
| 18 | 222:15     Q   Thank you. |
| 19 | 222:16 ▮▮▮ |
| 20 | ▮▮▮ |
| 21 | ▮▮▮ |
| 22 | 222:19     A   Yes. Boxing programs, actually, yes, |
| 23 | 222:20   television content. |
| 24 | 222:21     Q   And is this contract still in force and |
| 25 | 222:22   effect? Do you know? |
| 26 | 222:23     MR. WILLIAMS: Calls for a legal |
| 27 | 222:24   conclusion. |
| 28 | |

| | | |
|---|---|---|
| 1 | 222:25 | But you can answer. |
| 2 | 223: 1 | THE WITNESS:  It's my belief we terminated |
| 3 | 223: 2 | this agreement mutually. |
| 4 | 223: 3 | Q   BY MR. CESTERO:  When did you terminate |
| 5 | 223: 4 | this agreement? |
| 6 | 223: 5 | A   Once again, I'm on record as being an |
| 7 | 223: 6 | idiot when it comes to specific dates, but it was |
| 8 | 223: 7 | sometime after, I think, we finished this year one. |
| 9 | 223: 8 | I don't recall the date, but we mutually agreed to |
| 10 | 223: 9 | terminate it. |
| 11 | 223:10 | Q   Sometime in early 2016 is your best |
| 12 | 223:11 | recollection? |
| 13 | 223:12 | A   Ricardo, I honestly can't say whether it |
| 14 | 223:13 | was late in '15 or early in '16.  I just don't know. |
| 15 | 223:14 | I just know it was after the first run of these |
| 16 | 223:15 | dates in '15. |
| 17 | | |
| 18 | | |
| 19 | **255:21-256:9** | |
| 20 | 255:21 | Q   BY MR. CESTERO:  Sure. |
| 21 | 255:22 | Haymon Sports has also received its |
| 22 | 255:23 | appropriate percentage of any purses that were paid |
| 23 | 255:24 | to the boxers it manages for the PBC events; |
| 24 | 255:25 | correct? |
| 25 | 256: 1 | A   The -- if you're referring to our |
| 26 | 256:2 | management commissions -- is that what you're |
| 27 | 256:3 | referring to? |
| 28 | | |

| | | | |
|---|---|---|---|
| 1 | 256: 4 | Q | Yes. |
| 2 | 256: 5 | A | We have not received them because we |
| 3 | 256: 6 | waived them. | |
| 4 | 256: 7 | Q | You've waived all management commissions |
| 5 | 256: 8 | with respect to any PBC events; is that right? | |
| 6 | 256: 9 | A | That's correct. |

DATED: October 31, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Michael E. Williams*
    Michael E. Williams

Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
Howard Weitzman (SBN 38723)
hweitzman@kwikalaw.com
Jeremiah T. Reynolds (SBN 223554)
jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendant
Alan Haymon Development, Inc.