# DECLARATION OF ALAN HAYMON AND EXHIBIT 1

FILED UNDER SEAL PURSUANT TO
ORDER OF THE COURT
DATED OCTOBER 28, 2016 (Dkt. No. 141)