# EXHIBIT 35
# PART 1

REDACTED Version of Document Filed Under Seal
Pursuant to Court Order Dated October 28, 2016 (Docket No. 141)
and Pending Court Order



**Golden Boy's Summary Judgment Exhibit No. 35**

-66-

HIGHLY CONFIDENTIAL

GBP008103



**Golden Boy's Summary Judgment Exhibit No. 35**

HIGHLY CONFIDENTIAL

GBP008104



**Golden Boy's Summary Judgment Exhibit No. 35**
HIGHLY CONFIDENTIAL GBP008105



**Golden Boy's Summary Judgment Exhibit No. 35**



Golden Boy's Summary Judgment Exhibit No. 35

HIGHLY CONFIDENTIAL

**Golden Boy's Summary Judgment Exhibit No. 35**

HIGHLY CONFIDENTIAL

GBP008108



**BLUE CORNER**                                                                 **RED CORNER**

### MAIN EVENT - WBC HEAVYWEIGHT TITLE - 12 ROUNDS

| Bermane STIVERNE | vs. | Deontay WILDER |
|---|---|---|
| Las Vegas, NV | | Tuscaloosa, AL |
| 24-1-1 (21 KOs) | | 32-0 (32 KOs) |
| Weight: 239 lbs. | | Weight: 219 lbs. |

### WBC SUPER BANTAMWEIGHT TITLE - 12 ROUNDS

| Leo SANTA CRUZ | vs. | Jesus RUIZ |
|---|---|---|
| Los Angeles, CA | | Nogales, MEX |
| 28-0-1 (16 KOs) | | 32-5-5 (21 KOs) |
| Weight: 121.5 lbs. | | Weight: 122 lbs. |

### WBC CONTINENTAL AMERICAS SUPER LIGHTWEIGHT TITLE - 10 ROUNDS

| Amir IMAM | vs. | Fidel MALDONADO JR. |
|---|---|---|
| Fort Lauderdale, FL | | Albuquerque, NM |
| 15-0 (13 KOs) | | 19-2 (16 KOs) |
| Weight: 140 lbs. | | Weight: 139 lbs. |

### SUPER LIGHTWEIGHTS - 4 ROUNDS

| Cesar QUIÑONEZ | vs. | Joan VALENZUELA |
|---|---|---|
| Las Vegas, NV | | Chula Vista, CA |
| Pro Debut | | 1-1 |
| Weight: 139 lbs. | | Weight: 140 lbs. |

### LIGHT HEAVYWEIGHTS - 10 ROUNDS

| Vyacheslav SHABRANSKYY | vs. | Garrett WILSON |
|---|---|---|
| Los Angeles, CA | | Philadelphia, PA |
| 11-0 (9 KOs) | | 13-8-1 (7 KOs) |
| Weight: 177 lbs. | | Weight: 178 lbs. |

### HEAVYWEIGHTS - 8 ROUNDS

| Eric MOLINA | vs. | Raphael ZUMBANO |
|---|---|---|
| Rio Grande Valley, TX | | Sao Paulo, BRA |
| 22-2 (16 KOs) | | 32-8-1 (25 KOs) |
| Weight: 241.5 lbs. | | Weight: 241 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:52 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016225

      

### *HUNTER vs. ALVARADO*
### *PEREZ vs. ACOSTA*
### *ROACH JR. vs. QUARTEY*
### *Tuesday, January 20, 2015*
### *2300Arena*
### *Philadelphia, PA*

**BLUE CORNER**                                                    **RED CORNER**

#### MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

**Eric HUNTER**                          *vs.*                      **Rene ALVARADO**
Philadelphia, PA                                                  Managua, NIC
18-3 (9 KOs)                                                       21-3 (15 KOs)

#### SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS

**Avery SPARROW**                        *vs.*                      **Pedro ANDRES**
Philadelphia, PA                                                  Pennsauken, NJ
3-0 (1 KO)                                                         1-1

#### CO MAIN EVENT - JUNIOR WELTERWEIGHTS - 10 ROUNDS

**Michael PEREZ**                        *vs.*                      **Miguel ACOSTA**
Newark, NJ                                                         Miranda, VEN
21-1 (10 KOs)                                                      29-7-2 (23 KOs)

#### TV OPENER - LIGHTWEIGHTS - 6 ROUNDS

**Lamont ROACH JR.**                     *vs.*                      **Herbert QUARTEY**
Washington, DC                                                    Baltimore, MD
5-0 (2 KOs)                                                        8-10 (7 KOs)

#### WELTERWEIGHTS - 6 ROUNDS

**Raymond SERRANO**                      *vs.*                      **Jerome RODRIGUEZ**
Philadelphia, PA                                                  Allentown, PA
19-2 (9 KOs)                                                       6-1-3 (2 KOs)

#### JUNIOR MIDDLEWEIGHTS - 6 ROUNDS

**Robert SWEENEY**                       *vs.*                      **Gilbert Alex SANCHEZ**
Manassas, VA                                                      Camden, NJ
3-1                                                                4-6 1 (2 KOs)

#### JUNIOR LIGHTWEIGHTS - 4 ROUNDS

**Timothy MCNAIR**                       *vs.*                      **Carlos ROSARIO**
Snow Hill, NC                                                     Pennsauken, NJ
0-2                                                                1-1

(Bout Card and Order Subject to Change)

Last Updated: 1/14/15 3:37 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL GBP016226

     

### *JUAREZ vs. CASTELLANOS*
### *MAIZON vs. ROSAS*
### *GIBSON vs. LARA*
### *Monday, January 26, 2015*
### *Cowboys Dancehall*
### *San Antonio, TX*

**BLUE CORNER**                                                          **RED CORNER**

#### MAIN EVENT - WBC SILVER FEATHERWEIGHT TITLE & FINAL ELIMINATOR - 12 ROUNDS

| Rocky JUAREZ | vs. | Robinson CASTELLANOS |
| Houston, TX | | Celaya, MEX |
| 30-10-1 (21 KOs) | | 20-10 (13 KOs) |

#### TV SWING BOUT - SUPER BANTAMWEIGHTS - 4/6 ROUNDS

| Javier RODRIGUEZ | vs. | Quincy WESBY |
| San Antonio, TX | | Dallas, TX |
| 11-0-1 (1 KO) | | 2-7 |

#### CO MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS

| Travell MAIZON | vs. | Nestor ROSAS |
| Austin, TX | | Piedras Negras, MEX |
| 9-0 (9 KOs) | | 9-3 (6 KOs) |

#### TV OPENER - WELTERWEIGHTS - 8 ROUNDS

| KeAndre GIBSON | vs. | Nelson LARA |
| Austin, TX | | Carazo, NIC |
| 11-0-1 (5 KOs) | | 15-6-5 (8 KOs) |

#### LIGHTWEIGHTS - 4 ROUNDS

| Christian SANTIBANEZ | vs. | Albert ROMERO |
| San Antonio, TX | | Austin, TX |
| 1-2 | | 1-3-1 |

#### WELTERWEIGHTS - 4 ROUNDS

| Armando CARDENAS | vs. | Albert ESPINOZA |
| San Antonio, TX | | Laredo, TX |
| 5-0 (2 KOs) | | 2-5 |

#### SUPER FEATHERWEIGHTS - 6 ROUNDS

| Arturo ESQUIVEL | vs. | Jesus SANDOVAL |
| Alice, TX | | Redwood City, CA |
| 9-1 (2 KOs) | | 3-5-3 |

#### LIGHTWEIGHTS - 4 ROUNDS

| Robert VELA | vs. | Ramiro TORRES |
| Robstown, TX | | San Antonio, TX |
| 10-0-2 (5 KOs) | | 4-27-1 (2 KOs) |

(Bout Card and Order Subject to Change)

Last Updated: 1/23/15 3:09 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                        GBP016227



**_BLUE CORNER_**                                                                                            **_RED CORNER_**

### _MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS_
vs.

**Pablo Cesar CANO**                                                                                         **Juan Carlos ABREU**
**Tlanepantla, MEX**                                                                                         **Santo Domingo, DOM**
**28-4-1 (21 KOs)**                                                                                          **18-1 (17 KOs)**
**Weight: 147.6 lbs.**                                                                                       **Weight: 147.4 lbs.**

### _SWING BOUT - JUNIOR LIGHTWEIGHTS - 4 ROUNDS_
vs.

**Nick ARCE**                                                                                                **Lyonell KELLY**
**Los Angeles, CA**                                                                                          **Los Angeles, CA**
**1-0 (1 KO)**                                                                                               **1-4-1 (1 KO)**
**Weight: 127.4 lbs.**                                                                                       **Weight: 129 lbs.**

### _CO-MAIN EVENT - SUPER BANTAMWEIGHTS - 8 ROUNDS_
vs.

**Diego DE LA HOYA**                                                                                         **Manuel ROMAN**
**Mexicali, MEX**                                                                                            **Paramount, CA**
**8-0 (6 KOs)**                                                                                              **17-3-3 (6 KOs)**
**Weight: 121.4 lbs.**                                                                                       **Weight: 122 lbs.**

### _TV BOUT - HEAVYWEIGHTS - 4 ROUNDS_
vs.

**TAISHAN**                                                                                                  **Roy MCCRARY**
**Beijing, CHN**                                                                                             **Memphis, TN**
**2-0 (2 KOs)**                                                                                              **3-2 (3 KOs)**
**Weight: 282 lbs.**                                                                                         **Weight: 269 lbs.**

### _LIGHTWEIGHTS - 6 ROUNDS_
vs.

**Everton LOPES**                                                                                            **Evan WOOLSEY**
**Salvador, BRA**                                                                                            **Wichita, KS**
**Pro Debut**                                                                                                **2-6**
**Weight: 134.2 lbs.**                                                                                       **Weight: 135.2 lbs.**

### _SUPER WELTERWEIGHTS - 6 ROUNDS_
vs.

**Neeco MACIAS**                                                                                             **Tavorus TEAGUE**
**Palm Desert, CA**                                                                                          **Paramount, CA**
**7-0 (3 KO's)**                                                                                             **2-1-1 (1 KO)**
**Weight: 151 lbs.**                                                                                         **Weight: 151 lbs.**

### _SUPER BANTAMWEIGHTS - 6 ROUNDS_
vs.

**Oscar NEGRETE**                                                                                            **Fernando FUENTES**
**Los Angeles, CA**                                                                                          **Hemet, CA**
**7-0 (3 KOs)**                                                                                              **5-3 (1 KO)**
**Weight: 119.6 bs.**                                                                                        **Weight: 119.4 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 2/26/15 2:16 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                   GBP016228



**BLUE CORNER**                                                                 **RED CORNER**

### MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Joseph DIAZ JR.                              vs.                 Juan Luis HERNANDEZ
South El Monte, CA                                              Culiacan, MEX
14-0 (9 KOs)                                                    17-4-1 (9 KOs)
Weights: 124 lbs.                                              Weight: 122.6 lbs.

### TV SWING BOUT - MIDDLEWEIGHTS - 4 ROUNDS

Jason QUIGLEY                                vs.                 Lanny DARDAR
Danegal, IRL                                                   Houma, LA
3-0 (3 KOs)                                                    2-2-2 (1 KO)
Weights: 160.8 lbs.                                            Weights: 161 lbs.

### CO-MAIN EVENT - LIGHTWEIGHTS - 6 ROUNDS

Christian GONZALEZ                           vs.                 Julio Cesar SARINANA
Los Angeles, CA                                                Phoenix, AZ
8-0 (8 KOs)                                                    3-2-1
Weights: 131.8 lbs.                                            Weight: 133 lbs.

### TV BOUT - SUPER FEATHERWEIGHTS - 6 ROUNDS

Santiago GUEVARA                             vs.                 Carlos MORALES
Los Angeles, CA                                                Los Angeles, CA
8-0 (3 KOs)                                                    6-1-3 (2 KOs)
Weight: 131 lbs.                                               Weight: 131 lbs.

### SUPER BANTAMWEIGHTS - 6 ROUNDS

Roy TAPIA                                    vs.                 Ali GONZALEZ
East Los Angeles, CA                                           Tijuana, MEX
10-0-1 (5 KOs)                                                 6-5 (1 KO)
Weight: 123 lbs.                                               Weight: 122.6 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Cesar QUINONEZ                               vs.                 Oscar ROJAS
Las Vegas, NV                                                  Salinas, CA
1-0 (1 KO)                                                     0-1
Weight: 135.8 lbs.                                             Weight: 134.8 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Jesus DELGADO                                vs.                 Rocco ESPINOZA
Los Angeles, CA                                               Las Vegas, NV
3-0-1 (1 KO)                                                   4-11
Weight: 132.8 lbs.                                             Weight: 130.4 lbs.

### FEATHERWEIGHTS - 4 ROUNDS

Emilio SANCHEZ                               vs.                 Luis COSME
Los Angeles, CA                                               Bayamon, PR
6-0 (5 KOs)                                                    8-5-1 (3 KOs)
Weight: 122 lbs.                                               Weight: 124.8 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 3/5/15 1:46 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                              GBP016229



**BLUE CORNER**                                                      **RED CORNER**

<u>*MAIN EVENT – NABF & WBO INTERNATIONAL JUNIOR LIGHTWEIGHT CHAMPIONSHIP - 10 ROUNDS*</u>

Francisco **VARGAS**                             vs.                 Will **TOMLINSON**
Mexico City, MEX                                                     Victoria, AUS
21-0-1 (15 KOs)                                                      23-1-1 (13 KOs)
Weight: 129.5 lbs.                                                   Weight: 130 lbs.


<u>*CO - FEATURE VACANT WBC- USNBC LIGHT HEAVYWEIGHT TITLE - 10 ROUNDS*</u>

Fabiano **PENA**                                 vs.                 Vyacheslav **SHABRANSKYY**
Philadelphia, PA                                                    Los Angeles, CA
11-0-1 (8 KOs)                                                       12-0 (10 KOs)
Weight: 173. .5 lbs.                                                 Weight: 174.5 lbs.


