# EXHIBIT 35
# PART 2

REDACTED Version of Document Filed Under Seal
Pursuant to Court Order Dated October 28, 2016 (Docket No. 141)
and Pending Court Order



**BLUE CORNER**                                                                **RED CORNER**

**MAIN EVENT - IBF, WBA, & IBA LIGHT HEAVYWEIGHT TITLES - 12 ROUNDS**

Bernard HOPKINS                          vs.                          Beibut SHUMENOV
Philadelphia, PA                                                      Shymkent, KAZ
54-6-2 (32 KOs)                                                       14-1 (9 KOs)
Weight: 172.4 lbs.                                                    Weight: 174.4 lbs.

**CO-MAIN EVENT - IBF WELTERWEIGHT TITLE - 12 ROUNDS**

Shawn PORTER                             vs.                          Paulie MALIGNAGGI
Akron, OH                                                             Brooklyn, NY
23-0-1 (14 KOs)                                                       33-5 (7 KOs)
Weight: 146.8 lbs.                                                    Weight: 146.2 lbs.

**WBO MIDDLEWEIGHT TITLE - 12 ROUNDS**

Peter QUILLIN                            vs.                          Lukas KONECNY
Brooklyn, NY                                                          Usti, CZ
30-0 (22 KOs)                                                         50-4(23 KOs)
Weight: 159.8 lbs.                                                    Weight: 158.25 lbs.

**LIGHTWEIGHTS - 4 ROUNDS**

Lamont ROACH JR.                         vs.                          Victor GALINDO
Washington, DC                                                        Ponce, PR
Pro Debut                                                             1-3 (1 KO)
Weight: 134.4 lbs.                                                    Weight: 142.8 lbs.

**WELTERWEIGHTS - 4 ROUNDS**

David GRAYTON                            vs.                          Howard REECE
Washington, DC                                                        Miami, FL
6-0 (5 KOs)                                                           2-4 (1 KO)
Weight: 148.2 lbs.                                                    Weight: 149.2 lbs.

**WELTERWEIGHTS - 10 ROUNDS**

Sadam ALI                                vs.                          Michael CLARK
Brooklyn, NY                                                          Columbus, OH
18-0 (11 KOs)                                                         44-9-1 (18 KOs)
Weight: 146.25 lbs.                                                   Weight: 144 lbs.

**JUNIOR WELTERWEIGHTS - 4/6 ROUNDS**

Zachary OCHOA                            vs.                          Hector MARENGO
Brooklyn, NY                                                          Arecibo, PR
6-0 (3 KOs)                                                           6-7-4 (4 KOs)
Weight: 134.5 lbs.                                                    Weight: 140.2 lbs.

**LIGHT HEAVYWEIGHTS - 8 ROUNDS**

Marcus BROWNE                            vs.                          Otis GRIFFIN
Staten Island, NY                                                     Troy, AL
9-0 (7 KOs)                                                           24-15-2 (10 KOs)
Weight: 174 lbs.                                                      Weight: 176.5 lbs.

**SUPER MIDDLEWEIGHTS - 6 ROUNDS**

D'Mitrius BALLARD                        vs.                          Quincy MINER
Washington, DC                                                        St. Louis, MO
4-0 (3 KOs)                                                           3-4
Weight: 167 lbs.                                                      Weight: 165.2 lbs.

**MIDDLEWEIGHTS - 8 ROUNDS**

Dominic WADE                             vs.                          Marcus UPSHAW
Largo, MD                                                             Jacksonville, FL
14-0 (10 KOs)                                                         15-11-2 (7 KOs)
Weight: 163 lbs.                                                      Weight: 157.4 lbs.

**LIGHTWEIGHTS - 4 ROUNDS**

Chrisshawn ALEXANDER                     vs.                          Jose VALDERRAMA
Washington, DC                                                        Arecibo, PR
4-0 (4 KOs)                                                           3-7 (3 KOs)
Weight: 135.2 lbs.                                                    Weight: 138.6 lbs.

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                         GBP016268



**BLUE CORNER**

**RED CORNER**

<u>**MAIN EVENT - WBA INTERIM WELTERWEIGHT TITLE - 12 ROUNDS**</u>

Keith THURMAN
Clearwater, FL
22-0 (20 KOs)
Weight: 145.6 lbs.

vs.

Julio DIAZ
Coachella, CA
40-9-1 (29 KOs)
Weight: 146.8 lbs.

<u>**CO-MAIN EVENT - WBC CONTINENTAL AMERICAS SUPER LIGHTWEIGHT TITLE - 12 ROUNDS**</u>

Lucas MATTHYSSE
Trelew, ARG
34-3 (32 KOs)
Weight: 140 lbs.

vs.

John MOLINA JR.
Covina, CA
27-3 (22 KOs)
Weight: 139.2 lbs.

<u>**WBC LIGHTWEIGHT TITLE - 12 ROUNDS**</u>

Omar FIGUEROA JR.
Weslaco, TX
22-0-1 (17 KOs)
Weight: 134.8 lbs.

vs.

Jerry BELMONTES
Corpus Christi, TX
19-3 (5 KOs)
Weight: 134.8 lbs.

<u>**MIDDLEWEIGHTS - 6 ROUNDS**</u>

Yamaguchi FALCAO
São Paulo, BRZ
0-0
Weight: 161.4 lbs.

vs.

Francisco NAJERA
Tijuana, MEX
0-1
Weight: 158 lbs.

<u>**MIDDLEWEIGHTS - 10 ROUNDS**</u>

Jermall CHARLO
Houston, TX
17-0 (13 KOs)
Weight: 158 lbs.

vs.

Hector MUNOZ
Albuquerque, NM
22-12-1 (14 KOs)
Weight: 158 lbs.

<u>**SUPER BANTAMWEIGHTS - 6/8 ROUNDS**</u>

Joseph DIAZ JR.
S. El Monte, CA
9-0 (7 KOs)
Weight: 122.8 lbs.

vs.

Luis MALDONADO
Calexico, CA
38-11-1 (29 KOs)
Weight: 121.6 lbs.

<u>**SUPER WELTERWEIGHTS - 8 ROUNDS**</u>

Terrell GAUSHA
Cleveland, OH
8-0 (5 KOs)
Weight: 154.8 lbs.

vs.

Charles WHITTAKER
Winter Haven, FL
40-14-2 (24 KOs)
Weight: 155.6 lbs.

<u>**WELTERWEIGHTS - 4 ROUNDS**</u>

Bryant PERELLA
Lehigh Acres, FL
3-0 (2 KOs)
Weight: 146.8 lbs.

vs.

Roberto CRESPO
Brooklyn, NY
4-3
Weight: 146.6 lbs.

<u>**WELTERWEIGHTS - 10 ROUNDS**</u>

Frankie GOMEZ
East Los Angeles, CA
16-0 (12 KOs)
Weight: 143.2 lbs.

vs.

Orlando VASQUEZ
Bayamon, PR
12-3-1 (6 KOs)
Weight: 143 lbs.

<u>**LIGHTWEIGHTS - 8 ROUNDS**</u>

Sharif BOGERE
Las Vegas, NV
23-1 (15 KOs)
Weight: 141.2 lbs.

vs.

Arturo URENA
Mazatlan, MEX
26-16-1 (22 KOs)
Weight: 150 lbs.

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

      

**PEREZ vs. ROMERO**
**ARROYO vs. QUIJANO**
**Monday, April 28, 2014**
**Coliseo Ruben Rodriguez**
**Bayamon, PR**

*BLUE CORNER*                                                  *RED CORNER*

**MAIN EVENT - WBA FEDELATIN SUPER LIGHTWEIGHT TITLE - 10 ROUNDS**

Michael PEREZ              vs.                          Jorge ROMERO
Lares, PR                                              Culiacan, MEX
19-1-2 (10 KOs)                                      24-8 (21 KOs)
Weight: 140 lbs.                                   Weight: 138.6 lbs.

**SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS**

Jose LOPEZ             vs.                          Roberto RIVERA
Humacao, PR                                      Toa Alta, PR
1-0 (1KO)                                             2-1 (1 KO)
Weight: 134 lbs.                                  Weight: 134 lbs.

**CO-MAIN EVENT - SUPER FLYWEIGHTS - 8 ROUNDS**

McJoe ARROYO            vs.                          David QUIJANO
Fajardo, PR                                      Caguas, PR
13-0 (7 KOs)                                    15-4-1 (9 KOs)
Weight: 115 lbs.                                  Weight: 115 lbs.

**TV BOUT - WELTERWEIGHTS - 6 ROUNDS**

John Karl SOSA            vs.                          Victor PEREZ
Caguas, PR                                      Carolina, PR
9-0 (6 KOs)                                      3-1 (1 KO)
Weight: 145 lbs.                                  Weight: 144 lbs.

**SUPER FEATHERWEIGHTS - 10 ROUNDS**

Jayson VELEZ            vs.                          Miguel SOTO
Caguas, PR                                      Arecibo, PR
21-0 (15 KOs)                                    11-2 (11 KOs)
Weight: 127 lbs.                                  Weight: 128 lbs.

**SUPER WELTERWEIGHTS - 8 ROUNDS**

Prichard COLON            vs.                          Javier GARCIA
Orocovis, PR                                     Gurabo, PR
8-0 (8 KOs)                                      6-4-1 (2 KOs)
Weight: 151 lbs.                                  Weight: 150 lbs.

**SUPER BANTAMWEIGHTS - 4 ROUNDS**

Josue DECLET            vs.                          Edgardo MARIN
Caguas, PR                                      Humacao, PR
2-0-1                                                 0-1
Weight: 122 lbs.                                  Weight: 120 lbs.

**SUPER WELTERWEIGHTS - 4 ROUNDS**

Willie JONES            vs.                          William LORENZO
Tampa, FL                                       San Lorenzo, PR
3-0 (2 KOs)                                      3-15 (1 KO)
Weight: 145 lbs.                                  Weight: 149 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:36 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL GBP016270



| BLUE CORNER | | RED CORNER |
|---|---|---|

### MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS

| Ishe SMITH | vs. | Ryan DAVIS |
|---|---|---|
| Las Vegas, NV | | Granite, Hills, IL |
| 25-6 (11 KOs) | | 24-13 3 (9 KOs) |
| Weight: 154 lbs. | | Weight: 153.4 lbs. |

### CO-MAIN EVENT - LIGHTWEIGHTS - 10 ROUNDS

| Mickey BEY | vs. | Alan HERRERA |
|---|---|---|
| Las Vegas, NV | | Mazatlan, MEX |
| 19-1-1 (10 KOs) | | 32-5 (21 KOs) |
| Weight: 133 lbs. | | Weight: 135 lbs. |

### TV BOUT - WBA INTERIM FEATHERWEIGHT TITLE - 12 ROUNDS

| Jesus CUELLAR | vs. | Rico RAMOS |
|---|---|---|
| Buenos Aires, ARG | | Los Angeles, CA |
| 23-1 (18 KOs) | | 23-3 (12 KOs) |
| Weight: 125 lbs. | | Weight: 125.2 lbs. |

### BANTAMWEIGHTS - 10 ROUNDS

| Raushee WARREN | vs. | Martin ALVARADO |
|---|---|---|
| Cincinnati, OH | | Durango, MEX |
| 10-0 (3 KOs) | | 7-2 (6 KOs) |
| Weight: 118 lbs. | | Weight: 118 lbs. |

### JUNIOR WELTERWEIGHTS - 8 ROUNDS

| Robert EASTER JR. | vs. | Carlos CARDENAS |
|---|---|---|
| Toledo, OH | | Barinas, VEN |
| 9-0 (8 KOs) | | 20-7-1 (13 KOs) |
| Weight: 135.5 lbs. | | Weight: 136 lbs. |

### JUNIOR WELTERWEIGHTS - 8 ROUNDS

| Jamel HERRING | vs. | Rogelio CASAREZ |
|---|---|---|
| Cincinnati, OH | | Peten, GTM |
| 7-0 (4 KOs) | | 6-1 (3 KOs) |
| Weight: 134.5 lbs. | | Weight: 136.5 lbs. |

### LIGHTWEIGHTS - 4 ROUNDS

| Raynell WILLIAMS | vs. | Joshua AROCHO |
|---|---|---|
| Cleveland, OH | | Vineland, NJ |
| 3-0 (3 KOs) | | 3-8-4 (2 KOs) |
| Weight: 131 lbs. | | Weight: 130 lbs. |

### SUPER WELTERWEIGHTS - 4 ROUNDS

| Javonte CLARK | vs. | Miguel RICO |
|---|---|---|
| Cincinnati, OH | | Mexicali, MEX |
| 1-0 (1 KO) | | 2-5-1 |
| Weight: 148 lbs. | | Weight: 148 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:36 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL



| BLUE CORNER | | RED CORNER |
|---|---|---|

**MAIN EVENT - WBC, WBA & RING MAGAZINE WELTERWEIGHT TITLES - 12 ROUNDS**

| Floyd MAYWEATHER | vs. | Marcos R. MAIDANA |
|---|---|---|
| Las Vegas, NV | | Santa Fe, ARG |
| 45-0 (26 KOs) | | 35-3 (31 KOs) |
| Weight: 146 lbs. | | Weight: 146.5 lbs. |

**WBC SILVER WELTERWEIGHT TITLE - 12 ROUNDS**

| Amir KHAN | vs. | Luis COLLAZO |
|---|---|---|
| Bolton, ENG | | Brooklyn, NY |
| 28-3 (19 KOs) | | 35-5 (18 KOs) |
| Weight: 147 lbs. | | Weight: 147 lbs. |

**VACANT WBA INTERNATIONAL SUPER LIGHTWEIGHT TITLE - 10 ROUNDS**

| Adrien BRONER | vs. | Carlos MOLINA |
|---|---|---|
| Cincinnati, OH | | Norwalk, CA |
| 27-1 (22 KOs) | | 17-1-1 (7 KOs) |
| Weight: 140 lbs. | | Weight: 140 lbs. |

**VACANT WBA INTERNATIONAL SUPER MIDDLEWEIGHT TITLE - 10 ROUNDS**

| J'Leon LOVE | vs. | Marco PERIBAN |
|---|---|---|
| Las Vegas, NV | | Mexico City, MX |
| 17-0 (10 KOs) | | 20-1-1 (13 KOs) |
| Weight: 168 lbs. | | Weight: 168 lbs. |

**CRUISERWEIGHTS - 6 ROUNDS**

| Andrew TABITI | vs. | John SHIPMAN |
|---|---|---|
| Las Vegas, NV | | Amarillo, TX |
| 5-0 (5 KOs) | | 3-1 (2 KOs) |
| Weight: 194 lbs. | | Weight: 194 lbs. |

**SUPER MIDDLEWEIGHTS - 8 ROUNDS**

| Ronald GAVRIL | vs. | Tyrell HENDRIX |
|---|---|---|
| Las Vegas, NV | | Los Angeles, CA |
| 8-0 (6 KOs) | | 10-3-2 (3 KOs) |
| Weight: 167 lbs. | | Weight: 167 lbs. |

**MIDDLEWEIGHTS - 8 ROUNDS**

| Anthony OGOGO | vs. | Jonuel TAPIA |
|---|---|---|
| East Anglia, ENG | | Bronx, NY |
| 5-0 (2 KOs) | | 8-4-1 (5 KOs) |
| Weight: 161.5 lbs. | | Weight: 158 lbs. |

**WELTERWEIGHTS - 8 ROUNDS**

| Ashley THEOPHANE | vs. | Angino PEREZ |
|---|---|---|
| Las Vegas, NV | | Miami, FL |
| 34-6-1 (10 KOs) | | 15-4 (13 KOs) |
| Weight: 142 lbs. | | Weight: 141.5 lbs. |

**SUPER MIDDLEWEIGHTS - 6 ROUNDS**

| Lanell BELLOWS | vs. | Thomas GIFFORD |
|---|---|---|
| Las Vegas, NV | | Hot Springs, AR |
| 6-1-1 (5 KOs) | | 2-1-1 (1 KOs) |
| Weight: 168 lbs. | | Weight: 166.5 lbs. |

**WELTERWEIGHTS - 4 ROUNDS**

| Ladarius MILLER | vs. | Richard COLAS |
|---|---|---|
| Memphis, TN | | Las Vegas, NV |
| 1-0 | | 1-2 (1 KOs) |
| Weight: 140 lbs. | | Weight: 142 lbs. |

(Bout Card and Order Subject to Change)
Last Updated: 5/2/14 5:21 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL GBP016272

       

### *OROZCO vs. HONORIO*
### *AVILA vs. DE LA MORA*
### *Thursday, May 15, 2014*
### *Del Mar Fairgrounds*
### *Del Mar, CA*

| **BLUE CORNER** | | **RED CORNER** |
|---|---|---|
| | ***FEATHERWEIGHTS - 4 ROUNDS*** | |
| Prince SMALLS | *vs.* | Victor SERRANO |
| San Diego, CA | | Tijuana, MEX |
| 4-0-1 | | 2-3 |
| | ***JUNIOR FEATHERWEIGHTS - 4 ROUNDS*** | |
| Jorge RUIZ | *vs.* | Walter SANTIBANES |
| San Diego, CA | | Phoenix, AZ |
| 6-1 (2 KOs) | | 2-2 |
| | ***MAIN EVENT - JUNIOR WELTERWEIGHTS - 10 ROUNDS*** | |
| Antonio OROZCO | *vs.* | Martin HONORIO |
| San Diego, CA | | Mexico City, MEX |
| 19-0 (15 KOs) | | 32-8-1 (16 KOs) |
| | ***SWING BOUT - MIDDLEWEIGHTS - 4 ROUNDS*** | |
| Elias ESPADAS | *vs.* | Jamal HARRIS |
| Merida, MEX | | Los Angeles, CA |
| 5-1 (3 KOs) | | 5-7-4 (3 KOs) |
| | ***CO-MAIN EVENT - JUNIOR FEATHERWEIGHTS - 10 ROUNDS*** | |
| Manuel AVILA | *vs.* | David DE LA MORA |
| Fairfield, CA | | Tijuana, MEX |
| 14-0 (5 KOs) | | 25-5 (18 KOs) |
| | ***TV BOUT - BANTAMWEIGHTS - 6 ROUNDS*** | |
| Manuel ROMAN | *vs.* | Jose SILVEIRA |
| Paramount, CA | | Kanasin, MEX |
| 16-2-3 (6 KOs) | | 15-10 (6 KOs) |
| | ***FEATHERWEIGHTS - 4 ROUNDS*** | |
| Roque RAMOS | *vs.* | Misael CHACON |
| Vista, CA | | Phoenix, AZ |
| 4-0-1 (1 KO) | | 1-2 |
| | ***JUNIOR MIDDLEWEIGHTS - 4 ROUNDS*** | |
| Tevin WATTS | *vs.* | Elliot SEYMOUR |
| Los Angeles, CA | | Pasadena, CA |
| 2-0-1 | | 1-7 (1 KO) |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:37 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                GBP016273

       

## *ALVARADO vs. JUAREZ*
## *GIBSON vs. NATER*
## *Monday, May 26, 2014*
## *Fort Bliss - Stout Fitness Center*
## *El Paso, TX*

*BLUE CORNER*                                                         *RED CORNER*

### *MAIN EVENT - WBC SILVER FEATHERWEIGHT TITLE - 12 ROUNDS*

**Rene ALVARADO**                          vs.                        Rocky JUAREZ
Managua, NIC                                                          Houston, TX
20-2 (14 KOs)                                                         29-10-1 (21 KOs)
Weight: 125.6 lbs.                                                    Weight: 125.2 lbs.

