BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
RICARDO P. CESTERO (SBN 203230)
RCestero@GreenbergGlusker.com
JAMES R. MOLEN (SBN 260269)
JMolen@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs
Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hopkins

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GOLDEN BOY PROMOTIONS, LLC, GOLDEN BOY PROMOTIONS, INC. and BERNARD HOPKINS,

Plaintiffs,

v.

ALAN HAYMON, ALAN HAYMON DEVELOPMENT, INC., HAYMON HOLDINGS, LLC, HAYMON SPORTS, LLC, HAYMON BOXING MANAGEMENT, HAYMON BOXING LLC, and RYAN CALDWELL,

Defendants.

Case No. 2:15-cv-03378 JFW (MRWx)

*Assigned to Hon. John F. Walter*

**EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BOTH OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

**Date:** **November 28, 2016**
**Time:** **1:30 p.m.**
**Place:** **Courtroom 16**

Action Filing Date: May 5, 2015
Trial Date: March 14, 2017

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ

**Deetz, Gene (Vol. 01) Pg: 14 Ln: 19 - Pg: 15 Ln: 14**

Q. OKAY. AND IS IT CORRECT, SIR, THAT THE ANALYSIS YOU PERFORM IS A BEFORE-AND-AFTER LOST-PROFITS ANALYSIS?

A. IT -- IT -- IT IS. I GENERALLY REFER TO IT AS "BUT-FOR" ANALYSIS BUT IT'S -- IT'S -- I BELIEVE THOSE ARE THE -- THE EQUIVALENT.

Q. AND THE -- THE CONCLUSIONS THAT YOU REACH ABOUT THE DAMAGES THAT ARE SET FORTH IN YOUR REPORT ARE LOST-PROFIT DAMAGES?

A. YES.

Q. NOW, DO YOU PROVIDE ANY OTHER OPINION ON ANY OTHER TYPES OF DAMAGES THAT THE PLAINTIFFS ALLEGEDLY SUFFERED IN THIS CASE?

A. WELL, THE OPINIONS ARE CONTAINED IN THE REPORT. I DON'T BELIEVE I DO.

I THINK I WOULD GENERALLY REFER TO THOSE AS THE DAMAGES SUFFERED BY GOLDEN BOY FROM THE ANTICOMPETITIVE BEHAVIOR OF HAYMON.

Q. OKAY. AND THOSE, IN YOUR OPINION, ARE LOST PROFITS?

A. YES.

**Deetz, Gene (Vol. 01) Pg: 19 Ln: 18 - Pg: 20 Ln: 12**

Q. SO IN YOUR OPINION HERE, YOU'RE STATING THAT GOLDEN BOY'S ABILITY TO PROMOTE

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

SUCCESSFUL EVENTS REQUIRES BOTH CHAMPIONSHIP-CALIBER BOXERS AND NETWORK TIME-SLOT AVAILABILITY; RIGHT?

MR. CESTERO: OBJECTION. THE DOCUMENT SPEAKS FOR ITSELF.

THE DEPONENT: YEAH. THE -- THE RELATIONSHIP -- THE SENTENCE SAYS WHAT IT SAYS.

THE RELATIONSHIP BETWEEN GOLDEN BOY AND THE BROADCAST MEDIA AND GOLDEN BOY'S ABILITY TO PROMOTE REQUIRES, AMONG OTHER THINGS, THOSE TWO THINGS: CHAMPIONSHIP-CALIBER BOXERS AND NETWORK TIME-SLOT AVAILABILITY.

BY MR. WOLFSON:

Q. REQUIRES CHAMPIONSHIP-CALIBER BOXERS --

A. RIGHT.

Q. -- AS A NECESSARY INPUT FOR THEIR SUCCESSFUL EVENTS?

A. YES.

**Deetz, Gene (Vol. 01) Pg: 291 Ln: 3 - 8**

SO, SIR, IT IS IT YOUR OPINION THAT THE ONLY EXPLANATORY FACTOR FOR GOLDEN BOY'S CALCULATED DECREASE IN INCOME FROM BOXING OPERATIONS
IS DUE TO THE ALLEGED ANTICOMPETITIVE ACTIVITIES?

A. I -- I BELIEVE -- I BELIEVE THAT'S THE CASE.

**Deetz, Gene (Vol. 01) Pg: 322 Ln: 18 - Pg: 323 Ln: 23**

Q. WELL, DID YOU BELIEVE AT THE TIME YOU WROTE YOUR REPORT THAT THE PROPER ANALYSIS FOR DETECTING THE IMPACT ON GOLDEN BOY FROM THE ALLEGED ANTICOMPETITIVE CONDUCT WAS GOLDEN BOY'S FINANCIAL PERFORMANCE WITH RESPECT TO PROMOTING CHAMPIONSHIP-CALIBER BOXERS?

MR. CESTERO: OBJECTION. IT'S VAGUE AND AMBIGUOUS.

THE DEPONENT: AS I -- AS I TESTIFIED THIS MORNING, I THINK THE PROPER DAMAGE CALCULATION ENCOMPASSES BOTH CHAMPIONSHIP-CALIBER AND NON-CHAMPIONSHIP-CALIBER BOXERS COMPARING '14 TO '15 AND '15 TO '16.

BY MR. WOLFSON:

Q. OKAY. AND -- AND WHY DO YOU BELIEVE THAT'S THE PROPER ANALYSIS?

MR. CESTERO: OBJECTION; ASKED AND ANSWERED.

THE DEPONENT: BECAUSE THE -- BECAUSE KNEUPER OPINES THE IMPACT OF THE TYING OF THE PROMOTION AND THE MANAGEMENT AND THE LOCKUP OF THE T.V.'S HARMS GOLDEN BOY AND ITS ABILITY TO GET YOUNG PROSPECTS THROUGH THE PROCESS OF DEVELOPING THEM INTO CHAMPIONSHIP-CALIBER BOXERS.

BY MR. WOLFSON:

Q. UH-HUH.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

A. AND SO I'VE CONSIDERED AND -- AND IN ADDITION, WE'VE TOUCHED ON THIS AS WELL. THAT'S PART OF IT, ATTRACTING CHAMPIONSHIP-CALIBER BOXERS, AND THE IMPORTANCE OF OPPONENTS ALL GO INTO THOSE FOUR CATEGORIES THAT I'VE BROKEN OUT IN EXHIBIT 3.

DATED: November 9, 2016

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Ricardo P. Cestero*
RICARDO P. CESTERO (SBN 203230)
Attorneys for Plaintiffs Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hopkins

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590