# EXHIBIT 113

REDACTED Version of Document Filed Under Seal
Pursuant to Court Order Dated October 28, 2016 (Dkt No. 141)

## DEPOSITION OF GENE DEETZ

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   GOLDEN BOY PROMOTIONS, LLC,  )
     GOLDEN BOY PROMOTIONS, INC., )
 6   AND BERNARD HOPKINS,         )
                                  )
 7              PLAINTIFFS,       )
                                  )
 8      VS.                       ) CASE NO.
                                  ) 2:15-CV-03378
 9   ALAN HAYMON, ALAN HAYMON     ) JFW (MRWX)
     DEVELOPMENT, INC., HAYMON    )
10   HOLDINGS, LLC, HAYMON        )
     SPORTS, LLC, HAYMON BOXING   )
11   MANAGEMENT, HAYMON BOXING,   )
     LLC, AND RYAN CALDWELL,      )
12                                )
                DEFENDANTS.       )
13   _____)
14
15
16
17        DEPOSITION OF GENE DEETZ, TAKEN ON
18        BEHALF OF THE DEFENDANTS, AT 865
19        SOUTH FIGUEROA STREET, TENTH FLOOR,
20        LOS ANGELES, CALIFORNIA, COMMENCING
21        AT 9:07 A.M., WEDNESDAY, OCTOBER 19,
22        2016, BEFORE TRACY M. FOX, CSR NUMBER
23        10449.
24
25
                                              2
```

DEFENDANTS' SUMMARY JUDGMENT NO. 113



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
10:10:20   1   THAT IN 2014, I HAD A SIGNIFICANT NUMBER OF
10:10:23   2   CHAMPIONSHIP-CALIBER FIGHTERS THAT WERE IN MY -- THAT
10:10:26   3   WERE IN GOLDEN BOY'S P & L, THAT WERE NOT UNDER
10:10:28   4   CONTRACT TO GOLDEN BOY.
10:10:31   5   BY MR. WOLFSON:
10:10:31   6        Q.   UH-HUH.
10:10:32   7        A.   AND THAT NUMBER HAS RADICALLY DECLINED
10:10:34   8   IN 2015 AND DECLINED AGAIN IN 2016.
```



```
10:11:16  20        Q.   AND ARE YOU AWARE OF ANY INCIDENCES --
10:11:20  21   EXCUSE ME.
10:11:21  22             ARE YOU AWARE OF ANY INCIDENTS OR
10:11:23  23   FACTS SUPPORTING THE CONCLUSION THAT GOLDEN BOY WAS
10:11:31  24   PREVENTED FROM ENTERING INTO A CONTRACT WITH A
10:11:37  25   CHAMPIONSHIP-CALIBER BOXER DUE TO THE DEFENDANTS'
```

74

DEFENDANTS' SUMMARY JUDGMENT NO. 113



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com


DEPOSITION OF GENE DEETZ

```
 1   STATE OF CALIFORNIA      )
                              )  .SS
 2   COUNTY OF LOS ANGELES    )

 3

 4         I, TRACY M. FOX, CERTIFIED SHORTHAND
 5   REPORTER, CERTIFICATE NUMBER 10449, FOR THE STATE
 6   OF CALIFORNIA, HEREBY CERTIFY:
 7         THE FOREGOING PROCEEDINGS WERE TAKEN
 8   BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,
 9   AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH
10   BY ME;
11         THE TESTIMONY OF THE DEPONENT AND ALL
12   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION
13   WERE RECORDED STENOGRAPHICALLY BY ME AND WERE
14   THEREAFTER TRANSCRIBED;
15         THE FOREGOING TRANSCRIPT IS A TRUE AND
16   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
17         I FURTHER CERTIFY THAT I AM NEITHER
18   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID
19   ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME
20   THEREOF.
21         IN WITNESS WHEREOF, I HAVE HEREUNTO
22   SUBSCRIBED MY NAME THIS 24TH DAY OF OCTOBER, 2016.
23
24
25                    _____
```

350

DEFENDANTS' SUMMARY JUDGMENT NO. 113



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com