1 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
2 John B. Quinn (SBN 90378)
  johnquinn@quinnemanuel.com
3 Michael E. Williams (SBN 108542)
  michaelwilliams@quinnemanuel.com
4 Adam B. Wolfson (SBN 262125)
  adamwolfson@quinnemanuel.com
5 865 S. Figueroa St., 10th Floor
  Los Angeles, California 90017
6 Telephone:213.443.3000
  Facsimile:213.443.3100

7
  Attorneys for Defendants Haymon Boxing
8 LLC, Haymon Sports LLC, Haymon Boxing
  Management, and Haymon Holdings LLC
9
  [additional counsel listed on signature page]
10
                      **UNITED STATES DISTRICT COURT**
11
                     **CENTRAL DISTRICT OF CALIFORNIA**
12
                              **WESTERN DIVISION**
13

14 | GOLDEN BOY PROMOTIONS, LLC, *et al.*, | Case No. 2:15-cv-3378-JFW (MRWx) |

Plaintiffs,

**EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ SUPPORTING DEFENDANTS ALAN HAYMON DEVELOPMENT, INC., HAYMON BOXING LLC, HAYMON BOXING MANAGEMENT, HAYMON HOLDINGS LLC, AND HAYMON SPORTS LLC'S MOTION FOR SUMMARY JUDGMENT**

v.

ALAN HAYMON, *et al.*,

Defendants.

Judge:Hon. John F. Walter
Hearing Date: November 28, 2016
Time: 1:30 p.m.
Place: Courtroom No. 7A

Filing Date:May 5, 2015
Trial Date: March 14, 2017

**EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ**

**74:9-14**

[redacted]

| | |
|---|---|
| DATED: November 14, 2016 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  */s/ Michael E. Williams*<br>     Michael E. Williams |
| | Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC |
| | KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP<br>Howard Weitzman (SBN 38723)<br>hweitzman@kwikalaw.com<br>Jeremiah T. Reynolds (SBN 223554)<br>jreynolds@kwikalaw.com<br>808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, California  90401<br>Telephone:310.566.9800<br>Facsimile: 310.566.9850 |
| | Attorneys for Defendant<br>Alan Haymon Development, Inc. |