**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
John B. Quinn (SBN 90378)
johnquinn@quinnemanuel.com
Michael E. Williams (SBN 108542)
michaelwilliams@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC

[additional counsel listed on signature page]

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-3378-JFW (MRWx)<br><br>**REVISED EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Hearing Date: November 28, 2016<br>Time: 1:30 p.m.<br>Place: Courtroom No. 7A<br><br>Filing Date: May 5, 2015<br>Trial Date: March 14, 2017 |

07033-00002/8561342.2

Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ SUPPORTING DEFENDANTS' REPLIES ISO THEIR MOTIONS FOR SUMMARY JUDGMENT

## EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ

**22:9-23:10**

9  Q. So if there were differences
10 between the numbers of revenues generated from
11 championship-caliber boxers versus
12 non-championship-caliber boxers between the two
13 exhibit 3's, what would be the -- the reason for
14 those differences?
15  A. As an example, the original exhibit 3
16 had Mr. Mayweather as a non-championship caliber -- a
17 non- -- a non-golden boy contract,
18 non-championship-caliber boxer, and so I would
19 change.
20  When I change that, it would change
21 all of the categories attributable to Mr. Mayweather
22 and move them from non-championship-caliber to
23 championship-caliber. And those -- those different
24 income-and-expense characteristics are listed across
25 the top of exhibit 3.
1  Q. is Mr. Mayweather the only change in
2 exhibit 3?
3  A. no.
4  Q. What other changes were there?
5  A. Well, the -- the reason for the
6 workbook -- there were several.
7 and the reason for the workbook, it
8 identifies the delta between the original --
9 fighter-by-fighter delta between the original exhibit

07033-00002/8561342.2

-2-    Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ SUPPORTING DEFENDANTS' REPLIES ISO THEIR MOTIONS FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | 10 | 3 and the revised exhibit 3. |
| 2 | | |
| 3 | **26:12-18** | |
| 4 | 12 | Q. And then what you're saying is that |
| 5 | 13 | the incremental championship-caliber column is the |
| 6 | 14 | new boxers? |
| 7 | 15 | If there's an "x" in that columns, |
| 8 | 16 | they're now -- for your updated analysis -- being |
| 9 | 17 | considered as championship-caliber boxers? |
| 10 | 18 | A. That's correct. |
| 11 | | |
| 12 | **53:2-11** | |
| 13 | 2 | Q. So you did not ask Dr. Kneuper here to |
| 14 | 3 | sift through and identify which boxers in 2014 were |
| 15 | 4 | championship-caliber and which ones were not? |
| 16 | 5 | A. I did not. |
| 17 | 6 | Q. And for 2015, you didn't do that? |
| 18 | 7 | A. I did not. |
| 19 | 8 | Q. 2016, you didn't do that? |
| 20 | 9 | A. I did not. |
| 21 | 10 | Q. You did it all yourself? |
| 22 | 11 | A. Yes. |
| 23 | | |
| 24 | **74:9-14** | |
| 25 | ■ | ■ |
| 26 | ■ | ■ |
| 27 | ■ | ■ |
| 28 | ■ | ■ |

07033-00002/8561342.2

-3-   Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ SUPPORTING DEFENDANTS' REPLIES ISO THEIR MOTIONS FOR SUMMARY JUDGMENT

1 ▮▮  ▮▮▮▮▮▮

2 ▮▮  ▮▮▮▮▮▮.

3

4

5  DATED: November 17, 2016    Respectfully submitted,

6                               QUINN EMANUEL URQUHART &
7                               SULLIVAN, LLP

8

9                               By  */s/ Michael E. Williams*
10                                  Michael E. Williams

11

12                              Attorneys for Defendants Haymon Boxing
                                LLC, Haymon Sports LLC, Haymon Boxing
13                              Management, and Haymon Holdings LLC

14

15                              KINSELLA WEITZMAN ISER
                                KUMP & ALDISERT LLP
16                              Howard Weitzman (SBN 38723)
                                hweitzman@kwikalaw.com
17                              Jeremiah T. Reynolds (SBN 223554)
                                jreynolds@kwikalaw.com
18                              808 Wilshire Boulevard, 3rd Floor
                                Santa Monica, California  90401
19                              Telephone:310.566.9800
                                Facsimile: 310.566.9850
20
                                Attorneys for Defendant
21                              Alan Haymon Development, Inc.

22

23

24

25

26

27

28

07033-00002/8561342.2

-4-    Case No. 2:15-cv-3378-JFW (MRWx)
EXCERPTED DEPOSITION TESTIMONY OF GENE DEETZ SUPPORTING DEFENDANTS' REPLIES ISO THEIR MOTIONS FOR SUMMARY JUDGMENT