**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
John B. Quinn (SBN 90378)
johnquinn@quinnemanuel.com
Michael E. Williams (SBN 108542)
michaelwilliams@quinnemanuel.com
Adam B. Wolfson (SBN 262125)
adamwolfson@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Fax: 213.443.3100

Attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-03378 JFW (MRWx)<br><br>*Assigned to Hon. John F. Walter*<br><br>**DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE THE TESTIMONY OF PLAINTIFFS' PROFFERED EXPERT GENE DEETZ**<br><br>[Defendants' Motion *in Limine* No. 1 filed concurrently herewith]<br><br>Hearing Date for Motions *in Limine*: February 10, 2017 at 9:00 a.m.<br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br><br>Pre-Trial Conference Date: January 20, 2017 at 9:00 a.m.<br><br>Filing Date: May 5, 2015<br>Trial Date: March 14, 2017 |

## DECLARATION OF ADAM B. WOLFSON

I, Adam B. Wolfson, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants Haymon Boxing LLC, Haymon Sports LLC, Haymon Boxing Management, and Haymon Holdings LLC (together with Defendant Alan Haymon, the "Haymon Defendants"). I am an attorney in good standing in the States of California and New York. I have personal knowledge of the facts set forth below, and if called upon to do so, can and will competently testify thereto.

2. The Haymon Defendants bring their Motion *in Limine* No. 1 to exclude the testimony of Plaintiffs' Proffered Damages Expert, Gene Deetz, on the basis that it is improper expert testimony pursuant to Fed. R. Evid. 702 because (a) Mr. Deetz fails to separately show how Golden Boy Promotions, LLC, and Golden Boy Promotions, Inc. (collectively, "GBP") were harmed under each of GBP's liability theories; (b) his damages theory does not track GBP's liability theories; and (c) because his methodology depends on Mr. Deetz's classification of boxers as either "championship-caliber" or not, a determination he admitted he is not qualified to make.

3. On September 6, 2016, Plaintiffs served on Defendants the Expert Report of Gene Deetz (the "Deetz Report"). True and correct excerpts from that Report are attached hereto as **Exhibit A**.

4. On October 19, 2016, Defendants deposed Gene Deetz. True and correct excerpts from that transcript are attached hereto as **Exhibit B**.

5. On October 19, 2016, Plaintiffs served on Defendants a Supplement to the Deetz Report including a Revised Exhibit 3. A true and correct copy of Revised Exhibit 3 is attached hereto as **Exhibit C**.

6. On September 27, 2016, Defendants served on Plaintiffs the Expert Rebuttal Report of Michael P. Smith, Ph.D. (the "Smith Report"). True and correct excerpts from that Report are attached hereto as **Exhibit D**.

7. On September 28, 2016, Defendants deposed Roberto Diaz. True and correct excerpts from that transcript are attached hereto as **Exhibit E**.

8. On September 6, 2016, Plaintiffs served on Defendants the Expert Report of Robert Kneuper, Ph.D. (the "Kneuper Report"). True and correct excerpts from that Report are attached hereto as **Exhibit F**.

9. On September 22, 2016, Defendants deposed Eric Gomez. True and correct excerpts from that transcript are attached hereto as **Exhibit G**.

10. On October 28, 2016, Defendants deposed Julio Ramirez. True and correct excerpts from that transcript are attached hereto as **Exhibit H**.

11. Attached hereto as **Exhibit I** is a true and correct list of those classified as "Championship-Caliber Boxers" ("CCBs") on Mr. Deetz's Revised Exhibit 3 but who were not listed as CCBs on either of Exhibits 3 or 4 to Dr. Kneuper's Report.

12. On December 2, 2016 counsel for all parties met at the offices of Plaintiffs' counsel to meet and confer in accordance with Local Rule 16-2, except for Norm Simon and Barry Berke, counsel for Alan Haymon, who joined by telephone because they are located in New York. In addition to discussing all of the topics required by Local Rule 16-2, the parties discussed their anticipated motions *in limine* and the possibility for resolution of the case.

13. At the parties' December 2, 2016 Local Rule 16-2 conference, counsel for Plaintiffs indicated that they intended to introduce Mr. Deetz to provide opinion testimony at trial. GBP also listed Mr. Deetz on its Initial Draft Witness List that same day. Defendants explained at that meet and confer that they intended to move to exclude Mr. Deetz's opinions, and they explained their intended bases for doing so.

14. On December 5, 2016, the parties exchanged letters and emails detailing more specifically their anticipated motions *in limine*, including the motion to exclude Mr. Deetz from testifying at trial.

15. The parties met and conferred again on December 13, 2016 in order to discuss potential resolutions for the anticipated motions. During that conversation, the parties were able to resolve two of the eleven anticipated motions. However, the parties were unable to reach agreement on the exclusion of Mr. Deetz's testimony, thereby necessitating the Haymon Defendants' Motion *in Limine* No. 1.

16. During the parties' telephonic conference on December 13, 2016, counsel for Plaintiffs explained that they disagreed with the bases for Defendants' motion and would not agree to withdraw Mr. Deetz from their witness list. Given this impasse, Defendants informed Plaintiffs that they would proceed with the motion.

17. The Haymon Defendants will be prejudiced if GBP is allowed to introduce, mention, or otherwise rely on Mr. Deetz's Report or related testimony because his methodology is fatally flawed and would not be helpful to the jury in determining whether and to what extent GBP was harmed by relevant conduct by the Haymon Defendants, yet Plaintiffs seek to introduce Mr. Deetz's testimony under the guise of an expert opinion.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is correct.

Executed January 6, 2017, at Los Angeles, California.

By: */s/ Adam B. Wolfson*
Adam B. Wolfson