<u>*SUPER MIDDLEWEIGHTS - 6 ROUNDS*</u>

Yamaguchi **FALCAO**                             vs.                 Raymond **TERRY**
Victoria, BRA                                                        Philadelphia, PA
3-0 (1 KO)                                                           3-0 (2 KOs)
Weight: 161.7 lbs.                                                   Weight: 159.5 lbs.


<u>*WELTERWEIGHTS - 6 ROUNDS*</u>

Armando **CARDENAS**                             vs.                 Marco Antonio **SOLIS**
San Antonio, TX                                                     Austin, TX
6-0 (4 KOs)                                                          3-0 (1 KO)
Weight: 143  lbs.                                                    Weight: 139.5 lbs.


<u>*SUPER WELTERWEIGHTS - 8 ROUNDS*</u>

Travell **MAZION**                               vs.                 Joshua **SNYDER**
Austin, TX                                                           York, PA
9-0 (9 KOs)                                                          9-10-1 (3 KOs)
Weight: 153.5 lbs.                                                   Weight: 153 lbs.


<u>*WELTERWEIGHTS - 5 ROUNDS*</u>

Zachary **OCHOA**                                vs.                 Engleberto **VALENZUELA**
Brooklyn, NY                                                         Agua Prieta, MEX
9-0 (4 KOs)                                                          9-4 (3 KOs)
Weight: 140.5 lbs.                                                   Weight: 142 lbs.


<u>*LIGHT HEAVYWEIGHTS - 6 ROUNDS*</u>

D'Mitrius **BALLARD**                            vs.                 Jason **ZABOKRTSKY**
Washington, DC                                                      Topeka, KS
7-0 (6 KOs)                                                          3-0 (3 KOs)
Weight: 171.5 lbs.                                                   Weight: 169.7 lbs.


(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:54 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

    

**GOMEZ vs. KAMEGAI**
**RIOS vs. FRIAS**
**KAVANAGH vs. ZAMUDIO**
**Friday, March 20, 2015**
**Fantasy Springs Resort Casino**
**Indio, CA**

**BLUE CORNER**                                                   **RED CORNER**

**MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS**

Alfonso GOMEZ                          vs.          Yoshihiro KAMEGAI
Guadalajara, MEX                                   Tokyo, JAP
24-6-2 (12 KOs)                                    25-2-1 (22 KOs)


**TV SWING BOUT - MIDDLEWEIGHTS - 4 ROUNDS**

Jason QUIGLEY                          vs.          Tolutomi AGUNBIADE
Danegal, IRL                                       Houston, TX
4-0 (4 KOs)                                        2-2 (1 KO)


**CO - MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS**

Ronny RIOS                             vs.          Sergio FRIAS
Santa Ana, CA                                      Guadalajara, MEX
23-1 (10 KOs)                                      16-4-2 (8 KOs)


**TV BOUT - LIGHTWEIGHTS - 8 ROUNDS**

Jamie KAVANAGH                         vs.          Miguel ZAMUDIO
Indio, CA                                          Los Mochis, MEX
17-1-1 (8 KOs)                                     29-6-1 (17 KOs)


**FEATHERWEIGHTS - 4 ROUNDS**

Rafael GRAMAJO                         vs.          Salvador PEREZ
Los Angeles, CA                                    Fresno, CA
1-1-1 (1 KO)                                       2-6-2 (1 KO)


**FEATHERWEIGHTS - 8 ROUNDS**

Abraham LOPEZ                          vs.          Juan Carlos MARTINEZ
La Puente, CA                                      Indio, CA
17-0 (12 KOs)                                      20-15-1 (7 KOS)


**WELTERWEIGHTS - 6 ROUNDS**

Albert HERRERA                         vs.          Jose MARRUFO
Riverside, CA                                      Phoenix, AZ
9-10-1 (5 KOs)                                     4-2-2

(Bout Card and Order Subject to Change)

Last Updated: 3/18/15 5:54 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                          GBP016231



**_BLUE CORNER_**                                         **_RED CORNER_**

### MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

**Julian RAMIREZ**            vs.            **Raul HIDALGO**
**East Los Angeles, CA**                    **Casas Grande, MEX**
**13-0 (8 KOs)**                            **23-12 (17 KOs)**
**Weights: 126 lbs.**                       **Weights: 125 lbs.**

### TV SWING BOUT - FEATHERWEIGHTS - 6 ROUNDS

**Joet GONZALEZ**            vs.            **Ali GONZALEZ**
**Glendora, CA**                            **Tijuana, MEX**
**8-0 (3 KOs)**                             **6-5-1 (1 KO)**
**Weights: 124 lbs.**                       **Weights: 123.8 lbs.**

### CO-MAIN EVENT - SUPER MIDDLEWEIGHTS - 6 ROUNDS

**Yamaguchi FALCAO**          vs.            **Deartie TUCKER**
**Victoria, BRA**                           **Ft. Smith, AR**
**4-0 (2 KOs)**                             **2-0 (2 KOs)**
**Weights: 161.6 lbs.**                     **Weights: 158 lbs.**

### TV BOUT - SUPER LIGHTWEIGHTS - 6 ROUNDS

**Everton LOPES**            vs.            **Robert SEYAM**
**Salvador, BRA**                           **Wichita, KS**
**1-0**                                     **2-2 (2 KOs)**
**Weights: 139.2 lbs.**                     **Weights: 139.4 lbs.**

### WELTERWEIGHTS - 4 ROUNDS

**Melsik BAGHDASARYAN**       vs.            **Mario ANGELES**
**Glendale, CA**                            **Mexico City, MEX**
**Pro Debut**                               **1-6-2**
**Weights: 147 lbs.**                       **Weights: 146.4 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 4/1/15 7:35 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                GBP016232



**BLUE CORNER**                                                                    **RED CORNER**

<mark>**MAIN EVENT - SUPER LIGHTWEIGHT - 12 ROUNDS**</mark>

**Lucas MATTHYSSE**                          vs.                          **Ruslan PROVODNIKOV**
Chubut, ARG                                                              Yekateringburg, RUS
36-3 (34 KOs)                                                           24-3 (17 KOs)
Weight: 139 lbs.                                                         Weight: 139.5 lbs.

*MIDDLEWEIGHTS - 10 ROUNDS*

**Patrick TEIXEIRA**                          vs.                          **Patrick ALLOTEY**
Santa Catarina, BRA                                                      Accra, GHA
24-0 (20 KOs)                                                           30-1 (24 KOs)
Weight: 160 lbs.                                                         Weight: 157 lbs.

*MIDDLEWEIGHTS - 8 ROUNDS*

**Lekan BYFIELD**                             vs.                          **Vitaly KOPYLENKO**
Atlanta, GA                                                             Kiev, UKR
6-7-2 (1 KO)                                                            24-1-0 (14 KOs)
Weight: 158 lbs.                                                         Weight: 160 lbs.

*SUPER WELTERWEIGHTS - 4 ROUNDS (SWING BOUT)*

**Sidney McCOW**                              vs.                          **Paulo SOUZA**
New York City, NY                                                       Somerville, MA
2-2 (1 KO)                                                              0-7
Weight: 146 lbs.                                                         Weight: 150.5 lbs.

*LIGHTWEIGHTS - 6 ROUNDS*

**Guillermo SANCHEZ**                         vs.                          **Vitor JONES DE OLIVERA**
Buffalo, New York                                                       Salvador, BRA
15-14-1 (6 KOs)                                                         8-0 (5 KOs)
Weight: 133 lbs.                                                         Weight: 135 lbs.

*LIGHTWEIGHTS - 6 ROUNDS*

**Lamont ROACH JR.**                          vs.                          **Jose Miguel Castro**
Washington, DC                                                          Carolina, PR
6-0 (3 KOs)                                                             4-2 (2 KOs)
Weight: 132.5 lbs.                                                       Weight: 133 lbs.

*SUPER WELTERWEIGHTS - 10 ROUNDS*

**Eddie GOMEZ**                               vs.                          **Jonathan BATISTA**
Bronx, NY                                                              San Pedro de Macoris, DOI
17-1 (10 KOs)                                                          14-5 (7 KOs)
Weight: 149 lbs.                                                        Weight: 149.5 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:55 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                    GBP016233

  **GOLDEN BOY** MÉXICO FANTASY SPRINGS RESORT CASINO  

### GESTA vs. MOLINA
### FONTANEZ vs. HERNANDEZ
### QUIGLEY vs. SNYDER
### Thursday, April 30, 2015
### Fantasy Springs Resort Casino
### Indio, CA

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | **MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS** | |
| **Mercito GESTA** | vs. | **Carlos MOLINA** |
| San Diego, CA | | Norwalk, CA |
| 28-1-1 (16 KOs) | | 17-2-1 (7 KOs) |
| Weight: 136.5 lbs. | | Weight: 139.4 lbs. |
| | **SWING BOUT - SUPER BANTAMWEIGHTS - 4 ROUNDS** | |
| **Rafael GRAMAJO** | vs. | **Luis COSME** |
| Los Angeles, CA | | Baymon, PR |
| 2-1 (1 KO) | | 8-6-1 (3 KOs) |
| Weight: 121.8 lbs. | | Weight: 121.6 lbs. |
| | **CO-MAIN - LIGHTWEIGHTS - 8 ROUNDS** | |
| **Jeffrey FONTANEZ** | vs. | **Jose HERNANDEZ** |
| Caguas, PR | | Ft. Worth, TX |
| 14-1 (11 KOs) | | 15-9-1 (7 KOs) |
| Weight: 135.6 lbs. | | Weight: 135.8 lbs. |
| | **TV BOUT - SUPER MIDDLEWEIGHTS - 4 ROUNDS** | |
| **Jason QUIGLEY** | vs. | **Joshua SNYDER** |
| Donegal, IRL | | York, PA |
| 5-0 (5 KOs) | | 9-11-1 (3 KOs) |
| Weight: 161.4 lbs. | | Weight: 160.4 lbs. |
| | **SUPER MIDDLEWEIGHTS - 8 ROUNDS** | |
| **Yamaguchi FALCAO** | vs. | **Gerardo IBARRA** |
| Victoria, BRA | | Houston, TX |
| 5-0 (2 KOs) | | 14-2 (8 KOs) |
| Weight: 161.2 lbs. | | Weight: 161.6 lbs. |
| | **SUPER LIGHTWEIGHTS - 4 ROUNDS** | |
| **Ruslan MADIYEV** | vs. | **Christian SANTIBANEZ** |
| Los Angeles, CA | | San Antonio, TX |
| 3-0 (1 KO) | | 3-3 (2 KOs) |
| Weight: 136.8 lbs. | | Weight: 136.4 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 4/30/15 10:04 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL GBP016234



**BLUE CORNER**                                                                                   **RED CORNER**

### MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

Manuel AVILA                          vs.                    Erik RUIZ
Fairfield, CA                                                Oxnard, CA
16-0 (7 KOs)                                                 13-2 (6 KOs)
Weight: 122.4 lbs.                                           Weight: 123 lbs.

### TV SWING BOUT - FEATHERWEIGHTS - 4 ROUNDS

Nick ARCE                             vs.                    Marco ALCARAZ
Los Angeles, CA                                              Greenville, TX
2-0 (2 KOs)                                                  0-5
Weight: 125.4 lbs.                                           Weight: 125.2 lbs.

### CO-MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS

Diego DE LA HOYA                      vs.                    Ramiro ROBLES
Mexicali, MEX                                                Guanajuato, MEX
9-0 (6 KOs)                                                  12-2-1 (6 KOs)
Weight: 123.6 lbs.                                           Weight: 122.4 lbs.

### TV BOUT - SUPER BANTAMWEIGHTS - 6 ROUNDS

Oscar NEGRETE                         vs.                    Luis MALDONADO JR.
Paramount, CA                                                Calexico, CA
8-0 (3 KOs)                                                  38-13-1 (29 KOs)
Weight: 119.4 lbs.                                           Weight: 120 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Jesus DELGADO                         vs.                    Benjamin VINSON
Los Angeles, CA                                              Nogales, AZ
4-0-1 (1 KO)                                                 1-2 (1 KO)
Weight: 133.6 lbs.                                           Weight: 136 lbs.

### SUPER BANTAMWEIGHTS - 4 ROUNDS

Emilio SANCHEZ                        vs.                    Eliezer AGOSTO
Los Angeles, CA                                              Vega Alta, PR
7-0 (6 KOs)                                                  2-4 (2 KOs)
Weight: 124.4 lbs.                                           Weight: 124.6 lbs.