### *SWING BOUT - WELTERWEIGHTS - 4 ROUNDS*

Ryan KARL                                  vs.                        Wilbert MITCHELL
Houston, TX                                                           Dallas, TX
Pro Debut                                                            1-10
Weight: 142.5 lbs.                                                    Weight: 142.6 lbs.

### *CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS*

KeAndre GIBSON                             vs.                        John NATER
St. Louis, MO                                                        Bayamon, PR
9-0-1 (4 KOs)                                                        13-5 (10 KOs)
Weight: 143.2 lbs.                                                    Weight: 143.6 lbs.

### *TV BOUT - AMATEUR FIGHT - FLYWEIGHTS - 4 ROUNDS*

Juliette LADISA                            vs.                        Alex LOVE
Bronx, NY                                                            Ft. Carson, CO
13-5                                                                 51-8
Weight: 109 lbs.                                                      Weight: 111.2 lbs.

### *AMATEUR FIGHT - SUPER MIDDLEWEIGHTS - 3 ROUNDS*

Lachi ALLEN                                vs.                        Reyes MARQUEZ
San Antonio, TX                                                      Winston Salem, NC
28-5                                                                 42-6
Weight: 163.8 lbs.                                                    Weight: 164 lbs.

### *AMATEUR FIGHT - CRUISERWEIGHTS - 3 ROUNDS*

Adrian TAYLOR                              vs.                        Steve NELSON
Mesquite, TX                                                         Omaha, NE
70-10                                                                38-4
Weight: 176.6 lbs.                                                    Weight: 177.6 lbs.

### *JUNIOR MIDDLEWEIGHTS - 4 ROUNDS*

Bryant PERRELLA                            vs.                        Benito TOVAR
Fort Myers, FL                                                       Milwaukee, WI
4-0 (3 KOs)                                                          3-0-1 (3 KOs)
Weight: 147.6 lbs.                                                    Weight: 146 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:37 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                        GBP016274



**BLUE CORNER**                                                    **RED CORNER**

### MAIN EVENT - JUNIOR LIGHTWEIGHTS - 10 ROUNDS

Emmanuel GONZALEZ                    vs.                    Tevin FARMER
Bronx, NY                                                   Philadelphia, PA
14-0 (7 KOs)                                                15-4-1 (3 KOs)
Weight: 130 lbs.                                            Weight: 129 lbs.

### SWING BOUT - HEAVYWEIGHTS - 4 ROUNDS

Danny KELLY                          vs.                    Eric NEWELL
Washington, DC                                              Bethlehem, PA
5-0-1 (4 KOs)                                               7-2-2 (5 KOs)
Weight: 242 lbs.                                            Weight: 265 lbs.

### CO-MAIN EVENT - VACANT NABF JR. HEAVYWEIGHT TITLE - 8 ROUNDS

Alexis SANTOS                        vs.                    Daniel MARTZ
Lawrence, MA                                                Clarksburg, WV
13-0 (11 KOs)                                               10-1-1 (7 KOs)
Weight: 223 lbs.                                            Weight: 255 lbs.

### TV BOUT - LIGHTWEIGHTS - 8 ROUNDS

Jamie KAVANAGH                       vs.                    Michael CLARK
Dublin, IRL                                                 Columbus, OH
16-1-1 (7 KOs)                                              44-10-1 (18 KOs)
Weight: 135 lbs.                                            Weight: 135 lbs.

### SUPER MIDDLEWEIGHTS - 4 ROUNDS

Mark DELUCA                          vs.                    Dustin CAPLINGER
Quincy, MA                                                  Chillicothe, OH
9-0 (6 KOs)                                                 3-5
Weight: 160 lbs.                                            Weight: 165 lbs.

### SUPER MIDDLEWEIGHTS - 6 ROUNDS

Gary O'SULLIVAN                      vs.                    Jose MEDINA
Cork, IRL                                                   Quincy, MA
16-1 (10 KOs)                                               18-14-1 (7 KOs)
Weight: 164 lbs.                                            Weight: 164.5 lbs.

### LIGHTWEIGHTS - 4 ROUNDS

Lamont ROACH                         vs.                    Miguel RODRIGUEZ
Washington, DC                                              Philadelphia, PA
1-0                                                         1-6
Weight: 133 lbs.                                            Weight: 134 lbs.

Last Updated: 8/30/16 10:38 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                GBP016275

   

### *CENTENO vs. IBARRA*
### *GOMEZ vs. SANTANA*
**Fantasy Springs Resort Casino**
**Indio, CA**
**June 6, 2014**

<u>**BLUE CORNER**</u>                                                                        <u>**RED CORNER**</u>

<u>**MAIN EVENT - MIDDLEWEIGHTS - 10 ROUNDS**</u>

**Hugo CENTENO JR.**                             vs.                             **Gerardo IBARRA**
**Oxnard, CA**                                                                    **Houston, TX**
**20-0 (11 KOs)**                                                                 **14-0 (8 KOs)**
**Weight: 160 lbs.**                                                              **Weight: 162 lbs.**

<u>**CO-MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS**</u>

**Eddie GOMEZ**                                  vs.                             **Francisco SANTANA**
**Bronx, NY**                                                                     **Santa Barbara, CA**
**16-0 (10 KOs)**                                                                 **19-3-1 (9 KOs)**
**Weight: 149 lbs.**                                                              **Weight: 148.2 lbs.**

<u>**FEATHERWEIGHTS - 6 ROUNDS**</u>

**Diego DE LA HOYA**                             vs.                             **Rigoberto CASILLAS**
**Mexicali, MEX**                                                                 **Tijuana, MEX**
**4-0 (3 KO's)**                                                                  **10-11-1 (8 KOs)**
**Weight: 123.2 lbs.**                                                            **Weight: 123.4 lbs.**

<u>**MIDDLEWEIGHTS - 10 ROUNDS**</u>

**Terrell GAUSHA**                               vs.                             **James WINCHESTER**
**Cleveland, OH**                                                                 **Reidsville, NC**
**9-0 (5 KOs)**                                                                   **16-9 (6 KOs)**
**Weight: 156.2 lbs.**                                                            **Weight: 155.8 lbs.**

<u>**SUPER BANTAMWEIGHTS – 4 ROUNDS**</u>

**Oscar NEGRETE**                                vs.                             **Pablo CUPUL**
**Los Angeles, CA**                                                               **Merida, MEX**
**4-0**                                                                           **4-15 (3 KOs)**
**Weight: 123.6 lbs.**                                                            **Weight: 126 lbs.**

<u>**JUNIOR WELTERWEIGHTS - 4 ROUNDS**</u>

**David FIGUEROA**                               vs.                             **Rick QUEVEDO**
**Indio, CA**                                                                     **Palm Springs, CA**
**Pro Debut**                                                                     **Pro Debut**
**Weight: 138.8 lbs.**                                                            **Weight: 138.4 lbs.**

<u>**MIDDLEWEIGHTS - 6 ROUNDS**</u>

**Immanuwel ALEEM**                              vs.                             **Cameron ALLEN**
**Richmond, VA**                                                                  **Battle Creek, MI**
**7-0 (3 KOs)**                                                                   **5-15 (3 KOs)**
**Weight: 162.2 lbs.**                                                            **Weight: 159.4 lbs.**

<u>**WELTERWEIGHTS - 6 ROUNDS**</u>

**David GRAYTON**                                vs.                             **German VALDEZ**
**Washington, DC**                                                                **Agua Prieta, MEX**
**7-0 (6 KOs)**                                                                   **3-4-1 (1 KO)**
**Weight: 147 lbs.**                                                              **Weight: 147.2 lbs.**

<u>**MIDDLEWEIGHTS - 4 ROUNDS**</u>

**Kyrone DAVIS**                                 vs.                             **Jas PHIPPS**
**Wilmington, DE**                                                                **New Orleans, LA**
**2-0 (2 KOs)**                                                                   **4-3 (1 KO)**
**Weight: 160.6 lbs.**                                                            **Weight: 161.2 lbs.**

**Golden Boy's Summary Judgment Exhibit No. 35**
**-123-**
CONFIDENTIAL                                                                      GBP016276

      

### *ARROYO vs. SALUDAR*
### *SEDA vs. RANGEL*
### *Thursday, June 19, 2014*
### *Coliseo Ruben Rodriguez*
### *Bayamon, PR*

**_BLUE CORNER_**                                                                                 **_RED CORNER_**

#### *MAIN EVENT – IBF FLYWEIGHT TITLE ELIMINATOR – 12 ROUNDS*

| | | |
|---|---|---|
| **McWilliams ARROYO** | **vs.** | **Froilan SALUDAR** |
| Fajardo, PR | | Polomolok, PHL |
| 14-1 (12 KOs) | | 19-0-1 (11 KOs) |
| Weight: 112 lbs. | | Weight: 111.3 lbs. |

#### *SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS*

| | | |
|---|---|---|
| **Jose LOPEZ** | **vs.** | **Rafael VAZQUEZ** |
| Humacao, PR | | San Juan, PR |
| 2-0 (2 KOs) | | 1-0 |
| Weight: 134 lbs. | | Weight: 134 lbs. |

#### *CO-MAIN EVENT - JUNIOR FEATHERWEIGHTS - 10 ROUNDS*

| | | |
|---|---|---|
| **Cesar SEDA** | **vs.** | **Alex RANGEL** |
| Juana Diaz, PR | | Ciudad Obregon, MEX |
| 25-2 (17 KOs) | | 15-2-2 (9 KOs) |
| Weight: 121 lbs. | | Weight: 120 lbs. |

#### *TV BOUT - JUNIOR MIDDLEWEIGHTS - 6 ROUNDS*

| | | |
|---|---|---|
| **Prichard COLON** | **vs.** | **Carlos GARCIA** |
| Orocovis, PR | | Trujillo Alto, PR |
| 9-0 (9 KOs) | | 7-12-1 (7 KOs) |
| Weight: 148 lbs. | | Weight: 149 lbs. |

#### *JUNIOR WELTERWEIGHTS - 4 ROUNDS*

| | | |
|---|---|---|
| **Milton SANTIAGO** | **vs.** | **Carlos LOPEZ** |
| Philadelphia, PA | | San Juan, PR |
| 5-0 (3 KOs) | | 4-4 |
| Weight: 139 lbs. | | Weight: 140 lbs. |

#### *WELTERWEIGHTS - 4 ROUNDS*

| | | |
|---|---|---|
| **Miguel CANINO** | **vs.** | **Luis ORTIZ** |
| San Juan, PR | | Arecibo, PR |
| Pro Debut | | 0-2 |
| Weight: 137 lbs. | | Weight: 141 lbs. |

#### *JUNIOR FEATHERWEIGHTS - 4 ROUNDS*

| | | |
|---|---|---|
| **Jean Carlos LOPEZ** | **vs.** | **Juan FIGUEROA** |
| San Juan, PR | | Corozal, PR |
| Pro Debut | | Pro Debut |
| Weight: 118 lbs. | | Weight: 119 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:39 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                    GBP016277



GOLDENBOYPROMOTIONS.COM  FOLLOW  GOLDENBOYBOXING  SHOOTBOXING  SHOWTIME SPORTS  GUERRERO KAMEGAI

**BLUE CORNER**                                                                      **RED CORNER**

## MAIN EVENT - WELTERWEIGHTS - 12 ROUNDS

| | | |
|---|---|---|
| Robert GUERRERO<br>Gilroy, CA<br>31-2-1 (18 KOs)<br>Weight: 146 lbs. | vs. | Yoshihiro KAMEGAI<br>Tokyo, JAP<br>24-1-1 (21 KOs)<br>Weight: 146.75 lbs. |

## CO-MAIN EVENT - WBO VACANT FEATHERWEIGHT TITLE - 12 ROUNDS

| | | |
|---|---|---|
| Gary RUSSELL JR.<br>Capital Heights, MD<br>24-0 (14 KOs)<br>Weight: 125.5 lbs. | vs. | Vasyl LOMACHENKO<br>Bilhorod, UKR<br>1-1 (1 KO)<br>Weight: 125.5 lbs. |

## SUPER WELTERWEIGHTS - 10 ROUNDS

| | | |
|---|---|---|
| Devon ALEXANDER<br>St. Louis, MO<br>25-2(14 KOs)<br>Weight: 148.25 lbs. | vs. | Jesus SOTO KARASS<br>Los Mochis, MEX<br>28-9-3 (18 KOs)<br>Weight: 148 lbs. |

## LIGHT HEAVYWEIGHTS - 6 ROUNDS

| | | |
|---|---|---|
| Vyacheslav SHABRANSKYY<br>N. Hollywood, CA<br>8-0 (7 KOs)<br>Weight: 175.25 lbs. | vs. | Michael GBENGA<br>Silver Spring, MD<br>15-14 (15 KOs)<br>Weight: 172.75 lbs. |

## CRUISERWEIGHTS - 10 ROUNDS

| | | |
|---|---|---|
| Chad DAWSON<br>New Haven, CT<br>31-3 (17 KOs)<br>Weight: 182.8 lbs. | vs. | George BLADES<br>Indianapolis, IN<br>23-5 (16 KOs)<br>Weight: 177.5 lbs. |

## HEAVYWEIGHTS - 10 ROUNDS

| | | |
|---|---|---|
| Dominic BREAZEALE<br>Alhambra, CA<br>10-0 (9 KOs)<br>Weight: 251.5 lbs. | vs. | Devin VARGAS<br>Toledo, OH<br>18-3 (7 KOs)<br>Weight: 234 lbs. |

## JUNIOR WELTERWEIGHTS - 8 ROUNDS

| | | |
|---|---|---|
| Sharif BOGERE<br>Las Vegas, NV<br>24-1 (16 KOs)<br>Weight: 136 lbs. | vs. | Miguel ZAMUDIO<br>Guasave, MEX<br>28-4-1 (16 KOs)<br>Weight: 137 lbs. |

## HEAVYWEIGHTS - 8 ROUNDS

| | | |
|---|---|---|
| Michael HUNTER<br>Van Nuys, CA<br>4-0 (3 KOs)<br>Weight: 207.25 lbs. | vs. | Jerry FORREST<br>Lafayette, LA<br>7-1 (6 KOs)<br>Weight: 224.5 lbs. |

## WELTERWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| Fabian MAIDANA<br>Santa Fe, ARG<br>Pro Debut<br>Weight: 144.2 lbs. | vs. | Eddie J. DIAZ<br>Los Angeles, CA<br>Pro Debut<br>Weight: 149.8 lbs. |

## SUPER WELTERWEIGHT - 4 ROUNDS

| | | |
|---|---|---|
| Marcos HERNANDEZ<br>Fresno, CA<br>1-0<br>Weight: 149.25 lbs. | vs. | Dante STOWERS<br>San Diego, CA<br>0-4<br>Weight: 151.25 lbs. |

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                      GBP016278



**BLUE CORNER**                                                           **RED CORNER**

<u>*MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS*</u>

**Errol SPENCE JR**                          vs.                          Ronald CRUZ
Dallas, TX                                                                Manati, PR
12-0 (10 KOs)                                                             20-3 (15 KOs)
Weight: 146.6 lbs.                                                        Weight: 148 lbs.