### WELTERWEIGHTS - 4 ROUNDS

Zachary COOPER                        vs.                    Diego PADILLA
Seattle, WA                                                  Los Angeles, CA
2-0-2 (2 KOs)                                                Pro Debut
Weight: 147 lbs.                                             Weight: 145 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 5/6/15 4:07 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                **-82-**
                                                            GBP016235



**MAIN EVENT - SUPER WELTERWEIGHTS - 12 ROUNDS**
vs.

| BLUE CORNER | | RED CORNER |
|---|---|---|
| Canelo ALVAREZ<br>Guadalajara, MEX<br>44-1-1 (31 KOs) | **MAIN EVENT - SUPER WELTERWEIGHTS - 12 ROUNDS**<br>vs. | James KIRKLAND<br>Austin, TX<br>32-1 (28 KOs) |
| Humberto SOTO<br>Los Mochis, MEX<br>65-8-2 (35 KOs) | **SUPER LIGHTWEIGHTS - 10 ROUNDS**<br>vs. | Frankie GOMEZ<br>East Los Angeles, CA<br>18-0 (13 KOs) |
| Joseph DIAZ JR.<br>South El Monte, CA<br>15-0 (10 KOs) | **FEATHERWEIGHTS - 10 ROUNDS**<br>vs. | Giovani DELGADO<br>Mexico City, MEX<br>15-2 (9 KOs) |
| TAISHAN<br>Beijing, CHN<br>3-0 (2 KOs) | **HEAVYWEIGHTS - 4 ROUNDS**<br>vs. | Terrell Woods<br>Flint, MI<br>6-18-3 (6 KOs) |
| Joshua CLOTTEY<br>Accra, GHA<br>38-4 (22 KOs) | **SUPER WELTERWEIGHTS - 10 ROUNDS**<br>vs. | Jorge SILVA<br>Tijuana, MEX<br>19-8-2 (15 KOs) |
| Ryan MARTIN<br>Chattanooga, TN<br>12-0 (7 KOs) | **LIGHTWEIGHTS - 6 ROUNDS**<br>vs. | Ivan ZAVALA<br>Leon, MEX<br>7-9-2 (3 KOs) |
| Curtis MEEKS<br>Austin, TX<br>9-1-2 (3 KOs) | **SUPER LIGHTWEIGHTS - 8 ROUNDS**<br>vs. | Ramsey LUNA<br>Corpus Christi, TX<br>12-2 (5 KOs) |
| Cresencio RAMOS<br>San Antonio, TX<br>2-0 (1 KO) | **FEATHERWEIGHTS - 4 ROUNDS**<br>vs. | Cody WALKER<br>Shreveport, LA<br>1-4 |
| James LEIJA JR.<br>San Antonio, TX<br>Pro Debut | **WELTERWEIGHTS - 4 ROUNDS**<br>vs. | Eric BUTLER<br>San Antonio, TX<br>0-5-1 |
| Alfonso LOPEZ<br>Cut and Shoot, TX<br>23-3 (18 KOs) | **LIGHT HEAVYWEIGHTS - 6 ROUNDS**<br>vs. | Lester GONZALEZ<br>San Diego, CA<br>12-16-4 (6 KOs) |
| Antonio CAPULIN<br>Houston, TX<br>14-0 (6 KOs) | **LIGHTWEIGHTS - 6 ROUNDS**<br>vs. | Arturo ESQUIVEL<br>Chihuahua, MEX<br>9-2 (2 KOs) |
| Eugene HILL<br>Galveston, TX<br>31-1 (21 KOs) | **HEAVYWEIGHTS - 6 ROUNDS**<br>vs. | Chris VENDOLA<br>Providence, RI<br>8-5 (8 KOs) |
| KeAndre GIBSON<br>St. Louis, MO<br>12-0-1 (5 KOs) | **WELTERWEIGHTS - 8 ROUNDS**<br>vs. | Jorge ROMERO<br>Culiacan, MEX<br>24-9 (21 KOs) |
| Joseph RODRIGUEZ<br>San Antonio, TX<br>8-0 (2 KOs) | **FEATHERWEIGHTS - 6 ROUNDS**<br>vs. | Luis GUEVARA<br>Houston, TX<br>3-0-1 (2 KOs) |
| Rodrigo GUERRERO<br>Mexico City, MEX<br>22-5-1 (15 KOs) | **SUPER BANTAMWEIGHTS - 10 ROUNDS**<br>vs. | Arturo BADILLO<br>Tijuana, MEX<br>20-6 (18 KOs) |
| Armando PINA<br>Chicago, IL<br>5-0 (5 KOs) | **LIGHT HEAVYWEIGHTS - 6 ROUNDS**<br>vs. | Zacharia KELLEY<br>Lawton, OK<br>4-10 (4 KOs) |

(Bout Card and Order Subject to Change)
Last Updated: 5/6/2015 9:16 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016236

     

### *HUNTER vs. ESCALANTE*
### *LOPEZ vs. TETTEH*
### *TAISHAN vs. GAUCH*
### *Friday, May 22, 2015*
### *Fantasy Springs Resort Casino*
### *Indio, CA*

**BLUE CORNER**                                                          **RED CORNER**

#### *MAIN EVENT – SUPER FEATHERWEIGHTS - 10 ROUNDS*

**Eric HUNTER**                          vs.              **Antonio ESCALANTE**
**Philadelphia, PA**                                     **El Paso, TX**
**20-3 (10 KOs)**                                        **29-7 (20 KOs)**
**Weight: 126.6 lbs.**                                   **Weight: 129.4 lbs.**

#### *TV SWING BOUT - MIDDLEWEIGHTS - 6 ROUNDS*

**Antonio GUTIERREZ**                    vs.              **Paul VALENZUELA**
**Tijuana, MEX**                                         **Santa Rosalia, MEX**
**18-0-1 (8 KOs)**                                       **7-1-1 (5 KOs)**
**Weight: 158.2 lbs.**                                   **Weight: 160 lbs.**

#### *CO-MAIN EVENT - FEATHERWEIGHTS – 10 ROUNDS*

**Abraham LOPEZ**                        vs.              **Alfred TETTEH**
**La Puente, CA**                                        **Washington, DC**
**17-0-1 (12 KOs)**                                      **19-3-1 (15 KOs)**
**Weight: 125.8 lbs.**                                   **Weight: 125.6 lbs.**

#### *TV BOUT - HEAVYWEIGHTS - 4 ROUNDS*

**TAISHAN**                              vs.              **Lance GAUCH**
**Beijing, CHN**                                         **Hannibal, MO**
**4-0 (2 KOs)**                                          **5-8-2 (3 KOs)**
**Weight: 284.4 lbs.**                                   **Weight: 291.4 lbs.**

#### *FEATHERWEIGHTS - 8 ROUNDS*

**Joet GONZALEZ**                        vs.              **Jose A. BERANZA**
**Glendora, CA**                                         **Mexico City, MEX**
**9-0 (4 KOs)**                                          **36-32-2 (28 KOs)**
**Weight: 123 lbs.**                                     **Weight: 123.4 lbs.**

#### *SUPER WELTERWEIGHTS - 4 ROUNDS*

**Darius ERVIN**                         vs.              **Abraham CALDERON**
**Indio, CA**                                            **Los Angeles, CA**
**1-0**                                                  **Pro Debut**
**Weight: 148.4 lbs.**                                   **Weight: 149.2 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 5/21/15 2:45 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                    GBP016237



**BLUE CORNER**                                              **RED CORNER**

### MAIN EVENT - SUPER FEATHERWEIGHTS - 10 ROUNDS

| Jayson VELEZ | vs. | Daniel RAMIREZ |
|---|---|---|
| Juncos, PR | | Tijuana, MEX |
| 22-0-1 (16 KOs) | | 11-2 (5 KOs) |
| Weight: 128 lbs. | | Weight: 127.8 lbs. |

### TV SWING BOUT - SUPER BANTAMWEIGHTS - 4 ROUNDS

| Rafael GRAMAJO | vs. | Pablo CUPUL |
|---|---|---|
| Los Angeles, CA | | Merida, MEX |
| 3-1-1 (2 KOs) | | 4-16 (3 KOs) |
| Weight: 122 lbs. | | Weight: 121.4 lbs. |

### CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 8 ROUNDS

| Emmanuel GONZALEZ | vs. | Carlos MORALES |
|---|---|---|
| Bronx, NY | | Los Angeles, CA |
| 14-1 (7 KOs) | | 8-1-3 (3 KOs) |
| Weight: 130 lbs. | | Weight: 130 lbs. |

### TV BOUT - LIGHTWEIGHTS - 6 ROUNDS

| Christian GONZALEZ | vs. | Darryl HAYES |
|---|---|---|
| Los Angeles, CA | | Houston, TX |
| 9-0 (9 KOs) | | 3-4 (1 KO) |
| Weight: 131.6 lbs. | | Weight: 131.4 lbs. |

### SUPER BANTAMWEIGHTS - 4 ROUNDS

| Pablo RUBIO | vs. | Julio YNAMI |
|---|---|---|
| Whittier, CA | | Ensenada, BC |
| Pro Debut | | Pro Debut |
| Weight: 121.6 lbs. | | Weight: 120.8 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 6/3/15 1:55 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                              GBP016238

       

**SANCHEZ vs. CLAGGET**
**MENDEZ vs. LOPEZ**
**VENCES vs. GUEVARA**
**Friday, June 26, 2015**
**Salinas Storm House**
**Salinas, CA**

**BLUE CORNER**                                                        **RED CORNER**

### MAIN EVENT - VACANT IBA AMERICAS WELTERWEIGHT TITLE - 10 ROUNDS

| Alan SANCHEZ | vs. | Stephen CLAGGETT |
|---|---|---|
| Fairfield, CA | | Alberta, CAN |
| 15-3-1 (8 KOs) | | 21-3-1 (14 KOs) |

### TV SWING - SUPER FEATHERWEIGHTS - 4 ROUNDS

| Adrian RODRIGUEZ | vs. | Michael GAXIOLA |
|---|---|---|
| Oakland, CA | | Modesto, CA |
| 0-5-1 | | 3-2 |

### CO-MAIN EVENT - SUPER MIDDLEWEIGHTS - 10 ROUNDS

| Paul MENDEZ | vs. | David LOPEZ |
|---|---|---|
| Salinas, CA | | Nogales, MEX |
| 18-2-2 (9 KOs) | | 41-15-1 (25 KOs) |

### TV BOUT - LIGHTWEIGHTS - 6 ROUNDS

| Andy VENCES | vs. | Santiago GUEVARA |
|---|---|---|
| San Jose, CA | | Los Angeles, CA |
| 11-0 (7 KOs) | | 8-1 (3 KOs) |

### LIGHTWEIGHTS - 4 ROUNDS

| Oscar ROJAS | vs. | Percy PETERSON |
|---|---|---|
| Salinas, CA | | Stockton, CA |
| 0-2 | | 1-8-1 |

### AMATEUR BOUT - SUPER FLYWEIGHTS - 3X2 ROUNDS

| Pete TAVAREZ | vs. | Alda ALFARO |
|---|---|---|
| Salinas, CA | | Salinas, CA |
| 55-5 | | 15-2 |

### AMATEUR BOUT - STRAWWEIGHTS - 3X2 ROUNDS

| Andy TAVAREZ | vs. | Angel ALFARO |
|---|---|---|
| Salinas, CA | | Salinas, CA |
| 40-10 | | 30-10 |

(Bout Card and Order Subject to Change)

Last Updated: 6/24/15 4:52 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                        GBP016239

     

*SHABRANSKYY vs. PARKER*
*BALLARD vs. OBANDO*
*ROACH JR. vs. SANTIBANEZ*
*Tuesday, June 30, 2015*
*2300 Arena*
*Philadelphia, PA*

**_BLUE CORNER_**                                                     **_RED CORNER_**

### MAIN EVENT - CRUISERWEIGHTS - 10 ROUNDS

**Vyacheslav SHABRANSKYY**          *vs.*          **Paul PARKER**
**Los Angeles, CA**                                          **Toledo, OH**
**13-0 (11 KOs)**                                             **7-0 (4 KOs)**

### TV SWING BOUT - SUPER LIGHTWEIGHTS - 6 ROUNDS

**Damon ALLEN**                               *vs.*          **Luis RODRIGUEZ**
**Philadelphia, PA**                                         **Carolina, PR**
**6-0 (2 KOs)**                                               **3-4 (2 KOs)**

### CO-MAIN EVENT - LIGHT HEAVYWEIGHTS - 6 ROUNDS

**D'Mitrius BALLARD**                        *vs.*          **Josue OBANDO**
**Washington, DC**                                          **Guadalajara, MEX**
**8-0 (7 KOs)**                                               **11-5 (9 KOs)**

### TV BOUT - LIGHTWEIGHTS - 6 ROUNDS

**Lamont ROACH JR.**                       *vs.*          **Christian SANTIBANEZ**
**Washington, DC**                                          **San Antonio, TX**
**7-0 (3 KOs)**                                               **3-4 (2 KOs)**

### SUPER FEATHERWEIGHTS - 6 ROUNDS

**Kevin RIVERS**                              *vs.*          **Luis LIZARRAGA**
**Cheverly, MD**                                             **Merida, MEX**
**11-0 (8 KOs)**                                              **5-4-1 (2 KOs)**

### LIGHTWEIGHTS - 6 ROUNDS

**Victor VASQUEZ**                           *vs.*          **Edgardo TORRES**
**Philadelphia, PA**                                         **Morovis, PR**
**18-9-1 (8 KOs)**                                           **2-4 (2 KOs)**

### LIGHTWEIGHTS - 4 ROUNDS

**GangYong KIM**                             *vs.*          **Tyrone LUCKEY**
**Philadelphia, PA**                                         **Middletown, NJ**
**4-1**                                                       **5-4-2 (5 KOs)**

(Bout Card and Order Subject to Change)

Last Updated: 6/23/15 11:13 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                          **-87-**
GBP016240



**BLUE CORNER**                                      **RED CORNER**

### MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS

Gilberto GONZALEZ              vs.              Hevinson HERRERA
Mexico City, MEX                               Barranquilla, COL
25-3 (20 KOs)                                  17-10-1 (11 KOs)
Weight: 139.4 lbs.                             Weight: 139 lbs.

### TV SWING BOUT - WELTERWEIGHTS - 4 ROUNDS

Melsik BAGHDASARYAN            vs.              Abraham CALDERON
Glendale, CA                                   Los Angeles, CA
1-0 (1 KO)                                     0-1
Weight: 145.6 lbs.                             Weight: 146 lbs.

### CO-MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS

Diego DE LA HOYA              vs.              Jose ESTRELLA
Mexicali, MEX                                  Tijuana, MEX
10-0 (6 KOs)                                   14-6-1 (10 KOs)
Weight: 123.3 lbs.                             Weight: 123.8 lbs.

### TV BOUT - FEATHERWEIGHTS - 8 ROUNDS

Oscar NEGRETE                 vs.              Ramiro ROBLES
Los Angeles, CA                                Guanajuato, MEX
10-0 (3 KOs)                                   12-3-1 (6 KOs)
Weight: 120 lbs.                               Weight: 123 lbs.