<u>*CO-MAIN - MIDDLEWEIGHTS - 10 ROUNDS*</u>

**Dominic L. WADE**                          vs.                          Nicholas A. BRINSON
Washington, DC                                                           Rochester, NY
15-0 (11 KOs)                                                             16-1-2 (6 KOs)
Weight: 161.6 lbs.                                                        Weight: 160.6 lbs.

<u>*TV OPENER - LIGHT HEAVYWEIGHTS - 8 ROUNDS*</u>

**Marcus BROWNE**                            vs.                          Donta R. WOODS
Staten Island, NY                                                         Atlanta, GA
10-0 (7 KOs)                                                              8-2 (7 KOs)
Weight: 178.4 lbs.                                                        Weight: 178.4 lbs.

<u>*HEAVYWEIGHTS - 8 ROUNDS*</u>

**Gerald WASHINGTON**                        vs.                          Travis WALKER
San Jose, CA                                                             Houston, TX
12-0 (9 KOs)                                                              39-11-1 (31 KOs)
Weight: 250.4 lbs.                                                        Weight: 243.2 lbs.

<u>*HEAVYWEIGHTS - 8 ROUNDS*</u>

**BJ FLORES**                                vs.                          Anthony C. SMITH
Ozark, MO                                                                Stanton, DE
29-1-1 (19 KOs)                                                          15-2 (10 KOs)
Weight: 203.8 lbs.                                                        Weight: 203.2 lbs.

<u>*LIGHT HEAVYWEIGHTS - 8 ROUNDS*</u>

**Dennis HASSON**                            vs.                          Tyrell HENDRIX
Philadelphia, PA                                                         Los Angeles, CA
16-0 (6 KOs)                                                              10-4-2 (3 KOs)
Weight: 176.6 lbs.                                                        Weight: 172.8 lbs.

<u>*OFF TV SWING BOUT CRUISERWEIGHTS - 8 ROUNDS*</u>

**Steve LOVETT**                             vs.                          Dwayne WILLIAMS
New South Whales, AUS                                                    Chicago, IL
9-0 (7 KOs)                                                               4-2 (1 KO)
Weight: 176.2 lbs.                                                        Weight: 175.6 lbs.

<u>*SUPER MIDDLEWEIGHTS - 6 ROUNDS*</u>

**Lanell V. BELLOWS**                        vs.                          Jas PHIPPS
Kansas City, MO                                                          New Orleans, LA
7-1-1 (6 KOs)                                                             4-4 (1 KO)
Weight: 167 lbs.                                                          Weight: 166.8 lbs.

<u>*OFF TV SWING BOUT - WELTERWEIGHTS - 4 ROUNDS*</u>

**Ryan KARL**                                vs.                          Corey A. MULDREW
Houston, TX                                                              Texarkana, TX
1-0 (1 KO)                                                                1-7
Weight: 145.2 lbs.                                                        Weight: 143.2 lbs.

<u>*SUPER MIDDLEWEIGHTS - 6 ROUNDS*</u>

**John MAGDA**                               vs.                          Taneal GOYCO
Rutherford, NJ                                                           Philadelphia, PA
6-0 (5 KOs)                                                               6-6-1 (3 KOs)
Weight: 166.6 lbs.                                                        Weight: 167 lbs.

<u>*MIDDLEWEIGHTS - 4 ROUNDS*</u>

**Caleb H. PLANT**                           vs.                          Michael NORIEGA
Nashville, TN                                                           Brawley, CA
2-0 (1 KO)                                                                4-3 (4 KOs)
Weight: 160.6 lbs.                                                        Weight: 157.2 lbs.

<u>*WELTERWEIGHTS - 4 ROUNDS*</u>

**Ladarius MILLER**                          vs.                          Jacinto QUINTANA
Memphis, TN                                                             Ft. Myers, FL
2-0 (1 KO)                                                                2-2 (2 KOs)
Weight: 140.4 lbs.                                                        Weight: 143 lbs.

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                       GBP016279

     

### GOMEZ vs. PAREDES
### DIAZ JR. vs. ROBLES
### DE LA HOYA vs. TAMAYO
### Wednesday, July 9, 2014
### Hard Rock Hotel & Casino
### Las Vegas, NV

*BLUE CORNER*                                                                                      *RED CORNER*

**MAIN EVENT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS**

**Alfonso GOMEZ**                              vs.                              **Ed PAREDES**
Guadalajara, MEX                                                               Lawrence, MA
23-6-2 (12 KOs)                                                                35-3-1 (23 KOs)
Weight: 150.2 lbs.                                                             Weight: 150 lbs.

**CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS**

**Joseph DIAZ JR.**                            vs.                              **Ramiro ROBLES**
South El Monte, CA                                                             Guanajuato, MEX
11-0 (7 KOs)                                                                   11-1-1 (6 KOs)
Weight: 123.6 lbs.                                                             Weight: 124 lbs.

**TV BOUT - FEATHERWEIGHTS - 6 ROUNDS**

**Diego DE LA HOYA**                           vs.                              **Miguel TAMAYO**
Mexicali, MEX                                                                  Ciudad Obregon, MEX
5-0 (3 KOs)                                                                    14-8-2 (12 KOs)
Weight: 124 lbs.                                                               Weight: 122 lbs.

**JUNIOR FEATHERWEIGHTS - 4 ROUNDS**

**Oscar NEGRETE**                              vs.                              **Carlos MEDINA**
Los Angeles, CA                                                                Nayarit, MEX
5-0 (1 KO)                                                                     1-0
Weight: 118.6 lbs.                                                             Weight: 118.2 lbs.

**FEATHERWEIGHTS - 6 ROUNDS**

**Joet GONZALEZ**                              vs.                              **David CLARK**
Glendora, CA                                                                   San Diego, CA
7-0 (1 KO)                                                                     6-3 (4 KOs)
Weight: 122 lbs.                                                               Weight: 122.6 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:39 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                    GBP016280



**BLUE CORNER**

**RED CORNER**

*MAIN EVENT - MIDDLEWEIGHTS - 12 ROUNDS*
vs.

Canelo ALVAREZ
Guadalajara, MEX
43-1-1 (31 KOs)
Weight: 155 lbs.

Erislandy LARA
Guantanamo, CUB
19-1-2 (12 KOs)
Weight: 155 lbs.

*CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS*
vs.

Abner MARES
Guadalajara, MEX
26-1-1 (14 KOs)
Weight: 126.5 lbs.

Jonathan OQUENDO
Vega Alta, PR
24-3 (16 KOs)
Weight: 126.5 lbs.

*WBO INTERNATIONAL & NABF JUNIOR LIGHTWEIGHT TITLES - 10 ROUNDS*
vs.

Juan Manuel LOPEZ
Caguas, PR
34-3 (31 KOs)
Weight: 130 lbs.

Francisco VARGAS
Mexico City, MEX
19-0-1 (13 KOs)
Weight: 129 lbs.

*WBA INTERIM SUPER LIGHTWEIGHT WORLD TITLE - 12 ROUNDS*
vs.

Johan PEREZ
Caracas, VEN
19-1-1 (13 KOs)
Weight: 140 lbs.

Mauricio HERRERA
Riverside, CA
20-4 (7 KOs)
Weight: 140 lbs.

*SUPER MIDDLEWEIGHTS - 4/6 ROUNDS*
vs.

Yamaguchi FALCAO
Los Angeles, CA
1-0
Weight: 161.5 lbs.

Jesus CRUZ
Arecibo, PR
1-1-1
Weight: 162 lbs.

*WBO BANTAMWEIGHT WORLD TITLE - 12 ROUNDS*
vs.

Tomoki KAMEDA
Tokyo, JPN
29-0 (18 KOs)
Weight: 118 lbs.

Pungluang SINGYU
Bangkok, THA
46-2 (31 KOs)
Weight: 117 lbs.

*MIDDLEWEIGHTS - 4 ROUNDS*
vs.

Jason QUIGLEY
Donegal, IRL
Pro Debut
Weight: 160 lbs.

Howard REECE
Ocala, FL
2-6 (1 KO)
Weight: 158 lbs.

*FEATHERWEIGHTS - 10 ROUNDS*
vs.

Yoandris SALINAS
Miami, FL
20-0-2 (13 KOs)
Weight: 123 lbs.

Enrique QUEVEDO
Los Angeles, CA
15-7-1 (9 KOs)
Weight: 122 lbs.

*WELTERWEIGHTS - 6 ROUNDS*
vs.

John Karl SOSA
Caguas, PR
11-0 (6 KOs)
Weight: 141.5 lbs.

Luis BELLO
Michoacan, MEX
5-1 (2 KOs)
Weight: 141 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 7/11/14 6:09 PM

**Golden Boy's Summary Judgment Exhibit No. 35**
**-128-**

 GBP016281

      

### *GESTA vs. ARCEO*
### *CHICAS vs. ROBLES*
### *TAISHAN vs. ROZMAN*
### *Friday, July 18, 2014*
### *Longshoreman's Hall*
### *San Francisco, CA*

*__BLUE CORNER__*                                                      *__RED CORNER__*

|  |  |  |
|---|---|---|
| **Laura DEANOVIC**<br>San Francisco, CA<br>1-5<br>Weight: 129.5 lbs. | *__JUNIOR LIGHTWEIGHTS - 4 ROUNDS__*<br>*vs.* | **Celene ROMAN**<br>Ontario, CA<br>3-1-2<br>Weight: 127 lbs. |
| **Fabian MELENDEZ**<br>San Carlos, CA<br>Pro Debut<br>Weight: 189.5 lbs. | *__CRUISERWEIGHTS - 4 ROUNDS__*<br>*vs.* | **Payton BOYEA**<br>Sacramento, CA<br>0-4<br>Weight: 190 lbs. |
| **Arturo QUINTERO**<br>San Jose, CA<br>15-4-1 (9 KOs)<br>Weight: 136 lbs. | *__JUNIOR WELTERWEIGHTS - 6 ROUNDS__*<br>*vs.* | **Mario HERMOSILLO**<br>Tijuana, MEX<br>12-13-4 (2 KOs)<br>Weight: 140 lbs. |
| **Andy VENCES**<br>San Jose, CA<br>7-0 (3 KOs)<br>Weight: 131.5 lbs. | *__LIGHTWEIGHTS - 6 ROUNDS__*<br>*vs.* | **Adolfo LANDERAS**<br>Mexico City, MEX<br>22-35-2 (10 KOs)<br>Weight: TBA |
| **Mercito GESTA**<br>Cebu, PHI<br>27-1-1 (15 KOs)<br>Weight: 138.5 lbs. | *__MAIN EVENT - JUNIOR WELTERWEIGHTS - 10 ROUNDS__*<br>*vs.* | **Luis ARCEO**<br>Tijuana, MEX<br>28-13-4 (19 KOs)<br>Weight: 137 lbs. |
| **Ricardo PINELL**<br>San Francisco, CA<br>8-1-1 (6 KOs)<br>Weight: 157 lbs. | *__SWING BOUT - SUPER MIDDLEWEIGHTS - 4 ROUNDS__*<br>*vs.* | **Jamal HARRIS**<br>Los Angeles, CA<br>5-9-4 (3 KOs)<br>Weight: 163 lbs. |
| **Jonathan CHICAS**<br>San Francisco, CA<br>13-1 (6 KOs)<br>Weight: 142 lbs. | *__CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS__*<br>*vs.* | **Emanuel ROBLES**<br>San Diego, CA<br>10-0-1 (3 KOs)<br>Weight: 142 lbs. |
| **TAISHAN**<br>Bejing, CH<br>Pro Debut<br>Weight: 287 lbs. | *__TV BOUT - HEAVYWEIGHTS - 4 ROUNDS__*<br>*vs.* | **Alex ROZMAN**<br>Minneapolis, MN<br>2-6 (1 KO)<br>Weight: 255 lbs. |
| **Benjamin BRISENO**<br>Hayward, CA<br>3-1<br>Weight: 123 lbs. | *__FEATHERWEIGHTS - 4 ROUNDS__*<br>*vs.* | **Walter SANTIBANES**<br>Phoenix, AZ<br>3-2 (1 KO)<br>Weight 124 lbs. |
| **Joel SLAPNO**<br>San Leandro, CA<br>Pro Debut<br>Weight: 152 lbs. | *__JUNIOR MIDDLEWEIGHTS - 4 ROUNDS__*<br>*vs.* | **Jesus SANCHEZ**<br>Fresno, CA<br>Pro Debut<br>Weight: 152 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:40 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016282

      

***GOMEZ vs. PARIS***
***SHABRANSKY vs. WALKER***
***Friday, July 25, 2014***
***Fantasy Springs Resort Casino***
***Indio, CA***

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | *MAIN EVENT - JUNIOR WELTERWEIGHTS - 10 ROUNDS* | |
| **Frankie GOMEZ**<br>East Los Angeles, CA<br>17-0 (13 KOs)<br>Weight: 140 lbs. | vs. | **Vernon PARIS**<br>Tallahasse, FL<br>28-1 (16 KOs)<br>Weight: 139.2 lbs. |
| | *CO-MAIN EVENT - SUPER MIDDLEWEIGHTS - 8 ROUNDS* | |
| **Terrell GAUSHA**<br>Cleveland, OH<br>10-0 (5 KOs)<br>Weight: 157 lbs. | vs. | **Ronnie WARRIOR JR.**<br>Tulsa, OK<br>15-8-1 (5 KOs)<br>Weight: 164.2 lbs. |
| | *TV BOUT - CRUISERWEIGHTS - 6 ROUNDS* | |
| **Vyacheslav SHABRANSKY**<br>North Hollywood, CA<br>9-0 (8 KOs)<br>Weight: 176.8 lbs. | vs. | **Demetrius WALKER**<br>Kansas City, MO<br>7-5-1 (4 KO's)<br>Weight: 174.8 lbs. |
| | *JUNIOR MIDDLEWEIGHTS - 4 ROUNDS* | |
| **Neeco MACIAS**<br>Palm Desert, CA<br>5-0 (1KO)<br>Weight: 151.6 lbs. | vs. | **Robert HILL**<br>Inglewood, CA<br>1-5<br>Weight: 153.2 lbs. |
| | *WELTERWEIGHTS - 6 ROUNDS* | |
| **Bryant PERRELLA**<br>Fort Myers, FL<br>5-0 (4 KOs)<br>Weight: 146 lbs. | vs. | **Cristian STEELE**<br>Philadelphia, PA<br>4-8-2 (1 KO)<br>Weight: 145.4 lbs. |
| | *MIDDLEWEIGHTS - 8 ROUNDS* | |
| **Daquan ARNETT**<br>Orlando, FL<br>11-1 (7 KOs)<br>Weight: 156 lbs. | vs. | **Angel HERNANDEZ**<br>Gary, IN<br>16-16-1 (13 KOs)<br>Weight: 155.8 lbs. |
| | *SUPER MIDDLEWEIGHTS - 4 ROUNDS* | |
| **Caleb PLANT**<br>Nashville, TN<br>3-0 (1 KO)<br>Weight: 161 lbs. | vs. | **Bryan TRUE**<br>Los Angeles, CA<br>1-1-1 (1 KO)<br>Weight: 161.8 lbs. |
| | *JUNIOR WELTERWEIGHTS - 6 ROUNDS* | |
| **Damian SOSA**<br>Buenos Aires, ARG<br>7-0 (6 KOs)<br>Weight: 136.8 lbs. | vs. | **Ryan PICOU**<br>Los Angeles, CA<br>1-3<br>Weight: 136.2 lbs. |
| | *FEATHERWEIGHTS - 4 ROUNDS* | |
| **Mario BARRIOS**<br>San Antonio, TX<br>4-0 (1 KO)<br>Weight: 125.8lbs. | vs. | **Salvador PEREZ**<br>Campeche, MEX<br>2-4-2 (1 KO)<br>Weight: 123.2 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:40 AM