### FEATHERWEIGHTS - 6 ROUNDS

Emilio SANCHEZ                vs.              Jose CEN-TORRES
Los Angeles, CA                                Merida, MEX
8-0 (6 KOs)                                    13-7 (1 KO)
Weight: 121.8 lbs.                             Weight: 123.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 7/1/15 4:33 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                         GBP016241



**BLUE CORNER**                                                                    **RED CORNER**

### MAIN EVENT – VACANT NABF SUPER LIGHTWEIGHT TITLE  - 12 ROUNDS

Mauricio HERRERA                          vs.                          Hank LUNDY
Riverside, CA                                                          Philadelphia, PA
21-5 (7 KOs)                                                           25-4-1(12 KOs)
Weight: 139.4 lbs.                                                     Weight: 139 lbs

### CO – MAIN EVENT – VACANT NABO LIGHTWEIGHT TITLE - 10 ROUNDS

Michael PEREZ                             vs.                          Luis SANCHEZ
Newark, NJ                                                            Cancun, MEX
22-1-2 (10 KOs)                                                       17-3-1 (5 KOs)
Weight: 134.4 lbs.                                                    Weight: 133.4 lbs

### FEATHERWEIGHTS - 10 ROUNDS

Joseph DIAZ JR.                           vs.                          Rene ALVARADO
South El Monte, CA                                                    Managua, NIC
16-0 (10 KOs)                                                         22-4 (15 KOs)
Weight: 125.6 lbs.                                                    Weight: 125.8 lbs

### SUPER FEATHERWEIGHTS - 4 ROUNDS

Nick ARCE                                 vs.                          Ricardo ALVARADO
Los Angeles, CA                                                       McAllen, TX
3-0 (3 KOs)                                                           7-6 (6 KOs)
Weight: 128.2 lbs.                                                    Weight: 130.4 lbs

### SUPER MIDDLEWEIGHTS - 6 ROUNDS

Jason QUIGLEY                             vs.                          Tom HOWARD
Donegal, IRE                                                          Trenton, MI
6-0 (6 KOs)                                                           8-3 (4 KOs)
Weight: 161.6 lbs.                                                    Weight: 159.4 lbs

### LIGHTWEIGHTS - 6 ROUNDS

Ivan DELGADO                              vs.                          Angel ALBELO
Los Angeles, CA                                                       Manati, PR
5-0-1 (2 KOs)                                                         4-7-3 (1 KO)
Weight: 131.4 lbs.                                                    Weight: 131.8 lbs

### WELTERWEIGHTS - 8 ROUNDS

Zachary OCHOA                             vs.                          David RODELA
Brooklyn, NY                                                          Oxnard, CA
11-0 (5 KOs)                                                          17-10-4 (7 KOs)
Weight: 141.4 lbs.                                                    Weight: 141 lbs

(Bout Card and Order Subject to Change)

Last Updated: 7/10/15 5:25 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                           GBP016242



**_BLUE CORNER_**                                           **_RED CORNER_**

### _MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS_

**Abraham LOPEZ**             vs.             **Jorge DIAZ**
La Puente, CA                                New Brunswick, NJ
18-0-1 (13 KOs)                              18-3-1 (10 KOs)
Weight: 125 lbs.                             Weight: 125.6 lbs.

### _CO-MAIN EVENT - SUPER BANTAMWEIGHTS - 8 ROUNDS_

**Roy TAPIA**                vs.             **Juan Luis HERNANDEZ**
East Los Angeles, CA                         Tijuana, MEX
10-0-2 (5 KOs)                               18-5-1 (9 KOs)
Weight: 122.8 lbs.                           Weight: 122.4 lbs.

### _TV BOUT - SUPER LIGHTWEIGHTS - 4 ROUNDS_

**Hector TANAJARA JR.**      vs.             **Thomas DE LEON**
San Antonio, TX                              Grand Rapids, MI
Pro Debut                                    0-2
Weight: 134 lbs.                             Weight: 137.6 lbs.

### _OPENING TV BOUT - SUPER LIGHTWEIGHTS - 4 ROUNDS_

**Jonathan NAVARRO**         vs.             **Andrew GOMEZ**
East Los Angeles, CA                         Galveston, TX
Pro Debut                                    0-1
Weight: 139.8 lbs.                           Weight: 139 lbs.

### _LIGHTWEIGHTS - 4 ROUNDS_

**Francisco OCHOA**          vs.             **Marquis PIERCE**
Los Angeles, CA                              Newark, NJ
1-0                                          1-6
Weight: 131 lbs.                             Weight: 127 lbs.

### _SUPER BANTAMWEIGHTS - 4 ROUNDS_

**Pablo RUBIO**              vs.             **Martin REGALADO**
East Los Angeles, CA                         San Pedro, CA
1-0 (1 KO)                                   Pro Debut
Weight: 121.5 lbs.                           Weight: 119.8 lbs.

### _BANTAMWEIGHTS - 4 ROUNDS_

**Joshua FRANCO**            vs.             **Temoatzin LANDEROS**
San Antonio, TX                              Tijuana, MEX
Pro Debut                                    0-1
Weight: 116.4 lbs.                           Weight: 117.2 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/5/15 2:15 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

-90-

CONFIDENTIAL                                    GBP016243

    

**PEREZ vs. MIKHAYLENKO**
**SALINAS vs. AVILA**
**Saturday, August 8th, 2015**
**Fantasy Springs Resort Casino**
**Indio, CA**

**BLUE CORNER**                                                          **RED CORNER**

**MAIN EVENT - NABA WELTERWEIGHT TITLE - 12 ROUNDS**

Johan PEREZ                          vs.                 Dmitry MIKHAYLENKO
Caracas, VEN                                             Krasnodar, RUS
20-2-1 (13 KOs)                                          19-0 (8 KOs)

**CO-MAIN BOUT - VACANT INTERIM NABF SUPER BANTAMWEIGHT TITLE - 10 ROUNDS**

Yoandris SALINAS                     vs.                 Manuel AVILA
Miami, FL                                                Fairfield, CA
21-1-2 (14 KOs)                                          17-0 (7 KOs)

**TV OPENER - SUPER FEATHERWEIGHTS - 10 ROUNDS**

Tevin FARMER                         vs.                 Daulis PRESCOTT
Philadelphia, PA                                         Barranquilla, COL
19-4-1 (4 KOs)                                           30-2 (22 KOs)

**FEATHERWEIGHTS - 6 ROUNDS**

Joet GONZALEZ                        vs.                 Miguel TAMAYO
Glendora, CA                                             Ciudad Obregon, MEX
11-0 (4 KOs)                                             16-14-2 (KOs)

**HEAVYWEIGHTS - 4 ROUNDS**

Paulis RITTER                        vs.                 Tommy WASHINGTON
Newport, CA                                              Lansing, MI
Pro Debut                                                3-7 (2 KOs)

**SUPER MIDDLEWEIGHTS - 6 ROUNDS**

Jason QUIGLEY                        vs.                 Michael FAULK
Los Angeles, CA                                          Queens, NY
7-0 (7 KOs)                                              3-2 (1 KO)

**JUNIOR MIDDLEWEIGHTS - 6 ROUNDS**

Neeco MACIAS                         vs.                 Julian CRUZ
Palm Desert, CA                                          Long Beach, CA
8-0 (4 KOs)                                              2-4

**WELTERWEIGHTS - 4 ROUNDS**

Darius ERVIN                         vs.                 Diego PADILLA
Indio, CA                                                Los Angeles, CA
2-0                                                      1-0

**MIDDLEWEIGHTS - 4 ROUNDS**

Quilisito MADERA                     vs.                 Fernando NAJERA
Las Vegas, NV                                            Tijuana, MEX
1-0                                                      1-7

(Bout Card and Order Subject to Change)

Last Updated: 8/4/15 4:41 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016244



**FOLLOW US:** GOLDENBOYBOXING #LAFIGHTCLUB

**_BLUE CORNER_**                                                          **_RED CORNER_**

**_MAIN EVENT - VACANT WBC YOUTH SUPER BANTAMWEIGHT TITLE - 10 ROUNDS_**

| **Diego DE LA HOYA** | **vs.** | **Jesus RUIZ** |
| **Mexicali, MEX** | | **Nogales, MEX** |
| **11-0 (7 KOs)** | | **32-6-5 (21 KOs)** |
| **Weight: 122 lbs.** | | **Weight: 121.6 lbs** |

**_CO-MAIN EVENT - SUPER LIGHTWEIGHTS - 8 ROUNDS_**

| **Everton LOPES** | **vs.** | **Omar TIENDA** |
| **Salvador, BRA** | | **Nuevo Leon, MEX** |
| **3-0 (1 KO)** | | **13-0 (8 KOs)** |
| **Weight: 136 lbs.** | | **Weight: 136 lbs.** |

**_TV BOUT - LIGHTWEIGHTS - 6 ROUNDS_**

| **Christian GONZALEZ** | **vs.** | **Luis LIZARRAGA JR.** |
| **Los Angeles, CA** | | **Merida, MEX** |
| **10-0 (9 KOs)** | | **5-5-1 (2 KOs)** |
| **Weight: 131 lbs.** | | **Weight: 131.4 lbs.** |

**_SUPER FEATHERWEIGHTS - 6 ROUNDS_**

| **Ivan DELGADO** | **vs.** | **Thomas HERRERA** |
| **Los Angeles, CA** | | **Tucson, AZ** |
| **6-0-1 (2 KOs)** | | **4-13-1 (1 KO)** |
| **Weight: 130.6 lbs.** | | **Weight: 130.4 lbs.** |

**_SUPER BANTAMWEIGHTS - 6 ROUNDS_**

| **Rafael GRAMAJO** | **vs.** | **Adrian RODRIGUEZ** |
| **Los Angeles, CA** | | **Guadalajara, MEX** |
| **4-1-1 (2 KOs)** | | **1-6-1** |
| **Weight: 121.6 lbs.** | | **Weight: 122 lbs.** |

**_SUPER LIGHTWEIGHTS - 4 ROUNDS_**

| **Jonathan NAVARRO** | **vs.** | **Gibran GUTIERREZ** |
| **East Los Angeles, CA** | | **Santa Ana, CA** |
| **1-0 (1 KO)** | | **Pro Debut** |
| **Weight: 140.2 lbs.** | | **Weight: 140 lbs.** |

(Bout Card and Order Subject to Change)

Last Updated: 9/3/15 3:46 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                          GBP016245



**BLUE CORNER**                                                    **RED CORNER**

### MAIN EVENT - VACANT NABF LIGHTWEIGHT TITLE - 10 ROUNDS

Jeffrey FONTANEZ              vs.              Marvin QUINTERO
Caguas, PR                                    Tijuana, MEX
15-1 (12 KOs)                                 27-6 (23 KOs)
Weight: 134.6 lbs.                            Weight: 134.8 lbs.

### CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 8 ROUNDS

Carlos MORALES               vs.              O'Nell NEGRON
Los Angeles, CA                               Vega Baja, PR
11-1-3 (5 KOs)                                10-1-2 (8 KOs)
Weight: 130 lbs.                              Weight: 130 lbs.

### TV BOUT - SUPER BANTANWEIGHTS - 8 ROUNDS

Oscar NEGRETE                vs.              Jose ESTRELLA
Los Angeles, CA                               Tijuana, MEX
11-0 (3 KOs)                                  14-7-1 (10 KOs)
Weight: 119.8 lbs.                            Weight: 119 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Hector TANAJARA              vs.              Antonio MARTINEZ
San Antonio, TX                               Durango, MEX
1-0 (1 KO)                                     3-4 (3 KOs)
Weight: 132 lbs.                              Weight: 132 lbs.

### FEATHERWEIGHTS- 6 ROUNDS

Emilio SANCHEZ               vs.              Juan SANDOVAL
Pacoima, CA                                    San Bernardino, CA
9-0 (6 KOs)                                    7-16-1 (4 KOs)
Weight: 122 lbs.                              Weight: 122.8 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Francisco ESPARZA            vs.              Carlos GONZALEZ
Las Vegas, NV                                 Bell, CA
Pro Debut                                     1-7
Weight: 131 lbs.                              Weight: 133.6 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Alejandro SALINAS            vs.              Oscar DUARTE
Youngstown, OH                                Parral, MEX
3-0 (3 KOs)                                    2-0-1 (2 KOs)
Weight: 130 lbs.                              Weight: 133 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 9/17/15 2:56 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                    GBP016246



| *BLUE CORNER* | | *RED CORNER* |
|---|---|---|

### MAIN EVENT - MIDDLEWEIGHTS - 10 ROUNDS

| Patrick TEIXEIRA | vs. | Don MOUTON |
|---|---|---|
| Santa Catarina, BRA | | Houston, TX |
| 25-0 (21 KOs) | | 13-9-1 (11 KOs) |
| Weight: 156 lbs. | | Weight: 156.2 lbs. |

### CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS

| Zachary OCHOA | vs. | Alejandro RODRIGUEZ |
|---|---|---|
| Brooklyn, NY | | Guadalajara, MEX |
| 12-0 (5 KOs) | | 24-18-1 (14 KOs) |
| Weight: 141.2 lbs. | | Weight: 141 lbs. |

### TV BOUT - MIDDLEWEIGHTS - 6 ROUNDS

| Antonio GUTIERREZ | vs. | Victor FONSECA |
|---|---|---|
| Tijuana, MEX | | San Diego, CA |
| 18-1-1 (8 KOs) | | 9-5-1 (7 KOs) |
| Weight: 156.8 lbs. | | Weight: 159.4 lbs. |

### LIGHTWEIGHTS - 4 ROUNDS

| Francisco OCHOA | vs. | Isaac AVALOS |
|---|---|---|
| Los Angeles, CA | | Tijuana, MEX |
| 2-0 (1 KO) | | Pro Debut |
| Weight: 132.6 lbs. | | Weight: 131.8 lbs. |

### SUPER BANTAMWEIGHTS - 4 ROUNDS

| Pablo RUBIO JR. | vs. | Adrian RODRIGUEZ |
|---|---|---|
| Los Angeles, CA | | Guadalajara, MEX |
| 2-0 (2 KOs) | | 1-7-1 |
| Weight: 121.8 lbs. | | Weight: 119.4 lbs. |

### SUPER FLYWEIGHTS - 4 ROUNDS

| Joshua FRANCO | vs. | Saul HERNANDEZ |
|---|---|---|
| San Antonio, TX | | Tijuana, MEX |
| 1-0 | | 5-7-1 (3 KOs) |
| Weight: 114.6 lbs. | | Weight: 113.2 lbs. |

### SUPER LIGHTWEIGHTS - 4 ROUNDS

| Abraham LOPEZ | vs. | Andrew GOMEZ |
|---|---|---|
| Rowland Heights, CA | | Mission, TX |
| 1-1 | | 0-2 |
| Weight: 139.6 lbs. | | Weight: 139.6 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 10/1/15 12:50 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                 GBP016247



**BLUE CORNER**                                                                                    **RED CORNER**

==**MAIN EVENT - VACANT WBC SUPER LIGHTWEIGHT TITLE - 12 ROUNDS**==

Lucas MATTHYSSE                          vs.                          Viktor POSTOL
Chubut, ARG                                                           Kiev, UKR
37-3 (34 KOs)                                                         27-0 (11 KOs)
Weight: 139.4 lbs.                                                    Weight: 139.4 lbs.