**Golden Boy's Summary Judgment Exhibit No. 35**




**BELMONTES vs. COTTO**
**GIBSON vs. HERNANDEZ**
*Thursday, August 7, 2014*
*American Bank Center*
*Corpus Christi, TX*

| BLUE CORNER | | RED CORNER |
|---|---|---|
| **Jerry BELMONTES**<br>Corpus Christi, TX<br>19-4 (5 KOs) | ***MAIN EVENT - JUNIOR LIGHTWEIGHTS - 10 ROUNDS***<br>vs. | **Abner COTTO**<br>Aguas Buenas, PR<br>17-2 (8 KOs) |
| **Robert VELA**<br>Robstown, TX<br>9-0-1 (5 KOs) | ***SWING BOUT - JUNIOR LIGHTWEIGHTS - 6 ROUNDS***<br>vs. | **Jesse ANGUIANO**<br>San Antonio, TX<br>2-3-2 (1 KO) |
| **KeAndre GIBSON**<br>Austin, TX<br>10-0 -1 (3 KOs) | ***CO-MAIN EVENT - JUNIOR WELTERWEIGHTS - 8 ROUNDS***<br>vs. | **Jose HERNANDEZ**<br>Ft. Worth, TX<br>14-7-1 (6 KOs) |
| **Oscar CANTU**<br>Kingsville, TX<br>7-0 (1 KO) | ***TV BOUT - BANTAMWEIGHTS - 6 ROUNDS***<br>vs. | **Joseph RIOS**<br>San Antonio, TX<br>13-9-2 (4 KOs) |
| **Jairo CASTANEDA**<br>San Antonio, TX<br>5-0 (2 KOs) | ***WELTERWEIGHTS - 4 ROUNDS***<br>vs. | **Joseu GARCIA**<br>El Paso, TX<br>1-1 |
| **Marty GUTIERREZ**<br>Corpus Christi, TX<br>5-1 (1 KO) | ***JUNIOR LIGHTWEIGHTS - 4 ROUNDS***<br>vs. | **Jesus GARZA**<br>Dallas, TX<br>2-4-1 |
| **Ernest REYNA**<br>Corpus Christi, TX<br>4-1 (3 KOs) | ***HEAVYWEIGHTS - 4 ROUNDS***<br>vs. | TBA |
| **Steve BELMONTES**<br>Corpus Christi, TX<br>Pro Debut | ***JUNIOR WELTERWEIGHTS - 4 ROUNDS***<br>vs. | **James Burns**<br>Ft. Worth, TX<br>1-3-1 (1 KO) |
| **Julian GILDEN**<br>Corpus Christi, TX<br>6-0 (5 KOs) | ***JUNIOR LIGHTWEIGHTS - 4 ROUNDS***<br>vs. | **Manuel RUBALCAVA**<br>Nuevo Laredo,TX<br>1-9 |
| **Jeremy LONGORIA**<br>Corpus Christi, TX<br>5-4 (1 KO) | ***JUNIOR LIGHTWEIGHTS - 4 ROUNDS***<br>vs. | **Albert NAVARRO**<br>Kingsville, TX<br>3-7-1 (1 KO) |
| **Cesar MARTINEZ**<br>Round Rock, TX<br>0-1 | ***JUNIOR LIGHTWEIGHTS - 4 ROUNDS***<br>vs. | **Roy GARCIA**<br>Alice, TX<br>2-11 (1 KO) |
| **Ryan KARL**<br>Houston, TX<br>2-0 (2 KOs) | ***WELTERWEIGHTS - 4 ROUNDS***<br>vs. | **David GREEN**<br>Monroe, LA<br>2-20-1 (1 KO) |
| **Justin DE LOACH**<br>Houston, TX<br>8-0 (4 KOs) | ***MIDDLEWEIGHTS - 4 ROUNDS***<br>vs. | **Thomas ALLEN**<br>Bronx, NY<br>2-5 (2 KOs) |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:41 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016284



**BLUE CORNER**                                                          **RED CORNER**

### MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS

Danny GARCIA                            vs.                              Rod SALKA
Philadelphia, PA                                                        Bunola, PA
28-0 (16 KOs)                                                           19-3 (3 KOs)
Weight: 141.75 lbs.                                                     Weight: 141 lbs.

### CO-MAIN EVENT - IBF JUNIOR WELTERWEIGHT WORLD TITLE - 12 ROUNDS

Lamont PETERSON                         vs.                             Edgar SANTANA
Washington, DC                                                         New York, NY
32-2-1 (16 KOs)                                                        29-4 (20 KOs)
Weight: 140 lbs.                                                       Weight: 139.5 lbs.

### TV OPENER - VACANT WBA MIDDLEWEIGHT WORLD TITLE - 12 ROUNDS

Daniel JACOBS                           vs.                             Jarrod FLETCHER
Brooklyn, NY                                                           Queensland, AUS
27-1 (24 KOs)                                                          18-1 (10 KOs)
Weight: 159.5 lbs.                                                     Weight:159.25 lbs.

### SUPER LIGHTWEIGHTS - 4/6 ROUNDS

Zachary OCHOA                           vs.                             Luis CERVANTES
Brooklyn, NY                                                           Palm Springs, CA
7-0 (4 KOs)                                                            7-7-3 (2 KO)
Weight: 140 lbs.                                                       Weight: 139.6 lbs.

### WBO INTER- CONTINENTAL WELTERWEIGHT TITLE - 10 ROUNDS

Sadam ALI                               vs.                             Jeremy BRYAN
Brooklyn, NY                                                           Paterson, NJ
19-0 (12 KOs)                                                          17-3 (7 KOs)
Weight: 146.6 lbs.                                                     Weight: 145.4 lbs.

### WELTERWEIGHTS - 10 ROUNDS

Anthony PETERSON                        vs.                             Edgar RIOVALLE
Washington, DC                                                        Mexico City, MEX
33-1 (21 KOs)                                                          37-18-2 (26 KOs)
Weight: 137 lbs.                                                       Weight: 144.4 lbs.

### LIGHT HEAVYWEIGHTS - 10 ROUNDS

Marcus BROWNE                           vs.                             Paul VAZQUEZ
Staten Island, NY                                                     Oakland, CA
11-0 (8 KOs)                                                           10-5-1 (3 KOs)
Weight: 176.4 lbs.                                                     Weight: 174.2 lbs.

### JUNIOR MIDDLEWEIGHTS - 6 ROUNDS

Prichard COLON                          vs.                             Lenwood DOZIER
Orocovis, PR                                                          Washington, DC
10-0 (10 KOs)                                                         9-6-1 (4 KOs)
Weight: 150 lbs.                                                       Weight: 154.2 lbs.

### SUPER MIDDLEWEIGHTS - 6 ROUNDS

D'metrius BALLARD                       vs.                             Barry TROTTER
Temple Hills, MD                                                      Columbus, MD
5-0 (4 KOs)                                                            2-1 (1 KO)
Weight: 169 lbs.                                                       Weight: 168.4 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/8/14 1:29 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                            GBP016285

**SHAWN PORTER VS. KELL BROOK**
IBF WELTERWEIGHT WORLD CHAMPIONSHIP
SAKIO BIKA VS ANTHONY DIRRELL   OMAR FIGUEROA JR VS DANIEL ESTRADA
WBC SUPER MIDDLEWEIGHT WORLD CHAMP   WBC LIGHTWEIGHT WORLD CHAMPIONSHIP
SATURDAY, AUGUST 16, 2014 · STUBHUB CENTER · CARSON, CA
GOLDEN BOY   Corona   AT&T   SHOWTIME

*BLUE CORNER*

**RED CORNER**

*MAIN EVENT - IBF WELTERWEIGHT WORLD TITLE - 12 ROUNDS*
vs.

Shawn PORTER
Cleveland, OH
24-0-1 (15 KOs)
Weight: 146.8 lbs.

Kell BROOK
Sheffield, ENG
32-0-(22 KOs)
Weight: 146.4 lbs.

*CO-MAIN EVENT - WBC SUPER MIDDLEWEIGHT WORLD TITLE - 12 ROUNDS*
vs.

Sakio BIKA
Sydney, AUS
32-5-3 (21 KOs)
Weight: 167.8 lbs.

Anthony DIRRELL
Flint, MI
26-0-1 (22 KOs)
Weight: 168 lbs.

*WBC LIGHTWEIGHT WORLD TITLE - 12 ROUNDS*
vs.

Omar FIGUEROA JR.
Weslaco, TX
23-0-1 (17 KOs)
Weight: 135 lbs.

Daniel ESTRADA
Mexico City, MEX
32-2-1 (24 KOs)
Weight: 134.6 lbs.

*WELTERWEIGHTS - 8 ROUNDS*
vs.

Lydell RHODES
Oklahoma City, OK
21-0 (10 KOs)
Weight: 142.6 lbs.

John NATER
Bayamon, PR
13-6 (10 KOs)
Weight: 144 lbs.

*SUPER MIDDLEWEIGHTS - 4 ROUNDS*
vs.

Jason QUIGLEY
Donegal, IRL
1-0 (1 KO)
Weight: 161.4 lbs.

Fernando NAJERA
Tijuana, MEX
1-3
Weight: 158.2 lbs.

*HEAVYWEIGHTS - 10 ROUNDS*
vs.

Deontay WILDER
Tuscaloosa, AL
31-0 (31 KOs)
Weight: 224 lbs.

Jason GAVERN
Orlando, FL
25-16-4 (11 KOs)
Weight: 247 lbs.

*JUNIOR WELTERWEIGHTS - 8 ROUNDS*
vs.

Jorge LINARES
Barinas, VEN
36-3 (23 KOs)
Weight: 137 lbs.

Ira TERRY
Memphis, TN
26-11 (16 KOs)
Weight: 132 lbs.

*JUNIOR MIDDLEWEIGHTS - 8 ROUNDS*
vs.

Alan SANCHEZ
Fairfield, CA
13-3-1 (7 KOs)
Weight: 148 lbs.

Jose Luis RAMIREZ JR.
Tijuana, MEX
7-0-1 (4 KOs)
Weight: 144 lbs.

*HEAVYWEIGHTS - 8 ROUNDS*
vs.

Dominic BREAZEALE
Glendale, CA
11-0 (10 KOs)
Weight: 250 lbs.

Billy ZUMBRUN
Ogden, UT
27-13-1 (16 KOs)
Weight: 233 lbs.

*LIGHT HEAVYWEIGHTS - 6 ROUNDS*
vs.

Callum SMITH
Liverpool, ENG
12-0 (9 KOs)
Weight: 171 lbs.

Abraham HERNANDEZ
Monterrey, MEX
5-0 (3 KOs)
Weight: 166.6 lbs.

*JUNIOR WELTERWEIGHTS - 4 ROUNDS*
vs.

Luke CAMPBELL
Hull, ENG
6-0 (4 KOs)
Weight: 136 lbs.

Steve TRUMBLE
Baton Rouge, LA
13-30 (8 KOs)
Weight: 132 lbs.

*WELTERWEIGHTS - 4 ROUNDS*
vs.

Fabian MAIDANA
Santa Fe, ARG
1-0
Weight: 142.4 lbs.

Phillip SORIANO
Meridian, MI
0-3
Weight: 141 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/15/14 4:55 PM

**Golden Boy's Summary Judgment Exhibit No. 35**
**-133-**

      

### *AVILA vs. FRIAS*
### *WASHINGTON vs. AGUILERA*
### *ROBB vs. GREEN*
### *Friday, August 22, 2014*
### *Allan Witt Sports Center*
### *Fairfield, CA*

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | **MIDDLEWEIGHTS - 4 ROUNDS** | |
| Mauricio ZAVALETA | *vs.* | William WALTERS |
| San Leandro, CA | | Sacramento, CA |
| 1-1 (1 KO) | | 1-3 |
| Weight: 155 lbs. | | Weight: 154 lbs. |
| | **CRUISERWEIGHTS - 4 ROUNDS** | |
| Ryan BOURLAND | *vs.* | Phillip SMITH |
| Vacaville, CA | | San Francisco, CA |
| 3-0 (2KOs) | | Pro Debut |
| Weight: 176 lbs. | | Weight: 175 lbs. |
| | **JUNIOR MIDDLEWEIGHTS - 4 ROUNDS** | |
| Joel SIAPANO | *vs.* | Jesus SANCHEZ |
| San Leandro, CA | | Fresno, CA |
| 0-1 | | 1-0 |
| Weight: 152 lbs. | | Weight: 152 lbs. |
| | **MAIN EVENT – JUNIOR FEATHERWEIGHTS - 10 ROUNDS** | |
| Manuel AVILA | *vs.* | Sergio FRIAS |
| Vacaville, CA | | Guadalajara, MEX |
| 15-0 (6 KOs) | | 15-3-2 (8 KOs) |
| Weight: 122 lbs. | | Weight: 122 lbs. |
| | **SWING BOUT - LIGHTWEIGHTS - 6 ROUNDS** | |
| Andy VENCES | *vs.* | Cesar MARTINEZ |
| San Jose, CA | | Los Angeles, CA |
| 8-0 (4 KOs) | | 4-2-2 (1 KO) |
| Weight: 130.5 lbs. | | Weight: 131.5 lbs. |
| | **CO-MAIN EVENT - HEAVYWEIGHTS - 8 ROUNDS** | |
| Gerald WASHINGTON | *vs.* | Nagy AGUILERA |
| Vallejo, CA | | New York, NY |
| 13-0 (10 KOs) | | 19-8 (13 KOs) |
| Weight: 246 lbs. | | Weight: 244 lbs. |
| | **TV BOUT - JUNIOR LIGHTWEIGHTS - 8 ROUNDS** | |
| Guy ROBB | *vs.* | Ronell GREEN |
| Sacramento, CA | | Wheeling, WV |
| 13-1 (5 KOs) | | 10-0 (5 KOs) |
| Weight: 127 lbs. | | Weight: 127.5 lbs. |
| | **JUNIOR WELTERWEIGHTS - 4 ROUNDS** | |
| Chris BAUTISTA | *vs.* | Percy PETERSON |
| Madera, CA | | Stockton, CA |
| 2-0 | | 0-3-1 |
| Weight: 137.5 lbs. | | Weight: 135 lbs. |
| | **FEATHERWEIGHTS - 6 ROUNDS** | |
| Manny ROBLES JR. | *vs.* | Sergio NAJERA |
| Los Angeles, CA | | Acapulco, MEX |
| 5-0 (2 KOs) | | 8-14-2 (2 KOs) |
| Weight: 125.5 lbs. | | Weight: 124 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/21/14 4:32 PM

### Golden Boy's Summary Judgment Exhibit No. 35

CONFIDENTIAL



**BLUE CORNER**                                                                                      **RED CORNER**

**MAIN EVENT – WBA INTERNATIONAL SUPER LIGHTWEIGHT TITLE - 12 ROUNDS**

Adrien BRONER
Cincinnati, OH                                          vs.
28-1 (22 KOs)
Weight: 140 lbs.

Emanuel TAYLOR
Cleverly, MD
18-2 (12 KOs)
Weight: 138.5 lbs.

**CO-MAIN EVENT - WBC SILVER SUPER LIGHTWEIGHT TITLE - 12 ROUNDS**

Roberto ORTIZ
Torreon, MEX                                           vs.
31-0-1 (24 KOs)
Weight: 139.5 lbs.

Lucas MATTHYSSE
Trelew, ARG
35-3 (33 KOs)
Weight: 139 lbs.

**WELTERWEIGHTS - 10 ROUNDS**

Andre BERTO
Winter Haven, FL                                       vs.
28-3 (22 KOs)
Weight: 148.5 lbs.

Steve UPSHER
Philadelphia, PA
24-3-1 (6 KOs)
Weight: 145.5 lbs.

**MIDDLEWEIGHTS - 6 ROUNDS**

Terrell GAUSHA
Cleveland, OH                                          vs.
11-0 (6 KOs)
Weight: 156.5 lbs.

Juan Carlos ROJAS
Saltillo, MEX
5-7-1 (4 KOs)
Weight: 160 lbs.

**WBA FEDELATIN SUPER LIGHTWEIGHT TITLE - 10 ROUNDS**

Michael PEREZ
Newark, NJ                                             vs.
21-2 (10 KOs)
Weight: 140 lbs.

Jared ROBINSON
Charlotte, NC
15-1 (7 KOs)
Weight: 140lbs.

**BANTAMWEIGHTS - 10 ROUNDS**

Rau'Shee WARREN
Cincinnati, OH                                         vs.
11-0 (3 KOs)
Weight: 117.5 lbs.

Jose Luis ARAIZA
Tecate, MEX
34-8-1 (25 KOs)
Weight: 120 lbs.

**LIGHTWEIGHTS - 6 ROUNDS**

Robert EASTER JR.
Toledo, OH                                             vs.
10-0 (8 KOs)
Weight: 136.5 lbs.

Roberto ACEVEDO
Moca, PR
13-13-3 (1 KO)
Weight: 138 lbs.

**LIGHTWEIGHTS - 4 ROUNDS**

Raynell WILLIAMS
Cleveland, OH                                          vs.
4-0 (3 KOs)
Weight: 133.5 lbs.

Evan WOOSLEY
Wichita, KS
2-3
Weight: 134 lbs.

**SUPER WELTERWEIGHTS - 4 ROUNDS**

Jamontay CLARK
Cincinnati, OH                                         vs.
2-0 (2 KOs)
Weight: 146.5 lbs

Matthew MONTALVO
Bryan, OH
0-0-1
Weight: 148 lbs.

**LIGHTWEIGHTS - 4 ROUNDS**

Lamont ROACH JR.
Washington, DC                                         vs.
2-0 (1 KO)
Weight: 131.5 lbs.