==**CO-MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS**==

Antonio OROZCO                           vs.                          Humberto SOTO
San Diego, CA                                                        Los Mochis, MEX
22-0 (15 KOs)                                                         65-8-2 (35 KOs)
Weight: 140.6 lbs.                                                    Weight: 140.2 lbs.


**FEATHERWEIGHTS - 10 ROUNDS**

Julian RAMIREZ                           vs.                          Hugo PARTIDA
East Los Angeles, CA                                                 Mexico City, MEX
14-0 (8 KOs)                                                          20-5-2 (15 KOs)
Weight: 126 lbs.                                                      Weight: 126 lbs.


**SUPER FEATHERWEIGHTS - 6 ROUNDS**

Nick ARCE                                vs.                          Juan HERNANDEZ
Los Angeles, CA                                                     Tijuana, MEX
4-0 (4 KOs)                                                           3-0
Weight: 128.6 lbs.                                                    Weight: 126 lbs.


**LIGHTWEIGHTS - 10 ROUNDS**

Mercito GESTA                            vs.                          Miguel Angel MENDOZA
San Diego, CA                                                       Aguascalientes, MEX
28-1-2 (16 KOs)                                                      21-6-2 (21 KOs)
Weight: 134.8 lbs.                                                    Weight: 134.2 lbs.


**SUPER LIGHTWEIGHTS - 8 ROUNDS**

Marcelino LOPEZ                          vs.                          David RODELA
Buenos Aires, ARG                                                  Oxnard, CA
31-1-1 (16 KOs)                                                      17-11-4 (7 KOs)
Weight: 139 lbs.                                                      Weight: 139 lbs.


**LIGHT HEAVYWEIGHTS - 8 ROUNDS**

D'Mitrius BALLARD                        vs.                          Juan Carlos ROJAS
Washington, DC                                                      Hayward, CA
9-0 (7 KOs)                                                           8-12-1 (7 KOs)
Weight: 169 lbs.                                                      Weight: 165.2 lbs


**SUPER FEATHERWEIGHTS - 6 ROUNDS**

Kevin RIVERS                             vs.                          Alejandro OCHOA
Palmer Park, MD                                                    Bell Gardens, CA
12-0 (9 KOs)                                                          6-10-2 (1 KO)
Weight: 126.2 lbs.                                                    Weight: 128 lbs.


(Bout Card and Order Subject to Change)

Last Updated: 10/2/15 4:26 PM


**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                          GBP016248



***RED CORNER***                                                                                        ***BLUE CORNER***

## MAIN EVENT - MIDDLEWEIGHT WORLD CHAMPIONSHIP TITLE UNIFICATION - 12 ROUNDS

**Gennady GOLOVKIN**               vs.               **David LEMIEUX**
**Los Angeles, CA**                                  **Montreal, CAN**
**33-0 (30 KOs)**                                    **34-2 (31 KOs)**
**Weight: 159.4 lbs.**                               **Weight: 159.8 lbs.**

### CO-MAIN EVENT - WBC FLYWEIGHT TITLE - 12 ROUNDS

**Roman GONZALEZ**                 vs.               **Brian VILORIA**
**Managua, NIC**                                     **Waipahu, HI**
**43-0 (37 KOs)**          *Not GBP Fight*           **36-4 (22 KOs)**
**Weight: 111.4 lbs.**                               **Weight: 111.4 lbs.**

### VACANT WBA INTERIM HEAVYWEIGHT TITLE - 12 ROUNDS

**Luis ORTIZ**                     vs.               **Matias Ariel VIDONDO**
**Miami, FL**                                        **Rosario, ARG**
**22-0 (19 KOs)**                                    **20-1-1 (18 KOs)**
**Weight: 237.8 lbs.**                               **Weight: 261 lbs.**

### IBF MIDDLEWEIGHT TITLE ELIMINATOR – 12 ROUNDS

**Tureano JOHNSON**                vs.               **Eamonn O'KANE**
**Nassau, BAH**                                      **Belfast, IRE**
**18-1 (13 KOs)**                                    **17-1-1 (5 KOs)**
**Weight: 159.4 lbs.**                               **Weight: 160 lbs.**

### WELTERWEIGHTS - 4 ROUNDS

**Ruslan MADIYEV**                 vs.               **Sean GEE**
**Karaganda, KAZ**                                   **Chicago, IL**
**5-1 (3 KOs)**                                      **2-2**
**Weight: 139.6 lbs.**                               **Weight: 142.6 lbs.**

### LIGHTWEIGHTS - 6 ROUNDS

**Lamont ROACH JR.**               vs.               **Jose BUSTOS**
**Washington, DC**                                   **Ciudad Juarez, MEX**
**8-0 (3 KOs)**                                      **7-5-3 (4 KOs)**
**Weight: 131.4 lbs.**                               **Weight: 130.4 lbs.**

### NABO JR. WELTERWEIGHT TITLE – 10 ROUNDS

**Ghislain MADUMA**                vs.               **Maurice HOOKER**
**Montreal, CAN**                                    **Dallas, TX**
**17-1 (11 KOs)**                                    **18-0-2 (14 KOs)**
**Weight: 139.2 lbs.**                               **Weight: 139.4 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 11:02 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                    GBP016249

    

*DIAZ JR. vs. TAMAYO*
*GOMEZ vs. SILVA*
**Friday, October 23, 2015**
*Fantasy Springs Resort Casino*
*Indio, CA*

| *BLUE CORNER* | | *RED CORNER* |
|---|---|---|

### MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

| | | |
|---|---|---|
| **Joseph DIAZ JR.** | **vs.** | **Ruben TAMAYO** |
| **South El Monte, CA** | | **Cuidad Obregon, MEX** |
| **17-0 (10 KOs)** | | **23-6-4 (15 KOs)** |
| **Weight: 125.6 lbs.** | | **Weight: 125.6 lbs.** |

### TVSWING BOUT - HEAVYWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| **Paul RITTER** | **vs.** | **Relonzo RICHARD JR.** |
| **Newport Beach, CA** | | **Lancaster, CA** |
| **0-1** | | **Pro Debut** |
| **Weight: 253.4 lbs.** | | **Weight: 212 lbs.** |

### CO-MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS

| | | |
|---|---|---|
| **Frankie GOMEZ** | **vs.** | **Jorge SILVA** |
| **East Los Angeles, CA** | | **Tijuana, MEX** |
| **18-0 (13 KOs)** | | **19-9-2 (15 KOs)** |
| **Weight: 150 lbs.** | | **Weight: 149.2 lbs.** |

### SUPER MIDDELWEIGHTS - 6 ROUNDS

| | | |
|---|---|---|
| **Alberto FUNDORA** | **vs.** | **Richard ROMERO** |
| **Coachella,CA** | | **Commerce, CA** |
| **5-0 (2 KOs)** | | **3-0 (3 KOs)** |
| **Weight: 167.8 lbs.** | | **Weight: 167.2 lbs.** |

### SUPER LIGHTWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| **Marco MAGDALENO** | **vs.** | **Phillip BOUNDS** |
| **Indio, CA** | | **Compton, CA** |
| **Pro Debut** | | **Pro Debut** |
| **Weight: 137.8 lbs.** | | **Weight: 138.6 lbs.** |

### WELTERWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| **Melsik BAGHDASARYAN** | **vs.** | **Diego PADILLA** |
| **Glendale, CA** | | **Los Angeles, CA** |
| **2-0 (1 KO)** | | **1-1** |
| **Weight: 145.8 lbs.** | | **Weight: 147lbs.** |

### MIDDLEWEIGHTS - 6 ROUNDS

| | | |
|---|---|---|
| **KeAndre GIBSON** | **vs.** | **Thomas HOWARD** |
| **St. Louis, MO** | | **Trenton, MI** |
| **13-0-1 (5 KOs)** | | **8-5 (4 KOs)** |
| **Weight: 151 lbs.** | | **Weight: 155.4 lbs.** |

(Bout Card and Order Subject to Change)

Last Updated: 10/22/15 3:23 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016250



## BLUE CORNER                                    RED CORNER

### TV MAIN EVENT – SUPER LIGHTWEIGHTS – 10 ROUNDS

**Martin HONORIO**              vs.              **Miguel Angel HUERTA**
**Mexico City, MEX**                             **Santa Ana, CA**
**32-9-1 (16 KOs)**                              **28-13-1 (18 KOs)**
**Weight: 137.2 lbs.**                           **Weight: 139.4 lbs.**

### TV CO-MAIN – FEATHERWEIGHTS – 8 ROUNDS

**Joet GONZALEZ**               vs.              **Marcos RIOS**
**Glendora, CA**                                 **San Diego, CA**
**11-0 (5 KOs)**                                 **12-0-1 (8 KOs)**
**Weight: 123 lbs.**                             **Weight: 123.2 lbs.**

### TV BOUT – SUPER WELTERWEIGHTS – 6 ROUNDS

**Jonathan NAVARRO**            vs.              **Shaun HENSON**
**East Los Angeles, CA**                         **Los Lunas, NM**
**2-0 (1 KO)**                                   **2-2 (2 KOs)**
**Weight: 144.6 lbs.**                           **Weight: 148.5 lbs.**

### SUPER LIGHTWEIGHTS – 4 ROUNDS

**Hector TANAJARA JR.**         vs.              **MartinALVARADO**
**San Antonio, TX**                              **Durango, MEX**
**2-0 (1 KO)**                                   **7-7 (6 KOs)**
**Weight: 134.4 lbs.**                           **Weight: 138.2 lbs.**

### SUPER LIGHTWEIGHTS – 6 ROUNDS

**Damon ALLEN**                 vs.              **Oscar SANTANA**
**Philadelphia, PA**                             **Pomona, CA**
**7-0 (3 KOs)**                                  **4-2-1 (2 KOs)**
**Weight: 136.4 lbs.**                           **Weight: 136.2 lbs.**

### SUPER MIDDLEWEIGHTS – 6 ROUNDS

**Alan CAMPA**                  vs.              **Paul VALENZUELA**
**Hermosillo, MEX**                              **Santa Rosalia, MEX**
**13-2 (9 KOs)**                                 **9-1-1 (6 KOs)**
**Weight: 162 lbs.**                             **Weight: 162 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 11/5/15 4:19 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016251

     

### *DE LA HOYA vs. DELGADO*
### *KARL SOSA vs. SANCHEZ*
### *GARCIA vs. HIDALGO*
### *Friday, November 20, 2015*
### *The Joint - Hard Rock Hotel & Casino*
### *Las Vegas, NV*

**BLUE CORNER**                                                    **RED CORNER**

#### *SUPER BANTAMWEIGHTS - 8 ROUNDS*

**Roy TAPIA**                          vs.                 **Erik RUIZ**
**East Los Angeles, CA**                                   **Oxnard, CA**
**11-0-2 (6 KOs)**                                         **14-4 (6 KOs)**

#### *TV MAIN EVENT - SUPER BANTAMWEIGHTS - 8 ROUNDS*

**Diego DE LA HOYA**                   vs.                 **Giovanni DELGADO**
**Mexicali, MEX**                                          **Mexico City, MEX**
**12-0 (7 KOs)**                                           **15-3 (9 KOs)**

#### *TV CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS*

**John KARL SOSA**                     vs.                 **Alan SANCHEZ**
**Caguas, PR**                                             **Fairfield, CA**
**13-0 (6 KOs)**                                           **16-3-1 (8KOs)**

#### *TV OPENER - FEATHERWEIGHTS - 8 ROUNDS*

**Horacio GARCIA**                     vs.                 **Raul HIDALGO**
**Guadalajara, MEX**                                       **Nuevas Casas Grandes, MEX**
**29-1 (20 KOs)**                                          **24-13 (18 KOs)**

#### *SUPER MIDDLEWEIGHTS - 6 ROUNDS*

**Jason QUIGLEY**                      vs.                 **Marchristopher ADKINS**
**Donegal, IRL**                                           **Dallas, TX**
**8-0 (8 KOs)**                                            **6-1 (2 KOs)**

#### *FEATHERWEIGHTS - 4 ROUNDS*

**Francisco ESPARZA**                  vs.                 **Jose RODRIGUEZ**
**Las Vegas, NV**                                          **San Juan, PR**
**1-0**                                                    **2-1 (1 KO)**

(Bout Card and Order Subject to Change)

Last Updated: 11/16/15 5:55 PM

**Golden Boy's Summary Judgment Exhibit No. 35**



**BLACK CORNER**                                                    **RED CORNER**

### MAIN EVENT – WBC & RING MAGAZINE MIDDLEWEIGHT TITLES – 12 ROUNDS

Miguel COTTO                              vs.                        Canelo ALVAREZ
Caguas, PR                                                          Guadalajara, MEX
40-4 (33 KOs)                                                       45-1-1 (32 KOs)


### WBC SUPER FEATHERWEIGHT TITLE – 12 ROUNDS

Takashi MIURA                             vs.                        Francisco VARGAS
Akita, JAP                                                          Mexico City, MEX
29-2-2 (22 KOs)                                                     22-0-1 (16 KOs)


### JUNIOR FEATHERWEIGHTS – 10 ROUNDS

Guillermo ROGONDEAUX                      vs.                        Drian FRANCISCO
Santiago De Cuba, CUB         Not  GBP  Fight                       Sablayan, PHI
15-0 (10 KOs)                                                       28-3-1 (22 KOs)