Rocco ESPINOZA
Las Vegas, NV
4-8
Weight: 131.5 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 9/5/14 3:10 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                      GBP016288

      

**ORTIZ vs. KAYODE**
**CUELLAR vs. LOPEZ**
*Thursday, September 11, 2014*
*The Joint - Hard Rock Hotel & Casino*
*Las Vegas, NV*

| BLUE CORNER | | RED CORNER |
|---|---|---|
| | *MAIN EVENT - VACANT WBA INTERIM HEAVYWEIGHT WORLD TITLE - 12 ROUNDS* | |
| Luis ORTIZ<br>Miami, FL<br>21-0 (18 KOs) | vs. | Lateef KAYODE<br>Los Angeles, CA<br>20-0 (16 KOs) |
| | *CO-MAIN EVENT - WBA INTERIM FEATHERWEIGHT WORLD TITLE - 12 ROUNDS* | |
| Jesus CUELLAR<br>Buenos Aires, ARG<br>24-1 (18 KOs) | vs. | Juan Manuel LOPEZ<br>Rio Piedras, PR<br>34-4 (31 KOs) |
| | *TV BOUT - MIDDLEWEIGHTS - 8 ROUNDS* | |
| Jermall CHARLO<br>Houston, TX<br>18-0 (14 KOs) | vs. | Norberto GONZALEZ<br>Monterey, MEX<br>20-4 (13 KOs) |
| | *TV BOUT - JUNIOR MIDDLEWEIGHTS - 8 ROUNDS* | |
| Julian WILLIAMS<br>Philadelphia, PA<br>16-0-1 (10 KOs) | vs. | Eliezer GONZALEZ<br>San Juan, PR<br>14-0 (9 KOs) |
| | *TV BOUT - WELTERWEIGHTS – 8 ROUNDS* | |
| Errol SPENCE JR.<br>De Soto, TX<br>13-0 (10 KOs) | vs. | Noe BOLANOS<br>Obregon, MEX<br>26-10-1 (16 KOs) |
| | *TV BOUT - WELTERWEIGHTS - 8 ROUNDS* | |
| Josesito LOPEZ<br>Riverside, CA<br>32-6 (19 KOs) | vs. | Rafael COBOS<br>Tijuana, MEX<br>15-4-5 (3 KOs) |
| | *LIGHTWEIGHTS - 8 ROUNDS* | |
| Jamel HERRING<br>Rockville, NY<br>8-0 (5 KOs) | vs. | Luis PELAYO<br>Guadalajara, MEX<br>11-4-1 (6 KOs) |
| | *CRUISERWEIGHTS - 8 ROUNDS* | |
| Jordan SHIMMELL<br>Sheboygan, WI<br>16-0 (13 KOs) | vs. | Joell GODFREY<br>Fayetteville, NC<br>17-11-1 (6 KOs) |
| | *JUNIOR MIDDLEWEIGHTS - 8 ROUNDS* | |
| Prichard COLON<br>Orocovis, PR<br>11-0 (10 KOs) | vs. | Christopher DEGOLLADO<br>Monterey, MEX<br>9-2 (8 KOs) |
| | *WELTERWEIGHTS - 6 ROUNDS* | |
| Bryant PERRELLA<br>Ft. Myers, FL<br>6-0 (5 KOs) | vs. | TBA |
| | *JUNIOR FEATHERWEIGHTS -4 ROUNDS* | |
| Oscar NEGRETE<br>Los Angeles, CA<br>6-0 (1 KO) | vs. | Gabriel BRAXTON<br>Richmond, VA<br>1-4 |

(Bout Card and Order Subject to Change)

Last Updated: 9/8/14 5:15 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL GBP016289



**BLUE CORNER**                                                                                          **RED CORNER**

**MAIN EVENT – WBC WELTERWEIGHT & WBC SUPER WELTERWEIGHT TITLE – 12 ROUNDS**

Floyd MAYWEATHER JR.                        vs.                          Marcos MAIDANA
Las Vegas, NV                                                            Santa Fe, ARG
46-0 (26 KOs)                                                           35-4 (31 KOs)

**CO-MAIN EVENT – WBC SUPER BATAMWEIGHT TITLE – 12 ROUNDS**

Leo SANTA CRUZ                              vs.                          Manuel ROMAN
Los Angeles, CA                                                         Los Angeles, CA
27-0-1 (15 KOs)                                                        17-2-3 (6 KOs)

**SUPER MIDDLEWEIGHTS – 10 ROUNDS**

Alfredo ANGULO                             vs.                          James DE LA ROSA
Mexicali, MEX                                                          Harligen, TX
22-4 (18 KOs)                                                         22-2 (13 KOs)

**IBF LIGHTWEIGHT TITLE – 12 ROUNDS**

Miguel VASQUEZ                             vs.                          Mickey BEY
Guadalajara, MEX                                                      Las Vegas, NV
34-3 (13 KOs)                                                        20-1-1 (10 KOs)

**SUPER LIGHTWEIGHTS – 10 ROUNDS**

Humberto SOTO                              vs.                          John MOLINA
Los Mochis, MEX                                                       Los Angeles, CA
64-8-2 (35 KOs)                                                      27-4 (22 KOs)

**CRUISERWEIGHTS – 6 ROUNDS**

Andrew TABITI                              vs.                          TBA
Las Vegas,NV
6-0 (6 KOs)

**JUNIOR WELTERWEIGHTS – 6 ROUNDS**

Damian SOSA                                vs.                          TBA
Buenos Aires, ARG
8-0 (6 KOs)

**FEATHERWEIGHTS – 4 ROUNDS**

Junior SABA                                vs.                          TBA
Las Vegas
Pro Debut

**WELTERWEIGHTS – 4 ROUNDS**

Fabian MAIDANA                             vs.                          TBA
Santa Fe, ARG
2-0

**SUPER MIDDLEWEIGHTS – 4 ROUNDS**

Kevin MORGAN                               vs.                          TBA
Las Vegas, NV
Pro Debut

(Bout Card and Order Subject to Change)

Last Updated: 8/18/14 2:24 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                            GBP016290



**DIAZ JR vs. HIDALGO**
**MALDONADO vs. LARA**
**ALVAREZ vs. JOHNSON**
**Monday, September 29, 2014**
**State Farm Arena**
**Hidalgo, TX**

*BLUE CORNER*                                                                                   *RED CORNER*

| | | |
|---|---|---|
| Joseph DIAZ JR. | *MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS* | Raul HIDALGO |
| South El Monte, CA | vs. | Casas Grandes, MEX |
| 11-0 (7 KOs) | | 21-11 (16 KOs) |

| | | |
|---|---|---|
| Ryan KARL | *SWING BOUT - WELTERWEIGHTS - 4 ROUNDS* | TBA |
| Houston, TX | vs. | |
| 3-0 (3 KOs) | | |

| | | |
|---|---|---|
| Fidel MALDONADO JR. | *CO-MAIN EVENT – JUNIOR WELTERWEIGHTS – 8 ROUNDS* | Nelson LARA |
| Albuquerque, NM | vs. | Manuagua, NIC |
| 18-2 (15 KOs) | | 15-5-5 (8 KOs) |

| | | |
|---|---|---|
| Ricardo ALVAREZ | *TV BOUT – JUNIOR WELTERWEIGHTS - 8 ROUNDS* | John Michael JOHNSON |
| Guadalajara, MEX | vs. | San Antonio, TX |
| 23-3-3 (13 KOs) | | 31-9 (23 KOs) |

| | | |
|---|---|---|
| Antonio TARVER JR. | *MIDDLEWEIGHTS - 4 ROUNDS* | Zachary BRIONES |
| Orlando, FL | vs. | Austin, TX |
| Pro Debut | | 1-1 |

| | | |
|---|---|---|
| Joseph RODRIGUEZ | *JUNIOR FEATHERWEIGHTS - 6 ROUNDS* | Jeremy LONGORIA |
| San Antonio, TX | vs. | Corpus Christi, TX |
| 6-0 (2 KOs) | | 6-4 (1 KO) |

| | | |
|---|---|---|
| Johnny TAPIA | *JUNIOR FEATHERWEIGHTS - 4 ROUNDS* | Carlos TREVINO |
| Brownsville, TX | vs. | McAllen, TX |
| 1-0 (1 KO) | | 2-0-1 |

| | | |
|---|---|---|
| Ricardo LAMAS | *JUNIOR WELTERWEIGHTS - 4 ROUNDS* | Norberto SAENZ |
| Matamoros, MEX | vs. | Brownsville, TX |
| 1-0 (1 KO) | | Pro Debut |

| | | |
|---|---|---|
| Luis CASTRO | *JUNIOR LIGHTWEIGHTS - 4 ROUNDS* | Jesus GARZA |
| Edinburg, TX | vs. | Dallas, TX |
| 4-1 (4 KOs) | | 2-4-1 |

| | | |
|---|---|---|
| Enrique ALVAREZ | *WELTERWEIGHTS - 4 ROUNDS* | Hector GARZA |
| McAllen, TX | vs. | Harlingen, TX |
| 1-0 (1 KO) | | 3-12 (2 KOs) |

| | | |
|---|---|---|
| Ricardo PALACIOS | *WELTERWEIGHTS - 4 ROUNDS* | Gregorio BERGARA |
| Mission, TX | vs. | McAllen, TX |
| 1-0 | | Pro Debut |

| | | |
|---|---|---|
| Patrick RANGEL | *JUNIOR LIGHTWEIGHTS - 4 ROUNDS* | Manuel RUBALCAVA |
| Austin, TX | vs. | Laredo, TX |
| 0-1 | | 1-10 |

| | | |
|---|---|---|
| Steve LOVETT | *LIGHT HEAVYWEIGHTS - 6 ROUNDS* | TBA |
| Houston, TX | vs. | |
| 10-0 (8 KOs) | | |

(Bout Card and Order Subject to Change)

Last Updated: 9/19/14 4:25 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                                   GBP016291



### RIOS vs. CASTELLANOS
### OROZCO vs. FORBES
### DE LA HOYA vs. RUIZ
### Friday, October 10, 2014
### Fantasy Springs Resort Casino
### Indio, CA

**BLUE CORNER**                                                                 **RED CORNER**

**MAIN EVENT - JUNIOR LIGHTWEIGHTS - 10 ROUNDS**

**Ronny RIOS**                              vs.                                 **Robinson CASTELLANOS**
Santa Ana, CA                                                                   Guanajuato, MEX
23-0 (10 KOs)                                                                   19-10 (12 KOs)
Weight: 128 lbs.                                                                Weight: 127 lbs.

**SWING BOUT - JUNIOR WELTERWEIGHTS - 4 ROUNDS**

**Jesus DELGADO**                           vs.                                 **Joan VALENZUELA**
Los Angeles, CA                                                                 Chula Vista, CA
1-0-1                                                                           1-0 (1 KO)
Weight: 134.8 lbs.                                                              Weight: 139.5 lbs.

**Antonio OROZCO**           **CO-MAIN EVENT - WELTERWEIGHTS - 8 ROUNDS**       **Steve FORBES**
San Diego, CA                               vs.                                 Los Angeles, CA
20-0 (15 KOs)                                                                   35-13 (11 KOs)
Weight: 141.8 lbs.                                                              Weight: 142 lbs.

**Diego DE LA HOYA**           **TV BOUT - FEATHERWEIGHTS - 6 ROUNDS**          **Luis Alfonso RUIZ**
Mexicali, MEX                               vs.                                 Merida, MEX
6-0 (5 KOs)                                                                     5-2-1 (2 KOs)
Weight: 123 lbs.                                                                Weight: 123.6 lbs.

**Neeco MACIAS**               **JUNIOR MIDDLEWEIGHTS - 4 ROUNDS**              **Roberto CRESPO**
Palm Desert, CA                             vs.                                 Brooklyn, NY
6-0 (2 KO's)                                                                    4-4
Weight: 148.4 lbs.                                                              Weight: 147.8 lbs.

**Tony GUTIERREZ**             **SUPER MIDDLEWEIGHTS - 6 ROUNDS**              **Dashon JOHNSON**
Tijuana, MEX                                vs.                                 Riverside, CA
15-0-1 (7 KOs)                                                                  15-15-3 (5 KOs)
Weight: 162 lbs.                                                                Weight: 166.8 lbs.

**Santiago GUEVARA**           **LIGHTWEIGHTS - 4 ROUNDS**                     **Rocco ESPINOZA**
Los Angeles, CA                             vs.                                 Las Vegas, NV
7-0 (3 KOs)                                                                     4-9
Weight: 133.4 lbs.                                                              Weight: 132.8 lbs.

**Oscar NEGRETE**              **SUPER BANTAMWEIGHTS - 4 ROUNDS**             **Salvador PEREZ**
Los Angeles, CA                             vs.                                 Lexington, KY
7-0 (2 KOs)                                                                     2-5-2 (1 KO)
Weight: 119.2 lbs.                                                              Weight: 120 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 10/9/14 2:30 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                GBP016292

**MONSTER BRAWL**

OCTOBER 30TH, 2014 6™ DOORS | FIGHTS 7-11
PLYMOUTH, MA @ MEMORIAL HALL

**23-2 7KO'S DANNY O'CONNOR** VS. **ANDREW FARMER 18-2 8KO'S**
FRAMINGHAM, MA 2008 OLYMPIAN    FRONT ROYAL, VIRGINIA

GOLDEN BOY · BOXING · Corona Extra · O'Reilly AUTO PARTS · MÉXICO · PAR 4 · FOX SPORTS · FOX SPORTS

A PORTION OF THE PROCEEDS TO BENEFIT THE CLADDAGH FUND THE CHARITABLE FOUNDATION OF THE DROPKICK MURPHYS

**BLUE CORNER**                                                    **RED CORNER**

**MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS**

Danny O'CONNOR                    vs.                    Andrew FARMER
Framingham, MA                                          Ft. Valley, VA
23-2 (7 KOs)                                            18-2 (8 KOs)
Weight: 146 lbs.                                        Weight: 146 lbs.

**SWING BOUT - MIDDLEWEIGHTS - 6 ROUNDS**

Mark DeLUCA                       vs.                    Ryan DAVIS
Witman, MA                                              Granite City, IL
11-0 (8 KOs)                                            24-14-3 (9 KOs)
Weight: 158.5 lbs.                                      Weight: 159.5 lbs.

**CO-MAIN EVENT - JUNIOR WELTERWEIGHTS - 10 ROUNDS**

Sharif BOGERE                    vs.                    Fernando GARCIA
Las Vegas, NV                                           Tijuana, MEX
25-1 (17 KOs)                                           28-3-2 (18 KOs)
Weight: 136 lbs.                                        Weight: 136 lbs.

**TV BOUT - SUPER MIDDLEWEIGHTS - 4 ROUNDS**

Jason QUIGLEY                    vs.                    Greg McCOY
Donegal, IRL                                            New Haven, CT
2-0 (2 KOs)                                             3-3-1 (1 KO)
Weight: 165.5 lbs.                                      Weight: 165 lbs.

**SUPER MIDDLEWEIGHTS - 4 ROUNDS**

Paul GONZALVES                   vs.                    Sergio CABRERA
Hyannis, MA                                             Somerville, MA
7-4 (4 KOs)                                             0-3
Weight: 168 lbs.                                        Weight: 168 lbs.

**JUNIOR MIDDLEWEIGHTS - 4 ROUNDS**

Michael McLAUGHLIN               vs.                    Paulo De'SOUZA
Boston, MA                                              Somerville, MA
8-1-1 (4 KOs)                                           0-3
Weight: 154 lbs.                                        Weight: 154 lbs.

**HEAVYWEIGHTS - 4 ROUNDS**

Julian POLLARD                   vs.                    John ORR
Brockton, MA                                            Kansas City, MO
3-0 (3 KOs)                                             1-3
Weight: 256.5 lbs.                                      Weight: 302.5 lbs.

**LIGHT HEAVYWEIGHTS - 6 ROUNDS**

D'Mitrius BALLARD                vs.                    Thomas GIFFORD
Washington, DC                                          Hot Springs, AR
6-0 (5 KOs)                                             2-2-1 (1 KO)
Weight: 173 lbs.                                        Weight: 171.5 lbs.

**JUNIOR WELTERWEIGHTS - 4 ROUNDS**

Lamont ROACH JR.                 vs.                    Rafael FRANCIS
Washington, DC                                          Boston, MA
3-0 (1 KO)                                              0-1
Weight: 137.5 lbs.                                      Weight: 138.8 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 10/29/14 2:19 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                    GBP016293

ALIEN V. KRUSHER
# HOPKINS vs KOVALEV
#### UNIFIED LIGHT HEAVYWEIGHT WORLD CHAMPIONSHIP
### SATURDAY, NOVEMBER 8, 2014 - LIVE ON HBO
### BOARDWALK HALL - ATLANTIC CITY

**BLUE CORNER**                                                              **RED CORNER**

**MAIN EVENT - IBF, WBA & WBO LIGHT HEAVYWEIGHT TITLES - 12 ROUNDS**

Bernard HOPKINS                          vs.                          Sergey KOVALEV
Philadelphia, PA                                                      Chelyabinsk, RUS
55-6-2 (32 KOs)                                                      25-0-1 (23 KOs)
Weight: 173.5 lbs.                                                    Weight: 174.5 lbs.

**CO - FEATURE - WBO INTERCONTINENTAL WELTERWEIGHT TITLE - 10 ROUNDS**

Sadam ALI                                vs.                          Luis Carlos ABREGU
Brooklyn, NY                                                          Salta, ARG
20-0 (12 KOs)                                                        36-1 (29 KOs)
Weight: 146 lbs.                                                      Weight: 146.5 lbs.

**LIGHT HEAVYWEIGHTS - 10 ROUNDS**

Vyacheslav SHABRANSKY                     vs.                          Emil GONZALEZ
Los Angeles, CA                                                       San Juan, PR
10-0 (8 KOs)                                                         11-8-1 (8 KOs)
Weight: 173.5 lbs.                                                    Weight: 174 lbs.

**CRUSIERWEIGHTS - 10 ROUNDS**

Nadjib MOHAMMEDI                          vs.                          Demetrius WALKER
Aix en Provence, FRA                                                  Kansas City, MO
36-3 (21 KOs)                                                        7-7-1 (4 KOs)
Weight: 176 lbs.                                                      Weight: 174.5 lbs.