### FEATHERWEIGHTS – 10 ROUNDS

Jayson VELEZ                              vs.                        Ronny RIOS
Caguas, PR                                                          Santa Ana, CA
23-0-1 (16 KOs)                                                     24-1 (10 KOs)


### LIGHTWEIGHTS – 6 ROUNDS

Alberto MACHADO                           vs.                        Tyrone LUCKEY
San Juan, PR                                                        Long Branch, NJ
11-0 (9 KOs)                                                        8-4-2 (6 KOs)


### IBF BANTAMWEIGHT TITLE – 12 ROUNDS

Randy CABALLERO                           vs.                        Lee HASKINS
Coachella, CA                                                       Bristol, ENG
22-0 (13 KOs)                                                       32-3 (14 KOs)


### HEAVYWEIGHTS – 4 ROUNDS

Zhang ZHILEI                              vs.                        Juan GOODE
Zhengzhou, CHI                                                      Taylor, MI
5-0 (3 KOs)                                                         6-2 (5 KOs)


### JUNIOR BANTAMWEIGHTS – 6 ROUNDS

Jose MARTINEZ                             vs.                        Oscar MOJICA
Las Marias, PR                                                      Dallas, TX
15-0 (11 KOs)                                                       8-0 (1 KO)


### LIGHTWEIGHTS – 4 ROUNDS

Hector TANAJARA JR.                       vs.                        Jose Fabian NARANJO
San Antonio, TX                                                     Uruapan, MEX
3-0 (2 KOs)                                                         3-1-1 (1 KO)

(Bout Card and Order Subject to Change)

Last Updated: 11/16/15 11:35 AM

**Golden Boy's Summary Judgment Exhibit No. 35**
**-100-**



**BLUE CORNER**                                                                          **RED CORNER**

<mark>**TV MAIN EVENT - LIGHTWEIGHTS - 8 ROUNDS**</mark>

**Christian GONZALEZ**                       vs.              Alejandro OCHOA
**Los Angeles, CA**                                          **Bell Gardens, CA**
**11-0 (10 KOs)**                                            **7-10-2 (1 KO)**
**Weight: 130.4 lbs.**                                       **Weight: 134 lbs.**


<mark>**TV CO-MAIN EVENT - SUPER BANTAMWEIGHTS - 6 ROUNDS**</mark>

**Oscar NEGRETE**                            vs.              Ernesto GUERRERO
**Rosemead, CA**                                             **Agua Prieta, MEX**
**11-0 (4 KOs)**                                             **17-16 (11 KOs)**
**Weight: 117.6 lbs.**                                       **Weight: 119 lbs.**


<mark>**TV OPENER - LIGHTWEIGHTS - 6 ROUNDS**</mark>

**Ivan DELGADO**                             vs.              Luis LIZARRAGA JR.
**Los Angeles, CA**                                          **Merida, MEX**
**7-0-1 (2 KOs)**                                            **5-6-1 (2 KOs)**
**Weight: 130.8 lbs.**                                       **Weight: 130.4 lbs.**


**SUPER FEATHERWEIGHTS - 6 ROUNDS**

**Nick ARCE**                                vs.              Ali GONZALEZ
**Los Angeles, CA**                                          **Tijuana, MEX**
**5-0 (5 KOs)**                                              **6-6-1 (1 KO)**
**Weight: 126.8 lbs.**                                       **Weight: 127.4 lbs.**


**FEATHERWEIGHTS - 6 ROUNDS**

**Emilio SANCHEZ**                           vs.              Juan HERNANDEZ
**Pacoima, CA**                                              **Tijuana, MEX**
**10-0 (7 KOs)**                                             **4-1 (1 KO)**
**Weight: 125.6 lbs.**                                       **Weight: 125.8 lbs.**


**SUPER FLYWEIGHTS - 6 ROUNDS**

**Joshua FRANCO**                            vs.              Leonardo REYES
**San Antonio, TX**                                          **Tijuana, MEX**
**2-0 (1 KO)**                                               **3-8-1 (1 KO)**
**Weight: 114.4 lbs.**                                       **Weight: 114.4 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 12/4/15 10:19 AM


**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                GBP016254

    

*DIAZ JR. vs. PARTIDA*
*ALVARADO vs. CANCIO*
*TAISHAN vs. ARAMBULA*
**Friday, December 18, 2015**
*Fantasy Springs Resort Casino*
*Indio, CA*

**BLUE CORNER**                                                   **RED CORNER**

**TV MAIN EVENT - VACANT NABF FEATHERWEIGHT TITLE - 10 ROUNDS**

Joseph DIAZ JR.                          vs.                      Hugo PARTIDA
South El Monte, CA                                               Mexico City, MEX
18-0 (10 KOs)                                                    20-6-2 (15 KOs)
Weight: 125.4 lbs.                                               Weight: 126 lbs.

**TV CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS**

Rene ALVARADO                            vs.                      Andrew CANCIO
Managua, NIC                                                     Blythe, CA
22-5 (15 KOs)                                                    15-3-2 (11 KOs)
Weight: 127.4 lbs.                                               Weight: 127.2 lbs.

**TV OPENER - HEAVYWEIGHTS - 4 ROUNDS**

TAISHAN                                  vs.                      Daniel ARAMBULA
Beijing, CHN                                                     Guadalajara, MEX
5-0 (3 KOs)                                                      3-1 (1 KO)
Weight: 280 lbs.                                                 Weight: 212 lbs.

**WELTERWEIGHTS - 6 ROUNDS**

Oscar TORRES                             vs.                      Evincii DIXON
Rosemead, CA                                                     Lancaster, PA
6-0 (3 KOs)                                                      6-12-1 (2 KOs)
Weight: 146.6 lbs.                                               Weight: 147 lbs.

**SUPER BANTAMWEIGHTS - 6 ROUNDS**

Rafael GRAMAJO                           vs.                      Michael GAXIOLA
Los Angeles, CA                                                  Modesto, CA
5-1-1 (2 KOs)                                                    4-4
Weight: 121 lbs.                                                 Weight: 121.6 lbs.

**HEAVYWEIGHTS - 4 ROUNDS**

Donnie PALMER                            vs.                      Tommy WASHINGTON
Boston, MA                                                       Lansing, MI
6-0-1 (6 KOs)                                                    7-7 (3 KOs)
Weight: 300 lbs.                                                 Weight: 259 lbs.

**SUPER LIGHTWEIGHTS - 4 ROUNDS**

Marco MAGDALENO                          vs.                      Derick BARTLEMAY
Indio, CA                                                        Portland, OR
1-0 (1 KO)                                                       Pro Debut
Weight: 137.4 lbs.                                               Weight: 139.2 lbs.

**WELTERWEIGHTS - 4 ROUNDS**

Jon Jon DINONG                           vs.                      Deartie TUCKER
Coachella, CA                                                    Ft. Smith, AR
Pro Debut                                                        2-3 (2 KOs)
Weight: 146.6 lbs.                                               Weight: 146 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 12/17/15 2:19 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                    GBP016255



**BLUE CORNER**                                                **RED CORNER**

### MAIN EVENT – WBA INTERIM HEAVYWEIGHT TITLE – 12 ROUNDS

**Luis ORTIZ**             vs.             **Bryant JENNINGS**
**Miami, FL**                                                **Philadelphia, PA**
**23-0 (20 KOs)**                                       **19-1 (10 KOs)**

### CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 10 ROUNDS

**Nicholas WALTERS**        vs.          **Jason SOSA**
**Montego Bay, JAM**                                 **Camden, NJ**
**26-0 (21 KOs)**      Not GBP Fight         **18-1-3 (14 KOs)**

### SUPER MIDDLEWEIGHTS - 6/8 ROUNDS

**D'Mitrius BALLARD**         vs.         **Fabiano PENA**
**Washington, D.C.**                               **Philadelphia, PA**
**10-0 (7 KOs)**                                       **11-3-1 (8 KOs)**

### HBO LATINO MAIN EVENT LIGHT HEAVYWEIGHTS - 10 ROUNDS

**Yuniesky GONZALEZ**       vs.        **Vyacheslav SHABRANSKYY**
**Pinar Del Rio, CUB**                               **Los Angeles, CA**
**16-1 (12 KOs)**                                      **14-0 (12 KOs)**

### MIDDLEWEIGHTS - 10 ROUNDS

**Gabriel ROSADO**          vs.         **Joshua CLOTTEY**
**Philadelphia, PA**                               **Accra, GHA**
**21-9 (13 KOs)**                                     **39-4 (22 KOs)**

### LIGHTWEIGHTS - 10 ROUNDS

**Yuriorkis GAMBOA**        vs.        **Hylon WILLIAMS**
**Miami, FL**                                           **Houston, TX**
**24-1 (17 KOs)**                                      **16-1-1 (3 KOs)**

### MIDDLEWEIGHTS - 10 ROUNDS

**Jorge MELENDEZ**         vs.        **Steven MARTINEZ**
**Manati, PR**                                          **Bayamon, PR**
**28-5-1 (26 KOs)**                                 **15-2 (12 KOs)**

(Bout Card and Order Subject to Change)

Last Updated: 12/14/15 4:06 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

-103-

     

## OROZCO vs. HUERTA
## RAMIREZ vs. WILSON
### Friday, January 24, 2014
### Fantasy Springs Resort Casino
### Indio, CA

**BLUE CORNER**

**RED CORNER**

*MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS*
vs.

Antonio OROZCO
San Diego, CA
18-0 (14 KO's)
Weight: 141.4 lbs.

Miguel Angel HUERTA
Mexico City, MEX
27-11-1 (18 KO's)
Weight: 142 lbs.

*SWING BOUT - FEATHERWEIGHTS - 6 ROUNDS*
vs.

Manny ROBLES JR.
Los Angeles, CA
4-0 (2 KO's)
Weight: 124 lbs.

Ricky LOPEZ
Denver, CO
10-2 (4 KO's)
Weight: 124.8 lbs.

*CO MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS*
vs.

Julian RAMIREZ
East Los Angeles, CA
9-0 (6 KO's)
Weight: 123.8 lbs.

Derrick WILSON
Ft. Myers, FL
10-5-2 (3 KO's)
Weight: 123.4 lbs.

*TV BOUT - HEAVYWEIGHTS - 8 ROUNDS*
vs.

Dominic BREAZEALE
Alhambra, CA
8-0 (8 KO's)
Weight: 254.6 lbs.

Homer FONSECA
Peirsaw, TX
10-6-3 (3 KO's)
Weight: 298 lbs.

*HEAVYWEIGHTS - 8 ROUNDS*
vs.

Gerald WASHINGTON
Los Angeles, CA
10-0 (7 KO's)
Weight: 248 lbs.

Arron LYONS
Jackson, MS
12-14-1 (9 KO's)
Weight: 234 lbs

*IBF JUNIOR MIDDLEWEIGHT FINAL ELIMINATOR - 12 ROUNDS*
vs.

Cornelius BUNDRAGE
Detroit, MI
32-5 (19 KO's)
Weight: 153.4 lbs.

Joey HERNANDEZ
Miami, FL
23-1-1 (13 KO's)
Weight: 153.6 lbs.

*JUNIOR LIGHTWEIGHTS - 4 ROUNDS*
vs.

Santiago GUEVARA
Los Angeles, CA
5-0 (3 KO's)
Weight: 132 lbs.

Rocco ESPINOZA
Las Vegas, NV
4-7
Weight: 130 lbs.

*WELTERWEIGHTS - 4 ROUNDS*
vs.

Kevin WATTS
Palmdale, CA
3-0 (2 KO's)
Weight: 137.6 lbs.

Julian CRUZ
Acapulco, MEX
1-3
Weight: 141.2 lbs.

*JUNIOR MIDDLEWEIGHTS - 4 ROUNDS*
vs.

Tevin WATTS
Palmdale, CA
1-0
Weight: 145.6 lbs.

Gustavo LOPEZ
King City, CA
0-1
Weight: 145.6 lbs.

*WELTERWEIGHTS - 4 ROUNDS*
vs.

Kirk BILLS
Las Vegas, NV
Pro Debut
Weight: 144 lbs.

Jesus DELGADO
Santa Ana, CA
Pro Debut
Weight: 142.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:30 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016257



**_BLUE CORNER_**                                                              **_RED CORNER_**

**_MAIN EVENT – IBF JR. WELTERWEIGHT TITLE - 12 ROUNDS_**

Lamont PETERSON                          vs.                          Dierry JEAN
Washington, DC                                                       Montreal Quebec, CAN
31-2-1 (16 KO's)                                                     25-0 (17 KO's)
Weight: 139.5 lbs.                                                   Weight: 139 lbs.

**_CO-MAIN EVENT – WBC CONTINENTAL AMERICAS TITLE - SUPER WELTERWEIGHTS - 10 ROUNDS_**

Jermell CHARLO                           vs.                          Gabriel ROSADO
Houston, TX                                                          Philadelphia, PA
22-0 (11 KO's)                                                       21-7 (13 KO's)
Weight: 153 lbs.                                                     Weight: 154 lbs.

**_MIDDLEWEIGHTS – 6/8 ROUNDS_**

Dominic WADE                             vs.                          Dashon JOHNSON
Largo, MD                                                           Riverside, CA
13-0 (10 KO's)                                                      15-13-3 (5 KO's)
Weight: 163 lbs.                                                    Weight: 163.4 lbs.

**_BANTAMWEIGHTS – 8 ROUNDS_**

Rau'shee WARREN                          vs.                          German MERAZ
Cincinnati, OH                                                       Agua Prieta, MEX
17-0 (3 KO's)                                                       33-26-1 (20 KO's)
Weight: 118.4 lbs.                                                  Weight: 119 lbs.

**_LIGHTWEIGHTS - 8 ROUNDS_**

Robert EASTER JR.                        vs.                          Daniel ATTAH
Toledo, OH                                                          Washington, DC
8-0 (8 KO's)                                                        28-17-1 (11 KO's)
Weight: 134 lbs.                                                    Weight: 134.5 lbs.

**_LIGHTWEIGHTS – 6 ROUNDS_**

Jamel HERRING                            vs.                          Antonio SANCHEZ
Coram, NY                                                           Bayamon, PR
6-0 (4 KO's)                                                        5-1-2 (3 KO's)
Weight: 135 lbs.                                                    Weight: 138 lbs.