**HEAVYWEIGHTS - 10 ROUNDS**

Vyacheslav GLAZKOV                        vs.                          Darnell WILSON
Lugansk, UKR                                                         Miami, FL
18-0-1 (11 KOs)                                                     25-17-3 (21 KOs)
Weight: 220 lbs.                                                      Weight: 239 lbs.

**JUNIOR LIGHTWEIGHTS - 10 ROUNDS**

Eric HUNTER                               vs.                          Daniel RAMIREZ
Philadelphia, PA                                                      Los Angeles, CA
18-3 (9 KOs)                                                         11-1 (5 KOs)
Weight: 128 lbs.                                                      Weight: 127 lbs.

**LIGHT HEAVYWEIGHTS - 8 ROUNDS**

Sullivan BARRERA                          vs.                          Rowland BRYANT
Miami, FL                                                            Altamonte Springs, FL
13-0 (8 KOs)                                                         18-3 (12 KOs)
Weight: 175 lbs.                                                      Weight: 174 lbs.

**LIGHT HEAVYWEIGHTS - 6 ROUNDS**

Andrey SIROTKIN                           vs.                          Michael MITCHELL
Zubovo, RUS                                                          Paterson, NJ
4-0 (1 KO)                                                          3-4-2 (1 KO)
Weight: 169 lbs.                                                      Weight: 168 lbs.

**JUNIOR WELTERWEIGHTS - 4 ROUNDS**

Ryan MARTIN                               vs.                          Isais GONZALES
Chattanooga, TN                                                      Tucson, AZ
8-0 (4 KOs)                                                          17-3 (12 KOs)
Weight: 136 lbs.                                                      Weight: 135.5 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:45 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

-141-

     

*DIAZ vs. CASTANEDA*
*RAMIREZ vs. MELO*
*DE LA HOYA vs. GONZALEZ*
*TAISHAN vs. WASHINGTON*
*Thursday, November 13, 2014*
*Fantasy Springs Resort Casino*
*Indio, CA*

<u>**BLUE CORNER**</u>                          <u>**RED CORNER**</u>

**MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS**

Joseph DIAZ JR.                vs.                Roberto CASTANEDA
South El Monte, CA                              Mexicali, MEX
12-0 (8 KOs)                                    21-7-1 (15 KOs)

**SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS**

Jesus DELGADO                  vs.                Rick QUEVEDO
Los Angeles, CA                                 Riverside, CA
2-0-1 (1 KO)                                    1-1

**CO-MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS**

Julian RAMIREZ                 vs.                Pedro MELO
East Los Angeles, CA                            Tijuana, MEX
12-0 (7 KOs)                                    11-5-2 (2 KOs)

**TV BOUT - FEATHERWEIGHTS - 6 ROUNDS**

Diego DE LA HOYA               vs.                Ali GONZALEZ
Mexicali, MEX                                   Tijuana, MEX
7-0 (5 KOs)                                     6-3 (1 KO)

**TV BOUT - HEAVYWEIGHTS - 4 ROUNDS**

TAISHAN                        vs.                Tommy WASHINGTON
Beijing, CH                                     Lansing, MI
1-0 (1 KO)                                      3-6 (2 KOs)

**JUNIOR FEATHERWEIGHTS - 6 ROUNDS**

Roy TAPIA                      vs.                TBA
East Los Angeles, CA
9-0-1 (4 KOs)

**LIGHTWEIGHTS - 6 ROUNDS**

Gabriel TOLMAJYAN              vs.                Carlos MORALES
Glendale, CA                                    Los Angeles, CA
13-3-2 (3 KOs)                                  5-1-3 (2 KOs)

**JUNIOR LIGHTWEIGHTS - 4 ROUNDS**

Nicolas ARCE                   vs.                Adalbert VALENZUELA
Los Angeles, CA                                 Tijuana, MEX
Pro Debut                                       1-4

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:46 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                        GBP016295

        

### SANCHEZ vs. PAREDES
### TOMLINSON vs. ZAMUDIO
### Thursday, December 4, 2014
### Bing Crosby Hall - Del Mar Fairgrounds
### Del Mar, CA

**BLUE CORNER**                                                     **RED CORNER**

#### LIGHT HEAVYWEIGHTS - 4 ROUNDS
**Ulises SIERRA**                          vs.                      **Loren MYERS**
San Diego, CA                                                       San Diego, CA
7-0-2 (5 KOs)                                                       9-19-1 (2 KOs)
Weight: 170 lbs.                                                    Weight: 168 lbs.

#### MAIN EVENT - JUNIOR MIDDLEWEIGHTS - 10 ROUNDS
**Alan SANCHEZ**                           vs.                      **Ed PAREDES**
Fairfield, CA                                                       Hollywood, FL
14-3-1 (8 KOs)                                                      35-4-1 (23 KOs)
Weight: 149 lbs.                                                    Weight: 148.5 lbs.

#### SWING BOUT - JUNIOR MIDDLEWEIGHTS - 4 ROUNDS
**Adrian VARGAS**                          vs.                      **Mario HERMOSILLO**
National City, CA                                                   Mexico City, MEX
10-0-1 (7 KOs)                                                      12-15-4 (2 KOs)
Weight: 148.5 lbs.                                                  Weight: 146.5 lbs.

#### CO - MAIN EVENT - JUNIOR WELTERWEIGHTS - 8 ROUNDS
**Will TOMLINSON**                         vs.                      **Miguel ZAMUDIO**
Melbourne, AUS                                                      Los Mochis, MEX
22-1-1 (12 KOs)                                                     29-5-1 (17 KOs)
Weight: 134 lbs.                                                    Weight: 137 lbs.

#### TV BOUT - MIDDLEWEIGHTS - 6 ROUNDS
**Elias ESPADAS**                          vs.                      **Carlos LOPEZ**
Merida, MEX                                                         Humacao, PR
6-1 (3 KOs)                                                         5-1-1 (3 KOs)
Weight: 160 lbs.                                                    Weight: 160 lbs.

#### FEATHERWEIGHTS - 4 ROUNDS
**Jorge RUIZ**                             vs.                      **Raymond CHACON**
San Diego, CA                                                      Los Angeles, CA
6-2 (2 KOs)                                                         5-11
Weight: 124.5 lbs.                                                  Weight: 125 lbs.

#### WELTERWEIGHTS - 4 ROUNDS
**Brian NEVAREZ**                          vs.                      **Mario ANGELES**
San Diego, CA                                                      San Diego, CA
1-0                                                                 1-5-2
Weight: 144.5 lbs.                                                  Weight: 146 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 12/4/14 9:08 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                     GBP016296



## BLUE CORNER

## RED CORNER

### MAIN EVENT – NABF MIDDLEWEIGHT TITLE – 12 ROUNDS
vs.

**David LEMIEUX**
Montreal, CAN
32-2 (30 KOs)
Weight: 160 lbs.

**Gabriel ROSADO**
Philadelphia, PA
21-8 (13 KOs)
Weight: 159.8 lbs.

### CO – FEATURE – MIDDLEWEIGHTS – 10 ROUNDS
vs.

**Hugo CENTENO JR.**
Oxnard, CA
21-0 (11 KOs)
Weight: 159.4 lbs.

**James DE LA ROSA**
San Benito, TX
23-2 (13 KOs)
Weight: 159.8 lbs.

### VACANT NABF & NABA JUNIOR WELTERWEIGHT TITLE – 10 ROUNDS
vs.

**Thomas DULORME**
Carolina, PR
21-1 (14 KOs)
Weight: 139 lbs.

**Hank LUNDY**
Philadelphia, PA
25-3-1 (12 KOs)
Weight: 140 lbs.

### SUPER WELTERWEIGHTS – 10 ROUNDS
vs.

**Eddie GOMEZ**
Bronx, NY
16-1 (10 KOs)
Weight: 149.4 lbs.

**James WINCHESTER**
Reidsville, NC
16-10 (6 KOs)
Weight: 150.8 lbs.

### SUPER LIGHTWEIGHTS – 6 ROUNDS
vs.

**Zachary OCHOA**
Brooklyn, NY
8-0 (4 KOs)
Weight: 141 lbs.

**Jose Miguel CASTRO**
Carolina, PR
4-1 (2 KOs)
Weight: 138.4 lbs.

### WELTERWEIGHTS – 8 ROUNDS
vs.

**John Karl SOSA**
Caguas, PR
11-0 (6 KOs)
Weight: 144.6 lbs.

**Jason THOMPSON**
Brooklyn, NY
5-8-4 (4 KOs)
Weight: 144.8 lbs.

### LIGHT HEAVYWEIGHTS – 6 ROUNDS
vs.

**D'Mitrius BALLARD**
Washington, DC
7-0 (6 KOs)
Weight: 170.6 lbs.

**Tylon BURRIS**
Hartford, CT
4-2 (2 KOs)
Weight: 170.4 lbs.

### LIGHTWEIGHTS – 4 ROUNDS
vs.

**Lamont ROACH JR.**
Washington, DC
4-0 (2 KOs)
Weight: 132.8 lbs.

**Alexander CHARNECO**
Aguada, PR
2-0 (2 KOs)
Weight: 134 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:47 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016297

     

*DIAZ vs. BERANZA*
*HERNANDEZ vs. VALLECILLO*
*MORALES vs. SHAILEZOV*
*Monday, December 8, 2014*
*Cowboys Dancehall*
*San Antonio, TX*

NO
TV

*BLUE CORNER*                                                    *RED CORNER*

*FEATHERWEIGHTS - 10 ROUNDS*

Joseph DIAZ JR.                          vs.                     Jose Angel BERANZA
South El Monte, CA                                              Mexico City, MEX
13-0 (9 KO's)                                                   36-31-2 (28 KOs)
Weight: 123.6 lbs.                                              Weight: 123.4 lbs.

*BANTAMWEIGHTS - 10 ROUNDS*

Ivan MORALES                             vs.                     Timur SHAILEZOV
Tijuana, MEX                                                    Los Angeles, CA
26-0 (15 KOs)                                                   17-8-1 (4 KOs)
Weight: 118.4 lbs.                                              Weight: 118.8 lbs.

*JUNIOR WELTERWEIGHTS – 8 ROUNDS*

Jose HERNANDEZ                           vs.                     Justo VALLECILLO
FT. Worth, TX                                                   San Antonio, TX
14-8-1 (6 KOs)                                                  6-17 (3 KOs)
Weight: 137.4 lbs.                                              Weight: 135.4 lbs.

*JUNIOR LIGHTWEIGHTS - 6 ROUNDS*

Joseph RODRIGUEZ                         vs.                     Jesus SANDOVAL
San Antonio, TX                                                San Francisco, CA
7-0 (2 KOs)                                                     3-4-3
Weight: 130 lbs.                                                Weight: 129.6 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*

Christian SANTBANEZ                      vs.                     Daniel ARRIAGA
San Antonio, TX                                                San Antonio, TX
0-2                                                             0-1-1
Weight: 134.4 lbs.                                              Weight: 133  lbs.

*MIDDLEWEIGHTS - 4 ROUNDS*

Jairo CASTANEDA                          vs.                     Albert ESPINOZA
San Antonio, TX                                                Laredo, TX
6-0 (2 KOs)                                                     2-4
Weight: 148.8 lbs.                                              Weight: 157.2 lbs.

*FEATHERWEIGHTS - 4 ROUNDS*

Cresencio RAMOS                          vs.                     Jaime HERNANDEZ
San Antonio, TX                                                Cooperas, Cove, TX
1-0 (1 KO)                                                      1-2
Weight: 126.2 lbs.                                              Weight: 124.4 lbs.

*JUNIOR FEATHERWEIGHTS - 4 ROUNDS*

Juan TAPIA                               vs.                     Robert LEDESMA
Brownsville, TX                                                San Antonio, TX
2-0 (1 KO)                                                      0-3
Weight: 122 lbs.                                                Weight: 118.4 lbs.

*LIGHT HEAVYWEIGHTS - 4 ROUNDS*

Adam FRANKLIN                            vs.                     Kevin CONRAD
San Antonio, TX                                                San Marcos, TX
Pro Debut                                                      0-2
Weight: 168 lbs.                                                Weight: 169 lbs.

*LIGHTWEIGHTS - 4 ROUNDS*

David RUIZ                               vs.                     Cesar MARTINEZ
San Antonio, TX                                                Austin, TX
0-2                                                             0-2-3
Weight: 133 lbs.                                                Weight: 135 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 10:47 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

-145-

GBP016298



**BLUE CORNER**                                                                        **RED CORNER**

**Amir KHAN**                    *MAIN EVENT - WBC SILVER WELTERWEIGHT TITLE - 12 ROUNDS*    Devon ALEXANDER
Bolton, UK                                          vs.                                 St. Louis, MO
29-3 (19 KOs)                                                                           26-2 (14 KOs)
Weight: 147 lbs.                                                                        Weight: 147 lbs.

**Keith THURMAN**                *CO-FEATURE - WBA INTERIM WELTERWEIGHT TITLE - 12 ROUNDS*    Leonard BUNDU
Clearwater, FL                                      vs.                                 Florence, ITALY
23-0 (21 KOs)                                                                           31-0-2 (11 KOs)
Weight: 146 lbs.                                                                        Weight: 146.5 lbs.

**Abner MARES**                          *SUPER FEATHERWEIGHTS - 10 ROUNDS*                Jose RAMIREZ
Guadalajara, MEX                                    vs.                                 Mexicali, MEX
27-1-1 (14 KOs)                                                                         24-3-2 (15 KOs)
Weight: 127 lbs.                                                                        Weight: 130.5 lbs.

**Jermall CHARLO**              *IBF JUNIOR MIDDLEWEIGHT TITLE ELIMINATOR - 12 ROUNDS*     Lenny BOTTAI
Houston, TX                                         vs.                                 Livorno, ITALY
19-0 (15 KOs)                                                                           22-2 (9 KOs)
Weight: 154 lbs.                                                                        Weight: 154 lbs.

**Jermell CHARLO**                       *JUNIOR MIDDLEWEIGHT - 10 ROUNDS*                Mario LOZANO
Houston, TX                                         vs.                                 Chihuahua, MEX
24-0 (11 KOs)                                                                           27-5 (20 KOs)
Weight: 153.5 lbs.                                                                      Weight: 153 lbs.

**Errol SPENCE JR.**                    *JUNIOR MIDDLEWEIGHTS - 8 ROUNDS*                 Javier CASTRO
Dallas, TX                                          vs.                                 Cuidad Juarez, MEX
14-0 (11 KOs)                                                                           27-7 (22 KOs)
Weight: 149.5 lbs.                                                                      Weight: 151.5 lbs.

**Victor ORTIZ**                            *WELTERWEIGHTS - 8 ROUNDS*                    Manny PEREZ
Ventura, CA                                         vs.                                 Denver, CO
29-5-2 (22 KOs)                                                                         21-10-1 (4 KOs)
Weight: 146.5 lbs.                                                                      Weight: 146 lbs.

**Yoshihiro KAMEGAI**                   *JUNIOR MIDDLEWEIGHTS - 8 ROUNDS*                 Oscar GODOY
Tokyo, JAP                                          vs.                                 San Jose, CA
24-2-1 (21 KOs)                                                                         13-3 (6 KOs)
Weight: 151 lbs.                                                                        Weight: 150 lbs.