**_SUPER MIDDLEWEIGHTS - 4 ROUNDS_**

D'Mitrius BALLARD                        vs.                          Marlon FARR
Temple Hills, MD                                                     Zephyr Hills, FL
3-0 (2 KO's)                                                        3-3
Weight: 167.8 lbs.                                                  Weight: 168 lbs.

**_LIGHTWEIGHTS – 4 ROUNDS_**

Raynell WILLIAMS                         vs.                          William STIMMEL
Cleveland, OH                                                       Muskogee, OK
6-2 (2 KO's)                                                        1-2 (1 KO)
Weight: 133.2 lbs.                                                  Weight: 130.2 lbs.

**_WELTERWEIGHTS – 4 ROUNDS_**

Semajay THOMAS                           vs.                          Kevin WOMACK
Chicago, IL                                                         Baltimore, MD
1-0                                                                 4-2-1 (2 KO's)
Weight: 142 lbs.                                                    Weight: 143 lbs.

**_WELTERWEIGHTS – 4 ROUNDS_**

Javonte CLARK                            vs.                          Lee R. KREISHER
Cincinnati, OH                                                       Dover, OH
Pro Debut                                                           3-5-1 (2 KO's)
Weight: 147.6                                                       Weight: 147 lbs.

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016258



**BLUE CORNER**                                                                              **RED CORNER**

### *MAIN EVENT - WBA INTERNATIONAL WELTERWEIGHT TITLE - 12 ROUNDS*

Victor ORTIZ                                          vs.                              Luis COLLAZO
Ventura, CA                                                                            Brooklyn, NY
29-4-2 (22 KO's)                                                                       34-5 (17 KO's)
Weight: 146.6 lbs.                                                                     Weight: 146.6 lbs.

### *CO-MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS*

Eddie GOMEZ                                           vs.                              Daquan ARNETT
Bronx, NY                                                                              Orlando, FL
15-0 (10 KO's)                                                                         11-0 (7 KO's)
Weight: 147.2 lbs.                                                                     Weight: 148.6 lbs.

### *TV BOUT - SUPER FEATHERWEIGHTS - 8 ROUNDS*

Gary RUSSELL JR.                                      vs.                              Miguel TAMAYO
Capitol Heights, MD                                                                    Obregon, MEX
23-0 (13 KO's)                                                                         14-7-2 (12 KO's)
Weight: 126.8 lbs.                                                                     Weight: 126.4 lbs.

### *CRUISERWEIGHTS - 6 ROUNDS*

Marcus BROWNE                                         vs.                              Kentrell CLAIBORNE
Staten Island, NY                                                                      Shreveport, LA
8-0 (7 KO's)                                                                           4-8 (3 KO's)
Weight: 176.4 lbs.                                                                     Weight: 180 lbs.

### *SUPER FEATHERWEIGHTS - 8 ROUNDS*

Emmanuel GONZALEZ                                     vs.                              Victor SANCHEZ
Bronx, NY                                                                              Houston, TX
13-0 (7 KO's)                                                                          5-7-2 (2 KO's)
Weight: 129 lbs.                                                                       Weight: 128.6 lbs.

### *SUPER LIGHTWEIGHTS - 4 ROUNDS*

Zachary OCHOA                                         vs.                              Jose VALDERRAMA
Brooklyn, NY                                                                           Manati, PR
5-0 (3 KO's)                                                                           3-6 (3 KO's)
Weight: 140 lbs.                                                                       Weight: 140 lbs.

### *FEATHERWEIGHTS - 8 ROUNDS*

Rafael VAZQUEZ                                        vs.                              Bradley PATRAW
Brooklyn, NY                                                                           St. Paul, MN
9-1 (7 KO's)                                                                           10-6 (5 KO's)
Weight: 123.8 lbs.                                                                     Weight: 123.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:32 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                          GBP016259

**GOLDEN BOY** | **LEIJA★BATTAH** PROMOTIONS | *Corona Extra* | **O'Reilly AUTO PARTS** | **FOX SPORTS 1** | **FOX DEPORTES**

### MALDONADO JR. vs. NATER
### SPENCE JR. vs. OLOUCH
### Monday, February 10, 2014
### Cowboys Dancehall
### San Antonio, TX

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | *MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS* | |
| Fidel MALDONADO JR. | vs. | John NATER |
| Albuquerque, NM | | Bayamon, PR |
| 17-2 (14 KO's) | | 13-4 (10 KO's) |
| | *SWING BOUT - WELTERWEIGHTS - 4 ROUNDS* | |
| Kendo CASTANEDA | vs. | Randy FUENTES |
| San Antonio, TX | | McAllen, TX |
| 5-0 (1 KO) | | 3-1-1 |
| | *CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS* | |
| Errol SPENCE JR. | vs. | Peter OLOUCH |
| Desoto, TX | | Pahokee, FL |
| 10-0 (8 KO's) | | 12-6-2 (6 KO's) |
| | *TV BOUT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS* | |
| Julian WILLIAMS | vs. | TBA |
| Philadelphia, PA | | |
| 14-0-1 (8 KO's) | | |
| | *TV BOUT - MIDDLEWEIGHTS - 8 ROUNDS* | |
| Terrell GAUSHA | vs. | George SOSA |
| Cleveland, OH | | Trenton, NJ |
| 12-2 (6 KO's) | | 13-5 (13 KO's) |
| | *WELTERWEIGHTS - 6 ROUNDS* | |
| Luis TORRES | vs. | Milton RAMOS |
| Laredo, TX | | Waco, TX |
| 5-3-3 (1 KO) | | 9-4-2 |
| | *JUNIOR MIDDLEWEIGHTS - 4 ROUNDS* | |
| Gibran RUIZ | vs. | TBA |
| San Antonio, TX | | |
| Pro Debut | | |
| | *FEATHERWEIGHTS - 4 ROUNDS* | |
| Joseph RODRIGUEZ | vs. | Jesus GARZA |
| San Antonio, TX | | Dallas, TX |
| 4-0 (2 KO's) | | 2-3-1 |
| | *JUNIOR FEATHERWEIGHTS - 4 ROUNDS* | |
| Mario BARRIOS | vs. | Manuel RUBALCAVA |
| San Antonio, TX | | Laredo, TX |
| 1-0 (1 KO) | | 1-6 |
| | *JUNIOR WELTERWEIGHTS - 4 ROUNDS* | |
| Marco SOLIS | vs. | Danny SANCHEZ |
| Austin, TX | | San Antonio, TX |
| Pro Debut | | 0-6 |
| | *JUNIOR WELTERWEIGHTS - 6 ROUNDS* | |
| Travell MAZION | vs. | Justo VALLECILLO |
| Austin, TX | | San Antonio, TX |
| 6-0 (5 KO's) | | 6-15 (3 KO's) |
| | *JUNIOR MIDDLEWEIGHTS - 4 ROUNDS* | |
| Justin DELOACH | vs. | German VALDEZ |
| Georgia, LA | | Agua Prieta, MEX |
| 6-0 (4 KO's) | | 2-3-1 (1 KO) |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:32 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

**-107-**

CONFIDENTIAL                                                                 GBP016260

      

## AVILA vs. QUEVEDO
## MENDEZ vs. CASAREZ
### Monday, February 17, 2014
### Storm House
### Salinas, CA

**BLUE CORNER**                                        **RED CORNER**

#### MAIN EVENT - JUNIOR FEATHERWEIGHTS - 10 ROUNDS

Manuel AVILA                    vs.                    Enrique QUEVEDO
Fairfield, CA                                          San Pedro, CA
13-0 (5 KO's)                                          15-6-1 (9 KO's)
Weight: 122 lbs.                                       Weight: 119.5 lbs.

#### SWING BOUT - LIGHTWEIGHTS - 6 ROUNDS

Andy VENCES                     vs.                    Dominic COCA
San Jose, CA                                           Watts, CA
6-0 (2 KO's)                                           8-6 (2 KO's)
Weight: 131 lbs.                                       Weight: 134 lbs.

#### CO-MAIN EVENT - IBA CONTINENTAL MIDDLEWEIGHT TITLE - 10 ROUNDS

Paul MENDEZ                     vs.                    Raul CASAREZ
Salinas, CA                                            Edinburg, TX
14-2-2 (6 KO's)                                        20-4 (9 KO's)
Weight: 160 lbs.                                       Weight: 160 lbs.

#### TV BOUT - FEATHERWEIGHTS - 4 ROUNDS

Diego DE LA HOYA                vs.                    Sergio NAJERA
Mexicali, MEX                                          Tijuana, MEX
2-0 (2 KO's)                                           6-12-2 (1 KO)
Weight: 123.5 lbs.                                     Weight: 123 lbs.

#### FEATHERWEIGHTS - 4 ROUNDS

Luis AMBROSIO                   vs.                    Adrian RODRIGUEZ
Fresno, CA                                             San Diego, CA
3-0 (3 KO's)                                           0-0-1
Weight: 124 lbs.                                       Weight: 124.5 lbs.

#### MIDDLEWEIGHTS - 4 ROUNDS

Rudy PUGA                       vs.                    Charon SPAIN
Salinas, CA                                            Davenport, IA
3-0 (3 KO's)                                           0-2-1
Weight: 160 lbs.                                       Weight: 157 lbs.

#### JUNIOR WELTERWEIGHTS - 4 ROUNDS

Chris BATISTA                   vs.                    DaVonte DONALDSON
Madera, CA                                             Long Beach, CA
1-0                                                    1-2
Weight: 136 lbs.                                       Weight: 135 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:33 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016261



**BLUE CORNER**                                                          **RED CORNER**

*MAIN EVENT - SUPER WELTERWEIGHTS - 12 ROUNDS*

**Saul ALVAREZ**                          vs.                    **Alfredo ANGULO**
Guadalajara, MEX                                                 Mexicali, MEX
42-1-1 (30 KOs)                                                  22-3 (18 KOs)
Weight: 155 lbs.                                                 Weight: 154.5 lbs.

*WBC SUPER BANTAMWEIGHT TITLE - 12 ROUNDS*

**Leo SANTA CRUZ**                        vs.                    **Cristian MIJARES**
Los Angeles, CA                                                  Gomez Palacio, MEX
26-0-1 (15 KOs)                                                  48-7-2 (23 KOs)
Weight: 122 lbs.                                                 Weight: 122 lbs.

*WBC FINAL LIGHTWEIGHT ELIMINATOR - 10 ROUNDS*

**Jorge LINARES**                         vs.                    **Nihito ARAKAWA**
Barinas, VEN                                                     Musashino, JAP
35-3 (23 KOs)                                                    24-3-1 (16 KOs)
Weight: 134.5 lbs.                                               Weight: 134.5 lbs.

*WBC VACANT INTERNATIONAL LIGHTWEIGHT TITLE - 10 ROUNDS*

**Ricardo ALVAREZ**                       vs.                    **Sergio THOMPSON**
Guadalajara, MEX                                                 Chetumal, MEX
23-2-3 (13 KOs)                                                  28-3 (26 KOs)
Weight: 135 lbs.                                                 Weight: 135 lbs.

*JUNIOR LIGHTWEIGHTS - 10 ROUNDS*

**Will TOMLINSON**                        vs.                    **Jerry BELMONTES**
Melbourne, AUS                                                   Corpus Christi, TX
21-0-1 (12 KOs)                                                  18-3 (5 KOs)
Weight: 130 lbs.                                                 Weight: 129 lbs.

*JUNIOR LIGHTWEIGHTS - 10 ROUNDS*

**Francisco VARGAS**                      vs.                    **Abner COTTO**
México City, MEX                                                 Caguas, PR
18-0-1 (13 KOs)                                                  17-1 (8 KOs)
Weight: 130 lbs.                                                 Weight: 130 lbs.

*SUPER BANTAMWEIGHTS - 8 ROUNDS*

**Joseph DIAZ**                           vs.                    **Jovany FUENTES**
S. El Monte, CA                                                  Bayamon, PR
8-0 (6 KOs)                                                      5-3 (4 KOs)
Weight: 124 lbs.                                                 Weight: 122 lbs.

*JUNIOR WELTERWEIGHTS - 6 ROUNDS*

**Keandre GIBSON**                        vs.                    **Antonio WONG**
St. Louis, MO                                                    Tijuana, MEX
8-0-1 (3 KOs)                                                    11-7-1 (6 KOs)
Weight: 143 lbs.                                                 Weight: 143 lbs.