**Beibut SHUMENOV**                        *CRUISERWEIGHTS - 8 ROUNDS*                    Bobby THOMAS JR.
Las Vegas, NV                                       vs.                                 Beckley, WV
14-2 (9 KOs)                                                                            14-2-1 (9 KOs)
Weight: 200 lbs.                                                                        Weight: 201 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 12/12/14 3:59 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                        GBP016299



**RED CORNER**                                                    **BLUE CORNER**

### TV MAIN EVENT - SUPER FEATHERWEIGHTS - 10 ROUNDS

| Julian RAMIREZ | vs. | Chris MARTIN |
|---|---|---|
| East Los Angeles, CA | | San Diego, CA |
| 15-0 (8 KOs) | | 28-6-3 (9 KOs) |
| Weight: 127.4 lbs. | | Weight: 125.4 lbs. |

### TV SWING BOUT - WELTERWEIGHTS - 6 ROUNDS

| Jonathan NAVARRO | vs. | Carlos RODRIGUEZ |
|---|---|---|
| East Los Angeles, CA | | Casas Grandes, Mex |
| 3-0 (2 KOs) | | 9-2 (4 KOs) |
| Weight: 142 lbs. | | Weight: 142 lbs. |

### TV CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

| Abraham LOPEZ | vs. | Carlos VALCARCEL |
|---|---|---|
| La Puente, CA | | Guaynabo, PR |
| 19-0-1 (14 KOs) | | 14-6-4 (5 KOs) |
| Weight: 126 lbs. | | Weight: 125.4 lbs. |

### FEATHERWEIGHTS - 6 ROUNDS

| Edgar VALERIO | vs. | Justin LOPEZ |
|---|---|---|
| Los Angeles, CA | | Grandville, MI |
| 4-0 (2 KOs) | | 5-4 (5 KOs) |
| Weight: 125 lbs. | | Weight: 123.2 lbs. |

### BANTAMWEIGHTS - 6 ROUNDS

| Joshua FRANCO | vs. | Juan BENAVIDES |
|---|---|---|
| San Antonio, TX | | Ciudad Obregon, MEX |
| 3-0 (2 KOs) | | 5-6-1 (2 KOs) |
| Weight: 117.2 lbs. | | Weight: 117.4 lbs. |

### SUPER BANTAMWEIGHTS - 4 ROUNDS

| Pablo RUBIO JR. | vs. | Bryan PEREZ |
|---|---|---|
| Los Angeles, CA | | Carolina, PR |
| 3-0 (2 KOs) | | 2-2-1 (1 KO) |
| Weight: 120.6 lbs. | | Weight: 121.4 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 1/28/16 4:01 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                    GBP016300

    

### *CABALLERO vs. GARCIA*
### *GOMEZ vs. ORTIZ*
### Friday, Febuary 5, 2016
### *Fantasy Springs Resort Casino*
### *Indio, CA*

*RED CORNER*                                                          *BLUE CORNER*

**MIDDLEWEIGHTS - 4 ROUNDS**

Shane MOSLEY JR.                          vs.                          **Daniel HENRY**
**Pomona, CA**                                                         **Lewiston, ME**
**4-1 (4 KOs)**                                                        **3-4-3**

**TV MAIN EVENT - SUPER BANTAMWEIGHTS - 10 ROUNDS**

Randy CABALLERO                           vs.                          **Ruben GARCIA**
**Coachella, CA**                                                      **Mexico City, MEX**
**22-0 (13 KOs)**                                                      **15-1-1 (6 KOs)**

**TV SWING BOUT - SUPER FEATHERWEIGHTS - 6 ROUNDS**

Hector TANAJARA JR.                       vs.                          **Clay BURNS**
**San Antonio, TX**                                                    **Alexandria, LA**
**4-0 (3 KOs)**                                                        **3-0-1 (3 KOs)**

**TV CO-MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS**

Frankie GOMEZ                             vs.                          **Silverio ORTIZ**
**East Los Angeles, CA**                                              **Chicxulub, MEX**
**19-0 (13 KOs)**                                                      **29-16 (15 KOs)**

**BANTAMWEIGHTS - 6 ROUNDS**

Rocco SANTOMURO                           vs.                          **Jose ESTRELLA**
**Las Vegas, NV**                                                     **Tijuana, MEX**
**12-0 (1 KO)**                                                        **14-9-1 (10 KOs)**

**SUPER WELTERWEIGHTS - 6 ROUNDS**

Neeco MACIAS                              vs.                          **Paul MPENDO**
**Palm Desert, CA**                                                   **Kampala, UGD**
**10-0 (5 KOs)**                                                       **8-13-4 (4 KOs)**

**LIGHT HEAVYWEIGHTS - 4 ROUNDS**

Alberto FUNDORA                           vs.                          **Cesar RUIZ**
**Coachella, CA**                                                     **Sonora, MEX**
**6-0 (2 KOs)**                                                        **2-2 (1 KO)**

**WELTERWEIGHTS - 4 ROUNDS**

Jesus SANCHEZ                             vs.                          **Gibran GUTIERREZ**
**Indio, CA**                                                         **Santa Ana, CA**
**Pro Debut**                                                         **0-1**

(Bout Card and Order Subject to Change)

Last Updated: 1/28/16 5:44 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL GBP016301



| **RED CORNER** | | **BLUE CORNER** |
|---|---|---|

### TV MAIN EVENT - FEATHERWEIGHTS - 8 ROUNDS

| Diego DE LA HOYA | vs. | Arturo BADILLO |
|---|---|---|
| Mexicali, MEX | | Tijuana, MEX |
| 13-0 (7 KOs) | | 20-9 (18 KOs) |
| Weight: 126 lbs. | | Weight: 124.6 lbs. |

### TV CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 10 ROUNDS

| Carlos MORALES | vs. | Omar TIENDA |
|---|---|---|
| Los Angeles, CA | | Nuevo Leon, MEX |
| 12-1-3 (6 KOs) | | 14-2 (8 KOs) |
| Weight: 129.6 lbs. | | Weight: 129.4 lbs. |

### TV OPENER - SUPER FEATHERWEIGHTS - 6 ROUNDS

| Nick ARCE | vs. | Luis LIZARRAGA JR. |
|---|---|---|
| Los Angeles, CA | | Merida, MEX |
| 6-0 (6 KOs) | | 5-7-1 (2 KOs) |
| Weight: 127 lbs. | | Weight: 126.6 lbs. |

### SUPER LIGHTWEIGHTS - 4 ROUNDS

| Oscar DUARTE | vs. | Archie WEAH |
|---|---|---|
| Parral, MEX | | Norcross, GA |
| 3-0-1 (2 KOs) | | 1-4 |
| Weight: 139.4 lbs. | | Weight: 139.6 lbs. |

### SUPER FEATHERWEIGHTS - 4 ROUNDS

| Francisco ESPARZA | vs. | Antonio MARTINEZ |
|---|---|---|
| Las Vegas, NV | | Durango, MEX |
| 2-0 | | 3-5 (3 KOs) |
| Weight: 129 lbs. | | Weight: 128.2 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 2/18/16 3:53 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL
GBP016302



| RED CORNER | | BLUE CORNER |
|---|---|---|

### TV MAIN EVENT - SUPER LIGHTWEIGHTS - 10 ROUNDS

| | | |
|---|---|---|
| Michael Angelo PEREZ | vs. | Martin HONORIO |
| Newark, NJ | | Mexico City, MEX |
| 23-1-2 (11 KOs) | | 33-9-1 (16 KOs) |
| Weight: 137.6 lbs. | | Weight: 138 lbs. |

### TV CO-MAIN EVENT - SUPER FEATHERWEIGHTS - 8 ROUNDS

| | | |
|---|---|---|
| Christian GONZALEZ | vs. | David RODELA |
| Los Angeles, CA | | Oxnard, CA |
| 12-0 (11 KOs) | | 17-12-4 (7 KOs) |
| Weight: 132.4 lbs. | | Weight: 131.4 lbs. |

### TV OPENER - SUPER BANTAMWEIGHTS - 8 ROUNDS

| | | |
|---|---|---|
| Oscar NEGRETE | vs. | Neftali CAMPOS |
| Los Angeles, CA | | Tijuana, MEX |
| 12-0 (5 KOs) | | 11-0 (9 KOs) |
| Weight: 119 lbs. | | Weight: 120 lbs. |

### SUPER WELTERWEIGHTS - 4 ROUNDS

| | | |
|---|---|---|
| Alexis ROCHA | vs. | Jordan ROSARIO |
| Santa Ana, CA | | Santo Domingo, DR |
| Pro debut | | 0-3 |
| Weight: 147.2 lbs. | | Weight: 147.8 lbs. |

### SUPER BANTAMWEIGHTS - 6 ROUNDS

| | | |
|---|---|---|
| Rafael GRAMAJO | vs. | Sharone CARTER |
| Los Angeles, CA | | St. Louis, MO |
| 6-1-1 (2 KOs) | | 4-0 (2 KOs) |
| Weight: 121.4 lbs. | | Weight: 121.6 lbs. |

### SUPER FEATHERWEIGHTS - 6 ROUNDS

| | | |
|---|---|---|
| Ivan DELGADO | vs. | Jesus SANDOVAL |
| Los Angeles, CA | | Mazatlan, MEX |
| 8-0-1 (2 KOs) | | 5-8-3 (1 KO) |
| Weight: 131 lbs. | | Weight: 130 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 3/3/16 3:53 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

GBP016303



**RED CORNER**

<u>**MAIN EVENT – HEAVYWEIGHTS – 12 ROUNDS**</u>

**BLUE CORNER**

Luis ORTIZ
Miami, FL
24-0 (21 KOs)
Weight: 242.6 lbs.

vs.

Tony THOMPSON
Washington, DC
40-6 (27 KOs)
Weight: 263.8 lbs.

<u>**CO-MAIN EVENT – VACANT WBO WELTERWEIGHT TITLE – 12 ROUNDS**</u>

Sadam ALI
Brooklyn, NY
22-0 (13 KOs)
Weight: 147 lbs.

vs.

Jessie VARGAS
Las Vegas, NV
26-1 (9 KOs)
Weight: 146.2 lbs.

<u>**WBC INTERIM FEATHERWEIGHT TITLE – 12 ROUNDS**</u>

Robinson CASTELLANOS
Celaya, MEX
21-10 (13 KOs)
Weight: 124.6 lbs.

vs.

Oscar ESCANDON
Tolima, COL
24-2 (16 KOs)
Weight: 126 lbs.

<u>**LIGHTWEIGHTS – 6/8 ROUNDS**</u>

Lamont ROACH JR.
Washington, DC
9-0 (3 KOs)
Weight: 131.6 lbs.

vs.

Jesus LULE
Ft. Myers, FL
8-15-1 (1 KO)
Weight: 133.6 lbs.

<u>**SUPER WELTERWEIGHTS – 8 ROUNDS**</u>

Rashidi ELLIS
Lynn, MA
14-0 (11 KOs)
Weight: 149 lbs.

vs.

Marco LOPEZ
Tlaxcala, MEX
23-8 (14 KOs)
Weight: 148.6 lbs.

<u>**LIGHT HEAVYWEIGHTS – 6 ROUNDS**</u>

D'Mitrius BALLARD
Washington, DC
11-0 (7 KOs)
Weight: 168.2 lbs.

vs.

Liosvy Mayedo
Las Tuna, CUB
8-2 (6 KOs)
Weight: 175 lbs.

<u>**SUPER LIGHTWEIGHTS – 6 ROUNDS**</u>

Zachary OCHOA
Brooklyn, NY
13-0 (6 KOs)
Weight: 140 lbs.

vs.

Rosbel MONTOYA
Tamaulipas, MEX
16-6-1 (13 KOs)
Weight: 140.4 lbs.

<u>**FEATHERWEIGHTS – 6 ROUNDS**</u>

Kevin RIVERS
Palmer Park, MD
12-1 (9 KOs)
Weight: 126 lbs.

vs.

Angel AISPURO
Sinaloa, MEX
6-3-2 (3 KOs)
Weight: 126.6 lbs.

<u>**LIGHTWEIGHTS – 6 ROUNDS**</u>

Damon ALLEN
Philadelphia, PA
8-0 (3 KOs)
Weight: 135.2 lbs.

vs.

Daniel PERALES
McCallen, TX
6-3-1 (4 KOs)
Weight: 135.2 lbs.

<u>**CRUISERWEIGHTS – 6 ROUNDS**</u>

Todd UNTHANK-MAY
Philadelphia, PA
8-0 (3 KOs)
Weight: 177.8 lbs.

vs.

Alexander JOHNSON
Washington, DC
16-3 (7 KOs)
Weight: 175.6 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 11:13 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL

    

### *OROZCO vs. ACOSTA*
### *CANCIO vs. CAZARES*
**Friday, March 25, 2016**
**Fantasy Springs Resort Casino**
**Indio, CA**

**RED CORNER**                                        **BLUE CORNER**

#### *SUPER WELTERWEIGHTS - 8 ROUNDS*

KeAndre GIBSON                 vs.                Hector VELAZQUEZ
St. Louis, MS                                       Tijuana, MEX
14-0-1 (6 KOs)                                      57-26-3 (39 Kos)
Weight: 149 lbs.                                    Weight: 154.4 lbs.

#### *TV MAIN EVENT - WELTERWEIGHTS - 10 ROUNDS*

Antonio OROZCO                vs.                 Miguel ACOSTA
San Diego, CA                                      Philadelphia, PA
23-0 (15 KOs)                                       29-8-2 (23 KOs)
Weight: 142.4 lbs.                                  Weight: 142 lbs.

#### *TV SWING BOUT - LIGHTWEIGHTS - 4 ROUNDS*

Marco MAGDALENO               vs.                 Luis SILVA
Indio, CA                                          Tijuana, MEX
2-0 (1 KO)                                          2-7 (1 KO)
Weight: 134 lbs.                                    Weight: 134.2 lbs.

#### *TV CO-MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS*

Andrew CANCIO                 vs.                 Hugo CAZARES
Blythe, CA                                         Los Mochis, MEX
16-3-2 (12 KOs)                                     40-8-2 (27 KOs)
Weight: 126 lbs.                                    Weight: 126 lbs.

#### *SUPER MIDDLEWEIGHTS - 8 ROUNDS*

Jason QUIGLEY                 vs.                 Freddy LOPEZ
Donegal, IRL                                       Chiapas, MEX
9-0 (8 KOs)                                         10-3 (7 KOs)
Weight: 163.4 lbs.                                  Weight: 165 lbs.

#### *SUPER BANTAMWEIGHTS - 8 ROUNDS*

Emilio SANCHEZ                vs.                 Gustavo MOLINA
Pacoima, CA                                        Tlaxcala, MEX
11-0 (8 KOs)                                        12-9 (5 KOs)
Weight: 121.2 lbs.                                  Weight: 119 lbs.

#### *SUPER WELTERWEIGHTS - 4 ROUNDS*

Jon Jon DINONG                vs.                 Jared TEER
Los Angles, CA                                     Olympia, WA
1-0 (1 KO)                                          2-5
Weight: 148 lbs.                                    Weight: 151 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 3/24/16 2:45 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                        GBP016305

***RED CORNER***                                                              ***BLUE CORNER***

### TV MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

**Manuel AVILA**                         vs.                         **Rene ALVARADO**
**Fairfield, CA**                                                    **Managua, NIC**
**19-0 (8 KOs)**                                                     **23-6 (16 KOs)**
**Weight: 125.8 lbs.**                                               **Weight: 125.6 lbs.**

### TV CO-MAIN EVENT - SUPER LIGHTWEIGHTS - 8 ROUNDS

**Gilberto GONZALEZ**                    vs.                         **Luis ARCEO**
**Mexico City, MEX**                                                 **Aguascalientes, MEX**
**25-3 (21 KOs)**                                                    **28-14-4 (19 KOs)**
**Weight: 136 lbs.**                                                 **Weight: 135 lbs.**

### TV OPENER - WELTERWEIGHTS - 6 ROUNDS

**Oscar TORRES**                         vs.                         **Marquis TAYLOR**
**Los Angeles, CA**                                                  **Houston, TX**
**8-0 (4 KOs)**                                                      **3-1**
**Weight: 146.8 lbs.**                                               **Weight: 145.4 lbs.**

### FEATHERWEIGHTS - 6 ROUNDS

**Edgar VALERIO**                        vs.                         **Javier RODRIGUEZ**
**Los Angeles, CA**                                                  **Monterrey, MEX**
**5-0 (3 KOs)**                                                      **3-1 (2 KOs)**
**Weight: 125 lbs.**                                                 **Weight: 125.4 lbs.**

### SUPER BANTAMWEIGHTS - 4 ROUNDS

**Pablo RUBIO JR.**                      vs.                         **Juan Carlos BENAVIDES**
**Los Angeles, CA**                                                  **Ciudad Obregon, MEX**
**4-0 (3 KOs)**                                                      **5-7-1 (2 KOs)**
**Weight: 120.8 lbs.**                                               **Weight: 122 lbs.**

### BANTAMWEIGHTS - 6 ROUNDS

**Joshua FRANCO**                        vs.                         **Jorge PEREZ**
**San Antonio, TX**                                                  **Riverside, CA**
**4-0 (2 KOs)**                                                      **2-1 (1 KO)**
**Weight: 117.4 lbs.**                                               **Weight: 116.8 lbs.**

### SUPER FEATHERWEIGHTS - 4 ROUNDS

**Tenochtitlan NAVA**                    vs.                         **Antonio MARTINEZ**
**Los Angeles, CA**                                                  **Durango, MEX**
**Pro Debut**                                                        **3-6 (3 KOs)**
**Weight: 128.8 lbs.**                                               **Weight: 130 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 4/1/16 9:48 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                          GBP016306



**_RED CORNER_**                                                        **_BLUE CORNER_**

### TV MAIN EVENT - SUPER WELTERWEIGHTS - 10 ROUNDS

**Jesus SOTO KARASS**              vs.              **Yoshihiro KAMEGAI**
**Los Mochis, MEX**                                 **Tokyo, JPN**
**28-10-3 (18 KOs)**                                **26-3-1 (23 KOs)**
**Weight: 153.6 lbs.**                              **Weight: 153.4 lbs.**

### TV CO-MAIN EVENT - CRUISERWEIGHTS - 8 ROUNDS

**Vyacheslav SHABRANSKYY**        vs.              **Derrick FINDLEY**
**Los Angeles, CA**                                 **Chicago, IL**
**15-0 (12 KOs)**                                   **23-18-1 (15 KOs)**
**Weight: 179 lbs.**                                **Weight: 178 lbs.**

### TV OPENER - LIGHTWEIGHTS - 4 ROUNDS

**Genaro GAMEZ**                  vs.              **Archie WEAH**
**San Diego, CA**                                   **Norcross, GA**
**Pro Debut**                                       **1-5**
**Weight: 132.6 lbs.**                              **Weight: 132.2 lbs.**

### SUPER MIDDLEWEIGHTS - 4 ROUNDS

**Niko VALDES**                   vs.              **Roberto RAMIREZ**
**Miami, FL**                                       **Navojoa, Mex**
**Pro Debut**                                       **0-2**
**Weight: TBA**                                     **Weight: TBA**

### WELTERWEIGHTS - 6 ROUNDS

**Jonathan NAVARRO**              vs.              **Tavorus TEAGUE**
**East Los Angeles, CA**                            **Paramount, CA**
**4-0 (3 KOs)**                                     **3-10-2 (2 KOs)**
**Weight: 143 lbs.**                                **Weight: 143.6 lbs.**

### SUPER FEATHERWEIGHTS - 4 ROUNDS

**Jousce GONZALEZ**               vs.              **Noe PEREZ**
**Glendora, CA**                                    **Ciudad Juarez, MEX**
**Pro Debut**                                       **1-1**
**Weight: 129 lbs.**                                **Weight: 129 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 4/14/16 1:55 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                            GBP016307



**RED CORNER**                                               **BLUE CORNER**


### TV MAIN EVENT - NABF/NABA LIGHTWEIGHT TITLES - 10 ROUNDS
Marvin QUINTERO                    vs.                Petr PETROV
Tijuana, MEX                                         Stavropol, RUS
28-6 (24 KOs)                                        36-4-2 (16 KOs)
Weight: 136.2 lbs.                                   Weight: 134.4 lbs.