*LIGHT HEAVYWEIGHTS - 4 ROUNDS*

**Steve LOVETT**                          vs.                    **Francisco F. MOLINA**
New South Wales, AUS                                             Tijuana, MEX
7-0 (5 KOs)                                                      2-2 (2 KOs)
Weight: 178 lbs.                                                 Weight: 179 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 3/7/14 4:44 PM

**Golden Boy's Summary Judgment Exhibit No. 35**
-109-
CONFIDENTIAL                                                     GBP016262



**BLUE CORNER**                                                                                              **RED CORNER**

### *MAIN EVENT - UNIFIED SUPER LIGHTWEIGHT TITLE - 12 ROUNDS*

Danny GARCIA                                    vs.                          Mauricio HERRERA
Philadelphia, PA                                                             Riverside, CA
27-0 (16 KOs)                                                                20-3 (7 KOs)

### *CO-MAIN EVENT – WBC FINAL ELIMINATOR - HEAVYWEIGHTS - 12 ROUNDS*

Deontay WILDER                                  vs.                          Malik SCOTT
Tuscaloosa, AL                                                              Philadelphia, PA
30-0 (30 KOs)                                                               36-1-1 (13 KOs)

### *LIGHTWEIGHTS - 8 ROUNDS*

Jose GONZALEZ                                   vs.                          Ramesis GIL
Toa Baja, PR                                                                Santo Dominiga, DR
22-1 (17 KOs)                                                               8-8-5 (5 KOs)

### *FEATHERWEIGHTS - 4 ROUNDS*

Pedro VICENTE                                   vs.                          Karl GARCIA
Mayaguez, PR                                                                Bayamon, PR
4-0 (1 KO)                                                                  3-2 (1 KO)

### *WBO JR. LIGHTWEIGHT INTERNATIONAL TITLE - 10 ROUNDS*

Juan Manuel LOPEZ                               vs.                          Daniel PONCE DE LEON
Caguas, PR                                                                  Cuauhtemoc, MEX
33-3 (30 KOs)                                                               45-5 (35 KOs)

### *MIDDLEWEIGHTS - 10 ROUNDS*

Daniel JACOBS                                   vs.                          Milton NUNEZ
Brooklyn, NY                                                                Miami, FL
26-1 (23 KOs)                                                               26-9-1 (24 KOs)

### *JR. WELTERWEIGHTS - 4 ROUNDS*

John Karl SOSA                                  vs.                          Antonio SANCHEZ
Caguas, PR                                                                  Toa Baja, PR
8-0 (6 KOs)                                                                 5-2-2 (3 KOs)

### *WELTERWEIGHTS - 8 ROUNDS*

Ed PAREDES                                      vs.                          George L SOSA
Hollywood, FL                                                               Philadelphia, PA
34-3-1 (22 KOs)                                                             13-6 (13 KOs)

### *SUPER WELTERWEIGHTS - 6 ROUNDS*

Prichard COLON                                  vs.                          Shadrick D HOWARD
Orocovis, PR                                                                Russellville, MO
7-0 (7 KOs)                                                                 14-17-3 (6 KOs)

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                 GBP016263

        

# ST PATRICK'S DAY
# NIGHT AT THE FIGHTS

**MONDAY, MARCH 17**
**5-11PM**
**HOUSE OF BLUES**
**BOSTON, MA**

**BLUE CORNER**                                                              **RED CORNER**

*JUNIOR LIGHTWEIGHTS - 6 ROUNDS*
vs.

Ryan KIELCZWESKI                                                      Guillermo SANCHEZ
Quincy, MA                                                                   Buffalo, NY
18-0 (4 KOs)                                                                13-10-1 (5 KOs)
Weight: 129 lbs.                                                           Weight: 128 lbs.

*MAIN EVENT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS*
vs.

Julian WILLIAMS                                                          Freddy HERNANDEZ
Philadelphia, PA                                                         Mexico City, MEX
14-0-1 (8 KOs)                                                            30-6 (20 KOs)
Weight: 153 lbs.                                                          Weight: 153 lbs.

*CO MAIN EVENT - HEAVYWEIGHTS - 6 ROUNDS*
vs.

Alexis SANTOS                                                           Sylvester BARRON
Lawrence, MA                                                            Seattle, WA
12-0 (10 KOs)                                                            8-3 (3 KOs)
Weight: 222.5 lbs.                                                      Weight: 239 lbs.

*TV BOUT - LIGHTWEIGHTS - 6 ROUNDS*
vs.

John Joe NEVIN                                                          Alberto CANDELARIA
Mullingar, IRL                                                            San Juan, PR
Pro Debut                                                                   3-0-1 (2 KOs)
Weight: 131 lbs.                                                         Weight: 129.5 lbs.

*OPENING TV BOUT - JUNIOR WELTERWEIGHTS - 8 ROUNDS*
vs.

Jamie KAVANAGH                                                       Andres NAVARRO
Dublin, IRL                                                                 Rio Piedras, PR
15-1-1 (7 KOs)                                                           9-4-1 (6 KOs)
Weight: 135.5 lbs.                                                     Weight: 137 lbs.

*SUPER MIDDLEWEIGHTS - 4 ROUNDS*
vs.

Billy TRAFT                                                                 Jose BREWER
Dorchester, MA                                                          Wichita, KS
3-0 (1 KO)                                                                  0-5
Weight: 168.5 lbs.                                                     Weight: 168.5 lbs.

*JUNIOR MIDDLEWEIGHTS - 4 ROUNDS*
vs.

Greg VENDETTI                                                          Pedro GONZALEZ
Stoneham, MA                                                           Gloucester, MA
4-1-1 (2 KOs)                                                            Pro Debut
Weight: 153 lbs.                                                        Weight: 151 lbs.

*WELTERWEIGHTS - 4 ROUNDS*
vs.

Rashidi ELLIS                                                            Bryan ABRAHAM
Somerville, MA                                                         Schenectady, NY
3-0 (2 KOs)                                                               6-18-2 (6 KOs)
Weight: 145.5 lbs.                                                    Weight: 144.5 lbs.

*WELTERWEIGHTS - 4 ROUNDS*
vs.

Kareem MARTIN                                                        Eric PALMER
Clinton, MD                                                               Fairchance, PA
Pro Debut                                                                  2-1-2
Weight: 147 lbs.                                                       Weight: 144.5 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:34 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
-111-

     

**ORTIZ vs. BARRETT**
**WASHINGTON vs. SCOTT**
**Thursday, April 3, 2014**
**Fantasy Springs Resort Casino**
**Indio, CA**

**BLUE CORNER**

**RED CORNER**

**MAIN EVENT - HEAVYWEIGHTS - 10 ROUNDS**
vs.

Luis ORTIZ
Miami, FL
20-0 (17 KOs)
Weight: 233 lbs.

Monte BARRETT
Greenville, NC
35-10-2 (20 KOs)
Weight: 229 lbs.

**SWING BOUT - FEATHERWEIGHTS - 6 ROUNDS**
vs.

Diego DE LA HOYA
Mexicali, MEX
3-0 (3 KOs)
Weight: 124 lbs.

Jaxel MARRERO
San Juan, PR
1-1-1
Weight: 122.6 lbs.

**CO-MAIN EVENT - HEAVYWEIGHTS - 10 ROUNDS**
vs.

Gerald WASHINGTON
Vallejo, CA
11-0 (8 KOs)
Weight: 255.8 lbs.

Skipp SCOTT
Houston, TX
16-1 (10 KOs)
Weight: 260.8 lbs.

**OPENING TV BOUT - HEAVYWEIGHTS - 8 ROUNDS**
vs.

Dominic BREAZEALE
Alhambra, CA
9-0 (9 KOs)
Weight: 254 lbs.

Nagy AGUILERA
New York, NY
19-7 (13 KOs)
Weight: 229 lbs.

**JUNIOR WELTERWEIGHTS - 4 ROUNDS**
vs.

Santiago GUEVARA
Los Angeles, CA
6-0 (3 KOs)
Weight: 136 lbs.

Erik AGUIRRE
San Diego, CA
2-3-1
Weight: 133 lbs.

**JUNIOR MIDDLEWEIGHTS - 4 ROUNDS**
vs.

Neeco MACIAS
Palm Desert, CA
3-0 (1 KO)
Weight: 153.6 lbs.

Elliot SEYMOUR
Pasadena, CA
1-5 (1 KO)
Weight: 153.8 lbs.

**JUNIOR WELTERWEIGHTS -6 ROUNDS**
vs.

Kevin WATTS
Lancaster, CA
4-0 (2 KOs)
Weight: 140 lbs.

Joaquin CHAVEZ
Los Angeles, CA
6-11-3 (2 KOs)
Weight: 140 lbs.

**HEAVYWEIGHTS - 6 ROUNDS**
vs.

Michael HUNTER
Van Nuys, CA
3-0 (3 KOs)
Weight: 211.8 lbs.

Rodney HERNANDEZ
Modesto, CA
5-1 (1 KO)
Weight: 232 lbs.

**HEAVYWEIGHTS - 4 ROUNDS**
vs.

Stephan SHAW
St. Louis, MO
2-0 (2 KOs)
Weight: 266 lbs.

Kevin HOWARD
Montgomery, AL
3-12-1 (1 KO)
Weight: 250 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:34 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL GBP016265

### RIOS vs. CANCIO
### RAMIREZ vs. RODRIGUEZ
### Monday, April 14, 2014
### UIC Pavilion
### Chicago, IL

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | **HEAVYWEIGHTS - 6 ROUNDS** | |
| **Jordan SHIMMELL**<br>Hudsonville, MI<br>13-0 (11 KOs)<br>Weight: 207.4 lbs. | vs. | **Damon MCCREARY**<br>Detroit, MI<br>15-1 (11 KOs)<br>Weight: 257.4 lbs. |
| | **MAIN EVENT - JUNIOR LIGHTWEIGHTS - 10 ROUNDS** | |
| **Ronny RIOS**<br>Santa Ana, CA<br>22-0 (10 KOs)<br>Weight: 127.6 lbs. | vs. | **Andrew CANCIO**<br>Blythe, CA<br>15-2-2 (11 KOs)<br>Weight: 127.4 lbs. |
| | **SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS** | |
| **Jose Felix QUEZADA**<br>Chicago, IL<br>1-0 (1 KO)<br>Weight: 134.6 lbs. | vs. | **Antoine KNIGHT**<br>Chicago, IL<br>2-6 (1 KO)<br>Weight: 134.8 lbs. |
| | **CO-MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS** | |
| **Julian RAMIREZ**<br>East Los Angeles, CA<br>10-0 (6 KOs)<br>Weight: 122.2 lbs. | vs. | **Carlos RODRIGUEZ**<br>Los Mochis, MEX<br>22-13-3 (10 KOs)<br>Weight: 122.4 lbs. |
| | **TV BOUT - JUNIOR WELTERWEIGHTS - 6 ROUNDS** | |
| **Jose ARAMBULA**<br>Harvey, IL<br>6-0 (3 KOs)<br>Weight: 134.2 lbs. | vs. | **David DIAZ**<br>Milwaukee, WI<br>4-0-1 (2 KOs)<br>Weight: 135.4 lbs. |
| | **WELTERWEIGHTS - 4 ROUNDS** | |
| **Alex MARTIN**<br>Harvey, IL<br>4-0 (4 KOs)<br>Weight: 146.8 lbs. | vs. | **Anthony LINENFELSER**<br>Rockford, IL<br>3-6 (3 KOs)<br>Weight: 144.6 lbs. |
| | **SUPER MIDDLEWEIGHTS - 6 ROUNDS** | |
| **Mike GAVRONSKI**<br>Chicago, IL<br>13-0-1 (10 KOs)<br>Weight: 165.4 lbs. | vs. | **Kevin HAND**<br>Portland, OR<br>5-5-1 (5 KOs)<br>Weight: 167 lbs. |
| | **WELTERWEIGHTS - 4 ROUNDS** | |
| **Semajay THOMAS**<br>Chicago, IL<br>2-0<br>Weight: 142.2 lbs. | vs. | **Miguel Antonio RODRIGUEZ**<br>Philadelphia, PA<br>1-5<br>Weight: 139 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:35 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL GBP016266

**GOLDEN BOY** | **LEIJA★BATTAH** PROMOTIONS | Corona Extra | O'Reilly AUTO PARTS | FOX SPORTS 1 | FOX DEPORTES

*SANCHEZ vs. SILVA*
*SPENCE JR. vs. CHARLES*
*Friday, April 18, 2014*
*Alamodome/Illusions Theater*
*San Antonio, TX*

<u>*BLUE CORNER*</u>

<u>*RED CORNER*</u>

<u>*MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS*</u>

Alan SANCHEZ
Fairfield, CA
12-3-1 (6 KOs)
Weight: 146.25 lbs.

vs.

Jorge SILVA
Tijuana, MEX
19-5-2 (15 KOs)
Weight: 147 lbs.

<u>*SWING BOUT - FEATHERWEIGHTS - 4 ROUNDS*</u>

Joseph RODRIGUEZ JR.
San Antonio, TX
5-0 (2 KOs)
Weight: 124.75 lbs.

vs.

Francisco ARELLANO
Bay City, TX
4-2 (1 KO)
Weight: 125 lbs.

<u>*CO-MAIN EVENT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS*</u>

Errol SPENCE JR.
Dallas, TX
11-0 (9 KOs)
Weight: 147.5 lbs.

vs.

Raymond CHARLES
San Antonio, TX
12-2-2 (5 KOs)
Weight: 148 lbs.

<u>*TV BOUT - JUNIOR WELTERWEIGHTS - 6 ROUNDS*</u>

Travell MAZION
Austin, TX
7-0 (6 KOs)
Weight: 138.5 lbs.

vs.

Antonio SANCHEZ
Levittown Toa Baja, PR
5-3-2 (3 KOs)
Weight: 139 lbs.

<u>*JUNIOR FEATHERWEIGHTS - 10 ROUNDS*</u>

Raul MARTINEZ
San Antonio, TX
30-3 (18 KOs)
Weight: 119 lbs.

vs.

Sergio PERALES
Brownsville, TX
21-1 (15 KOs)
Weight: 118.5 lbs.

<u>*JUNIOR FEATHERWEIGHTS - 6 ROUNDS*</u>

Javier RODRIGUEZ
San Antonio, TX
8-0-1 (1 KO)
Weight: 122 lbs.

vs.

Manuel RUBALCAVA
Laredo, TX
1-7
Weight: 122 lbs.

<u>*JUNIOR FEATHERWEIGHTS - 6 ROUNDS*</u>

Christina RUIZ
San Antonio, TX
7-6-2 (4 KOs)
Weight: 120.5 lbs.

vs.

Crystal HOY
Las Vegas, NV
5-6-3 (2 KOs)
Weight: 119.75 lbs.

<u>*JUNIOR LIGHTWEIGHTS - 6 ROUNDS*</u>

Miguel FLORES
Morelia, MEX
13-0 (8 KOs)
Weight: 128.25 lbs.

vs.

Jose DEL VALLE
Bayamon, PR
2-4-3
Weight: 127.75 lbs.

<u>*CRUISERWEIGHTS - 6 ROUNDS*</u>

Steve LOVETT
New South Wales, AUS
8-0 (6 KOs)
Weight: 178.75 lbs.

vs.

Daniel ALLOTEY
Accra, GH
9-5 (6 KOs)
Weight: 193 lbs.

<u>*MIDDLEWEIGHTS - 4 ROUNDS*</u>

Justin DELOACH
Augusta, GA
7-0 (4 KOs)
Weight: 157.75 lbs.

vs.

Leshon SIMS
Inglewood, CA
5-16 (3 KOs)
Weight: 157.75 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:35 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016267