### TV SWING BOUT - SUPER WELTERWEIGHTS - 4 ROUNDS
Alexis ROCHA                       vs.                Abdel VERA
Santa Ana, CA                                        Carolina, PR
1-0 (1 KO)                                           0-2
Weight: 147.6 lbs.                                   Weight: 149 lbs.


### TV CO MAIN - VACANT WBC CONTINENTAL AMERICAS WELTERWEIGHT TITLE - 10 ROUNDS
Pablo Cesar CANO                   vs.                Alan SANCHEZ
Tlanepantla, MEX                                     Fairfield, CA
29-4-1 (21 KOs)                                      17-3-1 (9 KOs)
Weight: 146.4 lbs.                                   Weight: 147 lbs.


### TV OPENER - VACANT NABF SUPER BANTAMWEIGHT TITLE - 10 ROUNDS
Horacio GARCIA                     vs.                Erik RUIZ
Guadalajara, MEX                                     Oxnard, CA
30-1 (21 KOs)                                        15-5 (6 KOs)
Weight: 121.8 lbs.                                   Weight: 122.4 lbs.


### FEATHERWEIGHTS - 8 ROUNDS
Joet GONZALEZ                      vs.                Ricardo PROANO
Glendora, CA                                         Chihuahua, MEX
12-0 (6 KOs)                                         11-3 (9 KOs)
Weight: 125.6 lbs.                                   Weight: 125.6 lbs.


(Bout Card and Order Subject to Change)

Last Updated: 5/5/16 4:53 PM


**Golden Boy's Summary Judgment Exhibit No. 35**

SATURDAY, MAY 7, 2016
T-MOBILE ARENA - LAS VEGAS
#CANELOKHAN

DAVID LEMIEUX VS GLEN TAPIA        MAURICIO HERRERA VS FRANKIE GOMEZ        PATRICK TEIXEIRA VS CURTIS STEVENS

*RED CORNER*                                                                    *BLUE CORNER*

**MAIN EVENT - WBC MIDDLEWEIGHT TITLE - 12 ROUNDS**

| | | |
|---|---|---|
| Canelo ALVAREZ | vs. | Amir KHAN |
| Guadalajara, MEX | | Bolton, ENG |
| 46-1-1 (32 KOs) | | 31-3 (19 KOs) |
| Weight: 155 lbs. | | Weight: 155 lbs. |

**CO-MAIN EVENT - VACANT NABO MIDDLEWEIGHT TITLE - 10 ROUNDS**

| | | |
|---|---|---|
| David LEMIEUX | vs. | Glen TAPIA |
| Montreal CAN | | Passaic, NJ |
| 34-3 (31 KOs) | | 23-2 (15 KOs) |
| Weight: 160 lbs. | | Weight: 159.5 lbs. |

**WELTERWEIGHTS - 10 ROUNDS**

| | | |
|---|---|---|
| Mauricio HERRERA | vs. | Frankie GOMEZ |
| Riverside, CA | | East Los Angeles, CA |
| 22-5 (7 KOs) | | 20-0 (13 KOs) |
| Weight: 145.5 lbs. | | Weight: 146 lbs. |

**VACANT WBC DE LAS AMERICAS MIDDLEWEIGHT TITLE - 10 ROUNDS**

| | | |
|---|---|---|
| Patrick TEIXEIRA | vs. | Curtis STEVENS |
| Santa Catarina, BRA | | Brooklyn, NY |
| 26-0 (22 KOs) | | 27-5 (20 KOs) |
| Weight: 159 lbs. | | Weight: 160 lbs. |

**SUPER BANTAMWEIGHT – 8/10 ROUNDS**

| | | |
|---|---|---|
| Diego DE LA HOYA | vs. | Rocco SANTOMAURO |
| Mexicali, MEX | | Duarte, CA |
| 14-0 (8 KOs) | | 13-0 (1 KO) |
| Weight: 122 lbs. | | Weight: 121 lbs. |

**MIDDLEWEIGHTS - 10 ROUNDS**

| | | |
|---|---|---|
| Jason QUIGLEY | vs. | James DE LA ROSA |
| Donegal, IRL | | Harlingen, TX |
| 10-0 (9 KOs) | | 23-3 (13 KOs) |
| Weight: 160 lbs. | | Weight: 159.5 lbs. |

**LIGHTWEIGHTS – 8 ROUNDS**

| | | |
|---|---|---|
| Lamont ROACH JR. | vs. | Jose Arturo ESQUIVEL |
| Washinton, DC | | Ciudad Saucillo, MEX |
| 10-0 (3 KOs) | | 9-4 (2 KOs) |
| Weight: 132 lbs. | | Weight: 132 lbs. |

**SUPER WELTERWEIGHTS - 8 ROUNDS**

| | | |
|---|---|---|
| Rashidi ELLIS | vs. | Marco Antonio LOPEZ |
| Boston, MA | | Tlaxcala, MEX |
| 14-0 (11 KOs) | | 24-8 (15 KOs) |
| Weight: 150 lbs. | | Weight: 148.5 lbs. |

**SUPER LIGHTWEIGHTS - 4 ROUNDS**

| | | |
|---|---|---|
| David MIJARES | vs. | Omar REYES |
| Santa Monica, CA | | Corpus Christi, TX |
| Pro Debut | | 1-2 |
| Weight: 139.5 lbs. | | Weight: 141 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 5/6/16 6:14 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                    GBP016309

    

### *GOMEZ vs SOSA*
### *MALDONADO JR. vs. HOVHANNISYAN*
### *Friday, May 20, 2016*
### *Fantasy Springs Resort Casino*
### *Indio, CA*

**_RED CORNER_**                                   **_BLUE CORNER_**

**_TV MAIN EVENT - VACANT IBF NORTH AMERICAN WELTERWEIGHT TITLE - 10 ROUNDS_**

**Eddie GOMEZ**            vs.            **John Karl SOSA**
**Bronx, NY**                             **Caguas, PR**
**18-1 (11 KOs)**                         **13-1 (6 KOs)**
**Weight: 145.6 lbs.**                    **Weight: 146.6 lbs.**

### *TV SWING BOUT - WELTERWEIGHTS - 4 ROUNDS*

**Jesus SANCHEZ**          vs.            **Livan NAVARRO**
**Indio, CA**                             **Havana, CUB**
**1-0 (1 KO)**                            **2-0**
**Weight: 141.8 lbs.**                    **Weight: 141.4 lbs.**

### *TV CO-MAIN EVENT - LIGHTWEIGHTS - 10 ROUNDS*

**Fidel MALDONADO JR.**    vs.            **Art HOVHANNISYAN**
**Albuquerque, NM**                       **Glendale, CA**
**21-3 (18 KOs)**                         **17-2-2 (9 KOs)**
**Weight: 135 lbs.**                      **Weight: 134.2 lbs.**

### *LIGHTWEIGHTS - 6 ROUNDS*

**Joseph AGUIRRE**         vs.            **Rony ALVARADO**
**Cancun, MEX**                           **Ciudad Juarez, MEX**
**12-0 (8 KOs)**                          **9-7 (5 KOs)**
**Weight: 134 lbs.**                      **Weight: 135 lbs.**

### *SUPER MIDDLEWEIGHTS - 8 ROUNDS*

**D'Mitrius BALLARD**      vs.            **Victor FONSECA**
**Temple Hills, MD**                      **Tijuana, MEX**
**12-0 (8 KOs)**                          **9-6-1 (7 KOs)**
**Weight: 168.6 lbs.**                    **Weight: 166.6 lbs.**

(Bout Card and Order Subject to Change)

Last Updated: 5/19/16 1:02 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

  

No TV

### Wednesday, May 25, 2016
### Ray Dolby Ballroom
### Hollywood, CA

*RED CORNER*                                        *BLUE CORNER*

### LIGHTWEIGHTS - 6 ROUNDS

**Damon ALLEN**               vs.               **Danny MONTOYA**
**Philadelphia, PA**                             **Reynosa, MEX**
**9-0 (3 KOs)**                                  **10-3 (7 KOs)**
**Weight: 134.4 lbs.**                           **Weight: 135 lbs.**


### LIGHTWEIGHTS - 6 ROUNDS

**Hector TANAJARA JR.**       vs.               **Francisco MEDEL**
**San Antonio, TX**                              **Uruapan, MEX**
**5-0 (3 KOs)**                                  **9-2 (5 KOs)**
**Weight: 132 lbs.**                             **Weight: 134.6 lbs.**


### MIDDLEWEIGHTS - 6 ROUNDS

**Alexis SALAZAR**            vs.               **Hector VELASQUEZ**
**Tlaquepaque, MEX**                             **Tijuana, MEX**
**6-3 (3 KOs)**                                  **57-27-3 (39 KOs)**
**Weight: 155 lbs.**                             **Weight: 150.4 lbs.**


### FEATHERWEIGHTS - 6 ROUNDS

**Edgar VALERIO**             vs.               **Harold REYES**
**Los Angeles, CA**                              **Fajardo, PR**
**6-0 (4 KOs)**                                  **2-4-1**
**Weight: 125 lbs.**                             **Weight: Pending**


(Bout Card and Order Subject to Change)

Last Updated: 5/24/16 4:04 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

-158-



**RED CORNER**                                    **BLUE CORNER**

### TV MAIN EVENT - FEATHERWEIGHTS - 10 ROUNDS

**Ronny RIOS**                    vs.            **Efrain ESQUIVIAS**
Santa Ana, CA                                    Gardena, CA
25-1 (10 KOs)                                    17-4-1 (10 KOs)
Weight: 126 lbs.                                 Weight: 126 lbs.

### TV CO-MAIN EVENT - SUPER LIGHTWEIGHTS - 8 ROUNDS

**Zachary OCHOA**                 vs.            **Luis Joel GONZALEZ**
Brooklyn, NY                                     Bayamon, PR
14-0 (6 KOs)                                     11-3-1 (6 KOs)
Weight: 139.2 lbs.                               Weight: 139.8 lbs.

### TV OPENER - SUPER FLYWEIGHTS - 6 ROUNDS

**Seniesa ESTRADA**              vs.             **Christina FUENTES**
East Los Angeles, CA                             Laredo, TX
6-0 (1 KO)                                       4-7-5
Weight: 111 lbs.                                 Weight: 113.4 lbs.

### FEATHERWEIGHTS - 6 ROUNDS

**Rafael GRAMAJO**               vs.             **Harold REYES**
Los Angeles, CA                                  Fajardo, PR
7-1-1 (2 KOs)                                    2-5-1
Weight: 122 lbs.                                 Weight: 123 lbs.

### SUPER BANTAMWEIGHTS - 6 ROUNDS

**Pablo RUBIO JR.**              vs.             **Jorge PEREZ**
Los Angeles, CA                                  Riverside, CA
5-0 (3 KOs)                                      2-2 (1 KO)
Weight: 121.6 lbs.                               Weight: 122 lbs.

### SUPER FEATHERWEIGHTS - 4 ROUNDS

**Tenochtitlan NAVA**            vs.             **David MONTES**
Los Angeles, CA                                  El Paso, TX
1-0                                              0-2
Weight: 127 lbs.                                 Weight: 128 lbs.

(Bout Card and Order Subject to Change)

Last Updated: 6/2/16 2:58 PM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                          GBP016312

## VARGAS vs SALIDO
### WBC SUPER FEATHERWEIGHT WORLD CHAMPIONSHIP
### JULIAN RAMIREZ vs. ABRAHAM LOPEZ
#### VACANT NABA FEATHERWEIGHT TITLE
## SATURDAY JUNE 4, 2016 - STUBHUB CENTER - LIVE ON HBO
GOLDEN BOY          WBC          LIVE ON HBO

| RED CORNER | | BLUE CORNER |
|---|---|---|
| | **TV MAIN EVENT – WBC SUPER FEATHERWEIGHT TITLE – 12 ROUNDS** | |
| Francisco VARGAS | vs. | Orlando SALIDO |
| Mexico City, MEX | | Ciudad Obregon, MEX |
| 23-0-1 (17 KOs) | | 42-13-3 (29 KOs) |
| Weight: 129.6 lbs. | | Weight: 130 lbs. |
| | **TV CO-MAIN EVENT – VACANT NABA FEATHERWEIGHT TITLE – 10 ROUNDS** | |
| Julian RAMIREZ | vs. | Abraham LOPEZ |
| East Los Angeles, CA | | La Puente, CA |
| 16-0 (8 KOs) | | 20-0-1 (15 KOs) |
| Weight: 125.4 lbs. | | Weight: 125.6 lbs. |
| | **MIDDLEWEIGHTS - 10 ROUNDS** | |
| Gabriel ROSADO | vs. | Antonio GUTIERREZ |
| Philadelphia, PA | | Tijuana, MEX |
| 22-9 (13 KOs) | | 20-1-1 (9 KOs) |
| Weight: 159.8 lbs. | | Weight: 159 lbs. |
| | **LIGHTWEIGHTS TITLE - 8 ROUNDS** | |
| Christian GONZALEZ | vs. | Jhon GEMINO |
| Buena Park, CA | | Batangas, PHI |
| 13-0 (12 KOs) | | 12-6-1 (5 KOs) |
| Weight: 132 lbs. | | Weight: 127.8 lbs. |
| | **SUPER FEATHERWEIGHTS - 6 ROUNDS** | |
| Nick ARCE | vs. | Francisco DOMINGUEZ |
| Los Angeles, CA | | Cuidad Juarez, MEX |
| 7-0 (6 KOs) | | 8-9 (2 KOs) |
| Weight: 126.6 lbs. | | Weight: 127.8 lbs. |
| | **SUPER LIGHTWEIGHTS - 6 ROUNDS** | |
| Jonathan NAVARRO | vs. | Marc TORRES |
| East Los Angeles, CA | | Mcallen, TX |
| 5-0 (4 KOs) | | 4-1 (1 KO) |
| Weight: 138.4 lbs. | | Weight: 138.2 lbs. |
| | **SUPER WELTERWEIGHTS – 4 ROUNDS** | |
| Alexis ROCHA | vs. | Anthony WOODS |
| Santa Ana, CA | | Las Vegas, NV |
| 2-0 (2 KOs) | | 0-4 |
| Weight: 148.2 lbs. | | Weight: 148.4 lbs. |
| | **LIGHTWEIGHTS - 4 ROUNDS** | |
| Genaro GAMEZ | vs. | Juan BRYAND |
| San Diego, CA | | Laredo TX |
| 1-0 (1 KO) | | 1-3 |
| Weight: 132 lbs. | | Weight: 131.8 lbs. |
| | **LIGHTWEIGHTS - 4 ROUNDS** | |
| Oscar DUARTE | vs. | Luis LIZARRAGA JR. |
| Parral, MEX | | Merida, MEX |
| 4-0 (2 KO's) | | 5-8-1 (2 KOs) |
| Weight: 135 lbs. | | Weight: 134.2 lbs. |

(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 11:20 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL


NO
TV





### *Charity Vision Fight Night*
### *Saturday June 11, 2016*
### *Rail Event Center*
### *Salt Lake City, Utah*

**RED CORNER**                                                                          **BLUE CORNER**


**LIGHT HEAVYWEIGHTS - 8 ROUNDS**

**D'Mitrius BALLARD**                              vs.                          **Ernesto BERROSPE**
**Washington, DC**                                                             **Guadalajara, MEX**
**13-0 (9KOs)**                                                                **14-9 (9 KOs)**


**BANTAMWEIGHTS - 6 ROUNDS**

**Joshua FRANCO**                                 vs.                          **Sam RODRIGUEZ**
**San Antonio, TEX**                                                          **Bronx, NY**
**5-0 (3 KOs)**                                                                **4-1 (3 KOs)**


**WELTERWEIGHTS - 4 ROUNDS**

**David MIJARES**                                 vs.                          **Cory VOM BAUR**
**Santa Monica, CA**                                                          **Vancouver, WA**
**1-0**                                                                        **2-4**


(Bout Card and Order Subject to Change)

Last Updated: 8/30/16 11:20 AM

**Golden Boy's Summary Judgment Exhibit No. 35**

CONFIDENTIAL                                                                          GBP016314