# EXHIBIT B

## DEPOSITION OF GENE DEETZ

```
 1               UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   GOLDEN BOY PROMOTIONS, LLC, )
     GOLDEN BOY PROMOTIONS, INC.,)
 6   AND BERNARD HOPKINS,        )
                                 )
 7                PLAINTIFFS,    )
                                 )
 8      VS.                      ) CASE NO.
                                 ) 2:15-CV-03378
 9   ALAN HAYMON, ALAN HAYMON    ) JFW (MRWX)
     DEVELOPMENT, INC., HAYMON   )
10   HOLDINGS, LLC, HAYMON       )
     SPORTS, LLC, HAYMON BOXING  )
11   MANAGEMENT, HAYMON BOXING,  )
     LLC, AND RYAN CALDWELL,     )
12                               )
                  DEFENDANTS.    )
13   _____)
14
15
16
17           DEPOSITION OF GENE DEETZ, TAKEN ON
18           BEHALF OF THE DEFENDANTS, AT 865
19           SOUTH FIGUEROA STREET, TENTH FLOOR,
20           LOS ANGELES, CALIFORNIA, COMMENCING
21           AT 9:07 A.M., WEDNESDAY, OCTOBER 19,
22           2016, BEFORE TRACY M. FOX, CSR NUMBER
23           10449.
24
25
                                              2
```


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:21:43 | 1 | SUGGESTING, IN -- IN THE POSSIBILITY. |
| 09:21:45 | 2 | SO IT'S THE EFFECT THAT CONTINUES THAT |
| 09:21:47 | 3 | I'M -- I'M CAPTURING. |
| 09:21:47 | 4 | BY MR. WOLFSON: |
| 09:21:47 | 5 | Q.   AND HOW WOULD THE EFFECT CONTINUE |
| 09:21:49 | 6 | BASED -- DO YOU HAVE NO OPINION ON HOW THE EFFECTS |
| 09:21:51 | 7 | COULD CONTINUE? |
| 09:21:52 | 8 | A.   OTHER THAN THAT'S DESCRIBED IN |
| 09:21:53 | 9 | DR. KNEUPER'S REPORT, NO, I DON'T HAVE ANY OPINION. |
| 09:21:56 | 10 | Q.   SO THE DISTINCTION BETWEEN YOUR TWO |
| 09:21:58 | 11 | MODELS -- THE ONE WITH THE CONTINUING LOST PROFITS |
| 09:22:00 | 12 | AND THE MORE LIMITED LOST PROFITS -- ARE ENTIRELY |
| 09:22:03 | 13 | BASED ON DR. KNEUPER'S REPORT? |
| 09:22:09 | 14 | A.   WELL, THE LIABILITY ASSUMPTION IS |
| 09:22:11 | 15 | BASED ON DR. KNEUPER'S WORK, THAT THERE'S -- THERE'S |
| 09:22:14 | 16 | BEEN TYING TO AND A LOCKUP OF T.V. AND THE EFFECT OF |
| 09:22:18 | 17 | THAT ON GOLDEN BOY'S BUSINESS PLAN. |
| 09:22:20 | 18 | THE -- THE TIME FRAME I'VE BROKEN DOWN |
| 09:22:23 | 19 | INTO FOUR DIFFERENT STAGES.  AND THE LAST STAGE -- |
| 09:22:26 | 20 | THE LAST ONE ON EXHIBIT 5 THAT WE'RE TALKING ABOUT -- |
| 09:22:30 | 21 | Q.   UH-HUH. |
| 09:22:30 | 22 | A.   -- THAT GOES ON INTO THE FUTURE, IS ON |
| 09:22:33 | 23 | THE ASSUMPTION THAT THAT EFFECT CONTINUES PAST 2017, |
| 09:22:36 | 24 | I BELIEVE. |
| 09:22:54 | 25 | Q.   OKAY.  LET ME BACKTRACK. |

18



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:22:56 | 1 | SO, MR. DEETZ, CAN YOU TURN TO |
| 09:22:59 | 2 | PARAGRAPH 9 OF YOUR REPORT. |
| 09:23:06 | 3 | A.  I HAVE IT IN FRONT OF ME. |
| 09:23:21 | 4 | Q.  NOW, SIR, IF YOU LOOK, THE SECOND |
| 09:23:23 | 5 | SENTENCE IN PARAGRAPH 9, STATES: |
| 09:23:24 | 6 | "THE RELATIONSHIP BETWEEN |
| 09:23:25 | 7 | GOLDEN BOY AND THE BROADCAST |
| 09:23:27 | 8 | MEDIA," PAREN, (H.B.O., |
| 09:23:30 | 9 | SHOWTIME, FOX, AMONG OTHERS)," |
| 09:23:32 | 10 | END PAREN, "AND GOLDEN BOY'S |
| 09:23:33 | 11 | ABILITY TO PROMOTE SUCCESSFUL |
| 09:23:34 | 12 | EVENTS REQUIRED, AMONG OTHER |
| 09:23:37 | 13 | THINGS, CHAMPIONSHIP-CALIBER |
| 09:23:40 | 14 | BOXERS AND NETWORK TIME-SLOT |
| 09:23:44 | 15 | AVAILABILITY." |
| 09:23:44 | 16 | DO YOU SEE THAT? |
| 09:23:46 | 17 | A.  I DO. |
| 09:23:47 | 18 | Q.  SO IN YOUR OPINION HERE, YOU'RE |
| 09:23:47 | 19 | STATING THAT GOLDEN BOY'S ABILITY TO PROMOTE |
| 09:23:50 | 20 | SUCCESSFUL EVENTS REQUIRES BOTH CHAMPIONSHIP-CALIBER |
| 09:23:57 | 21 | BOXERS AND NETWORK TIME-SLOT AVAILABILITY; RIGHT? |
| 09:23:59 | 22 | MR. CESTERO:  OBJECTION.  THE DOCUMENT |
| 09:23:59 | 23 | SPEAKS FOR ITSELF. |
| 09:24:00 | 24 | THE DEPONENT:  YEAH.  THE -- THE |
| 09:24:01 | 25 | RELATIONSHIP -- THE SENTENCE SAYS WHAT IT SAYS. |

19



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

09:24:03  1              THE RELATIONSHIP BETWEEN GOLDEN BOY

09:24:04  2  AND THE BROADCAST MEDIA AND GOLDEN BOY'S ABILITY TO

09:24:07  3  PROMOTE REQUIRES, AMONG OTHER THINGS, THOSE TWO

09:24:10  4  THINGS:  CHAMPIONSHIP-CALIBER BOXERS AND NETWORK

09:24:14  5  TIME-SLOT AVAILABILITY.

09:24:15  6  BY MR. WOLFSON:

09:24:15  7          Q.    REQUIRES CHAMPIONSHIP-CALIBER

09:24:17  8  BOXERS --

09:24:17  9          A.    RIGHT.

09:24:18  10          Q.    -- AS A NECESSARY INPUT FOR THEIR

09:24:20  11  SUCCESSFUL EVENTS?

09:24:21  12          A.    YES.

09:24:21  13          Q.    OKAY.  NOW, YOU CITE TO DR. KNEUPER --

09:24:26  14  KNEUPER'S REPORT?

09:24:27  15          A.    EXCUSE ME.

09:24:29  16              YEAH, IT'S DR. KN- -- IT'S KNEUPER," I

09:24:30  17  BELIEVE.

09:24:38  18          Q.    OKAY.  AND YOU CITE TO DR. KNEUPER'S

09:24:41  19  REPORT FOR THE CRITERIA FOR CHAMPIONSHIP-CALIBER

09:24:43  20  BOXERS; IS THAT RIGHT?

09:24:44  21          A.    YES.

09:24:45  22          Q.    AND YOU CITE TO MR. SHAW -- GARY

09:24:49  23  SHAW'S REPORT HERE FOR THE PROPOSITION THAT GOLDEN

09:24:52  24  BOY HAS TO HAVE CHAMPIONSHIP-CALIBER BOXERS AND

09:24:56  25  NETWORK TIME-SLOT AVAILABILITY?

20



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

09:24:59  1          A.   YES, I CITE -- I CITE TO DR. -- EXCUSE

09:25:00  2  ME TO -- GARY -- TO MR. SHAW --

09:25:01  3          Q.   UH-HUH.

09:25:02  4          A.   -- THAT CERTAINLY COULD BE

09:25:03  5  ALSO INCLUDED IN DR. KNEUPER'S REPORT.  BUT I CITE --

09:25:07  6  FOR THIS PARTICULAR REFERENCE, I CITE TO GARY SHAW.

09:25:10  7          Q.   OKAY.  BUT THE CRITERIA FOR

09:25:11  8  CHAMPIONSHIP-CALIBER BOXER COMES FROM DR. KNEUPER?

09:25:15  9          A.   THAT'S CORRECT, YES.

09:25:15  10         Q.   DID YOU SPEAK TO ANYONE AT GOLDEN BOY

09:25:18  11  ABOUT THE CRITERIA FOR CHAMPIONSHIP-CALIBER BOXERS?

09:25:21  12         A.   I DON'T BELIEVE I DID, NO.

09:25:22  13         Q.   AFTER SUBMITTING THIS REPORT, DID

09:25:26  14  ANYONE FROM GOLDEN BOY CONTACT YOU REGARDING THE

09:25:29  15  CRITERIA FOR CHAMPIONSHIP-CALIBER BOXERS?

09:25:31  16         MR. CESTERO:  OBJECTION.  IT'S VAGUE

09:25:32  17  AND AMBIGUOUS.

09:25:32  18         THE DEPONENT:  I HAVEN'T SPOKEN TO

09:25:33  19  ANYBODY AT GOLDEN BOY SINCE I'VE ISSUED MY REPORT.

09:25:36  20  BY MR. WOLFSON:

09:25:36  21         Q.   SINCE YOU ORIGINALLY ISSUED YOUR

09:25:38  22  REPORT ON SEPTEMBER 6TH TO YESTERDAY WHEN YOU CREATED

09:25:42  23  AN UPDATED EXHIBIT 3, DID YOU CHANGE THE CRITERIA YOU

09:25:46  24  USED TO DETERMINE WHAT IS A CHAMPIONSHIP-CALIBER

09:25:49  25  BOXER?

21



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:30:34 | 1 | A.   -- THEN AS PART OF REVIEWING THE SMITH |
| 09:30:36 | 2 | REPORT AND THEN PREPARING FOR MY DEPOSITION, I WENT |
| 09:30:38 | 3 | BACK TO THE WORK. |
| 09:30:40 | 4 | AND WHEN I LOOKED AT -- YESTERDAY |
| 09:30:43 | 5 | MORNING, WHEN I WAS JUST LOOKING AT EXHIBIT 3 -- |
| 09:30:45 | 6 | Q.   UH-HUH. |
| 09:30:48 | 7 | A.   -- THAT I NOTICED THAT THE COLUMN FOR |
| 09:30:50 | 8 | "NON-CHAMPIONSHIP-CALIBER" HAD A SIGNIFICANT AMOUNT |
| 09:30:52 | 9 | OF REVENUE IN IT, WHICH TOLD ME THAT I SHOULD RE-LOOK |
| 09:30:55 | 10 | AT MR. MAYWEATHER.  BECAUSE HE WOULD BE THE MAIN |
| 09:30:58 | 11 | DRIVER OF THE NON-GOLDEN BOY CONTRACT REVENUE. |
| 09:31:01 | 12 | AND IT JUST LOOKED OUT OF SORTS TO ME. |
| 09:31:03 | 13 | SO THAT'S WHEN I DECIDED TO GET MY TEAM TOGETHER AND |
| 09:31:05 | 14 | GO BACK THROUGH THE WHOLE -- THE -- THE WHOLE |
| 09:31:06 | 15 | PROCESS. |
| 09:31:07 | 16 | Q.   OKAY.  AND IN THE FIRST INSTANCE, |
| 09:31:11 | 17 | HOW DID YOU DECIDE WHETHER OR NOT TO EXCLUDE OR |
| 09:31:18 | 18 | INCLUDE -- STRIKE THAT. |
| 09:31:19 | 19 | IN THE FIRST INSTANCE, HOW DID YOU |
| 09:31:21 | 20 | DECIDE WHETHER OR NOT TO INCLUDE BOXERS AS |
| 09:31:24 | 21 | CHAMPIONSHIP-CALIBER BOXERS FOR THE PURPOSES OF YOUR |
| 09:31:25 | 22 | ANALYSIS? |
| 09:31:26 | 23 | MR. CESTERO:  OBJECTION.  IT'S VAGUE |
| 09:31:27 | 24 | AND AMBIGUOUS, AND MISSTATES THE ANALYSIS, AND |
| 09:31:29 | 25 | MISSTATES -- |

27



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:31:29 | 1 | THE DEPONENT:  WELL, IN -- |
| 09:31:29 | 2 | MR. CESTERO:  -- THE DOCUMENT. |
| 09:31:30 | 3 | THE DEPONENT:  WELL, IN THE FIRST |
| 09:31:31 | 4 | INSTANCE AND IN THE SECOND INSTANCE, I APPLIED |
| 09:31:34 | 5 | DR. KNEUPER'S CRITERIA, WHICH GENERALLY WOULD BE A |
| 09:31:41 | 6 | RANKINGS CRITERIA, A TELEVISION-APPEARANCE CRITERIA, |
| 09:31:44 | 7 | AND A U.S.-BASED PROMOTER OR A MANAGEMENT CRITERIA. |
| 09:31:48 | 8 | AND I APPLIED THOSE IN BOTH INSTANCES. |
| 09:31:50 | 9 | THE -- THE -- PRIMARILY IN THE |
| 09:31:52 | 10 | NON-CONTRACT FIGHTERS -- BUT THERE WERE A COUPLE OF |
| 09:31:55 | 11 | CORRECTIONS IN THE GOLDEN BOY CONTRACT FIGHTERS. |
| 09:31:57 | 12 | THEY WERE JUST -- THEY WERE JUST |
| 09:31:58 | 13 | MISCLASSIFICATIONS THAT I DIDN'T -- I DIDN'T CATCH |
| 09:32:01 | 14 | WHEN I FILED MY ORIGINAL REPORT.  BUT THE CRITERIA |
| 09:32:03 | 15 | WERE THE SAME. |
| 09:32:04 | 16 | BY MR. WOLFSON: |
| 09:32:04 | 17 | Q.   UH-HUH.  NOW, HAD YOU EVER, BEFORE |
| 09:32:06 | 18 | THIS CASE, HEARD THE TERM "CHAMPIONSHIP-CALIBER |
| 09:32:09 | 19 | BOXER"? |
| 09:32:09 | 20 | A.   TO THE BEST OF MY RECOLLECTION, I HAVE |
| 09:32:11 | 21 | NOT. |
| 09:32:14 | 22 | Q.   OKAY.  AND JUST TO BE CLEAR, YOU'RE |
| 09:32:16 | 23 | ACCEPTING DR. KNEUPER'S DEFINITION OF |
| 09:32:19 | 24 | "CHAMPIONSHIP-CALIBER BOXER" FOR THE PURPOSE OF YOUR |
| 09:32:21 | 25 | OWN REPORT? |

28



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:32:21 | 1 | MR. CESTERO:  OBJECTION; ASKED AND |
| 09:32:22 | 2 | ANSWERED. |
| 09:32:23 | 3 | THE DEPONENT:  THAT'S CORRECT, YEAH. |
| 09:32:24 | 4 | BY MR. WOLFSON: |
| 09:32:24 | 5 | Q.   AND YOU HAVE NOT CONDUCTED ANY OF YOUR |
| 09:32:26 | 6 | OWN ANALYSIS TO DETERMINE IF THERE ARE -- ARE |
| 09:32:28 | 7 | ALTERNATIVE DEFINITIONS OF "CHAMPIONSHIP-CALIBER |
| 09:32:31 | 8 | BOXERS" USED IN THE INDUSTRY? |
| 09:32:33 | 9 | A.   I HAVE NOT. |
| 09:32:37 | 10 | Q.   AND YOU'VE NEVER INTERVIEWED ANYONE |
| 09:32:39 | 11 | AT GOLDEN BOY TO CONFIRM THE REASONABLENESS OF |
| 09:32:41 | 12 | DR. KNEUPER'S DEFINITION? |
| 09:32:43 | 13 | (SPEAKING SIMULTANEOUSLY.) |
| 09:32:43 | 14 | MR. CESTERO:  OBJECTION; VAGUE |
| 09:32:43 | 15 | AND AMBIGUOUS, AND -- |
| 09:32:44 | 16 | THE DEPONENT:  NO, I HAVE -- |
| 09:32:45 | 17 | MR. CESTERO:  -- MISSTATES THE |
| 09:32:48 | 18 | WITNESS'S TESTIMONY. |
| 09:32:48 | 19 | THE DEPONENT:  I HAVE NOT. |
| 09:32:49 | 20 | EXCUSE ME. |
| 09:32:50 | 21 | MR. CESTERO:  IT'S OKAY. |
| 09:32:51 | 22 | MR. WOLFSON:  HERE YOU GO. |
| 09:32:51 | 23 | / / / |
| 09:32:51 | 24 | / / / |
| 09:32:51 | 25 | / / / |

29


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:34:34 | 1 | DR. KNEUPER'S REPORT HERE. |
| 09:34:35 | 2 | A.   RIGHT. |
| 09:34:36 | 3 | Q.   THIS IS EXHIBIT 3: |
| 09:34:37 | 4 | "U.S. MANAGED CHAMPIONSHIP-CALIBER |
| 09:34:39 | 5 | BOXERS." |
| 09:34:41 | 6 | DO YOU SEE THAT? |
| 09:34:41 | 7 | A.   I DO. |
| 09:34:41 | 8 | Q.   AND THIS IS SORTED ALPHABETICALLY. |
| 09:34:47 | 9 | A.   I DO SEE THAT. |
| 09:34:47 | 10 | Q.   NOW, DO YOU SEE MR. ANGULO'S NAME IN |
| 09:34:50 | 11 | HERE? |
| 09:34:51 | 12 | A.   I DO NOT. |
| 09:34:54 | 13 | Q.   OKAY.  IF YOU COULD TURN TO EXHIBIT |
| 09:34:56 | 14 | 70, WHICH IS EXHIBIT 4 OF DR. KNEUPER'S REPORT. |
| 09:35:04 | 15 | A.   I SEE THAT. |
| 09:35:05 | 16 | Q.   AND THIS IS EXHIBIT OF: |
| 09:35:05 | 17 | "U.S. PROMOTED CHAMPIONSHIP-CALIBER |
| 09:35:05 | 18 | BOXERS." |
| 09:35:05 | 19 | DO YOU SEE THAT? |
| 09:35:07 | 20 | A.   YES. |
| 09:35:07 | 21 | Q.   AND, AGAIN, THIS IS SORTED |
| 09:35:08 | 22 | ALPHABETICALLY? |
| 09:35:10 | 23 | A.   YES. |
| 09:35:11 | 24 | Q.   DO YOU SEE MR. ANGULO'S NAME IN THIS |
| 09:35:14 | 25 | LIST OF CHAMPIONSHIP-CALIBER BOXERS? |

32



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:35:16 | 1 | A. I DO NOT. |
| 09:35:16 | 2 | Q. OKAY. BUT YOU INCLUDED HIM IN YOUR |
| 09:35:18 | 3 | ANALYSIS AS A CHAMPIONSHIP-CALIBER BOXER? |
| 09:35:21 | 4 | MR. CESTERO: WELL, OBJECTION. IT |
| 09:35:21 | 5 | MISSTATES THE WITNESS, MISSTATES THE DOCUMENT. IT'S |
| 09:35:23 | 6 | VAGUE AS TO TIME. |
| 09:35:25 | 7 | (SPEAKING SIMULTANEOUSLY.) |
| 09:35:25 | 8 | THE DEPONENT: YEAH, IT'S -- THIS |
| 09:35:28 | 9 | IS -- |
| 09:35:28 | 10 | MR. CESTERO: AND IT'S A MIS- -- |
| 09:35:29 | 11 | DEPOSITION OFFICER: I CAN NOT HEAR |
| 09:35:29 | 12 | YOU, COUNSEL, WHEN -- |
| 09:35:29 | 13 | MR. CESTERO: IT'S A -- |
| 09:35:29 | 14 | DEPOSITION OFFICER: -- YOU'RE BOTH |
| 09:35:29 | 15 | SPEAKING AT ONCE. |
| 09:35:29 | 16 | MR. CESTERO: -- MISREPRESENTATION OF |
| 09:35:30 | 17 | THE DOCUMENT. |
| 09:35:33 | 18 | GO AHEAD. |
| 09:35:33 | 19 | THE DEPONENT: THE -- THE POINT |
| 09:35:34 | 20 | THAT -- THAT I WOULD MAKE HERE IS THERE'S THREE |
| 09:35:36 | 21 | DIFFERENT PERIODS, AND THOSE CRITERIA APPLY PERIOD |
| 09:35:39 | 22 | SPECIFIC. |
| 09:35:40 | 23 | BY MR. WOLFSON: |
| 09:35:40 | 24 | Q. UH-HUH. |
| 09:35:41 | 25 | A. AND SO TO THE EXTENT THAT THIS |

33



Kelli Norden and Associates
Court Reporters
310.820.7733 phone 310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com www.kellinorden.com

## DEPOSITION OF GENE DEETZ

09:37:40  1   RIGHT, IT SAYS -- MINE SAYS "269,852," I THINK.

09:37:45  2               MR. CESTERO:  YEAH.  AND JUST IDENTIFY

09:37:45  3   WHICH COLUMN --

09:37:48  4               THE DEPONENT:  I'M --

09:37:48  5               MR. CESTERO:  -- YOU'RE REFERRING TO,

09:37:48  6   SO WE --

09:37:48  7               THE DEPONENT:  I'M SORRY.

09:37:48  8               I'M IN THE "OPERATING INCOME COLUMN,

09:37:49  9   WHICH IS THE FAR-RIGHT COLUMN ON THE FIFTH LINE DOWN.

09:37:52  10  BY MR. WOLFSON:

09:37:52  11              Q.   UH-HUH.  SO FOR YOUR 2014 DETAIL,

09:37:54  12  MR. ANGULO CONTRIBUTED ALMOST 270,000 DOLLARS TO THE

09:38:01  13  OPERATING INCOME ATTRIBUTED TO CHAMPIONSHIP-CALIBER

09:38:06  14  BOXERS UNDER CONTRACT WITH GOLDEN BOY; RIGHT?

09:38:08  15              A.   THAT'S -- THAT'S WAS THIS APPEARS TO

09:38:10  16  SAY, YES.

09:38:15  17              Q.   AND DO YOU HAVE ANY IDEA --

09:38:17  18              MR. CESTERO:  WELL, HANG ON.  HANG ON

09:38:17  19  A SECOND.

09:38:18  20              YEAH.  OKAY.

09:38:18  21  BY MR. WOLFSON:

09:38:18  22              Q.   OKAY.  DO YOU HAVE IDEA WHY MR. ANGULO

09:38:20  23  WAS NOT INCLUDED AS A CHAMPIONSHIP-CALIBER BOXER IN

09:38:23  24  DR. KNEUPER'S REPORT?

09:38:24  25              A.   OTHER THAN THAT -- THAT IT COULD BE AT

36


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
09:38:26   1    A DIFFERENT TIME PERIOD, I WOULDN'T HAVE ANY -- I
09:38:29   2    WOULDN'T HAVE ANY KNOWLEDGE OF WHY OR WHY IT WAS
09:38:31   3    NOT.
09:38:31   4         Q.   OKAY.  WHY DON'T WE GO DOWN A COUPLE
09:38:34   5    ROWS TO A BOXER NAMED DEVON ALEXANDER.
09:38:44   6              MR. CESTERO:  A COUPLE -- DOWN A
09:38:44   7    COUPLE ROWS ON 74?
09:38:45   8              MR. WOLFSON:  UH-HUH.  YES, ON THE
09:38:45   9    2014 DETAIL, EXHIBIT 3.
09:38:47  10    BY MR. WOLFSON:
09:38:47  11         Q.   DO YOU SEE THAT?
09:38:56  12         A.   GIVE ME A SECOND.  THIS IS REALLY A
09:39:00  13    TEST.
09:39:00  14         Q.   YEAH.  IT'S VERY SMALL TEXT.
09:39:02  15              I APOLOGIZE.
09:39:03  16         A.   NO.
09:39:08  17              ALL RIGHT I HAVE HIM.
09:39:08  18              AND LET ME COUNT THE ROWS OUT FOR THE
09:39:09  19    RECORD:  ONE, TWO, THREE, FOUR, FIVE, SIX, SEVEN,
09:39:12  20    EIGHT, NINE, TEN, ELEVEN, TWELVE -- THIRTEEN ROWS
09:39:12  21    DOWN?
09:39:13  22         Q.   ABOUT THAT.
09:39:14  23         A.   OKAY.  I SEE THAT.
09:39:15  24         Q.   DO YOU SEE HIM?
09:39:16  25         A.   UH-HUH.
```

37



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
09:40:01   1    MR. ALEXANDER WAS A CHAMPIONSHIP-CALIBER BOXER?
09:40:03   2         A.   AGAIN, I DON'T -- I DON'T KNOW IF --
09:40:05   3    IF HE DID OR DIDN'T OR AT WHAT PARTICULAR TIME HE
09:40:07   4    WOULD HAVE CONSIDERED HIM.
09:40:08   5         Q.   ARE YOU CONTENDING THAT MR. ALEXANDER
09:40:10   6    IS A CHAMPIONSHIP-CALIBER BOXER?
09:40:12   7              MR. CESTERO:  PRESENTLY AS WE SIT HERE
09:40:13   8    TODAY?
09:40:13   9              MR. WOLFSON:  IN THIS ANALYSIS.
09:40:15  10              MR. CESTERO:  WELL, IN WHICH ANALYSIS?
09:40:15  11              MR. WOLFSON:  THIS ANALYSIS, RIGHT IN
09:40:17  12    FRONT OF YOU.
09:40:18  13              THE DEPONENT:  YEAH.  AND --
09:40:18  14              MR. CESTERO:  IN 2014?
09:40:19  15              MR. WOLFSON:  IN 2014.
09:40:19  16              THE DEPONENT:  IN 2014, YES.
09:40:20  17    BY MR. WOLFSON:
09:40:20  18         Q.   HOW ARE YOU QUALIFIED TO PROVIDE THAT
09:40:24  19    SORT OF TESTIMONY, SIR?
09:40:26  20         A.   BECAUSE I'M APPLYING DR. KNEUPER'S
09:40:28  21    CRITERIA.
09:40:29  22         Q.   BUT IF DR. KNEUPER DID NOT ACTUALLY
09:40:32  23    PROVIDE THAT ANALYSIS, ARE YOU THEN USING HIS
09:40:36  24    ECONOMIC ANALYSIS TO DETERMINE WHO IS AND WHO IS NOT
09:40:39  25    A CHAMPIONSHIP-CALIBER BOXER?
```

                                                                39



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

09:40:41  1          MR. CESTERO:  OBJECTION.  IT MISSTATES

09:40:41  2  THE WITNESS'S TESTIMONY, AND IT MISSTATES THE

09:40:43  3  DOCUMENTS, AND IT'S --

09:40:44  4          THE DEPONENT:  YEAH.  FOR --

09:40:45  5          MR. CESTERO:  -- ARGUMENTATIVE.

09:40:45  6          THE DEPONENT:  FOR --

09:40:45  7          MR. CESTERO:  GO AHEAD.

09:40:45  8          THE DEPONENT:  FOR ALL THREE

09:40:46  9  PERIODS -- FOR '14, '15, AND '16 -- I APPLIED THE

09:40:49  10  CHAMPIONSHIP-CALIBER CRITERIA AS -- AS STATED IN

09:40:52  11  DR. KNEUPER'S REPORT IN DETERMINING THE

09:40:55  12  CLASSIFICATION BETWEEN CHAMPIONSHIP-CALIBER AND

09:40:56  13  NON-CHAMPIONSHIP-CALIBER.

09:40:59  14          SO I'M APPLYING HIS CRITERIA.

09:41:01  15  BY MR. WOLFSON:

09:41:01  16          Q.  DID DR. KNEUPER PROVIDE AN OPINION ON

09:41:04  17  WHO WAS AND WAS NOT A CHAMPIONSHIP-CALIBER BOXER IN

09:41:06  18  2014?

09:41:07  19          A.  I -- I DON'T BELIEVE HE DID.

09:41:08  20          Q.  OKAY.  AND HOW ARE YOU QUALIFIED TO

09:41:12  21  PROVIDE AN -- AN OPINION WHO WAS AND WAS NOT A

09:41:15  22  CHAMPIONSHIP-CALIBER BOXER IN 2014?

09:41:17  23          MR. CESTERO:  OBJECTION.  IT MISSTATES

09:41:18  24  THE WITNESS'S TESTIMONY.

09:41:21  25          THE DEPONENT:  YEAH.  BE- -- BECAUSE I

40



Kelli Norden and Associates
Court  Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:41:22 | 1 | AM USING HIS CRITERIA AND I'M APPLYING IT |
| 09:41:26 | 2 | CONSISTENTLY IN '16, '15, AND '14. |
| 09:41:29 | 3 | BY MR. HEINLEIN: |
| 09:41:29 | 4 | Q.   YOU UNDERSTAND THAT DR. |
| 09:41:29 | 5 | KNEUPER ACTUALLY -- |
| 09:41:29 | 6 | MR. CESTERO:  HANG ON.  HANG ON A |
| 09:41:29 | 7 | SECOND. |
| 09:41:29 | 8 | MR. WOLFSON:  GO AHEAD. |
| 09:41:29 | 9 | MR. CESTERO:  DON'T INTERRUPT THE |
| 09:41:30 | 10 | WITNESSES.  LET HIM FINISH HIS ANSWER. |
| 09:41:33 | 11 | BY MR. WOLFSON: |
| 09:41:33 | 12 | Q.   GO AHEAD. |
| 09:41:33 | 13 | A.   WELL, I THINK I WAS FINISHED. |
| 09:41:35 | 14 | I'M JUST -- I JUST -- I APPLIED HIS |
| 09:41:36 | 15 | CRITERIA CONSISTENTLY IN '16, '15, AND '14, AND |
| 09:41:38 | 16 | THAT'S THE BASIS FOR THE OPINION IN EACH OF THE |
| 09:41:40 | 17 | YEARS. |
| 09:41:40 | 18 | Q.   NOW, YOU UNDERSTAND THAT DR. KNEUPER |
| 09:41:42 | 19 | ACTUALLY SPOKE WITH GOLDEN BOY EMPLOYEES ABOUT WHAT |
| 09:41:45 | 20 | DOES AND DOES NOT CONSTITUTE A CHAMPIONSHIP-CALIBER |
| 09:41:48 | 21 | BOXER? |
| 09:41:49 | 22 | A.   I'D HAVE TO REFRESH MY RECOLLECTION. |
| 09:41:51 | 23 | I -- I KNOW HE CITED CONVERSATIONS WITH GOLDEN BOY |
| 09:41:54 | 24 | ABOUT -- ABOUT THAT. |
| 09:41:55 | 25 | Q.   YOU UNDERSTAND THAT DR. KNEUPER IS A |

41


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:41:58 | 1 | PH.D IN ECONOMICS? |
| 09:41:59 | 2 | A.   YES. |
| 09:41:59 | 3 | Q.   YOU UNDERSTAND THAT DR. KNEUPER |
| 09:42:01 | 4 | CONDUCTED A -- A REVIEW OF DOCUMENTS THAT, IN HIS |
| 09:42:04 | 5 | ECONOMIC ESTIMATION, ALLOWED HIM TO OPINE ON WHAT IS |
| 09:42:08 | 6 | AND IS NOT A CHAMPIONSHIP-CALIBER BOXER? |
| 09:42:10 | 7 | MR. CESTERO:   OBJECTION; VAGUE AS TO |
| 09:42:11 | 8 | TIME. |
| 09:42:13 | 9 | THE DEPONENT:   I DO UNDERSTAND THAT, |
| 09:42:13 | 10 | AND I DO UNDERSTAND THAT -- THAT THAT DETERMINATION |
| 09:42:16 | 11 | WAS DRIVEN BY THE CRITERIA THAT I APPLIED |
| 09:42:19 | 12 | CONSISTENTLY -- |
| 09:42:19 | 13 | BY MR. WOLFSON: |
| 09:42:19 | 14 | Q.   UH-HUH. |
| 09:42:21 | 15 | A.   -- ACROSS THREE DIFFERENT TIME |
| 09:42:23 | 16 | PERIODS. |
| 09:42:23 | 17 | Q.   AND WHY WAS THERE A CHANGE WITH |
| 09:42:25 | 18 | RESPECT TO MR. ALEXANDER? |
| 09:42:26 | 19 | A.   WHEN THE ORIGINAL DOCUMENT WAS DONE -- |
| 09:42:31 | 20 | THEN -- WHEN THE ORIGINAL DOCUMENT WAS DONE, I HAD -- |
| 09:42:34 | 21 | I HAD NOT -- I HAD MISSED SEVERAL OF THESE, IN TERMS |
| 09:42:37 | 22 | OF LOOKING AT THOSE THREE CRITERIA.  AND WHEN I WENT |
| 09:42:42 | 23 | BACK AND RE-REVIEWED THAT IN DETAIL, THAT'S WHAT |
| 09:42:46 | 24 | DROVE THE CHANGE. |
| 09:42:48 | 25 | THE CRIT- -- CRITERIA WAS THE SAME, |

42



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:43:59 | 1 | BY MR. WOLFSON: |
| 09:43:59 | 2 | Q.   SIR, YOU'RE NOT OFFERING AN OPINION |
| 09:44:01 | 3 | WHAT CONSTITUTES A CHAMPIONSHIP-CALIBER BOXER, ARE |
| 09:44:04 | 4 | YOU? |
| 09:44:04 | 5 | MR. CESTERO:   OBJECTION; ASKED AND |
| 09:44:05 | 6 | ANSWERED. |
| 09:44:06 | 7 | THE DEPONENT:   NO, I'M APPLYING |
| 09:44:08 | 8 | DR. KNEUPER'S CRITERIA -- |
| 09:44:10 | 9 | BY MR. WOLFSON: |
| 09:44:10 | 10 | Q.   OKAY. |
| 09:44:10 | 11 | A.   -- OF WHAT CONSTITUTES A |
| 09:44:12 | 12 | CHAMPIONSHIP-CALIBER BOXER. |
| 09:44:12 | 13 | Q.   AND IN THIS INSTANCE, DR. KNEUPER HAS |
| 09:44:15 | 14 | NOT CONCLUDED THAT DE- -- THAT DEVON ALEXANDER IS A |
| 09:44:18 | 15 | CHAMPIONSHIP-CALIBER BOXER, HAS -- |
| 09:44:19 | 16 | (SPEAKING SIMULTANEOUSLY.) |
| 09:44:19 | 17 | MR. CESTERO:   OBJECTION. |
| 09:44:20 | 18 | BY MR. WOLFSON: |
| 09:44:20 | 19 | Q.   -- HAS HE? |
| 09:44:21 | 20 | MR. CESTERO:   OBJECTION; VAGUE AS TO |
| 09:44:22 | 21 | TIME. |
| 09:44:23 | 22 | THE DEPONENT:   I DON'T KNOW IF HE'S -- |
| 09:44:24 | 23 | MR. CESTERO:   MISSTATES THE WITNESS'S |
| 09:44:26 | 24 | TESTIMONY. |
| 09:44:26 | 25 | THE DEPONENT:   YEAH. |

44



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
09:45:18   1              Q.   AND DO YOU HAVE ANY IDEA WHY
09:45:21   2   MR. ALEXANDER IS NOT INCLUDED IN THE LIST OF
09:45:24   3   DR. KNEUPER'S CHAMPIONSHIP-CALIBER BOXERS?
09:45:29   4              MR. CESTERO:  OBJECTION; ASKED AND
09:45:30   5   ANSWERED, MISSTATES THE WITNESS'S TESTIMONY.
09:45:33   6              THE DEPONENT:  I -- I DON'T KNOW.
09:45:33   7   BY MR. WOLFSON:
09:45:33   8              Q.   YOU HAVE NO IDEA; RIGHT?
09:45:35   9              A.   RIGHT.
09:45:35  10              Q.   AND YOU HAVE NO ABILITY TO OPINE ON
09:45:37  11   WHETHER IT WAS APPROPRIATE OR INAPPROPRIATE FOR
09:45:40  12   DR. KNEUPER TO EXCLUDE DEVON ALEXANDER FROM HIS LIST
09:45:45  13   OF CHAMPIONSHIP-CALIBER BOXERS; RIGHT?
09:45:47  14              A.   I --
09:45:47  15              MR. CESTERO:  OBJECTION.  OBJECTION.
09:45:48  16   IT'S ARGUMENTATIVE, MISSTATES THE WITNESS'S
09:45:51  17   TESTIMONY.
09:45:51  18              THE DEPONENT:  YEAH.  I DON'T -- I
09:45:52  19   DON'T KNOW FOR -- AND WHATEVER PARTICULAR TIME HE'S
09:45:54  20   MAKING THAT DETERMINATION, WHAT -- WHO WOULD BE OR
09:45:58  21   WOULD NOT BE CHAMPIONSHIP-CALIBER.
09:46:00  22              AND AGAIN, I'VE SAID -- I KNOW I'M
09:46:02  23   REPEATING MYSELF --
09:46:03  24   BY MR. WOLFSON:
09:46:03  25              Q.   UH-HUH.
```

46

 Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone   310.820.7933 fax
11355 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com   www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:47:11 | 1 | ARGUMENTATIVE, AND IT'S VAGUE AND AMBIGUOUS. |
| 09:47:13 | 2 | THE DEPONENT:  WELL, IF HE -- IF HE -- |
| 09:47:15 | 3 | IF HE FOUGHT DURING THAT TIME PERIOD AND WAS IN |
| 09:47:18 | 4 | GOLDEN BOY'S P & L, THEN HE'S -- HE'S -- HE'S CAPTURED |
| 09:47:21 | 5 | IN MY ANALYSIS. |
| 09:47:22 | 6 | BY MR. WOLFSON: |
| 09:47:22 | 7 | Q.   OKAY.  COULD YOU LOOK AT PAGE 66 OF |
| 09:47:24 | 8 | DR. KNEUPER'S REPORT. |
| 09:47:29 | 9 | A.   I'M THERE. |
| 09:47:30 | 10 | Q.   DO YOU SEE MR. BIKA'S NAME IN THE LIST |
| 09:47:33 | 11 | OF U.S.-MANAGED CHAMPIONSHIP-CALIBER BOXERS? |
| 09:47:35 | 12 | A.   AGAIN, I -- I DON'T SEE HIM.  I DON'T |
| 09:47:40 | 13 | SEE HIM ON PAGE 66 FOR EXHIBIT 3, AND I DON'T SEE HIM |
| 09:47:49 | 14 | ON PAGE 70 FOR EXHIBIT 4. |
| 09:47:51 | 15 | Q.   OKAY.  SO TO YOUR UNDERSTANDING, THEN, |
| 09:47:52 | 16 | DR. KNEUPER HAS NOT CONCLUDED THAT MR. BIKA IS A |
| 09:47:58 | 17 | CHAMPIONSHIP-CALIBER BOXER? |
| 09:47:59 | 18 | MR. CESTERO:  VAGUE AS TO TIME. |
| 09:48:00 | 19 | THE DEPONENT:  WELL, YEAH.  AGAIN, FOR |
| 09:48:01 | 20 | WHATEVER PARTICULAR POINT IN TIME HE'S MAKING THAT |
| 09:48:03 | 21 | DETERMINATION, IT DOESN'T APPEAR TO BE ON EITHER |
| 09:48:06 | 22 | EXHIBIT -- EXHIBIT 3 OR EXHIBIT 4 TO DR. KNEUPER'S |
| 09:48:10 | 23 | REPORT. |
| 09:48:10 | 24 | BY MR. WOLFSON: |
| 09:48:10 | 25 | Q.   BUT YOU, SIR, DO CONCLUDE THAT |

48



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 09:59:25 | 1 | "UNDER CONTRACT - CHAMPIONSHIP-CALIBER BOXERS" IS |
| 09:59:26 | 2 | 5,324,589 DOLLARS; RIGHT? |
| 09:59:31 | 3 | A.   THAT'S CORRECT. |
| 09:59:31 | 4 | Q.   SO FROM 2014 TO 2015, THIS ROW HAS |
| 09:59:36 | 5 | GONE UP IN TERMS OF DOLLARS; RIGHT? |
| 09:59:39 | 6 | A.   THAT PARTICULAR CATEGORY HAS, YES. |
| 09:59:41 | 7 | Q.   AND THAT'S GONE UP BY APPROXIMATELY, |
| 09:59:44 | 8 | WELL, OVER 600,000 DOLLARS? |
| 09:59:46 | 9 | A.   THAT'S FAIR, YES. |
| 09:59:50 | 10 | Q.   NOW, THE 2016 METRICS, QUICK |
| 09:59:54 | 11 | CLARIFICATION QUESTION. |
| 09:59:55 | 12 | THESE NUMBERS ARE HALF-YEAR METRICS; |
| 09:59:58 | 13 | RIGHT? |
| 09:59:58 | 14 | A.   THEY'RE -- THEY'RE THROUGH JUNE |
| 09:59:59 | 15 | 30TH. |
| 10:00:00 | 16 | Q.   OKAY.  SO ALL OF THE NUMBERS HERE ARE |
| 10:00:01 | 17 | FROM JANUARY 1ST, 2016, THROUGH JUNE 30TH, 2016? |
| 10:00:04 | 18 | A.   THAT'S CORRECT. |
| 10:00:05 | 19 | Q.   AND IN YOUR REPORT, YOU ANNUALIZE 2016 |
| 10:00:09 | 20 | BY MULTIPLYING THESE NUMBERS BY TWO; RIGHT? |
| 10:00:12 | 21 | A.   YES, I THINK THAT'S FAIR. |
| 10:00:13 | 22 | Q.   SO -- SO ESSENTIALLY DOUBLING THEM? |
| 10:00:17 | 23 | A.   THAT'S CORRECT. |
| 10:00:17 | 24 | Q.   OKAY.  SO FOR 2016, YOU GO DOWN TO THE |
| 10:00:19 | 25 | "UNDER CONTRACT - CHAMPIONSHIP-CALIBER" ROW, YOU HAVE |

62



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:03:00 | 1 | ME. |
| 10:03:02 | 2 | I WAS JUST MAKING THAT POINT. |
| 10:03:03 | 3 | Q.   OKAY.   ARE YOU AWARE OF OTHER FIGHTS |
| 10:03:04 | 4 | THAT GOLDEN BOY IS -- IS GOING TO PROMOTE THROUGH THE |
| 10:03:06 | 5 | END OF THE YEAR? |
| 10:03:08 | 6 | A.   I'M NOT SPECIFICALLY AWARE, NO. |
| 10:03:10 | 7 | Q.   HAVE YOU SEEN ANY UN -- OTHER UPDATED |
| 10:03:12 | 8 | P & L'S FOR THE COMPANY, BESIDES FOR THE ALVAREZ-SMITH |
| 10:03:15 | 9 | FIGHT? |
| 10:03:16 | 10 | A.   I HAVE NOT. |
| 10:03:19 | 11 | Q.   DO YOU PLAN TO INCORPORATE THE |
| 10:03:20 | 12 | COMPANY-WIDE UPDATED P & L INTO YOUR ANALYSIS? |
| 10:03:24 | 13 | A.   AS I SIT HERE TODAY, I DO NOT PLAN TO |
| 10:03:26 | 14 | DO THAT. |
| 10:03:27 | 15 | Q.   AND AS OF TODAY, YOU'VE NOT SEEN A |
| 10:03:30 | 16 | COMP- -- UPDATED COMPANY-WIDE P & L? |
| 10:03:31 | 17 | A.   I HAVE NOT. |
| 10:03:39 | 18 | Q.   SO THE -- FROM 2015 TO 2016, |
| 10:03:44 | 19 | YEAR-OVER-YEAR, UNDER YOUR ANALYSIS, THERE IS ANOTHER |
| 10:03:49 | 20 | INCREASE IN REVENUES GENERATED -- OR I'M SORRY -- |
| 10:03:52 | 21 | INCOME FROM BOXING OPERATIONS GENERATED FROM |
| 10:03:56 | 22 | CHAMPIONSHIP-CALIBER BOXERS UNDER CONTRACT TO GOLDEN |
| 10:03:57 | 23 | BOY? |
| 10:03:58 | 24 | A.   THAT'S CORRECT. |
| 10:04:02 | 25 | Q.   NOW, IS IT YOUR UNDERSTANDING THAT THE |

66



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:04:04  1   LIABILITY THEORY IN THIS CASE IS THAT GOLDEN BOY HAS

10:04:07  2   BEEN PRECLUDED FROM PROMOTING BOXERS THAT ARE NOT

10:04:11  3   UNDER CONTRACT WITH GOLDEN BOY?

10:04:14  4                MR. CESTERO:   OBJECTION.   IT'S VAGUE

10:04:16  5   AND AMBIGUOUS.

10:04:17  6                THE DEPONENT:   MY UNDERSTANDING IS

10:04:18  7   THAT, AS A PART OF THE TYING OF THE MANAGEMENT --

10:04:22  8   MANAGEMENT AND PROMOTION --

10:04:24  9   BY MR. WOLFSON:

10:04:24  10        Q.   UH-HUH.

10:04:25  11        A.   -- AND THE LOCKING UP OF THE T.V.

10:04:28  12   RIGHTS, THEY -- THEY HAVE NOT BEEN ABLE TO ATTRACT

10:04:30  13   AND DEVELOP NON-CHAMPIONSHIP-CALIBER BOXERS INTO

10:04:38  14   CHAMPIONSHIP-CALIBER BOXERS.

10:04:38  15        Q.   AND WHY IS THAT YOUR UNDERSTANDING?

10:04:40  16        A.   BECAUSE I BELIEVE THAT THAT IS

10:04:41  17   MENTIONED IN DR. KNEUPER'S REPORT.

10:04:47  18        Q.   THAT THEY HAVE NOT BEEN ABLE TO

10:04:48  19   DEVELOP NON-CHAMPIONSHIP-CALIBER BOXERS INTO

10:04:52  20   CHAMPIONSHIP-CALIBER BOXERS?

10:04:53  21        A.   I BELIEVE SO, YES.

10:04:54  22        Q.   WHICH WOULD CONTRIBUTE TO THEIR BOTTOM

10:04:56  23   LINE BY CONTRIBUTING TO THEIR INCOME FROM BOXING

10:05:00  24   OPERATIONS TO UNDER-CONTRACT CHAMPIONSHIP-CALIBER

10:05:05  25   BOXERS?

67



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:05:05   1           MR. CESTERO:  I'M SORRY.

10:05:06   2           CAN YOU READ THAT QUESTION BACK,

10:05:06   3   PLEASE.

10:05:20   4           THE DEPONENT:  YEAH.  THANK YOU.

10:04:54   5         (THE RECORD WAS READ AS FOLLOWS:

10:04:54   6      Q.   WHICH WOULD CONTRIBUTE TO

10:04:56   7      THEIR BOTTOM LINE BY CONTRIBUTING

10:04:57   8      TO THEIR INCOME FROM BOXING

10:05:01   9      OPERATIONS TO UNDER CONTRACT

10:05:05   10      CHAMPIONSHIP-CALIBER BOXERS?)

10:05:16   11          MR. WOLFSON:  THAT'S -- I'LL --

10:05:18   12   I'LL -- I'LL REPHRASE THE QUESTION.

10:05:21   13   BY MR. WOLFSON:

10:05:21   14      Q.   IF -- WITH YOUR UNDERSTANDING, IF

10:05:25   15   GOLDEN BOY HAD BEEN ABLE TO DEVELOP

10:05:29   16   NON-CHAMPIONSHIP-CALIBER BOXERS INTO

10:05:33   17   CHAMPIONSHIP-CALIBER BOXERS, HOW WOULD THAT HAVE

10:05:36   18   CONTRIBUTED TO THE COMPANY'S BOTTOM LINE?

10:05:38   19      A.   IT WOULD -- IT WOULD INCREASE THE --

10:05:40   20   THE BOTTOM LINE.  BECAUSE THE CHAMPIONSHIP-CALIBER

10:05:42   21   BOXERS ARE THE -- THE KIND OF ECONOMIC OUTCOME OF

10:05:49   22   THE -- OF THE BUSINESS PLAN.

10:05:50   23      Q.   UH-HUH.

10:05:51   24      A.   SO TO THE EXTENT THAT -- THAT YOU HAVE

10:05:52   25   A YOUNG FIGHTER THAT GETS DEVELOPED AND PROMOTED AND

68



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:05:57 | 1 | BECOMES A CHAMPIONSHIP-CALIBER BOXER, THEN THEY'RE -- |
| 10:05:59 | 2 | THEY'RE IN A POSITION TO MAKE -- MAKE MONEY FOR THE |
| 10:06:03 | 3 | PROMOTION -- FOR THE PROMOTER. |
| 10:06:04 | 4 | Q.   SO IN -- IN YOUR EXHIBIT 3, THAT WOULD |
| 10:06:07 | 5 | CONTRIBUTE TO THE INCOME FROM BOXING OPERATIONS IN |
| 10:06:10 | 6 | THE ROW FOR "UNDER CONTRACT - CHAMPIONSHIP-CALIBER"; |
| 10:06:13 | 7 | RIGHT? |
| 10:06:22 | 8 | A.   IT WOULD CONTRIBUTE -- IT WOULD |
| 10:06:23 | 9 | CONTRIBUTE TO -- IT WOULD CONTRIBUTE TO ALL -- IT |
| 10:06:23 | 10 | WOULD BE A PART OF AND CONTRIBUTE TO ALL OF THE |
| 10:06:25 | 11 | ROWS. |
| 10:06:28 | 12 | Q.   WHY IS THAT? |
| 10:06:29 | 13 | A.   WELL, BECAUSE THEY ARE PROMOTING -- |
| 10:06:31 | 14 | THESE FIGHTS ARE ALL FIGHTS THAT GOLDEN BOY PROMOTED |
| 10:06:34 | 15 | OR SOMEHOW HAS IN THEIR P & L.  AND SO THAT WOULD -- |
| 10:06:38 | 16 | THAT WOULD BE A PART OF -- THEIR OVERALL BUSINESS IS |
| 10:06:43 | 17 | TO -- TO DEVELOP AND PROMOTE FIGHTERS. |
| 10:06:46 | 18 | Q.   AND THOSE WOULD BE FIGHTERS THAT ARE |
| 10:06:48 | 19 | UNDER CONTRACT TO THEM? |
| 10:06:50 | 20 | MR. CESTERO:  OBJECTION; MISSTATES THE |
| 10:06:51 | 21 | WITNESS'S TESTIMONY, AND -- |
| 10:06:52 | 22 | THE DEPONENT:  YEAH.  I DON'T -- |
| 10:06:52 | 23 | MR. CESTERO:  -- IT MISSTATES THE |
| 10:06:54 | 24 | DOCUMENT. |
| 10:06:55 | 25 | GO AHEAD. |

69



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:08:39  1              MR. CESTERO:  OBJECTION.  THAT'S VAGUE

10:08:41  2  AND AMBIGUOUS.

10:08:41  3  BY MR. WOLFSON:

10:08:41  4          Q.    -- IN 2015 AND 2016?

10:08:43  5              MR. CESTERO:  IT'S STILL VAGUE AND

10:08:44  6  AMBIGUOUS.

10:08:48  7              THE DEPONENT:  I DON'T KNOW THAT I

10:08:49  8  HAVE A SPECIFIC UNDERSTANDING AS TO ANY PARTICULAR

10:08:50  9  FIGHT CARD, AND WHO THE FIGHTERS WOULD BE ON THAT.

10:08:53  10              BUT AS A DERIVATIVE OF DOCTORS

10:08:57  11  KNEUPER'S -- DR. KNEUPER'S OPINION ON THE

10:08:59  12  ANTICOMPETITIVE BEHAVIOR, THEY'RE UNABLE TO -- TO

10:09:01  13  ATTRACT CHAMPIONSHIP-CALIBER FIGHTERS, EITHER UNDER

10:09:04  14  CONTRACT OR OTHERWISE.

10:09:07  15              AND ALSO -- AND ALSO HAVE BEEN IMPEDED

10:09:11  16  FROM THEIR BUSINESS PLAN, WHICH IS TO DEVELOP

10:09:13  17  FIGHTERS FROM NON-CHAMPIONSHIP CALIBER TO

10:09:16  18  CHAMPIONSHIP-CALIBER.

10:09:21  19  BY MR. WOLFSON:

10:09:21  20          Q.    IS IT YOUR OPINION IN THIS CASE THAT

10:09:22  21  GOLDEN BOY HAS BEEN DAMAGED FROM ITS INABILITY TO

10:09:28  22  OBTAIN INCOME FROM CHAMPIONSHIP-CALIBER BOXERS THAT

10:09:30  23  ARE NOT UNDER CONTRACT FROM -- WITH GOLDEN BOY?

10:09:33  24              MR. CESTERO:  OBJECTION.  IT'S VAGUE

10:09:34  25  AND AMBIGUOUS.

72


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:09:35 | 1 | IF YOU UNDERSTAND IT, YOU CAN ANSWER |
| 10:09:36 | 2 | IT. |
| 10:09:36 | 3 | THE DEPONENT:  YEAH.  IT IS. |
| 10:09:37 | 4 | BY MR. WOLFSON: |
| 10:09:37 | 5 | Q.   OKAY.  AND WHAT IS YOUR BASIS FOR |
| 10:09:43 | 6 | CLAIMING THOSE ARE DAMAGES TO GOLDEN BOY UNDER WHAT |
| 10:09:45 | 7 | YOU UNDERSTAND IS THEIR LIABILITY THEORY? |
| 10:09:47 | 8 | MR. CESTERO:  I'M SORRY.  CAN YOU READ |
| 10:09:48 | 9 | THAT QUESTION BACK, PLEASE. |
| 10:09:37 | 10 | (THE RECORD WAS READ AS FOLLOWS: |
| 10:09:37 | 11 | Q.   OKAY.  AND WHAT IS YOUR |
| 10:09:41 | 12 | BASIS FOR CLAIMING THOSE ARE |
| 10:09:44 | 13 | DAMAGES TO GOLDEN BOY UNDER WHAT |
| 10:09:45 | 14 | YOU UNDERSTAND IS THEIR LIABILITY |
| 10:09:47 | 15 | THEORY?) |
| 10:09:58 | 16 | MR. CESTERO:  OBJECTION.  IT'S VAGUE |
| 10:10:00 | 17 | AND AMBIGUOUS. |
| 10:10:01 | 18 | IF YOU UNDERSTAND IT, YOU CAN ANSWER |
| 10:10:02 | 19 | IT. |
| 10:10:02 | 20 | THE DEPONENT:  WELL, MY -- MY |
| 10:10:03 | 21 | CALCULATION AND MY BASIS FOR DAMAGES INCLUDES ALL |
| 10:10:05 | 22 | CHAMPIONSHIP-CALIBER, REGARDLESS OF CONTRACT OR NO |
| 10:10:08 | 23 | CONTRACT, AS WELL AS THE COST OF THE LOSSES ON THE |
| 10:10:12 | 24 | NON-CHAMPIONSHIP-CALIBER BOXERS. |
| 10:10:19 | 25 | AND THE -- AND THE BASIS FOR THAT IS |

73



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
10:13:15   1              MR. CESTERO:  WELL, OBJECTION.  IT'S
10:13:16   2   VAGUE AND AMBIGUOUS.
10:13:19   3              THE DEPONENT:  YEAH.  I DON'T -- I
10:13:20   4   DON'T RECALL THE SPECIFIC DOCUMENTATION UNDERNEATH
10:13:22   5   THE -- ANY PARTICULAR FIGHT THAT WAS A
10:13:25   6   NON-GOLDEN-BOY-CONTRACT FIGHTER.
10:13:28   7   BY MR. WOLFSON:
10:13:28   8         Q.   UH-HUH.
10:13:29   9         A.   BUT I -- BUT WHAT DROVE THE ANALYSIS
10:13:31  10   IS THE -- THE FACT THAT THAT NON-CONTRACT FIGHTER --
10:13:35  11   NON-GOLDEN-BOY-CONTRACT FIGHTER SHOWS UP IN THE
10:13:38  12   GOLDEN BOY P & L.
10:13:41  13         Q.   SO, FOR EXAMPLE, IN YOUR 2014 DETAIL,
10:13:47  14   YOU HAVE FLOYD MAYWEATHER CONTRIBUTING 2.2 MILLION TO
10:13:55  15   GOLDEN BOY'S OPERATING INCOME FOR THE YEAR?
10:13:58  16              MR. CESTERO:  OH, IS THAT REALLY WHAT
10:13:58  17   THAT SAYS?
10:14:00  18              THE DEPONENT:  IT IS.
10:14:01  19              MR. CESTERO:  DOES IT SAY "2.2
10:14:02  20   MILLION"?
10:14:03  21              THE DEPONENT:  IT'S THE -- IT'S THE
10:14:03  22   SECOND LINE, AND IT'S 2.216, I BELIEVE.  AND --
10:14:05  23              MR. CESTERO:  OKAY.
10:14:06  24              THE DEPONENT:  AND SO THE WAY -- WELL,
10:14:07  25   I'M SURE YOU KNOW THIS --
```

77



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:14:10 | 1 | BY MR. WOLFSON: |
| 10:14:10 | 2 | Q.   YEAH. |
| 10:14:10 | 3 | A.   -- BUT THE WAY TO THINK ABOUT THAT |
| 10:14:11 | 4 | IS -- YEAH, THAT IS INCLUDED IN THE 5,518,765 ON PAGE |
| 10:14:16 | 5 | 1. |
| 10:14:16 | 6 | Q.   OKAY.  SO YOU TAKE AWAY FLOYD |
| 10:14:18 | 7 | MAYWEATHER FROM THAT ROW, AND THE 5.5 NUMBER GOES |
| 10:14:23 | 8 | DOWN TO -- GOES DOWN BY 2.2 MILLION? |
| 10:14:26 | 9 | A.   RIGHT.  IT BECOMES 3.3 MILLION. |
| 10:14:29 | 10 | Q.   OKAY. |
| 10:14:30 | 11 | A.   THAT'S CORRECT. |
| 10:14:34 | 12 | Q.   AND A -- MARCOS MAIDANA, |
| 10:14:37 | 13 | HE CONTRIBUTED 646,525 DOLLARS TO GOLDEN BOY'S 2014 |
| 10:14:45 | 14 | OPERATING INCOME? |
| 10:14:46 | 15 | A.   THAT'S CORRECT. |
| 10:14:51 | 16 | Q.   AND SO YOU WOULD -- IF YOU TOOK OUT |
| 10:14:53 | 17 | MR. MAIDANA'S CONTRIBUTION FROM 2014, YOU WOULD |
| 10:14:57 | 18 | SUBTRACT 646,000 FROM THE 5.5 MILLION; RIGHT? |
| 10:15:01 | 19 | A.   THAT'S RIGHT.  AND YOU COULD LITERALLY |
| 10:15:03 | 20 | SORT THIS WORKBOOK TO SEE LITERALLY EACH -- EACH AND |
| 10:15:06 | 21 | EVERY FIGHTER -- |
| 10:15:07 | 22 | Q.   UH-HUH. |
| 10:15:07 | 23 | A.   -- THAT MADE THAT 5.5 MILLION. |
| 10:15:09 | 24 | Q.   NOW, IS IT YOUR OPINION THAT GOLDEN |
| 10:15:17 | 25 | BOY HAS BEEN PRECLUDED FROM DERIVING INCOME FROM THE |

78



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

```
10:16:26   1           A.    THAT'S CORRECT.
10:16:27   2                 Q.    AND THEN IN 2015, MR. MAYWEATHER HAD
10:16:31   3    HIS RETIREMENT FIGHT AGAINST MANNY PACQUIAO; RIGHT?
10:16:36   4                 MR. CESTERO:    OBJECTION.    THAT ASSUMES
10:16:37   5    FACTS, AND MISSTATES --
10:16:37   6                 THE DEPONENT:    THE ONLY REASON --
10:16:38   7                 MR. CESTERO:    -- THE EVIDENCE.
10:16:38   8                 THE DEPONENT:    THE ONLY REASON I'M
10:16:39   9    GOING TO SAY HE FOUGHT HIM -- I KNOW HE FOUGHT HIM IN
10:16:42  10    '15.  I DON'T KNOWN IF IT WAS HIS RETIREMENT OR NOT,
10:16:45  11    BUT I KNOW HE FOUGHT MR. PACQUIAO IN '15.
10:16:49  12    BY MR. WOLFSON:
10:16:49  13                 Q.    OKAY.  IS -- HAVE YOU SEEN ANYTHING IN
10:16:50  14    DR. KNEUPER'S REPORT SUGGESTING THAT FLOYD MAYWEATHER
10:16:54  15    CHOSE A DIFFERENT PROMOTER FOR THAT FIGHT DUE TO
10:16:59  16    ANTICOMPETITIVE ACTIVITIES HERE?
10:17:01  17                 A.    I DON'T RECALL SPECIFICALLY WHETHER HE
10:17:01  18    MENTIONS THAT OR NOT.  I DON'T HAVE A SPECIFIC
10:17:04  19    RECOLLECTION THAT HE DOES.
10:17:06  20                 Q.    ARE YOU AWARE THAT THE FLOYD
10:17:08  21    MAYWEATHER AND MANNY PACQUIAO FIGHT IN 2015 WAS
10:17:13  22    PROMOTED BY A COMPANY CALLED TOP RANK?
10:17:16  23                 MR. CESTERO:    OBJECTION.    THAT
10:17:16  24    MISSTATES --
10:17:16  25                 THE DEPONENT:    I -- I --
```

80



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:17:17 | 1 | MR. CESTERO:  ASSUMES FACTS, AND |
| 10:17:18 | 2 | MISSTATES THE RECORD. |
| 10:17:20 | 3 | THE DEPONENT:  IT -- IT -- I'M AWARE |
| 10:17:21 | 4 | THAT THAT FIGHT IS NOT IN THE GOLDEN BOY P & L FOR |
| 10:17:24 | 5 | 2015.  SO I WOULD ASSUME IT WAS PROMOTED BY SOMEBODY, |
| 10:17:26 | 6 | ELSE BECAUSE IT'S NOT IN GOLDEN BOY'S P & L. |
| 10:17:29 | 7 | BY MR. WOLFSON: |
| 10:17:29 | 8 | Q.   OKAY.  AND IF TOP RANK PROMOTED OR |
| 10:17:30 | 9 | CO-PROMOTED THAT FIGHT, YOU HAVE NO OPINION WHETHER |
| 10:17:33 | 10 | THAT WAS ANTICOMPETITIVE OR NOT, DO YOU? |
| 10:17:40 | 11 | MR. CESTERO:  OBJECTION.  THAT'S VAGUE |
| 10:17:41 | 12 | AND AMBIGUOUS. |
| 10:17:41 | 13 | THE DEPONENT:  YEAH.  AGAIN, MY -- MY |
| 10:17:41 | 14 | OPINION FLOWS FROM MR. KNEUPER, AND THAT'S MY |
| 10:17:43 | 15 | ASSUMPTION. |
| 10:17:44 | 16 | BY MR. WOLFSON: |
| 10:17:44 | 17 | Q.   OKAY.  ARE YOU -- HAVE YOU SEEN ANY |
| 10:17:46 | 18 | DISCUSSION OF WHAT IS A, QUOTE, "LEGITIMATE PROMOTER" |
| 10:17:49 | 19 | IN THE BOXING INDUSTRY IN THIS CASE? |
| 10:17:51 | 20 | MR. CESTERO:  OBJECTION.  IT'S VAGUE |
| 10:17:57 | 21 | AND AMBIGUOUS. |
| 10:17:58 | 22 | THE DEPONENT:  I -- I DON'T RECALL, AS |
| 10:17:58 | 23 | YOU SAID, QUOTE, "LEGITIMATE PROMOTER." |
| 10:18:02 | 24 | I DO RECALL VERY VAGUELY AND GENERALLY |
| 10:18:04 | 25 | THAT THAT'S DISCUSSED -- OR SOMETHING SIMILAR TO THAT |

81

 Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:18:07  1   MIGHT BE DISCUSSED -- IN THE -- DR. KNEUPER'S REPORT

10:18:09  2   AND MR. SHAW'S REPORT.

10:18:11  3   BY MR. WOLFSON:

10:18:11  4         Q.   AND IF TOP RANK EARNED THE MONEY OFF

10:18:18  5   OF PROMOTING OR CO-PROMOTING THE MAYWEATHER-PACQUIAO

10:18:25  6   FIGHT, IS IT YOUR OPINION THAT THAT DAMAGED GOLDEN

10:18:27  7   BOY, SUCH THAT HAYMON DEFENDANTS SHOULD PAY GOLDEN

10:18:30  8   BOY DAMAGES?

10:18:32  9         MR. CESTERO:  OBJECTION.  THAT'S VAGUE

10:18:34  10  AND AMBIGUOUS, MISSTATES THE WITNESS'S TESTIMONY.

10:18:38  11        THE DEPONENT:  LET ME MAKE SURE I

10:18:39  12  UNDERSTAND THE QUESTION.  I THINK THE ANSWER TO THAT

10:18:41  13  IS NO, BUT LET ME GIVE YOU WHAT I DID IN FRAMING

10:18:45  14  THAT.

10:18:46  15        SO MY DAMAGES CALCULATION LOOKS AT

10:18:48  16  ONLY THOSE ITEMS THAT ARE IN THE GOLDEN BOY P & L AND

10:18:53  17  COMPARES THOSE YEAR-OVER-YEAR.

10:18:55  18        SO IT DOESN'T INCLUDE ANOTHER FIGHT

10:18:56  19  THAT DIDN'T HAPPEN IN THE GOLDEN BOY P & L.

10:18:59  20        SO I THINK THE ANSWER TO YOUR QUESTION

10:19:00  21  WAS NO, IF I UNDERSTOOD IT CORRECTLY.

10:19:02  22  BY MR. WOLFSON:

10:19:02  23        Q.  OKAY.  SO HAVE -- DID YOU ANALYZE AT

10:19:03  24  ALL IN YOUR DAMAGES ANALYSIS WHAT IMPACT FLOYD

10:19:08  25  MAYWEATHER'S CHOICE TO GO WITH A DIFFERENT BOXING

82



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
10:19:11   1   PROMOTER HAD ON THE GOLDEN BOY'S P & L?
10:19:14   2              MR. CESTERO:  OBJECTION.  THAT ASSUMES
10:19:17   3   FACTS, MISSTATES THE RECORD.
10:19:18   4              THE DEPONENT:  WELL, MY ANALYSIS -- MY
10:19:20   5   ANALYSIS INCORPORATES THE 2000 -- JUST STICKING WITH
10:19:22   6   MR. MAYWEATHER, MY ANALYSIS INCORPORATES IN 2014, THE
10:19:27   7   OPERATING AND ALL OF THE COMPONENTS OF P & L, BUT THEN
10:19:30   8   FOR PURPOSES OF DISCUSSING THE OPERATING INCOME,
10:19:34   9   INCLUDES THE OPERATING INCOME FORM THE 2014
10:19:37  10   MAYWEATHER FIGHTS THAT WERE IN THE -- THE GOLDEN BOY
10:19:40  11   P & L.
10:19:41  12              SO IT -- IT -- IT INCORPORATES THAT
10:19:43  13   AND IT LEAVES THAT -- THAT OPERATING INCOME IN MY
10:19:45  14   COMPARISON.
10:19:46  15   BY MR. WOLFSON:
10:19:46  16         Q.   OKAY.  AND DID YOU TRY TO CONTROL FOR
10:19:49  17   MR. MAYWEATHER'S DECISION TO GO WITH A DIFFERENT
10:19:52  18   BOXING PROMOTER AS TO WHAT EFFECT THAT WOULD HAVE ON
10:19:55  19   GOLDEN BOY'S FINANCES?
10:19:56  20         A.   WELL --
10:19:56  21              MR. CESTERO:  OBJECTION.  IT'S VAGUE
10:19:58  22   AND AMBIGUOUS.
10:19:58  23              THE DEPONENT:  WELL, I DID -- I DID
10:19:59  24   CONSIDER IT.  AND A COUPLE OF THINGS ON THAT.
10:20:05  25              ONE, IN MY REPORT I POINT OUT IN 2013,
```

83



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:24:26 | 1 | FROM, AGAIN, DR. KNEUPER'S LIABILITY THEORY, THAT |
| 10:24:29 | 2 | WE'VE GOT TYING OF THE PROMOTION AND MANAGEMENT AND |
| 10:24:32 | 3 | THE LOCKUP OF THE T.V. THAT'S IMPACTED THEIR BUSINESS |
| 10:24:35 | 4 | PLAN. |
| 10:24:36 | 5 | AND THAT'S THE BASIS FOR THAT |
| 10:24:37 | 6 | ASSUMPTION. |
| 10:24:38 | 7 | Q.   DID YOU ANALYZE WHETHER FIGHTERS THAT |
| 10:24:39 | 8 | YOU HAVE NOW CHARACTERIZED AS CHAMPIONSHIP-CALIBER |
| 10:24:44 | 9 | BOXERS IN YOUR UPDATED EXHIBIT 3 UNDER DR. KNEUPER'S |
| 10:24:48 | 10 | CRITERIA SUDDENLY TURNED INTO |
| 10:24:50 | 11 | NON-CHAMPIONSHIP-CALIBER BOXERS IN 2015? |
| 10:24:53 | 12 | MR. CESTERO:   OBJECTION.   IT'S VAGUE |
| 10:24:55 | 13 | AND AMBIGUOUS. |
| 10:24:55 | 14 | THE DEPONENT:   AND, I'M SORRY.   COULD |
| 10:24:55 | 15 | I HAVE THE QUESTION BACK, PLEASE? |
| 10:24:58 | 16 | BY MR. WOLFSON: |
| 10:24:58 | 17 | Q.   I'LL ASK IT IN PARTS. |
| 10:25:00 | 18 | YOU SAID THAT YOU APPLIED |
| 10:25:01 | 19 | DR. KNEUPER'S CRITERIA TO RUN YOUR ANALYSIS TO |
| 10:25:04 | 20 | DETERMINE WHO WAS CHAMPIONSHIP-CALIBER BOXERS IN |
| 10:25:08 | 21 | 2014; RIGHT? |
| 10:25:09 | 22 | A.   THAT'S A -- |
| 10:25:10 | 23 | MR. CESTERO:   WELL, I THINK THAT |
| 10:25:10 | 24 | MISSTATES HIS TESTIMONY, AND MISSTATES -- |
| 10:25:12 | 25 | THE DEPONENT:   I APPLIED HIS -- |

88



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:25:13  1           MR. CESTERO:  -- THE DOCUMENT.

10:25:15  2           THE DEPONENT:  I'M -- I'M SORRY.

10:25:16  3           MR. CESTERO:  GO AHEAD.

10:25:16  4           THE DEPONENT:  I APPLIED DR. KNEUPER'S

10:25:18  5    CRITERIA TO THE FIGHTERS IN 2014 TO MAKE THE

10:25:20  6    DETERMINATION OF WHO WAS CHAMPIONSHIP-CALIBER AND NOT

10:25:22  7    CHAMPIONSHIP-CALIBER.

10:25:24  8    BY MR. WOLFSON:

10:25:24  9           Q.   DID YOU THEN RUN THAT SAME ANALYSIS ON

10:25:27  10   THOSE SAME FIGHTERS FOR 2015 TO DETERMINE WHETHER

10:25:30  11   THEY WERE STILL CONSIDERED CHAMPIONSHIP-CALIBER

10:25:32  12   BOXERS?

10:25:34  13          MR. CESTERO:  RE- -- REGARDLESS OF

10:25:34  14   WHETHER THEY APPEARED ON GOLDEN BOY'S P & L; IS THAT --

10:25:37  15          MR. WOLFSON:  YES.

10:25:38  16          MR. CESTERO:  -- YOUR QUESTION?

10:25:38  17          OKAY.

10:25:39  18          THE DEPONENT:  TO THE EXTENT THEY'RE

10:25:40  19   IN GOLDEN BOY'S P & L, I DID.  TO THE EXTENT THAT

10:25:42  20   THEY'RE NOT IN GOLDEN BOY'S P & L, I DID NOT.

10:25:45  21   BY MR. WOLFSON:

10:25:45  22          Q.   SO YOU DON'T KNOW WHETHER THOSE BOXERS

10:25:49  23   FOUGHT FOR OTHER PROMOTERS IN 2015 OR 2016?

10:25:55  24          MR. CESTERO:  WELL, OBJECTION.  I

10:25:55  25   THINK THAT MISSTATES THE WITNESS'S TESTIMONY.

89



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:25:57 | 1 | THE DEPONENT:  I -- I MAY HAVE SOME |
| 10:25:58 | 2 | INFORMATION ABOUT THAT. |
| 10:25:59 | 3 | BUT AS I SIT HERE TODAY, I DID NOT DO |
| 10:26:01 | 4 | AN ANALYSIS OF THE FIGHTERS THAT -- THAT HAD LEFT THE |
| 10:26:06 | 5 | P & L, SO TO SPEAK, AND WHETHER THEY WERE CHAMPIONSHIP |
| 10:26:09 | 6 | OR NON-CHAMPIONSHIP CALIBER AFTER THEY -- AFTER THEY |
| 10:26:11 | 7 | WERE NO LONGER IN GOLDEN BOY'S P & L. |
| 10:26:13 | 8 | BY MR. WOLFSON: |
| 10:26:13 | 9 | Q.    NOW, YOU'VE SAID "FIGHTERS HAVE LEFT |
| 10:26:16 | 10 | THE P & L."  YOU MENTION THERE WERE 400-SOME-ODD |
| 10:26:19 | 11 | FIGHTERS ON THE '14 P & L? |
| 10:26:22 | 12 | A.    YEAH.  UNIQUELY, IT'S EXACTLY 400. |
| 10:26:24 | 13 | Q.    OKAY.  AND THEN THERE WERE LESS |
| 10:26:25 | 14 | FIGHTERS ON THE 2015 P & L? |
| 10:26:27 | 15 | A.    243. |
| 10:26:28 | 16 | Q.    AND LESS FIGHTERS ON THE 2016 P & L? |
| 10:26:31 | 17 | A.    AT JUNE 30TH, 155. |
| 10:26:34 | 18 | Q.    HAVE YOU ANALYZED HOW MANY FIGHTERS |
| 10:26:37 | 19 | WERE UNDER CONTRACT TO GOLDEN BOY AS WE'VE DEFINED |
| 10:26:38 | 20 | "CONTRACT" HERE TODAY? |
| 10:26:39 | 21 | A.    YES. |
| 10:26:40 | 22 | MR. CESTERO:  IN EACH -- IN EACH OF |
| 10:26:40 | 23 | THOSE YEARS? |
| 10:26:41 | 24 | MR. WOLFSON:  IN EACH OF THOSE YEARS, |
| 10:26:41 | 25 | YES. |

90



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:45:36   1                THE DEPONENT:  YEAH.  AGAIN, AND I'M

10:45:37   2   SORRY.  I KNOW I'M REPEATING MYSELF ON ALL THESE

10:45:39   3   QUESTIONS.

10:45:40   4                AGAIN, IT FLOWS FROM DR. KNEUPER'S

10:45:43   5   LIABILITY THEORY.

10:45:45   6                IT DOES CONTAIN -- IT DOES CONTAIN A

10:45:45   7   FIGHTER-BY-FIGHTER, FIGHT-BY-FIGHT ANALYSIS FOR EVERY

10:45:49   8   FIGHT FROM '15 -- '14, '15, AND '16, BUT IT FLOWS IN

10:45:53   9   TOTAL FROM HIS LIABILITY THEORY.

10:45:54  10   BY MR. WOLFSON:

10:45:54  11                Q.  DOES YOUR DAMAGES ANALYSIS, THOUGH,

10:45:56  12   PICK OUT SPECIFIC BOXERS THAT GOLDEN BOY CLAIMS IT

10:46:01  13   WAS TIED OUT OR PREVENTED FROM PROMOTING?

10:46:04  14                MR. CESTERO:  OBJECTION.  THE -- THE

10:46:05  15   REPORT SPEAKS FOR ITSELF.  IT'S VAGUE AND

10:46:07  16   AMBIGUOUS.

10:46:11  17                THE DEPONENT:  IT -- IT -- IT SHOWS

10:46:11  18   ALL.  I THINK THE ANSWER IS IT DOESN'T, BUT LET ME

10:46:15  19   JUST SAY WHAT IT DOES SHOW TO -- TO MAKE SURE.

10:46:18  20                I HAVE EVERY FIGHTER THAT'S IN GOLDEN

10:46:20  21   BOY'S P & L FOR ALL THREE PERIODS AND THE REVENUE,

10:46:24  22   WHERE LOST, GENERATED ON A FIGHT-BY-FIGHT,

10:46:25  23   FIGHTER-BY-FIGHTER BASIS.

10:46:26  24                SO THOSE WOULD BE THE FIGHTS THAT THEY

10:46:26  25   DID FIGHT IN, AND IT DOESN'T CONTAIN ANY OTHER

103



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:46:30  1  ANALYSIS BUT THAT.

10:46:31  2  BY MR. WOLFSON:

10:46:31  3          Q.   DOES YOUR ANALYSIS HAVE ANY ABILITY TO

10:46:34  4  ANALYZE THE PROFITS LOST FROM NOT BEING ABLE TO

10:46:38  5  PROMOTE SEAN PORTER?

10:46:40  6          MR. CESTERO:  OBJECTION.  IT'S VAGUE

10:46:54  7  AND AMBIGUOUS.

10:46:54  8          THE DEPONENT:  I'M GOING TO GIVE YOU

10:46:55  9  A -- A -- A -- A GENERAL ANSWER, AGAIN, WHAT IT DOES.

10:46:57  10         I DON'T KNOW ANY SPECIFIC FIGHT THAT

10:46:58  11  MR. PORTER WAS IN OR WASN'T IN, BUT LET ME GIVE YOU A

10:47:02  12  MORE GENERAL -- GENERAL ANSWER.

10:47:04  13         TO THE EXTENT THERE'S A FIGHTER IN ANY

10:47:05  14  CATEGORY IN 2014 THAT EITHER FIGHTS OR DOESN'T FIGHT

10:47:10  15  IN 2015 --

10:47:11  16  BY MR. WOLFSON:

10:47:11  17         Q.   UH-HUH.

10:47:12  18         A.   -- THAT COMPARISON EITHER TO AN

10:47:15  19  OPERATING PROFIT BY FIGHTER IN '14 TO EITHER ZERO OR

10:47:19  20  SOME OTHER NUMBER IN '15 IS EMBEDDED IN THAT

10:47:21  21  ANALYSIS.

10:47:22  22         SO YOU COULD LITERALLY LOOK AND SEE

10:47:25  23  AS A SUBSET OF MY DAMAGES CALCULATION ON A

10:47:29  24  FIGHTER-BY-FIGHTER BASIS WHAT THEY CONTRIBUTED OR --

10:47:32  25  OR DIDN'T CONTRIBUTE TO THE DAMAGE CALCULATION.

                                                      104



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:48:33 | 1 | PAPER AND LAY ALL OF THIS OUT FIGHTER-BY-FIGHTER," IT |
| 10:48:36 | 2 | COULD STILL ADD UP TO THESE SAME TOTALS. |
| 10:48:40 | 3 | BUT FOR PURPOSES OF THE ARITHMETIC, |
| 10:48:42 | 4 | I'VE -- I'VE DONE OFF THE TOTALS FOR EACH PERIOD. |
| 10:48:46 | 5 | Q.   OKAY.  AND IF GOLDEN BOY, THE |
| 10:48:47 | 6 | PLAINTIFFS IN THIS CASE, CLAIMS THAT THEY HAVE ONLY |
| 10:48:50 | 7 | BEEN TIED OUT FROM FIVE BOXERS, WOULD YOUR DAMAGES |
| 10:48:54 | 8 | ANALYSIS THEN HAVE TO BE REDUCED TO JUST THOSE FIVE |
| 10:48:58 | 9 | BOXERS FOR THE LOST PROFITS ON THOSE? |
| 10:49:00 | 10 | MR. CESTERO:  OBJECTION.  IT'S AN |
| 10:49:04 | 11 | INCOMPLETE HYPOTHETICAL.  IT ASSUMES FACTS NOT IN |
| 10:49:05 | 12 | EVIDENCE.  IT'S VAGUE AND AMBIGUOUS, AND IT'S CALLS |
| 10:49:06 | 13 | FOR A LEGAL CONCLUSION. |
| 10:49:08 | 14 | THE DEPONENT:  YEAH.  I'VE -- I'VE -- |
| 10:49:09 | 15 | I HAVE -- MY REPORT FLOWS TOTALLY FROM DR. KNEUPER, |
| 10:49:13 | 16 | AND I HAVEN'T CONSIDERED ANY OTHER -- ANY OTHER |
| 10:49:16 | 17 | ANALYSIS. |
| 10:49:17 | 18 | BY MR. WOLFSON: |
| 10:49:17 | 19 | Q.   HAVE YOU REVIEWED ANY DISCOVERY |
| 10:49:19 | 20 | RESPONSES FROM THE PLAINTIFFS IN THIS CASE? |
| 10:49:24 | 21 | A.   I HAVE PROBABLY LOOKED AT THEM.  BUT |
| 10:49:26 | 22 | AS I SIT HERE TODAY, I DON'T HAVE ANY SPECIFIC |
| 10:49:29 | 23 | RECOLLECTION OF ANY PARTICULAR RESPONSE. |
| 10:49:33 | 24 | BUT I -- IF THEY'RE LISTED IN MY |
| 10:49:37 | 25 | "MATERIALS RELIED UPON," I CERTAIN REVIEWED THEM AT |

106


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

10:49:39  1  SOME POINT, BUT I DON'T RECALL ANY PARTICULAR

10:49:41  2  RESPONSE.

10:49:42  3          Q.    OKAY.   AND IF THEY'RE NOT LISTED IN

10:49:44  4  THERE, YOU DID NOT LOOK AT THEM?

10:49:47  5          A.    THAT'S CORRECT.

10:50:09  6          Q.    OKAY.   BUT IF THEY ARE LISTED, THEN

10:50:10  7  YOU DID REVIEW THEM?

10:50:11  8          A.    THAT'S CORRECT.

10:50:11  9          Q.    AND IF YOU HAD SEEN IN THERE

10:50:12  10  INFORMATION THAT PLAINTIFFS WERE ONLY CLAIMING THAT

10:50:14  11  THEY HAD BEEN TIED OUT FROM ACTUALLY FOUR PARTICULAR

10:50:17  12  BOXERS, HOW WOULD THAT HAVE AFFECTED THE WAY THAT YOU

10:50:20  13  CONDUCTED YOUR DAMAGES ANALYSIS?

10:50:22  14          A.    IT --

10:50:23  15          MR. CESTERO:   OBJECTION.   IT'S AN

10:50:24  16  INCOMPLETE HYPOTHETICAL.   IT MISSTATES THE RECORD.

10:50:26  17  IT ASSUMES FACTS NOT IN EVIDENCE, AND IT'S VAGUE AND

10:50:28  18  AMBIGUOUS.

10:50:28  19          THE DEPONENT:   OKAY.   IT -- IT -- IT

10:50:29  20  WOULDN'T.   MY ANALYSIS FLOWS FROM DR. KNEUPER'S

10:50:33  21  OPINION.

10:50:34  22  BY MR. WOLFSON:

10:50:34  23          Q.    OKAY.   SO IF YOU LOOK AT PAGE -- IF GO

10:50:35  24  TO YOUR REPORT, IT'S GOING TO BE THE -- AND THIS IS,

10:50:42  25  WHAT, EXHIBIT 73? -- IT'S GOING TO BE THE BOLDED PAGE

107


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

10:50:45  1      120 ON THE BOTTOM RIGHT THERE.
10:50:57  2              A.    I SEE THAT.
10:50:57  3              Q.    OKAY.   DO YOU SEE WHERE IT SAYS
10:50:58  4      "PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANTS,
10:50:59  5      HAYMON SPORTS, L.L.C., FIRST SET OF INTERROGATORIES?
10:51:00  6                    AND THIS WOULD BE THE LAST ONE OF
10:51:03  7      THE -- OF THE BIG THICK ENTRIES FOR -- DATED AUGUST
10:51:05  8      25TH, 2016.
10:51:07  9              A.    I SEE THAT.
10:51:07  10             Q.    SO YOU DID REVIEW THAT --
10:51:08  11             A.    I DID --
10:51:08  12             Q.    -- FOR YOUR REPORT?
10:51:09  13             A.    I WOULD HAVE LOOKED AT THAT, YES.
10:51:11  14             Q.    OKAY.   AND IF THERE WAS A STATEMENT IN
10:51:13  15     THERE THAT THE PLAINTIFFS' CONTEND THEY'VE ONLY BEEN
10:51:21  16     PRECLUDED FROM ENTERING PROMOTIONAL CONTRACTS WITH
10:51:24  17     FOUR BOXERS, HOW DOES THAT AFFECT YOUR DAMAGES
10:51:27  18     ANALYSIS AT ALL, OR IF --
10:51:28  19                   MR. CESTERO:   IT'S IN --
10:51:28  20     BY MR. WOLFSON:
10:51:28  21             Q.    -- AT ALL?
10:51:30  22                   MR. CESTERO:   INCOMPLETE HYPOTHETICAL,
10:51:30  23     MISSTATES THE DOCUMENT.   IT ASSUMES FACTS NOT IN
10:51:31  24     EVIDENCE.   IT'S A MISREPRESENTATION OF THE RECORD.
10:51:35  25                   THE DEPONENT:   IT -- IT -- IT DOESN'T

108



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

10:51:36  1   IMPACT IT.

10:51:38  2   BY MR. WOLFSON:

10:51:38  3         Q.    NOT AT ALL?

10:51:38  4         A.    NOT AT ALL.

10:51:39  5         Q.    OKAY.   AND IF THE EVIDENCE SHOWS THAT

10:51:52  6   THE PLAINTIFFS WERE OFFERED A TIME BUY ON FOX

10:51:57  7   DEPORTES IN 2015 BUT TURNED THAT DOWN, HOW DOES THAT

10:52:01  8   AFFECT YOUR DAMAGES ANALYSIS?

10:52:02  9         MR. CESTERO:   OBJECTION; ASSUMES FACTS

10:52:03  10   NOT IN EVIDENCE, MISSTATES THE RECORD.   IT'S AN

10:52:08  11   INCOMPLETE HYPOTHETICAL.

10:52:09  12         YOU CAN ANSWER.

10:52:10  13         THE DEPONENT:   OKAY.   AND IT -- IT

10:52:11  14   WOULDN'T.   MY -- MY -- MY DAMAGE OPINIONS FLOWS FROM

10:52:15  15   DR. KNEUPER'S LIABILITY --

10:52:17  16   BY MR. WOLFSON:

10:52:17  17         Q.    OKAY.

10:52:17  18         A.    -- OPINION.

10:52:18  19         Q.    AND -- AND PART OF YOUR OPINION IS

10:52:20  20   THAT THE -- WELL -- IS THAT DEFENDANTS HAVE BEEN --

10:52:24  21   OR, I'M SORRY -- PLAINTIFFS HAVE BEEN PRECLUDED FROM

10:52:29  22   PROMOTING SHOWS ON, FOR EXAMPLE, FOX NETWORKS; RIGHT?

10:52:31  23         MR. CESTERO:   I'M SORRY.

10:52:32  24         CAN YOU REPEAT THE QUESTION?   READ THE

10:52:33  25   QUESTION BACK.

109


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:52:33 | 1 | THANK YOU. |
| 10:52:18 | 2 | (THE RECORD WAS READ AS FOLLOWS: |
| 10:52:18 | 3 | Q.   AND PART OF YOUR OPINION |
| 10:52:19 | 4 | IS THAT THE DEFENDANTS -- SORRY -- |
| 10:52:24 | 5 | PLAINTIFFS HAVE BEEN PRECLUDED |
| 10:52:28 | 6 | FROM PROMOTING SHOWS ON, FOR |
| 10:52:30 | 7 | EXAMPLE, FOX NETWORKS?) |
| 10:52:46 | 8 | MR. CESTERO:  YOU CAN ANSWER. |
| 10:52:47 | 9 | THE DEPONENT:  YEAH.  I DON'T THINK |
| 10:52:47 | 10 | THAT'S PART OF MY OPINION, BUT I THINK THAT FLOWS |
| 10:52:49 | 11 | FROM DR. KNEUPER'S OPINION TO MY DAMAGE |
| 10:52:52 | 12 | CALCULATION. |
| 10:52:52 | 13 | BY MR. WOLFSON: |
| 10:52:52 | 14 | Q.   AND PART OF YOUR DAMAGE CALCULATION IS |
| 10:52:54 | 15 | THEIR INABILITY UNDER WHAT DR. KNEUPER'S ASSUMES |
| 10:52:57 | 16 | THEIR INABILITY TO PROMOTE SHOWS ON FOX NETWORKS? |
| 10:53:05 | 17 | A.   THE ONLY REASON I'M GOING TO UNPACK |
| 10:53:07 | 18 | THAT A LITTLE BIT IS IT'S -- MY DAMAGE -- MY DAMAGE |
| 10:53:09 | 19 | OPINION IS -- IS IT'S A CAL- -- IT'S A CALCULATION, |
| 10:53:10 | 20 | AND IT'S A CALCULATION BASED ON THE DIFFERENCES IN |
| 10:53:14 | 21 | OPERATING INCOME YEAR-OVER-YEAR. |
| 10:53:17 | 22 | Q.   UH-HUH. |
| 10:53:17 | 23 | A.   AND SO -- SO THAT -- THAT CALCULATION |
| 10:53:21 | 24 | INCORPORATES DR. KNEUPER'S LIABILITY THEORY IN THAT. |
| 10:53:23 | 25 | SO THAT -- THAT WAS THE ONLY REASON FOR THE |

110


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

10:53:25  1    CLARIFICATION.

10:53:27  2                    Q.    OKAY.   YOU HAVE NO OPINION ON WHETHER

10:53:28  3    OR NOT THE PLAINTIFFS COULD HAVE PROFITABLY PUT A

10:53:33  4    SHOW ON FOX DEPORTES IN 2015 OR 2016, DO YOU?

10:53:36  5                    A.    I DON'T HAVE ANY -- ANY OPINION

10:53:40  6    INDEPENDENT OF WHAT I'VE ALREADY STATED.

10:53:43  7                    Q.    AND YOUR DAMAGES MODEL IS INCAPABLE OF

10:53:46  8    ADDRESSING THAT FACT BECAUSE IT'S ASSUMPTION IS THAT

10:53:49  9    THEY WERE INCAPABLE OF PROMOTING T.V. OR BOXING BOUTS

10:53:53  10   ON ANY FOX NETWORK --

10:53:55  11                   MR. CESTERO:   OBJECTION.

10:53:56  12   BY MR. WOLFSON:

10:53:56  13                   Q.    -- IN THAT TIME FRAME?

10:53:57  14                   MR. CESTERO:   OBJECTION.   IT'S VAGUE

10:53:57  15   AND AMBIGUOUS.   IT MISSTATES THE REPORT.   IT

10:53:59  16   MISSTATES THE WITNESS'S TESTIMONY.

10:54:03  17                   THE DEPONENT:   YEAH.   I -- I --

10:54:03  18   AGAIN, I HAVE A DAMAGE CALCULATION THAT FLOWS FROM

10:54:07  19   DR. KNEUPER.

10:54:09  20                   I DON'T -- I DON'T RECALL HOW HE

10:54:10  21   CHARACTERIZES THE -- THE HARM AND THE -- FOR THE T.V.

10:54:13  22   COMPONENT, BUT IT FLOWS FROM THAT.

10:54:15  23   BY MR. WOLFSON:

10:54:15  24                   Q.    OKAY.   BUT ONE OF THE COMPONENTS OF

10:54:16  25   YOUR DAMAGES ANALYSIS IS THAT IN 2014 AND THE FIRST

111


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:54:23  1  HALF OF 2015, THERE WERE SHOWS ON FOX DEPORTES THAT

10:54:28  2  THE PLAINTIFFS PROMOTED, AND THEN THE FOX DEPORTES

10:54:31  3  SHOWS WENT AWAY?

10:54:38  4          MR. CESTERO:  OBJECTION.  I THINK THAT

10:54:38  5  MISSTATES THE REPORT, BUT GO --

10:54:38  6          THE DEPONENT:  NO, I --

10:54:38  7          MR. CESTERO:  -- AHEAD AND CLARIFY.

10:54:40  8          THE DEPONENT:  WELL, I THINK IT'S -- I

10:54:40  9  THINK IT'S A -- ACTUALLY, I THINK IT IS A YES.  THE

10:54:41  10  ONLY REASON I WANT TO CLARIFY IS I DON'T RECALL THE

10:54:44  11  SPECIFICS.

10:54:44  12          BUT TO THE EXTENT THERE'S FOX DEPORTES

10:54:45  13  REVENUE IN ONE PERIOD AND THEN THERE'S NO FOX

10:54:50  14  DEPORTES REVENUE IN ANOTHER, THEN THAT -- I WOULD

10:54:50  15  CAPTURE THAT DIFFERENCE.

10:54:51  16  BY MR. WOLFSON:

10:54:51  17      Q.  AND THE ASSUMPTION IS THAT THAT'S

10:54:53  18  DAMAGE TO GOLDEN BOY BECAUSE, WHATEVER IT WAS, DUE TO

10:54:55  19  THE DEFENDANTS' ACTIVITIES?

10:55:00  20      A.  YES.  AGAIN, FLOWING FROM DR.

10:55:02  21  KNEUPER'S LIABILITY OPINION.

10:55:03  22      Q.  OKAY.  AND IF THE EVIDENCE IS THAT

10:55:06  23  PLAINTIFFS TURNED DOWN THE OPPORTUNITY TO CONTINUE

10:55:09  24  PROMOTING ON FOX DEPORTES FOR 2015 AND 2016, HOW DOES

10:55:16  25  THAT AFFECT YOUR DAMAGES ANALYSIS?

112



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

10:55:18  1          MR. CESTERO:  OBJECTION.  IT'S AN

10:55:19  2  INCOMPLETE HYPOTHETICAL.  IT ASSUMES FACTS NOT IN

10:55:22  3  EVIDENCE, AND IT MISSTATES THE RECORD.

10:55:24  4          GO AHEAD.

10:55:24  5          THE DEPONENT:  AND, AGAIN, IT WOULD --

10:55:25  6  IT WOULDN'T.  BECAUSE I -- MY OPINION FLOWS DIRECTLY

10:55:27  7  FROM DR. KNEUPER'S LIABILITY OPINION.

10:55:32  8  BY MR. WOLFSON:

10:55:32  9       Q.   OKAY.  NOW, WE'VE PREVIOUSLY TALKED

10:55:33  10  ABOUT HOW YOU RELY EXCLUSIVELY ON DR. KNEUPER'S

10:55:37  11  CRITERIA FOR CHAMPIONSHIP-CALIBER BOXERS; RIGHT?

10:55:40  12       A.   THAT'S CORRECT.

10:55:40  13       Q.   AND THAT YOU APPLIED THOSE CRITERIA

10:55:46  14  WHEN ESTABLISHING WHICH BOXERS YOU DID AND DID NOT

10:55:49  15  INCLUDE AS CHAMPIONSHIP-CALIBER BOXERS IN YOUR

10:55:52  16  ANALYSIS?

10:55:52  17       A.   I BELIEVE THAT'S CORRECT, YES.

10:55:59  18       Q.   OKAY.  IF THE EVIDENCE SHOWS THAT

10:56:00  19  GOLDEN BOY'S CRITERIA FOR CHAMPIONSHIP-CALIBER BOXERS

10:56:05  20  ARE NARROWER THAN THE ONES THAT DR. KNEUPER APPLIED,

10:56:09  21  HOW DOES THAT AFFECT YOUR DAMAGES ANALYSIS?

10:56:13  22          MR. CESTERO:  OBJECT.  IT VAGUE AND

10:56:14  23  AMBIGUOUS.  IT'S AN INCOMPLETE HYPOTHETICAL.  IT

10:56:18  24  ASSUMES FACTS NOT IN EVIDENCE.

10:56:20  25          THE DEPONENT:  AGAIN, I -- I DON'T

**113**



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

10:56:21  1    THINK IT WOULD.

10:56:22  2    BY MR. WOLFSON:

10:56:22  3              Q.   NOT AT ALL?

10:56:23  4              A.   AT ALL.  NOT AT ALL.

10:56:23  5              Q.   WHY NOT?

10:56:24  6              A.   IT FLOWS FROM DR. KNEUPER'S OPINION.

10:56:26  7              Q.   SO IF DR. KNEUPER'S OPINION ON

10:56:30  8    CHAMPIONSHIP-CALIBER BOXERS WAS REFUTED BY THE

10:56:36  9    EVIDENCE, IS YOUR DAMAGES MODEL CAPABLE OF ADJUSTING

10:56:40  10   TO WHAT THE EVIDENCE SHOWS ARE CHAMPIONSHIP-CALIBER

10:56:42  11   BOXERS?

10:56:43  12             MR. CESTERO:  WELL, I'LL OBJECT.  THE

10:56:44  13   QUESTION IS AN INCOMPLETE HYPOTHETICAL.  IT ASSUMES

10:56:46  14   FACTS NOT IN EVIDENCE.  IT'S ARGUMENTATIVE, AND IT'S

10:56:51  15   VAGUE AND AMBIGUOUS.

10:56:51  16             THE DEPONENT:  THE -- IF YOU'D TURN

10:57:00  17   TO -- IF WE COULD GO BACK TO THE AMENDED OR REVISED

10:57:03  18   EXHIBIT 3 FOR A SECOND --

10:57:04  19   BY MR. WOLFSON:

10:57:04  20             Q.   UH-HUH.

10:57:05  21             A.   -- AND LOOK AT THE SECOND PAGE.

10:57:11  22             SO THIS IS LINKED TO THE FIRST PAGE.

10:57:11  23   AND TO THE EXTENT -- TO THE EXTENT -- AND I -- I'M --

10:57:15  24   I'M NOT SUGGESTING THAT -- THAT -- THAT THIS IS MY

10:57:18  25   OPINION OR THAT ANY OTHER TESTIMONY THEN -- THEN

114


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7753 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:57:20 | 1 | WHAT -- WHAT I'VE GOT FLOWS FROM DR. KNEUPER'S |
| 10:57:25 | 2 | LIABILITY OPINION. |
| 10:57:27 | 3 | BUT THE POINT IS, THAT TO THE EXTENT |
| 10:57:29 | 4 | YOU WERE TO CHANGE -- FOR WHATEVER REASON -- THE -- |
| 10:57:32 | 5 | THE X'S IN THE "RELATIVE CRITERIA" BOXES, THEN WHAT |
| 10:57:37 | 6 | WOULD HAPPENED -- |
| 10:57:37 | 7 | Q.   UH-HUH. |
| 10:57:38 | 8 | A.   -- IS THAT THE INTER-RELATIONSHIP OF |
| 10:57:41 | 9 | CHAMPIONSHIP-CALIBER AND NON-CHAMPIONSHIP-CALIBER |
| 10:57:45 | 10 | AMOUNTS WOULD CHANGE, BUT THE TOTAL AMOUNT THAT I USE |
| 10:57:48 | 11 | FOR DAMAGES WOULD STAY THE SAME. |
| 10:57:51 | 12 | Q.   UH-HUH.  AND ONE OF THE -- ONE OF THE |
| 10:57:52 | 13 | FUNDAMENTAL BASES FOR YOUR DAMAGES ANALYSIS IS THAT |
| 10:58:01 | 14 | INCOME WENT DOWN FROM 2014 TO 2015 AND 2016; RIGHT? |
| 10:58:05 | 15 | MR. CESTERO:  IT'S VAGUE AND |
| 10:58:06 | 16 | AMBIGUOUS. |
| 10:58:06 | 17 | THE DEPONENT:  YEAH.  AND I'M JUST -- |
| 10:58:07 | 18 | I -- THE INCOME FROM BOXING OPERATIONS WENT DOWN FROM |
| 10:58:09 | 19 | '14 TO '15 AND '15 TO '16. |
| 10:58:12 | 20 | BY MR. WOLFSON: |
| 10:58:12 | 21 | Q.   OKAY.  NOW, IF THE EVIDENCE SHOWED, |
| 10:58:17 | 22 | HOWEVER, THAT, FOR EXAMPLE, INCOME FROM |
| 10:58:19 | 23 | NON-CHAMPIONSHIP-CALIBER BOXERS IN 2014 WAS MUCH |
| 10:58:25 | 24 | HIGHER THAN WHAT YOU HAVE HERE AND WAS MUCH HIGHER IN |
| 10:58:31 | 25 | 2015 AND 2016, WHAT DOES THAT DO TO YOUR CONCLUSIONS |

115


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 10:58:35 | 1 | ABOUT GOLDEN BOY'S DAMAGES? |
| 10:58:38 | 2 | MR. CESTERO:  I'M SORRY.  CAN YOU |
| 10:58:39 | 3 | REPEAT THAT QUESTION FOR ME, PLEASE. |
| 10:58:12 | 4 | (THE RECORD WAS READ AS FOLLOWS: |
| 10:58:12 | 5 | Q.   OKAY.  NOW, IF THE EVIDENCE |
| 10:58:16 | 6 | SHOWED, HOWEVER, THAT, FOR EXAMPLE, |
| 10:58:18 | 7 | INCOME FROM NON-CHAMPIONSHIP-CALIBER |
| 10:58:23 | 8 | BOXERS IN 2014 WAS MUCH HIGHER |
| 10:58:26 | 9 | THAN WHAT YOU HAVE HERE AND WAS |
| 10:58:29 | 10 | MUCH HIGHER IN 2015 AND 2016, WHAT |
| 10:58:33 | 11 | DOES THAT DO TO YOUR CONCLUSIONS |
| 10:58:35 | 12 | ABOUT GOLDEN BOY'S DAMAGES?) |
| 10:58:59 | 13 | MR. CESTERO:  OBJECT.  IT AN |
| 10:58:59 | 14 | INCOMPLETE HYPOTHETICAL.  IT ASSUMES FACTS NOT IN |
| 10:59:02 | 15 | EVIDENCE, AND IT'S VAGUE AND AMBIGUOUS. |
| 10:59:04 | 16 | THE DEPONENT:  I -- I -- I THINK IT'S |
| 10:59:05 | 17 | A TWO-PART ANSWER. |
| 10:59:07 | 18 | ONE, I HAVEN'T CONSIDERED ANY OTHER |
| 10:59:09 | 19 | ANALYSIS OTHER THAN THE ONE THAT -- THAT'S BASED ON |
| 10:59:12 | 20 | DR. KNEUPER'S CRITERIA. |
| 10:59:14 | 21 | BY MR. WOLFSON: |
| 10:59:14 | 22 | Q.   OKAY. |
| 10:59:15 | 23 | A.   SO I -- I WOULDN'T HAVE -- I HAVEN'T |
| 10:59:16 | 24 | DONE ANOTHER ANALYSIS TO HAVE ANOTHER -- ANOTHER |
| 10:59:19 | 25 | OPINION, OTHER THAN THE ONE I PRESENTED. |

116



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

10:59:21  1          Q.   OKAY.  AND -- AND TWO?

10:59:23  2          A.   TWO, IS THAT THE DAMAGE AMOUNTS ARE

10:59:28  3   BASED ON THE TOTAL INCOME FROM BOXING OPERATIONS --

10:59:32  4          Q.   AND --

10:59:33  5          A.   -- WHICH IS NOT GOING TO CHANGE.

10:59:34  6          Q.   AND THEY'RE NOT BASED ON ANY

10:59:37  7   DIVISIONS BETWEEN CHAMPIONSHIP-CALIBER BOXERS AND

10:59:39  8   NON-CHAMPIONSHIP-CALIBER BOXERS?

10:59:42  9          MR. CESTERO:   OBJECTION.  IT'S VAGUE

10:59:44  10  AND AMBIGUOUS.

10:59:45  11         THE DEPONENT:   IT'S CONTAINS THOSE

10:59:45  12  DIFFERENCES, BUT THOSE ARE ALL SUBPARTS OF THE

10:59:48  13  TOTAL.

10:59:51  14  BY MR. WOLFSON:

10:59:51  15         Q.   AND YOUR UNDERSTANDING IS THAT --

10:59:56  16  OKAY.  STRIKE THAT.

11:00:00  17         SO NO MATTER HOW BOXERS ARE DEFINED --

11:00:04  18  CHAMPIONSHIP-CALIBER BOXERS VERSUS

11:00:05  19  NON-CHAMPIONSHIP-CALIBER BOXERS -- YOUR DAMAGES

11:00:06  20  NUMBERS REMAIN THE SAME?

11:00:08  21         MR. CESTERO:   OBJECTION.  THAT'S VAGUE

11:00:08  22  AND AMBIGUOUS AND AN INCOMPLETE HYPOTHETICAL.

11:00:10  23         THE DEPONENT:   YEAH.  I HAVEN'T

11:00:11  24  CONSIDERED ANY OTHER ANALYSIS THAN THE ONE THAT I

11:00:15  25  PRESENTED YOU THAT FLOWS FROM DR. KNEUPER'S.  AND SO

117



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 11:00:19 | 1 | I DON'T HAVE ANY OTHER OPINION THAN THIS ONE. |
| 11:00:20 | 2 | BY MR. WOLFSON: |
| 11:00:20 | 3 | Q.   SO IN EXHIBIT 3 HERE, THE UPDATED |
| 11:00:24 | 4 | EXHIBIT 3, NO MATTER HOW THE ROW NUMBERS CHANGE -- |
| 11:00:28 | 5 | CHANGE, YOUR FINAL DAMAGES CONCLUSIONS WILL REMAIN |
| 11:00:36 | 6 | THE SAME? |
| 11:00:37 | 7 | MR. CESTERO:   OBJECTION.   THAT'S VAGUE |
| 11:00:38 | 8 | AND AMBIGUOUS. |
| 11:00:43 | 9 | THE DEPONENT:   I HAVEN'T CONSIDERED |
| 11:00:44 | 10 | ANY OTHER -- ANY OTHER ALTERNATIVE BUT THE ONE THAT'S |
| 11:00:49 | 11 | DRIVEN BY DR. KNEUPER'S ASSUMPTION, SO I WOULDN'T |
| 11:00:51 | 12 | HAVE ANY OTHER OPINION THAN THE ONE I'VE GOT BASED ON |
| 11:00:54 | 13 | THIS REPORT. |
| 11:00:54 | 14 | BY MR. WOLFSON: |
| 11:00:54 | 15 | Q.   OKAY.   AND WOULD -- I'M -- |
| 11:00:56 | 16 | SPECIFICALLY, THOUGH, MY QUESTION HERE IS:   NO MATTER |
| 11:00:59 | 17 | HOW THE NUMBERS IN THESE ROWS AS YOU'VE DEFINED THEM |
| 11:01:01 | 18 | CHANGE, IT IS YOUR OPINION THAT THE ULTIMATE DAMAGES |
| 11:01:03 | 19 | NUMBERS -- THE 7 TO 8.4 MILLION OR THE 20 MILLION -- |
| 11:01:09 | 20 | THEY REMAIN THE SAME? |
| 11:01:10 | 21 | A.   NO.   MY TESTIMONY IS THAT THAT |
| 11:01:12 | 22 | ANALYSIS THAT I'VE DONE IS THE ONE I'VE PRESENTED, |
| 11:01:14 | 23 | AND THAT'S WHAT MY OPINION IS BASED ON.   I HAVEN'T |
| 11:01:17 | 24 | CONSIDERED ANY OTHER -- ANY OTHER ANALYSIS OR |
| 11:01:20 | 25 | ALTERNATIVE DAMAGES CALCULATION. |

118



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | |
|---|---|
| 11:04:38 | 1 |
| 11:04:38 | 2 |
| 11:04:40 | 3 |
| 11:04:40 | 4 |
| 11:04:47 | 5 |
| 11:04:48 | 6 |
| 11:04:52 | 7 |
| 11:04:54 | 8 |
| 11:04:54 | 9 |
| 11:04:57 | 10 |
| 11:05:00 | 11 |
| 11:05:02 | 12 |
| 11:05:06 | 13 |
| 11:05:09 | 14 |
| 11:05:11 | 15 |
| 11:05:11 | 16 |
| 11:05:13 | 17 |
| 11:05:17 | 18 |
| 11:05:15 | 19 |
| 11:05:20 | 20 |
| 11:05:21 | 21 |
| 11:05:22 | 22 |
| 11:05:28 | 23 |
| 11:05:29 | 24 |
| 11:05:33 | 25 |

1      Q.    GOT IT.

2      A.    THAT WAS THE REASON FOR THE

3  CONFUSION.

4      Q.    GOT IT.  OKAY.

5           AND IF YOU FLIP TO THE SECOND PAGE --

6  JUST WE'RE GOING TO GO THROUGH THIS 2014 DETAIL ONE

7  MORE TIME.

8      A.    OKAY.

9      Q.    WE'VE ALREADY TALKED ABOUT ALFREDO

10 ANGULO, DEVON ALEXANDER, SAKIO BIKA.

11           IF YOU GO DOWN, DO YOU SEE "DIERRY

12 JEAN?  IT'S WITH A J-E-N [SIC].

13     A.    "DIERRY" WITH A "D"?

14     Q.    UH-HUH.

15     A.    J-E-A-N.  I DO SEE THAT.

16     Q.    UH-HUH.  AND SINCE THERE'S AN "X"

17 IN THE COLUMN "INCREMENTAL CHAMPIONSHIP-CALIBER,"

18 THAT MEANS THAT HE IS NOW BEING CONSIDERED A

19 CHAMPIONSHIP-CALIBER BOXER FOR YOUR ANALYSIS, BUT

20 PREVIOUSLY WAS NOT?

21     A.    THAT'S CORRECT.

22     Q.    AND INCLUDING MR. DIERRY JEAN IN

23 YOUR -- IN YOUR DAMAGES ANALYSIS DID NOT CHANGE YOUR

24 ULTIMATE CONCLUSIONS ABOUT GOLDEN BOY'S DAMAGES?

25     A.    IT DID NOT.

123


Kelli Norden and Associates
Court  Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

11:05:35 1          Q.   OKAY.   AND WOULD IT SURPRISE YOU

11:05:36 2  TO UNDER- -- TO LEARN THAT MR. JEAN IS NOT INCLUDED

11:05:40 3  IN MR. KNEUPER'S LIST OF CHAMPIONSHIP-CALIBER

11:05:42 4  BOXERS?

11:05:43 5          MR. CESTERO:   VAGUE AS TO TIME.

11:05:44 6          THE DEPONENT:   AGAIN, THIS IS -- THIS

11:05:45 7  IS -- IT -- IT WOULDN'T SURPRISE ME BECAUSE THIS IS

11:05:47 8  AN ANALYSIS AS OF 2014.   AND I'M NOT SURE WHAT PERIOD

11:05:50 9  DR. KNEUPER'S ANALYZING.

11:05:57 10 BY MR. WOLFSON:

11:05:57 11         Q.   OKAY.   EZEKIEL BROOK -- IF YOU GO

11:06:00 12 DOWN.

11:06:00 13         A.   I'M GONNA -- I'VE GOT -- I'VE GOT IT.

11:06:01 14         Q.   OKAY.   IN THE COLUMN FOR "INCREMENTAL

11:06:02 15 CHAMPIONSHIP-CALIBER BOXERS," HE IS NOW INCLUDED.

11:06:04 16         A.   I SEE THAT.

11:06:05 17         Q.   WOULD IT SURPRISE YOU TO UNDERSTAND

11:06:07 18 THAT MR. BROOK WAS NOT INCLUDED DR. KNEUPER'S LIST OF

11:06:11 19 CHAMPIONSHIP-CALIBER BOXERS?

11:06:13 20         A.   AGAIN -- AGAIN, IT'S GOING TO HAVE

11:06:14 21 THE -- THIS -- THIS -- NO, IT -- IT WOULDN'T, FOR THE

11:06:16 22 REASONS I'VE TESTIFIED ALREADY.

11:06:18 23         Q.   OKAY.   AND INCLUDING MR. BROOK IN YOUR

11:06:21 24 CHAMPIONSHIP-CALIBER NUMBERS DID NOT AFFECT YOUR

11:06:24 25 ULTIMATE CONCLUSIONS ABOUT GOLDEN BOY'S DAMAGES;

124



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

11:06:27  1    RIGHT?

11:06:28  2            A.   THAT'S CORRECT.

11:06:32  3            Q.   IF YOU DO DOWN -- IT'S A LITTLE OVER

11:06:33  4    HALFWAY DOWN TO SOMEONE NAMED NIHITO ARAKAWA.  I KNOW

11:06:37  5    IT'S SMALL -- SMALL TEXT.

11:06:47  6            A.   ABOVE OR BELOW RICARDO ALVAREZ?

11:06:53  7            MR. CESTERO:   BELOW.   ABOUT TEN BELOW

11:06:56  8    HIM.

11:07:14  9            (DOCUMENT REVIEWED BY THE DEPONENT.)

11:07:14  10           THE DEPONENT:   I'M SORRY.  I'M JUST

11:07:15  11   NOT PICKING IT UP.  GIVE ME A SECOND.

11:07:17  12   BY MR. WOLFSON:

11:07:17  13           Q.   UH-HUH.

11:07:18  14           A.   "ARAKAWA"?

11:07:19  15           Q.   YES.

11:07:19  16           A.   I HAVE IT.

11:07:20  17           Q.   OKAY.  SO IN THE COLUMN FOR

11:07:22  18   "INCREMENTAL CHAMPIONSHIP-CALIBER," THIS MEANS --

11:07:23  19   THERE'S AN "X" THERE, MEANING HE'S, FOR THIS

11:07:27  20   ANALYSIS, BEING INCLUDED AS CHAMPIONSHIP-CALIBER BUT

11:07:29  21   PREVIOUSLY WAS NOT?

11:07:30  22           A.   THAT'S CORRECT.

11:07:31  23           Q.   OKAY.  AND WOULD IT SURPRISE YOU

11:07:32  24   TO LEARN THAT MR. ARAKAWA IS NOT INCLUDED IN MR. --

11:07:37  25   DR. KNEUPER'S LIST OF CHAMPIONSHIP-CALIBER BOXERS?

125


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | |
|---|---|
| 11:07:39 | 1 |
| 11:07:41 | 2 |
| 11:07:44 | 3 |
| 11:07:45 | 4 |
| 11:07:46 | 5 |
| 11:07:50 | 6 |
| 11:07:51 | 7 |
| 11:07:52 | 8 |
| 11:07:56 | 9 |
| 11:08:01 | 10 |
| 11:08:02 | 11 |
| 11:08:04 | 12 |
| 11:08:07 | 13 |
| 11:08:09 | 14 |
| 11:08:12 | 15 |
| 11:08:14 | 16 |
| 11:08:15 | 17 |
| 11:08:17 | 18 |
| 11:08:21 | 19 |
| 11:08:22 | 20 |
| 11:08:23 | 21 |
| 11:08:24 | 22 |
| 11:08:27 | 23 |
| 11:08:30 | 24 |
| 11:08:33 | 25 |

1   A.   AGAIN, NO, IT WOULDN'T, FOR THE
2   REASONS WE'VE -- WE'VE -- OR I'VE TESTIFIED TO
3   PREVIOUSLY.
4       Q.   OKAY.   AND THE INCLUSION NOW OF
5   MR. ARAKAWA DOES NOT CHANGE YOUR CONCLUSIONS ABOUT
6   THE DAMAGES TO GOLDEN BOY?
7       A.   THAT'S CORRECT.
8       Q.   IF YOU GO DOWN TO THE VERY --
9   THIRD-TO-LAST BOXER NAMED MARCO PERIBAN?
10      A.   I SEE THAT.
11      Q.   OR PERIBAN.
12           THIS IS ALSO BECAUSE HE'S MARKED IN
13  THE "INCREMENTAL CHAMPIONSHIP-CALIBER" COLUMN, A
14  NEW -- A BOXER THAT IS NOW BEING CONSIDERED A
15  CHAMPIONSHIP-CALIBER, WHEREAS PREVIOUSLY HE WAS NOT.
16      A.   I SEE THAT.
17      Q.   AND WOULD IT SURPRISE YOU THAT
18  MR. PERIBAN WAS NOT INCLUDED IN DR. KNEUPER'S LIST OF
19  CHAMPIONSHIP-CALIBER BOXERS?
20      A.   NO, IT WOULD NOT.   AGAIN, FOR THE SAME
21  REASON I'VE TESTIFIED TO.
22      Q.   AND CAN I -- AM I RIGHT TO ASSUME THAT
23  HIS INCLUSION NOW AS A CHAMPIONSHIP-CALIBER BOXER
24  DOES NOT CHANGE YOUR ULTIMATE DAMAGES CONCLUSIONS
25  EITHER?

126


Kelli Norden and Associates
Court  Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 11:08:33 | 1 | A.   IT DOES NOT. |
| 11:09:18 | 2 | Q.   ACTUALLY, IF YOU COULD KEEP THAT IN |
| 11:09:20 | 3 | FRONT OF YOU AND TURN TO THE 2015 DETAIL. |
| 11:09:22 | 4 | A.   SURE. |
| 11:09:23 | 5 | Q.   IT'LL WOULD BE PAGE 8 OF YOUR NEW |
| 11:09:25 | 6 | EXHIBIT 3. |
| 11:09:26 | 7 | A.   8 OF 11? |
| 11:09:28 | 8 | Q.   UH-HUH. |
| 11:09:34 | 9 | A.   I HAVE THAT. |
| 11:09:35 | 10 | Q.   OKAY.   THIS -- THE EASIER WAY ANA- -- |
| 11:09:38 | 11 | WAY TO FIND THIS WILL BE BY LOOKING AT THE FIRST "X" |
| 11:09:41 | 12 | IN THE "INCREMENTAL CHAMPIONSHIP-CALIBER" ROW? |
| 11:09:45 | 13 | A.   I HAVE THAT. |
| 11:09:46 | 14 | Q.   THAT'S FOR A BOXER NAMED ALFONSO |
| 11:09:48 | 15 | GOMEZ? |
| 11:09:49 | 16 | A.   I SEE THAT. |
| 11:09:50 | 17 | MR. CESTERO:  I'M SORRY.  I'M SORRY. |
| 11:09:50 | 18 | WHICH ROW ARE YOU TALKING ABOUT? |
| 11:09:53 | 19 | MR. WOLFSON:  WELL, I'M TALKING ABOUT |
| 11:09:53 | 20 | THE COLUMN. |
| 11:09:55 | 21 | MR. CESTERO:  OH. |
| 11:09:56 | 22 | MR. WOLFSON:  BASICALLY, IF YOU GO |
| 11:09:56 | 23 | DOWN TO THE FIRST BOXER THAT THIS TIME IS BEING |
| 11:09:59 | 24 | INCLUDED AS A -- AS A CHAMPIONSHIP-CALIBER. |
| 11:10:06 | 25 | MR. CESTERO:  IN THE "INCREMENTAL" |

127



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

```
11:10:10   1    COLUMN?
11:10:10   2              MR. WOLFSON:  YES.  IT'S A BOXER NAMED
11:10:12   3    ALFONZO GOMEZ.
11:10:14   4              MR. CESTERO:  THAT'S NOT WHAT MINE'S
11:10:14   5    SHOWING IN 2015.
11:10:16   6              MR. WOLFSON:  2015?
11:10:16   7              THE DEPONENT:  YEAH, PAGE 8.
11:10:16   8              MR. WOLFSON:  OR PAGE 8, THAT'S WHAT
11:10:18   9    IT IS.
11:10:18  10              THE DEPONENT:  PAGE 8 OF 11, IF YOU
11:10:18  11    LOOK AT THE --
11:10:18  12              MR. CESTERO:  OH, I'M SORRY.
11:10:19  13              SO IT'S THE SECOND PAGE OF PAGE 8.
11:10:21  14    OKAY.
11:10:21  15              MR. WOLFSON:  UH-HUH.
11:10:21  16              MR. CESTERO:  OKAY.  FINE.  I
11:10:22  17    UNDERSTAND.  I WAS ON THE FIRST PAGE.  SORRY.
11:10:34  18              I STILL DON'T THINK THAT'S THE RIGHT
11:10:34  19    GUY.  OH, MAYBE IT IS.
11:10:34  20              I'M LOOKING UNDER THE WRONG COLUMN --
11:10:34  21    COLUMN.
11:10:34  22              OH, YEAH.  THERE YOU GO.  GOT IT.
11:10:34  23    OKAY.
11:10:35  24    BY MR. WOLFSON:
11:10:35  25         Q.   SO MR. -- THIS IS AN ANALYSIS THAT YOU
```

128



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 11:10:37 | 1 | UPDATED BASED ON THE CRITERIA FROM DR. KNEUPER; |
| 11:10:39 | 2 | RIGHT? |
| 11:10:40 | 3 | A.   THAT'S CORRECT. |
| 11:10:40 | 4 | Q.   FOR 2015? |
| 11:10:42 | 5 | A.   THAT'S CORRECT. |
| 11:10:42 | 6 | Q.   AND WOULD IT SURPRISE YOU TO KNOW |
| 11:10:44 | 7 | THAT -- AND FEEL FREE TO LOOK -- THAT MR. GOMEZ IS |
| 11:10:48 | 8 | NOT INCLUDED AS A CHAMPIONSHIP-CALIBER BOXER IN |
| 11:10:50 | 9 | DR. KNEUPER'S LIST OF CHAMPIONSHIP-CALIBER BOXERS? |
| 11:10:54 | 10 | A.   IT -- IT WOULD NOT, FOR THE REASONS |
| 11:10:56 | 11 | WE'VE ALL -- I'VE PREVIOUSLY TESTIFIED TO. |
| 11:10:58 | 12 | Q.   WHY WOULD THAT NOT SURPRISE YOU? |
| 11:11:01 | 13 | A.   THERE'S TWO REASONS. |
| 11:11:02 | 14 | ONE IS THAT -- THAT THERE -- I DON'T |
| 11:11:05 | 15 | KNOW OF ANY OTHER -- I DON'T KNOW THE EXACT TIME |
| 11:11:08 | 16 | FRAME THAT DR. KNEUPER'S OPINING ON -- |
| 11:11:11 | 17 | Q.   UH-HUH. |
| 11:11:12 | 18 | A.   -- IS ONE. |
| 11:11:15 | 19 | AND THAT EVEN IF WE WERE IN THE |
| 11:11:18 | 20 | SAME -- HYPOTHETICALLY LINING UP IN SAME TIME PERIOD |
| 11:11:24 | 21 | WHEN YOU'RE LOOKING AT -- OH -- WHEN YOU'RE LOOKING |
| 11:11:26 | 22 | AT SEVERAL HUNDRED FIGHTERS IN MAKING THAT |
| 11:11:29 | 23 | DETERMINATION, IT WOULDN'T SURPRISE ME IF THERE WAS |
| 11:11:31 | 24 | ONE OR TWO DIFFERENCES IN INTERPRETING THE DATA THAT |
| 11:11:35 | 25 | WOULD -- THAT WOULD RESULT IN THAT DETERMINATION. |

129


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

```
11:11:38  1   BECAUSE I DID THIS COMPLETELY INDEPENDENTLY.
11:11:42  2            Q.    WELL, WHAT GIVES YOU THE QUALIFICATION
11:11:44  3   TO DO THIS INDEPENDENTLY IF --
11:11:45  4            A.    WELL, BECAUSE --
11:11:47  5            Q.    -- IF IT'S DR. KNEUPER'S CRITERIA AND
11:11:49  6   ANALYSIS?
11:11:50  7            A.    WELL, I'M --
11:11:50  8                  MR. CESTERO:  OBJECTION.  IT'S VAGUE
11:11:51  9   AND AMBIGUOUS.
11:11:52  10                 GO AHEAD.
11:11:52  11                 THE DEPONENT:  THE CRITERIA ARE CLEAR,
11:11:53  12  AND IT'S -- IT'S -- IT IS A DEFINITION OF A
11:11:57  13  U.S.-BASED MANAGER OR PROMOTER, IT'S A RANKING
11:12:01  14  CRITERIA, AND A TELEVISION CRITERIA, OR A
11:12:07  15  WORLD-CHAMPION CRITERIA, IF I REMEMBER ALL OF THEM
11:12:10  16  CORRECTLY.
11:12:10  17                 AND I'M APPLYING THOSE CRITERIA AND --
11:12:12  18  AND CREATING THAT LIST BASED ON THOSE CRITERIA.
11:12:15  19  BY MR. WOLFSON:
11:12:15  20            Q.    BUT YOU ARE SAYING THEY'RE
11:12:16  21  CHAMPIONSHIP-CALIBER BOXERS FOR YOUR ANALYSIS;
11:12:18  22  RIGHT?
11:12:18  23            A.    THAT'S CORRECT.
11:12:19  24            Q.    AND THAT IS THE TERMINOLOGY THAT
11:12:20  25  DR. KNEUPER IS USING?
```

130



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

11:12:22    1          A.    AND I'M ADOPT -- I'M ADOPTING THAT

11:12:23    2    TERMINOLOGY AND HIS CRITERIA BASED ON HIS REPORT.

11:12:27    3          Q.    HIS CRITERIA AND HIS METHODOLOGY FOR

11:12:28    4    DETERMINING WHAT IS A CHAMIPONSHIP-CALIBER BOXER?

11:12:30    5          MR. CESTERO:   OBJECTION.   THAT'S VAGUE

11:12:31    6    AND AMBIGUOUS.

11:12:34    7          THE DEPONENT:   WELL, THE CRITERIA --

11:12:35    8    I -- I THINK THE ANSWER IS YES.

11:12:38    9          THE CRITERIA DETERMINED THE OUTCOME.

11:12:39   10    SO WHEN I APPLY THE CRITERIA, I EITHER HAVE OR DON'T

11:12:40   11    HAVE A CHAMPIONSHIP-CALIBER BOXER.

11:12:43   12    BY MR. WOLFSON:

11:12:43   13          Q.    AND HE -- BUT THERE ARE INSTANCES

11:12:45   14    WHERE YOU'RE SAYING THAT, BASED ON HIS CRITERIA, YOU

11:12:48   15    AND HE ARE DISAGREEING AS TO WHICH BOXERS ARE AND ARE

11:12:53   16    NOT CHAMPIONSHIP-CALIBER BOXERS.

11:12:53   17          A.    AND THAT WASN'T MY --

11:12:55   18          (SPEAKING SIMULTANEOUSLY.)

11:12:55   19          MR. CESTERO:   OBJECTION.   THAT

11:12:55   20    MISSTATES THE WITNESS'S --

11:12:55   21          THE DEPONENT:   -- MY TESTIMONY.

11:12:56   22          MR. CESTERO:   -- TESTIMONY.

11:12:56   23          THE DEPONENT:   NO.

11:12:56   24    BY MR. WOLFSON:

11:12:56   25          Q.    BUT ISN'T -- ISN'T THAT RIGHT ON THE

131


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 11:12:57 | 1 | PAGE? |
| 11:12:58 | 2 | A.   NO, NOT AT ALL. |
| 11:13:01 | 3 | MR. CESTERO:   NO. |
| 11:13:02 | 4 | BY MR. WOLFSON: |
| 11:13:02 | 5 | Q.   OKAY.   SO LET'S GO TO -- LET'S GO BACK |
| 11:13:03 | 6 | A PAGE THEN.   PAGE 7 OF EXHIBIT 3. |
| 11:13:06 | 7 | A.   RIGHT. |
| 11:13:06 | 8 | Q.   DO YOU UNDERSTAND THAT DR. KNEUPER'S |
| 11:13:09 | 9 | ANALYSIS IS FROM JANUARY 1ST, 2015, THROUGH THE |
| 11:13:12 | 10 | PRESENT? |
| 11:13:13 | 11 | MR. CESTERO:   WELL, OBJECTION.   THE |
| 11:13:13 | 12 | DOCUMENT SPEAKS FOR ITSELF. |
| 11:13:15 | 13 | THE DEPONENT:   YEAH.   I DON'T HAVE A |
| 11:13:16 | 14 | SPECIFIC UNDERSTANDING OF -- OF HIS ANALYSIS OR AS OF |
| 11:13:20 | 15 | WHAT DATES HE'S MAKING ANY PARTICULAR DETERMINATION |
| 11:13:22 | 16 | OF A CHAMPIONSHIP-CALIBER BOXER. |
| 11:13:24 | 17 | BY MR. WOLFSON: |
| 11:13:24 | 18 | Q.   IF HE IS MAKING AN ASSUMPTION OR |
| 11:13:27 | 19 | MAKING AN ANALYSIS OF WHO IS A CHAMPIONSHIP-CALIBER |
| 11:13:31 | 20 | BOXER FROM JANUARY 1ST, 2015, THROUGH THE PRESENT, |
| 11:13:34 | 21 | THEN SHOULDN'T YOUR DETERMINATION OF THAT -- OF WHO |
| 11:13:39 | 22 | IS A CHAMPIONSHIP-CALIBER BOXER LINE UP WITH HIS? |
| 11:13:43 | 23 | MR. CESTERO:   WELL, OBJECTION.   THAT'S |
| 11:13:44 | 24 | VAGUE AND AMBIGUOUS, AND IT MISSTATES THE WITNESS'S |
| 11:13:47 | 25 | TESTIMONY. |

132



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

11:13:48  1      I THINK -- IS YOUR QUESTION ABOUT

11:13:49  2  EXHIBIT -- THE EXHIBITS 3 AND 4 IN DR. KNEUPER'S

11:13:51  3  REPORT?

11:13:52  4          MR. WOLFSON:  UH-HUH.

11:13:53  5          MR. CESTERO:  SPECIFICALLY ABOUT THOSE

11:13:54  6  TWO LISTS?

11:13:55  7          MR. WOLFSON:  YEAH.

11:13:56  8          MR. CESTERO:  AND YOU'RE ASSUMING THAT

11:13:56  9  THOSE TWO LISTS INCLUDE EVERYBODY FROM JANUARY 1,

11:14:00  10  2015, THROUGH THE PRESENT WHO HAS QUALIFIED AS A

11:14:05  11  CHAMPIONSHIP BOXER AT ANY TIME DURING THAT TIME?

11:14:07  12          THAT'S YOUR ASSUMPTION OF WHAT

11:14:08  13  EXHIBITS 3 AND 4 ARE REFLECTING?

11:14:10  14  BY MR. WOLFSON:

11:14:10  15      Q.   WHAT IS YOUR UNDERSTANDING --

11:14:11  16      A.   OKAY.

11:14:11  17      Q.   -- OF DR. KNEUPER'S CRITERIA FOR HOW

11:14:14  18  HE DETERMINES CHAMPIONSHIP-CALIBER BOXERS?

11:14:15  19          MR. CESTERO:  OBJECTION; ASKED AND

11:14:16  20  ANSWERED.

11:14:18  21          THE DEPONENT:  YEAH.  I -- I -- HE --

11:14:19  22  IT -- IT HAS TO HAVE A RANKING WITHIN A PARTICULAR

11:14:22  23  TIME PERIOD; IT HAS TO BE ON TELEVISION; AND IT HAS

11:14:25  24  TO HAVE U.S.-BASED MANAGER OR PROMOTER.

11:14:28  25          AND I APPLIED THOSE CRITERIA IN THOSE

133


Kelli Norden and Associates
C o u r t  R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

11:14:30  1  TIME PERIODS, TO THE -- THE -- THE FIGHTERS THAT WERE

11:14:33  2  IN THE P & L AT THAT PARTICULAR POINT IN TIME.

11:14:38  3  BY MR. WOLFSON:

11:14:38  4       Q.   OKAY.   SO APPLYING DR. -- AND ARE YOU

11:14:43  5  AWARE THAT DR. KNEUPER'S LOOKED AT THE BOXERS IN

11:14:48  6  GOLDEN BOY'S P & L, AS WELL?   OR DO YOU KNOW WHETHER HE

11:14:50  7  DID OR NOT?

11:14:51  8       MR. CESTERO:   OBJECTION.   IT CALLS FOR

11:14:53  9  SPECULATION.

11:14:54 10       THE DEPONENT:   YEAH.   I DON'T KNOW HOW

11:14:55 11  HE DETERMINED HIS LIST OF -- OF BOXERS.

11:14:58 12  BY MR. WOLFSON:

11:14:58 13       Q.   UH-HUH.

11:14:58 14       A.   BUT I APPLIED HIS CRITERIA TO THE LIST

11:15:02 15  OF BOXERS THAT WERE IN GOLDEN BOY'S P & L.

11:15:04 16       SO I DON'T KNOW HOW HE DETERMINED THE

11:15:06 17  LIST THAT HE WAS ANALYZING.   BUT MY LIST IS DRIVEN BY

11:15:10 18  WHO -- WHO'S RESIDENT IN GOLDEN BOY'S P & L.

11:15:24 19       Q.   OKAY.   SO LET'S LOOK AT THE FIRST PAGE

11:15:26 20  OF THE 2015 DETAIL, WHICH IS PAGE 7 OF EXHIBIT 3 --

11:15:30 21  THE UPDATED EXHIBIT 3.

11:15:33 22       A.   OKAY.

11:15:37 23       Q.   THERE IS A BOXER TOWARDS THE TOP HERE

11:15:38 24  NAMED JAMES KIRKLAND.

11:15:40 25       DO YOU SEE HIM?

134



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

```
11:15:44   1              A.   I SEE THAT.
11:15:45   2              Q.   AND IN THE "INCREMENTAL
11:15:50   3   CHAMPIONSHIP-CALIBER" COLUMN, THERE'S AN "X"; RIGHT?
11:15:52   4              A.   I SEE THAT.
11:15:53   5              Q.   AND MR. KIRKLAND THEN, FOR THE
11:15:53   6   PURPOSES OF YOUR DAMAGES ANALYSIS, IS CONSIDERED A
11:15:56   7   CHAMPIONSHIP-CALIBER BOXER; RIGHT?
11:15:59   8                   MR. CESTERO:  IN 2015?
11:16:02   9   BY MR. WOLFSON:
11:16:02  10              Q.   IN 2015.
11:16:02  11              A.   THAT'S CORRECT.
11:16:02  12              Q.   AND THIS IS BASED ON DR. KNEUPER'S
11:16:05  13   CRITERIA?
11:16:05  14              A.   THAT'S CORRECT.
11:16:05  15              Q.   THE CRITERIA THAT YOU JUST SAID TO ME
11:16:08  16   ON THE RECORD A COUPLE MINUTES AGO?
11:16:10  17              A.   MY -- FROM MY RECOLLECTION, YES.
11:16:12  18              Q.   OKAY.  WOULD IT SURPRISE YOU TO KNOW
11:16:13  19   THAT DR. KNEUPER DOES NOT LIST JAMES KIRKLAND AS A
11:16:19  20   CHAMPIONSHIP-CALIBER BOXER IN EITHER OF HIS EXHIBIT 3
11:16:21  21   OR EXHIBIT 4, WHICH WERE HIS LISTS OF
11:16:28  22   CHAMPIONSHIP-CALIBER BOXERS?
11:16:28  23              A.   NO, IT DOESN'T.
11:16:30  24              Q.   OKAY.  NOW, AS -- AS WE LOOK AT THE
11:16:32  25   OPERATING INCOME THAT MR. KIRKLAND CONTRIBUTED TO
```

135


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 11:16:36 | 1 | GOLDEN BOY, IT APPEARS TO BE 213,352 DOLLARS FOR |
| 11:16:46 | 2 | 2015; RIGHT? |
| 11:16:47 | 3 | A.    THAT'S CORRECT. |
| 11:16:51 | 4 | Q.    SO IN EXHIBIT 3 ITSELF, SINCE |
| 11:16:55 | 5 | MR. KIRKLAND IS NOT LISTED AS UNDER CONTRACT WITH |
| 11:17:02 | 6 | GOLDEN BOY, THAT 213,352 WENT IN THE FIRST ROW OF THE |
| 11:17:14 | 7 | 2015 METRICS; RIGHT? |
| 11:17:15 | 8 | A.    IT WOULD BE PART OF THE 573,830 -- |
| 11:17:19 | 9 | -883 DOLLARS, YES. |
| 11:17:20 | 10 | Q.    NOW, IF INSTEAD MR. KIRKLAND WAS -- |
| 11:17:24 | 11 | WAS LISTED AS A NON-CHAMPIONSHIP-CALIBER BOXER, THEN |
| 11:17:33 | 12 | YOU WOULD TAKE THAT 213,000 OUT OF THE FIRST ROW IN |
| 11:17:37 | 13 | THE 2015 METRIC AND PUT IT -- AND ADD IT INTO THE |
| 11:17:40 | 14 | SECOND ROW; RIGHT? |
| 11:17:41 | 15 | A.    THAT'S CORRECT.  YOUR 573- INCOME |
| 11:17:43 | 16 | WOULD BE REDUCED AND YOUR LOSS OF 730,070 WOULD BE |
| 11:17:48 | 17 | REDUCED AS WELL. |
| 11:17:49 | 18 | Q.    OKAY.  TO THE BEST OF YOUR KNOWLEDGE, |
| 11:17:52 | 19 | WHY IS THERE A DIFFERENCE HERE IN HOW YOU ARE |
| 11:17:59 | 20 | CHARACTERIZING MR. KIRKLAND IN TERMS OF |
| 11:18:04 | 21 | CHAMPIONSHIP-CALIBER AND DR. KNEUPER IS |
| 11:18:07 | 22 | CHARACTERIZING HIM AS -- WELL -- OR HE'S NOT |
| 11:18:08 | 23 | CHARACTERIZING HIM AT ALL? |
| 11:18:09 | 24 | A.    WELL -- |
| 11:18:10 | 25 | MR. CESTERO:  OBJECTION; VAGUE AND |

136



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 11:18:11 | 1 | AMBIGUOUS. |
| 11:18:11 | 2 | THE DEPONENT:  IT WOULD -- |
| 11:18:13 | 3 | MR. CESTERO:  IT MISSTATES THE |
| 11:18:14 | 4 | DEPONENT'S TESTIMONY. |
| 11:18:16 | 5 | THE DEPONENT:  YEAH.  SO I APPLIED -- |
| 11:18:17 | 6 | I APPLIED DR. KNEUPER'S CRITERIA TO THE DATA THAT WAS |
| 11:18:20 | 7 | IN GOLDEN BOY'S P & L AT A PARTICULAR POINT IN TIME. |
| 11:18:23 | 8 | BY MR. WOLFSON: |
| 11:18:23 | 9 | Q.  UH-HUH. |
| 11:18:24 | 10 | A.  AND TO THE EXTENT THAT THAT DOESN'T |
| 11:18:25 | 11 | SHOW UP -- AND I FORGET IF IT'S EXHIBIT 3 OR EXHIBIT |
| 11:18:28 | 12 | 4 IN HIS REPORT -- I DON'T HAVE ANY SPECIFIC |
| 11:18:31 | 13 | EXPLANATION, OTHER THAN TO SAY THAT HE -- HE -- HE -- |
| 11:18:36 | 14 | THERE MAY BE OTHER REASONS THAT HE HAS THAT IT'S NOT |
| 11:18:39 | 15 | THERE BASED ON THE TIME OF HIS ANALYSIS. |
| 11:18:42 | 16 | AND OTHER THAN THAT, I WOULDN'T KNOW. |
| 11:18:44 | 17 | I DIDN'T -- I DIDN'T CROSS-CHECK THOSE. |
| 11:18:46 | 18 | BY MR. WOLFSON: |
| 11:18:46 | 19 | Q.  BECAUSE YOU DID IT YOURSELF? |
| 11:18:47 | 20 | A.  I DID IT MYSELF. |
| 11:19:12 | 21 | Q.  SO JUST TO BE CLEAR -- PERFECTLY CLEAR |
| 11:19:14 | 22 | HERE:  YOU HAVE NOT CROSS-CHECKED YOUR DETERMINATIONS |
| 11:19:15 | 23 | OF WHICH BOXERS ARE CHAMPIONSHIP-CALIBER AGAINST |
| 11:19:17 | 24 | DR. KNEUPER'S DETERMINES OF WHICH BOXERS ARE |
| 11:19:19 | 25 | CHAMPIONSHIP -- CHAMPIONSHIP-CALIBER? |

137



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
11:31:46   1    BY MR. WOLFSON:
11:31:46   2            Q.   DOES YOUR DAMAGES MODEL ASSUME
11:31:50   3    THAT GOLDEN BOY --
11:31:51   4            (THE DEPONENT COUGHED.)
11:31:51   5            THE DEPONENT:   EXCUSE ME.   I'M
11:31:52   6    SORRY.
11:31:52   7    BY MR. WOLFSON:
11:31:52   8            Q.   IT'S OKAY.
11:31:53   9            DOES YOUR DAMAGES MODEL ASSUME THAT
11:31:55  10    GOLDEN BOY WAS DAMAGED BY THE HAY- -- HAYMON SPORTS
11:32:02  11    CONTRACT WITH A.B.C. TO SHOW BOXING PROGRAMMING ON
11:32:08  12    A.B.C.?
11:32:08  13            MR. CESTERO:   OBJECTION.   IT'S VAGUE
11:32:09  14    AND AMBIGUOUS.   IT'S AN INCOMPLETE HYPOTHETICAL.
11:32:11  15            THE DEPONENT:   AGAIN, IT'S NOT
11:32:12  16    SPECIFIC TO ANY -- IT COVERS ALL THE NETWORKS THAT
11:32:15  17    THEY HAD AND REVENUE FROM ALL THE -- AND I'M SAYING
11:32:18  18    NETWORK, CABLE, AND ALL SOURCES.
11:32:19  19    BY MR. WOLFSON:
11:32:19  20            Q.   UN-HUH.
11:32:20  21            A.   AND THEN THAT DECLINE.
11:32:28  22            SO -- SO TO THE EXTENT THAT -- THAT
11:32:28  23    THERE'S ANY PARTICULAR REVENUE OR LACK OF REVENUE
11:32:30  24    FROM ANY PARTICULAR NETWORK, IT'S CAPTURED IN MY
11:32:33  25    ANALYSIS.
```

150



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

11:32:34  1          Q.   NOW, IF DATA, THOUGH, SHOWED THAT --
11:32:37  2  WELL -- SO YOU'RE NOT PROVIDING ANY OPINION ABOUT
11:32:39  3  WHICH NETWORKS GOLDEN BOY SHOULD HAVE HAD ACCESS
11:32:42  4  TO?
11:32:44  5              MR. CESTERO:  OBJECTION.  THAT'S VAGUE
11:32:45  6  AND AMBIGUOUS.
11:32:46  7              THE DEPONENT:  NO, I'M -- I'M NOT.
11:32:48  8  IT'S FLOWING FROM DR. KNEUPER'S LIABILITY OPINION.
11:32:52  9  BY MR. WOLFSON:
11:32:52  10         Q.   IT'S ENTIRELY DEPENDANT UPON
11:32:53  11  DR. KNEUPER; RIGHT?
11:32:55  12         A.   YES.
11:32:56  13         Q.   AND DOES YOUR ANALYSIS -- WELL, STRIKE
11:33:05  14  THAT.
11:33:06  15              IF THE DATA SHOWED THAT GOLDEN BOY
11:33:11  16  PROMOTED PROFITABLE FIGHTS THAT WERE NOT ON BROADCAST
11:33:14  17  NETWORKS, WOULDN'T THAT IMPLY THAT NETWORK TIME-SLOT
11:33:19  18  AVAILABILITY IS NOT REQUIRED TO PROMOTE SUCCESSFUL
11:33:22  19  EVENTS?
11:33:22  20              MR. CESTERO:  OBJECTION.  IT'S VAGUE
11:33:26  21  AND AMBIGUOUS, AND IT'S AN INCOMPLETE HYPOTHETICAL,
11:33:31  22  AND IT MISSTATES THE DOCUMENT.
11:33:34  23              BUT GO AHEAD.
11:33:35  24              THE DEPONENT:  OKAY.  AGAIN, I -- I
11:33:36  25  MY -- MY DAMAGES ANALYSIS FLOWS FROM DR. KNEUPER'S

151



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 12:13:03 | 1 | AND AMBIGUOUS, LACKS -- |
| 12:13:05 | 2 | THE DEPONENT:  AND EXCLUDING THE -- |
| 12:13:05 | 3 | MR. CESTERO:  -- LACKS FOUNDATION. |
| 12:13:07 | 4 | GO AHEAD. |
| 12:13:07 | 5 | DEPOSITION OFFICER:  PLEASE HOLD ON. |
| 12:13:07 | 6 | THE DEPONENT:  YEAH.  NO.  ALL I |
| 12:13:07 | 7 | CAN -- I EXCLUDED THE INTERNATIONAL REVENUE EXPENSES |
| 12:13:10 | 8 | AND OPERATING PROFIT OR LOSS. |
| 12:13:12 | 9 | BY MR. WOLFSON: |
| 12:13:12 | 10 | Q.   DOES THIS INCLUDE FIGHTS THAT WERE |
| 12:13:14 | 11 | PROMOTED IN MEXICO? |
| 12:13:15 | 12 | MR. CESTERO:  OBJECTION.  IT'S VAGUE |
| 12:13:16 | 13 | AND AMBIGUOUS. |
| 12:13:16 | 14 | THE DEPONENT:  YEAH.  I DON'T -- I |
| 12:13:17 | 15 | DON'T HAVE -- I DON'T HAVE ANY SPECIFIC RECOLLECTION |
| 12:13:18 | 16 | OF ANY OF THE COUNTRIES OR ANY OF THE FIGHTERS. |
| 12:13:32 | 17 | BY MR. WOLFSON: |
| 12:13:32 | 18 | Q.   SO GOING BACK TO WHAT "INCOME FROM |
| 12:13:35 | 19 | BOXING OPERATIONS IS," IT DOES NOT INCLUDE |
| 12:13:36 | 20 | INTERNATIONAL FIGHTS AND IT DOES NOT INCLUDE |
| 12:13:37 | 21 | CORPORATE OVERHEAD? |
| 12:13:37 | 22 | IS THAT WHAT YOU SAID? |
| 12:13:38 | 23 | A.   THAT'S HOW I GENERALLY DESCRIBE IT, |
| 12:13:41 | 24 | YES. |
| 12:13:41 | 25 | Q.   WHY WAS CORPORATE OVERHEAD EXCLUDED? |

186



Kelli Norden and Associates
Court  Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
12:13:43   1            A.   BECAUSE ALL OF THE -- ALL OF THE
12:13:45   2    DIRECT EXPENSES OF THE FIGHT ARE INCLUDED IN THE
12:13:49   3    FIGHTER -- IN THE FIGHT P & L, THE EVENT P & L, AND THE
12:13:50   4    FIGHTER-BY-FIGHTER P & L.
12:13:52   5            AND IT'S A VERY DETAILED CALCULATION.
12:13:57   6    SO TO THE EXTENT THERE WOULD BE A PARTICULAR PIECE OF
12:14:00   7    CORPORATE OVERHEAD, I EXCLUDED THAT IN ALL PERIODS.
12:14:05   8    SO I'M DEALING WITH THE ACTUAL FIGHTER OPERATIONS OF
12:14:08   9    GOLDEN BOY -- DOMESTIC FIGHTER OPERATIONS OF GOLDEN
12:14:11  10    BOY.
12:14:11  11            Q.   SO "INCOME FROM BOXING OPERATIONS"
12:14:13  12    ISN'T THE ACTUAL PROFIT THAT GOLDEN BOY RECEIVED IN
12:14:18  13    EACH OF THESE YEARS, IS IT?
12:14:19  14            MR. CESTERO:   OBJECTION.   THAT'S VAGUE
12:14:22  15    AND AMBIGUOUS.
12:14:22  16            THE DEPONENT:   THEY HAVE -- IF YOU
12:14:23  17    LOOK AT THEIR FINANCIAL STATEMENTS OR IF YOU LOOK AT
12:14:25  18    THE DETAILED WORKBOOKS, THERE IS CORPORATE OVERHEAD
12:14:32  19    THAT IS -- THAT IS -- THAT WOULD REDUCE THESE NUMBERS
12:14:36  20    THAT I HAVE EXCLUDED, AND I'M FOCUSING JUST ON THE
12:14:40  21    FIGHTING OPERATIONS.
12:14:41  22    BY MR. WOLFSON:
12:14:41  23            Q.   SO INCOME FROM BOXING OPERATIONS IS
12:14:42  24    NOT NET INCOME, IS IT?
12:14:45  25            MR. CESTERO:   OBJECTION.   IT'S VAGUE
```

187



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 12:14:46 | 1 | AND AMBIGUOUS. |
| 12:14:49 | 2 | THE DEPONENT: IT'S -- IT'S -- IT'S |
| 12:14:50 | 3 | THE -- IT'S THE NET INCOME -- IT'S THE NET FROM |
| 12:14:52 | 4 | BOXING OPERATIONS, BUT IT WOULD NOT BE NET INCOME IF |
| 12:14:54 | 5 | YOU'RE REFERRING TO A -- A MEASURE THAT WOULD -- THAT |
| 12:14:57 | 6 | WOULD -- FROM THAT THAT WOULD DEDUCT CORPORATE |
| 12:14:59 | 7 | OVERHEAD. |
| 12:14:59 | 8 | BY MR. WOLFSON: |
| 12:14:59 | 9 | Q. SO -- AND WHEN I'M REFERRING TO "NET |
| 12:15:02 | 10 | INCOME," I'M REFERRING TO IT IN THE STATE -- IN THE |
| 12:15:05 | 11 | CONTEXT OF A -- OF A FINANCIAL STATEMENT WHERE THE |
| 12:15:10 | 12 | COMPANY'S NET INCOME IS DEFINED AS THAT. |
| 12:15:16 | 13 | INCOME FROM BOXING OPERATIONS IS NOT |
| 12:15:19 | 14 | NET INCOME AS IT IS DESCRIBED IN GOLDEN BOY'S OWN |
| 12:15:21 | 15 | FINANCIAL STATEMENTS, IS IT? |
| 12:15:23 | 16 | MR. CESTERO: WELL, OBJECTION. THAT'S |
| 12:15:24 | 17 | VAGUE AND AMBIGUOUS. |
| 12:15:31 | 18 | THE DEPONENT: I'D -- I'D HAVE TO |
| 12:15:31 | 19 | LOOK, BUT I BELIEVE YOU'RE CORRECT. |
| 12:15:33 | 20 | I THINK THERE IS A -- THE "NET INCOME" |
| 12:15:35 | 21 | LINE IN THEIR -- CERTAINLY IN THEIR AUDITED FINANCIAL |
| 12:15:37 | 22 | STATEMENTS, THE "NET INCOME" LINE WOULD BE AFTER |
| 12:15:39 | 23 | REDUCING IT FOR CORPORATE OVERHEAD. |
| 12:15:59 | 24 | BY MR. WOLFSON: |
| 12:15:59 | 25 | Q. AND IF GOLDEN BOY'S NET INCOME FOR |

188



Kelli Norden and Associates
Court Reporters
310.820.7733 phone 310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com www.kellinorden.com

## DEPOSITION OF GENE DEETZ

12:16:03 1 2015 INCLUDED THE 14 MILLION DOLLARS IN PAYMENTS IT

12:16:08 2 RECEIVED FROM THE HAYMON ENTITIES, IS THERE ANY

12:16:13 3 REASON THAT YOU DID NOT INCLUDE THAT IN YOUR

12:16:16 4 ANALYSIS?

12:16:16 5            MR. CESTERO:  OBJECTION.  IT'S VAGUE

12:16:17 6 AND AMBIGUOUS, LACKS FOUNDATION, CALLS FOR

12:16:22 7 SPECULATION, MISSTATES THE RECORD, AND ASSUMES FACTS

12:16:24 8 NOT IN EVIDENCE.

12:16:31 9            THE DEPONENT:  SO THE -- THE REASON --

12:16:32 10 AND I PUT IN PARAGRAPH 49 THE REASONS WHY I DIDN'T

12:16:35 11 INCLUDE THE 14 MILLION THAT GOLDEN BOY RECEIVED IN MY

12:16:38 12 ANALYSIS.

12:16:39 13 BY MR. WOLFSON:

12:16:39 14        Q.  UH-HUH.  AND IS IT CORRECT, THEN, THAT

12:16:43 15 YOUR DAMAGES ANALYSIS DOES NOT REDUCE YOUR DAMAGES

12:16:48 16 CONCLUSIONS IN ANY WAY BY THE 14 MILLION DOLLARS THAT

12:16:52 17 GOLDEN BOY RECEIVED IN JANUARY AND MARCH 2015 FOR THE

12:17:02 18 TERMINATION OF CERTAIN EXCLUSIVE PROMOTIONAL RIGHTS

12:17:05 19 TO THOSE 22 TO 23 HAYMON BOXERS?

12:17:10 20            MR. CESTERO:  OBJECTION.  IT MISSTATES

12:17:15 21 THE WITNESS'S TESTIMONY.  IT MISSTATES THE DOCUMENT.

12:17:15 22 IT MISSTATES THE RECORD.

12:17:17 23            GO AHEAD.

12:17:17 24            THE DEPONENT:  IT DOESN'T INCLUDE THE

12:17:18 25 14 MILLION.

189



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

```
12:17:20   1   BY MR. WOLFSON:
12:17:20   2          Q.    IT DOESN'T REDUCE IT IN ANY WAY BASED
12:17:22   3   ON THE 14 MILLION?
12:17:24   4          A.    IT DOES NOT.
12:17:25   5          Q.    AND YOUR INCOME FROM BOXING OPERATIONS
12:17:27   6   DOES NOT IN ANY WAY REFLECT A REDUCTION BASED ON THE
12:17:31   7   14-MILLION-DOLLAR PAYMENTS; RIGHT?
12:17:32   8              MR. CESTERO:   WELL, OBJECT.
12:17:33   9              CAN YOU READ THAT --
12:17:33  10              MR. WOLFSON:   ACTUALLY, LET ME STRIKE
12:17:35  11   THAT.
12:17:35  12              MR. CESTERO:   OKAY.
12:17:36  13   BY MR. WOLFSON:
12:17:36  14          Q.    YOUR -- YOUR 2015 INCOME FROM BOXING
12:17:39  15   OPERATIONS DOES NOT REFLECT ANY INCREASES BASED ON
12:17:42  16   THE 14 MILLION DOLLARS THAT THEY RECEIVED FROM THE
12:17:47  17   HAYMON SPORTS ENTITY; RIGHT?
12:17:48  18              MR. CESTERO:   OBJECTION.  IT'S VAGUE
12:17:49  19   AND AMBIGUOUS.   IT MISSTATES THE WITNESS'S TESTIMONY,
12:17:51  20   MISSTATES THE DOCUMENTS.
12:17:53  21              GO AHEAD.
12:17:53  22              THE DEPONENT:   YEAH.  THE -- THE --
12:17:55  23   IT'S NOT CONSIDERED AND IT'S NOT INCLUDED IN THE
12:17:57  24   CALCULATION.
12:18:06  25   / / /
```

190



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 14:39:14 | 1 | DAMAGES THAT GOLDEN BOY HAS ALREADY INCURRED? |
| 14:39:16 | 2 | A.   THAT'S CORRECT. |
| 14:39:19 | 3 | Q.   AND THEN IF YOU GO TO THE NEXT COLUMN, |
| 14:39:20 | 4 | IT SAYS "DECEMBER 31ST, 2016"? |
| 14:39:22 | 5 | A.   THAT'S CORRECT. |
| 14:39:23 | 6 | Q.   AND SO THOSE ARE THE DAMAGES FROM |
| 14:39:25 | 7 | JUNE 30TH THROUGH -- OR JUNE -- JULY 1ST -- STRIKE |
| 14:39:29 | 8 | THAT QUESTION. |
| 14:39:30 | 9 | SO THOSE DAMAGES ARE YOUR ESTIMATES |
| 14:39:31 | 10 | FOR JULY 1ST THROUGH DECEMBER 31ST, 2016? |
| 14:39:35 | 11 | A.   THAT'S CORRECT. |
| 14:39:37 | 12 | Q.   AND THEN THE NEXT COLUMN IS 2017? |
| 14:39:40 | 13 | A.   THAT'S CORRECT. |
| 14:39:40 | 14 | Q.   AND SO THOSE ARE YOUR ESTIMATES FOR |
| 14:39:43 | 15 | DAMAGES IN 2017? |
| 14:39:44 | 16 | A.   THAT'S CORRECT. |
| 14:39:44 | 17 | Q.   AND THEN THE NEXT COLUMN IS 2018? |
| 14:39:48 | 18 | A.   THAT'S CORRECT. |
| 14:39:49 | 19 | Q.   AND THAT IS YOUR DAMAGE ESTIMATES FOR |
| 14:39:50 | 20 | THE YEAR 2018? |
| 14:39:52 | 21 | A.   THAT'S CORRECT. |
| 14:39:52 | 22 | Q.   AND THEN THE FINAL IS "FUTURE |
| 14:39:54 | 23 | PERIODS"? |
| 14:39:55 | 24 | A.   THAT'S CORRECT. |
| 14:39:55 | 25 | Q.   AND YOUR DAMAGES ESTIMATE THERE IS FOR |

233



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

### DEPOSITION OF GENE DEETZ

14:39:58 1 FUTURE PERIODS OF UNSPECIFIED YEARS?

14:40:01 2           A.    RIGHT.

14:40:05 3           Q.    OKAY.  THE NEXT COLUMN, THEN, IS THE

14:40:07 4 RAW NUMBERS AS YOU ADD UP EACH OF THE PRECEDING

14:40:11 5 COLUMNS; IS THAT RIGHT?

14:40:12 6           A.    THAT'S RIGHT.  IN -- IN ASCENDING

14:40:13 7 ORDER FROM -- FROM THE -- THE 2016 PERIOD, THEN 2017

14:40:19 8 PERIOD ADDED, THEN THE 2018 PERIOD, AND THEN THE

14:40:24 9 EXTENDED PERIOD.

14:40:26 10          Q.    OKAY.  GOT IT.

14:40:27 11                AND THEN THE NEXT COLUMN IS:

14:40:29 12                "DAMAGES ADJUSTED FOR DISCOUNTING

14:40:30 13          AND FORECAST INDUSTRY GROWTH"?

14:40:33 14          A.    THAT'S CORRECT.

14:40:33 15          Q.    SO WHAT -- WHAT IS THAT COLUMN

14:40:35 16 SHOWING?

14:40:35 17          A.    WELL, THAT TAKES INTO ACCOUNT THAT

14:40:42 18 EVEN THOUGH MY REPORTS AT SEPTEMBER 16TH, IT TAKES

14:40:45 19 INTO ACCOUNT AS IF JUNE 30TH.

14:40:47 20                SO THERE'S TWO THINGS THAT HAPPENED

14:40:47 21 THERE.  ONE IS THAT I'M CONVERTING THOSE TO A

14:40:51 22 JUNE 30TH DATE.

14:40:52 23          Q.    UH-HUH.

14:40:52 24          A.    AND THEN I'M ALSO ADJUSTING THEM FOR

14:40:54 25 INDUSTRY GROWTH OR INDUSTRY DECLINE FROM THE

234


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

15:44:43  1   UNDERSTANDING ONE WAY OR ANOTHER, OTHER THAN WHAT'S

15:44:45  2   LISTED HERE.

15:44:46  3   BY MR. WOLFSON:

15:44:46  4        Q.   OKAY.  AND IN APPENDIX 4, WHEN YOU

15:44:47  5   REFER TO "BROADCASTING NETWORKS" AS "FOX" --

15:44:49  6        DO YOU SEE THAT?

15:44:49  7        A.   YES.

15:44:50  8        Q.   -- THAT WOULD BE YOUR UNDERSTANDING OF

15:44:51  9   WHICH ENTITY THAT HAYMON BROAD -- OR HAYMON HAD A

15:44:55  10  CONTRACT WITH?

15:44:56  11       MR. CESTERO:  OBJECTION.  THAT'S VAGUE

15:44:57  12  AND AMBIGUOUS.

15:44:58  13       THE DEPONENT:  YEAH.  WITHIN THE --

15:44:59  14  WITHIN WHAT MAY BE THE GLOBAL FOX ENTITIES, I DON'T

15:45:03  15  HAVE ANY SPECIFIC UNDERSTANDING.

15:45:04  16  BY MR. WOLFSON:

15:45:04  17       Q.   OKAY.  DO YOU KNOW WHETHER THE

15:45:06  18  CONTRACT THAT HAYMON HAD WITH A FOX ENTITY WAS

15:45:11  19  WITH -- WELL, STRIKE THAT.

15:45:12  20       DO YOU KNOW WHETHER HAYMON HAD A

15:45:13  21  CONTRACT WITH A DIFFERENT FOX ENTITY THAN GOLDEN BOY

15:45:17  22  DID?

15:45:18  23       A.   I -- I DON'T KNOW.

15:45:26  24       Q.   OKAY.  DO YOU KNOW WHETHER HAYMON'S

15:45:27  25  CONTRACT WITH FOX PRECLUDED GOLDEN BOY FROM

296



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

15:45:32 1    CONTINUING ITS CONTRACTS WITH FOX SPORTS EN

15:45:34 2    ESPANOL?

15:45:41 3                    MR. CESTERO:  OBJECTION.  IT CALLS FOR

15:45:42 4    A LEGAL CONCLUSION.

15:45:42 5                    THE DEPONENT:  YEAH.  I -- I --

15:45:42 6                    MR. CESTERO:  GO AHEAD.

15:45:42 7                    THE DEPONENT:  I DON'T -- I DON'T

15:45:44 8    KNOW.

15:45:46 9    BY MR. WOLFSON:

15:45:46 10           Q.    OKAY.

15:45:46 11           A.    I DON'T KNOW IF IT EXCLUDES THAT OR

15:45:46 12   NOT.

15:45:46 13           Q.    DID YOU ASK ANYONE AT GOLDEN BOY THEIR

15:45:48 14   UNDERSTANDING OF THAT ISSUE?

15:45:50 15           A.    I DON'T RECALL DOING THAT, NO.

15:46:06 16           Q.    NOW, IS YOUR DAMAGES MODEL ABLE TO

15:46:09 17   ASSESS WHETHER GOLDEN BOY WAS PRECLUDED FROM

15:46:15 18   PROMOTING SPECIFIC FIGHTS ON ANY OF THE NETWORKS

15:46:19 19   LISTED IN PARAGRAPH 33?

15:46:21 20                    MR. CESTERO:  OBJECTION.  IT'S VAGUE

15:46:22 21   AND AMBIGUOUS.

15:46:30 22                    THE DEPONENT:  THE DAMAGES MODEL DEALS

15:46:32 23   WITH THE RECORDS THAT ARE IN THE GOLDEN BOY FINANCIAL

15:46:37 24   INFORMATION FOR BOXING OPERATIONS, THE L.L.C. OR THE

15:46:40 25   INC., THAT WE'VE -- WE'VE DISCUSSED ABOUT.

297



Kelli Norden and Associates
Court Reporters
310.820.7753 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

15:46:42   1          SO THE MODEL DEALS WITH WHAT'S THERE

15:46:44   2   AND WHAT'S BEEN RECORDED FOR REVENUE AND INCOME FROM

15:46:49   3   BOXING OPERATIONS.

15:46:50   4          AND SO THAT WOULD BE THE BASIS ON THE

15:46:51   5   DAMAGE CALCULATIONS, ON WHAT'S IN THERE.

15:46:54   6          SO I THINK THE QUESTION INCLUDED THE

15:46:55   7   WORD "PRECLUDED." AND SO IT DOESN'T -- IT DOESN'T --

15:47:00   8   IT DOESN'T CALCULATE -- MAKE THE CALCULATION BASED ON

15:47:04   9   ANYTHING OTHER THAN WHAT'S ACTUALLY IN THE RECORDS OF

15:47:06   10   THE COMPANY.

15:47:15   11   BY MR. WOLFSON:

15:47:15   12          Q.   ARE YOU AWARE -- YOU SAID THAT YOU'VE

15:47:16   13   REVIEWED THE TOP RANK SETTLEMENT WITH THE HAYMON

15:47:19   14   ENTITIES?

15:47:19   15          A.   I'VE READ IT, YES.

15:47:19   16          Q.   AND YOU'VE READ THE -- THE CLAUSE IN

15:47:22   17   THAT SETTLEMENT THAT SAYS HAYMON WILL REMOVE ITS

15:47:24   18   EXCLUSIVITY PROVISIONS WITH -- IN ITS NETWORK

15:47:27   19   CONTRACTS?

15:47:27   20          MR. CESTERO:  I'LL OBJECT.  THE

15:47:28   21   DOCUMENT SPEAKS FOR ITSELF, AND THAT MISSTATES THE

15:47:31   22   RECORD.

15:47:32   23          GO AHEAD.

15:47:33   24          THE DEPONENT:  I -- I -- I -- I'VE

15:47:35   25   READ THE DOCUMENT, AND I HAVE A GENERAL RECOLLECTION

298



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 15:50:26 | 1 | SIR? |
| 15:50:28 | 2 | THE DEPONENT:  CAN I HAVE IT BACK, |
| 15:50:30 | 3 | PLEASE, RICHARD? |
| 15:50:30 | 4 | MR. CESTERO:  YES. |
| 15:50:31 | 5 | (DOCUMENT HANDED TO THE DEPONENT.) |
| 15:50:31 | 6 | THE DEPONENT:  EXCUSE ME. |
| 15:50:31 | 7 | THE DIFFERENCE BETWEEN SCENARIO 3 AND |
| 15:50:34 | 8 | SCENARIO 4 IS THAT THE DAMAGES EXTEND BEYOND 2018. |
| 15:50:38 | 9 | BY MR. KUMAR: |
| 15:50:38 | 10 | Q.   AND WHAT IS THE BASIS FOR YOUR |
| 15:50:40 | 11 | ASSUMPTION THAT THE DAMAGES CAN EXTEND PAST 2018 IN |
| 15:50:43 | 12 | SCENARIO 4? |
| 15:50:45 | 13 | MR. CESTERO:  OBJECTION.  THE DOCUMENT |
| 15:50:46 | 14 | SPEAKS FOR ITSELF. |
| 15:50:46 | 15 | MR. WOLFSON:  IT DOESN'T. |
| 15:50:47 | 16 | BY MR. WOLFSON: |
| 15:50:47 | 17 | Q.   GO AHEAD. |
| 15:50:48 | 18 | A.   OKAY.  GIVE ME JUST A SECOND, |
| 15:50:49 | 19 | PLEASE. |
| 15:50:49 | 20 | Q.   UH-HUH. |
| 15:50:49 | 21 | MR. CESTERO:  IT DOES. |
| 15:50:50 | 22 | MR. WOLFSON:  WELL, HE'S CONTRADICTING |
| 15:50:52 | 23 | WHAT IT SAYS, SO LET'S GO. |
| 15:50:54 | 24 | MR. CESTERO:  THAT'S OKAY. |
| 15:51:06 | 25 | THE DEPONENT:  SO IN -- AND I'M JUST |

302



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

15:51:07  1   GOING TO READ THIS, AND THEN I'LL -- I THINK THAT'S

15:51:08  2   THE ANSWER, BUT:

15:51:11  3             "SCENARIO 4 COMBINES ALL

15:51:11  4         OF THE EFFECTS SUMMARIZED IN

15:51:14  5         SCENARIOS 2 AND 3, BUT ALSO

15:51:16  6         CONSIDERS THE POSSIBILITY THAT

15:51:18  7         EITHER HAYMON DOES NOT CEASE

15:51:19  8         HIS ANTICOMPETITIVE CONDUCT, OR

15:51:21  9         THERE IS A PERMANENT CHANGE IN

15:51:23 10         GOLDEN BOY'S RELATIONSHIP WITH

15:51:27 11         THE MAJOR T.V. NETWORKS; ALL

15:51:31 12         BUT H.B.O. CONTINUE NOT TO PAY

15:51:33 13         LICENSING FEES; AND THAT THE

15:51:34 14         COST STRUCTURE IN THE AMOUNTS

15:51:35 15         PAID TO BOXERS REMAINS AT AN

15:51:38 16         INCREMENTAL LEVEL, AN INCREASED

15:51:40 17         LEVEL; AND EVEN WITH GOLDEN

15:51:42 18         BOY'S BEST EFFORTS IN OTHER

15:51:44 19         AVAILABLE AREAS TO MAKE

15:51:46 20         ADDITIONAL PROFIT, THEY DO NOT

15:51:48 21         RETURN TO A NORMAL LEVEL OF

15:51:50 22         PROFITABILITY."

15:51:53 23           "THIS DAMAGE CALCULATION

15:51:56 24         CONSIDERS THE DAMAGE TO GOLDEN

15:51:57 25         BOY TO BE PERMANENT IN NATURE."

303



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

15:52:00  1    BY MR. WOLFSON:
15:52:00  2            Q.    DO YOU KNOW THAT SPIKE IS CURRENTLY
15:52:02  3    PAYING LICENSE FEES?
15:52:07  4            DO YOU KNOW THAT?
15:52:07  5            A.    I DON'T HAVE A SPECIFIC RECOLLECTION
15:52:09  6    ONE WAY OR THE OTHER.
15:52:10  7            Q.    DO YOU KNOW THAT SHOWTIME CURRENTLY
15:52:12  8    PAYS LICENSE FEES?
15:52:14  9            A.    I -- I -- I DON'T HAVE A SPECIFIC
15:52:17  10   RECOLLECTION ONE WAY OR THE OTHER.
15:52:18  11           Q.    OKAY.  WOULD THOSE FACTS CHANGE YOUR
15:52:20  12   DAMAGES NUMBERS HERE?
15:52:23  13           A.    THEY WOULDN'T.
15:52:23  14           Q.    NOT AT ALL?
15:52:23  15           A.    NOT AT ALL.
15:52:24  16           Q.    OKAY.  SO YOU'RE SAYING -- OKAY.
15:52:31  17           EVEN THOUGH ONE OF THE ASSUMPTIONS
15:52:31  18   HERE FOR THIS PERMANENT CHANGE IS THAT ALL NETWORKS
15:52:35  19   BUT H.B.O. CONTINUE NOT TO PAY LICENSING FEES?
15:52:39  20           A.    THE -- THE REASON I SAY THAT -- AND I
15:52:41  21   TIE IT BACK TO -- TO THE DR. KNEUPER -- IS THAT THIS
15:52:47  22   SAYS THAT IF THERE IS A PERMANENT CHANGE IN THE
15:52:50  23   STRUCTURE THAT GOLDEN BOY HAS TO OPERATE IN -- A
15:52:53  24   PERMANENT CHANGE, WHICH MAY OR MAY NOT BE THE CASE.
15:52:55  25           BUT IF -- IF THERE IS A PERMANENT

304


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 16:09:14 | 1 | MAYBE NONE OF THEM -- CHANGE THEIR RELATIONSHIP; |
| 16:09:18 | 2 | DON'T CHANGE THEIR RELATIONSHIP. |
| 16:09:21 | 3 | ALL THAT'S GOING TO HAVE AN IMPACT, |
| 16:09:21 | 4 | BOTH ECONOMICALLY AND UNDER THE LAW -- WHICH I'M |
| 16:09:23 | 5 | DEFINITELY NOT OPINING ON. |
| 16:09:26 | 6 | BUT AT THE END OF THE DAY -- AND YOU |
| 16:09:26 | 7 | MIGHT HAVE A DIFFERENT PERMANENT RELATIONSHIP WITH |
| 16:09:28 | 8 | HOW YOU HAVE TO CONTRACT WITH YOUR BOXERS -- ALL OF |
| 16:09:32 | 9 | THAT GOES INTO THE FACT THAT THERE COULD BE ONE OR |
| 16:09:37 | 10 | ALL OF THOSE COMPONENTS THAT RESIDES PERMANENTLY AS A |
| 16:09:40 | 11 | RESULT OF HAYMON'S ACTION. |
| 16:09:49 | 12 | AND MAYBE -- MAYBE IT GOES AWAY |
| 16:09:49 | 13 | QUICKLY, LIKE I HAVE IN SCENARIO 1 AND SCENARIO 2. |
| 16:09:50 | 14 | AND MAYBE THERE'S A RESIDUE THAT THAT'S EMBEDDED |
| 16:09:50 | 15 | IN -- IN GOLDEN BOY FOR A LONGER PERIOD OF TIME. |
| 16:09:52 | 16 | SO IT'S -- IT'S -- IT'S ALL OF THOSE |
| 16:09:53 | 17 | TOGETHER. |
| 16:09:54 | 18 | Q.   AND YOUR DAMAGES ANALYSIS DOES NOT |
| 16:09:56 | 19 | BREAK OUT THE COMPONENTS THAT ARE ATTRIBUTABLE TO |
| 16:10:00 | 20 | EACH OF THOSE ASPECTS OF THIS ALTERNATIVE? |
| 16:10:05 | 21 | MR. CESTERO:   OBJECTION; VAGUE AND |
| 16:10:06 | 22 | AMBIGUOUS. |
| 16:10:06 | 23 | THE DEPONENT:   YEAH.   IT SAYS THAT IT |
| 16:10:07 | 24 | COULD COME FROM ALL OF THOSE OR SOME SUBSET OF |
| 16:10:11 | 25 | THOSE. |

312


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:10:12  1    BY MR. WOLFSON:

16:10:12  2            Q.    HOW DOES IT BREAK OUT?

16:10:15  3                  SO WHAT IF T.V. NETWORKS GO BACK TO

16:10:18  4    PAYING LICENSING FEES, DOES YOUR DAMAGES ANALYSIS IN

16:10:21  5    SCENARIO 4 TAKE INTO ACCOUNT THAT?

16:10:23  6                  MR. CESTERO:   OBJECTION; VAGUE AND

16:10:24  7    AMBIGUOUS, INCOMPLETE HYPOTHETICAL.

16:10:25  8                  THE DEPONENT:   THE ASSUMPTION IN THIS

16:10:30  9    ANALYSIS IS DRIVEN FROM THE DAMAGES THAT ARE -- THAT

16:10:31  10   ARE IN THE YEARS THAT WE HAVE AND CARRIES US INTO THE

16:10:34  11   FUTURE.

16:10:35  12                 AND THE ASSUMPTION IS THAT THE -- THE

16:10:39  13   TOTAL MIX OF -- OF -- OF THESE PARTICULAR FACTORS

16:10:41  14   RESULT IN THESE DAMAGES.

16:10:45  15           Q.    AND ONE OF THOSE FACTORS IS THAT ALL

16:10:47  16   BUT H.B.O. CONTINUE TO NOT PAY LICENSE FEES; RIGHT?

16:10:54  17           A.    I -- THAT'S WHAT IT SAYS HERE, YES.

16:10:55  18           Q.    OKAY.   AND DOES YOUR DAMAGES ANALYSIS

16:10:58  19   BREAK OUT OR ACCOUNT FOR WHAT HAPPENS IF SOME

16:11:00  20   NETWORKS DO START GOING BACK TO PAYING LICENSING

16:11:03  21   FEES?

16:11:03  22           A.    IT -- IT -- AND THAT ASSUMPTION IS

16:11:04  23   THAT THE COUNTER-BALANCING EFFECT OF ALL THESE

16:11:07  24   RESULTS IN THE DAMAGES THAT I'VE -- I'VE LISTED

16:11:08  25   HERE.

313


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:11:09  1          Q.   OKAY.   SO ALL OF THESE ARE NECESSARY
16:11:10  2  FACTORS IN ORDER TO GET TO THE NUMBERS LISTED AT THE
16:11:15  3  END OF SCENARIO 4?
16:11:16  4                MR. CESTERO:   OBJECTION; VAGUE AND
16:11:16  5  AMBIGUOUS, MISSTATES THE WITNESS'S TESTIMONY.
16:11:19  6                THE DEPONENT:   NO, I -- NO.   THE --
16:11:20  7  THE -- THAT INTERACTION OF ALL THEM, IT RESULTS IN
16:11:23  8  THESE AMOUNTS.
16:11:23  9  BY MR. WOLFSON:
16:11:23  10         Q.   SO IF -- IF SHOWTIME, FOX, AND N.B.C.
16:11:30  11  ARE WILLING TO PAY A LICENSING FEES FOR GOLDEN
16:11:35  12  BOY-PROMOTED FIGHTS, BUT GOLDEN BOY HAS TO PAY
16:11:40  13  INCREASED AMOUNTS TO BOXERS DUE TO THE HAYMON
16:11:46  14  DEFENDANTS' ACTIVITIES, HOW DOES THIS DAMAGES
16:11:48  15  ANALYSIS ACCOUNT FOR THAT SITUATION?
16:11:51  16                MR. CESTERO:   OBJECTION.   IT'S VAGUE
16:11:52  17  AND AMBIGUOUS, AND IT'S --
16:11:52  18                THE DEPONENT:   IN -- IN --
16:11:54  19                MR. CESTERO:   -- AN INCOMPLETE
16:11:54  20  HYPOTHETICAL.
16:11:54  21                GO AHEAD.
16:11:55  22                THE DEPONENT:   ALL RIGHT.   IN THIS
16:11:56  23  ANALYSIS, IT ASSUMED THAT THE NET RESULT OF THAT IS
16:11:59  24  THESE DAMAGES.
16:12:00  25  / / /

314


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:12:00 1   BY MR. WOLFSON:

16:12:00 2           Q.   NO MATTER WHAT THE ACTUAL FACTS END UP

16:12:03 3   BEING WITHIN THESE VARIOUS DIFFERENT FACTORS?

16:12:05 4               MR. CESTERO:   OBJECTION; VAGUE AND

16:12:06 5   AMBIGUOUS.

16:12:06 6               THE DEPONENT:   THAT'S CORRECT.   IT --

16:12:07 7   IT -- IT IMPLIES -- IT -- THE -- THE ASSUMPTION IS

16:12:09 8   THAT THE END RESULT OF A PERMANENT CHANGE IS MEASURED

16:12:13 9   BY THIS -- THESE AMOUNTS.

16:12:18 10  BY MR. WOLFSON:

16:12:18 11          Q.   ARE YOU OPINING THAT THERE HAS BEEN

16:12:19 12  ANY PERMANENT CHANGE?

16:12:26 13          A.   NO.

16:12:27 14          I'M OPINING THAT I DON'T KNOW IF THERE

16:12:29 15  HAS BEEN OR HASN'T.   AND I PROVIDED A RANGE OF

16:12:32 16  DAMAGES STARTING WITH JUNE 30TH OF '16 -- WHICH IS IN

16:12:35 17  OUR REAR-VIEW MIRROR -- THROUGH ONE THAT'S MORE

16:12:38 18  PERMANENT IN NATURE.   AND I DID MY BEST TO DESCRIBE

16:12:40 19  WHAT THAT MIGHT LOOK LIKE.

16:13:21 20          Q.   IS YOUR DAMAGES ANALYSIS ABLE TO BREAK

16:13:23 21  OUT THE HARM TO GOLDEN BOY FROM ITS INABILITY TO

16:13:33 22  OBTAIN NETWORK TIMESLOT AVAILABILITY --

16:13:33 23          DEPOSITION OFFICER:   ONE MORE TIME.   I

16:13:33 24  COULDN'T HEAR YOU.

16:13:33 25  / / /

315


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 16:13:33 | 1 | BY MR. WOLFSON: |
| 16:13:33 | 2 | Q.   IS YOUR DAMAGES ANALYSIS ABLE TO BREAK |
| 16:13:36 | 3 | OUT THE HARM GOLDEN BOY SUFFERED FROM ITS INABILITY |
| 16:13:39 | 4 | TO GET NETWORK TIMESLOT AVAILABILITY VERSUS ITS |
| 16:13:43 | 5 | INABILITY TO PROMOTE CHAMPIONSHIP-CALIBER BOXERS? |
| 16:13:48 | 6 | MR. CESTERO:   OBJECTION.   IT'S VAGUE |
| 16:13:49 | 7 | AND AMBIGUOUS.   IT'S INCOMPLETE HYPOTHETICAL. |
| 16:13:54 | 8 | THE DEPONENT:   THE -- THE DAMAGE |
| 16:13:55 | 9 | ANALYSIS LOOKS AT THE TOTAL SOURCES OF REVENUE AND |
| 16:13:58 | 10 | EXPENSE IN THE -- IN THE '14 BASE YEAR COMPARED TO |
| 16:14:02 | 11 | '15 AND '16. |
| 16:14:03 | 12 | SO THAT WOULD BE A COMPONENT PART OF |
| 16:14:06 | 13 | ALL OF THE ACTUAL INCOME AND EXPENSES IN '14 MEASURED |
| 16:14:10 | 14 | AGAINST '15 AND '16. |
| 16:14:12 | 15 | BY MR. WOLFSON: |
| 16:14:12 | 16 | Q.   SO THE ANSWER'S "NO"? |
| 16:14:13 | 17 | MR. CESTERO:   OBJECTION; MISSTATES THE |
| 16:14:15 | 18 | WITNESS'S TESTIMONY, AND IT'S ARGUMENTATIVE. |
| 16:14:26 | 19 | THE DEPONENT:   IT -- IT INCORPORATES |
| 16:14:27 | 20 | EVERYTHING.   SO TO -- IN THAT -- THAT EXTENT, IF |
| 16:14:29 | 21 | IT'S -- IF IT'S AN ITEM OF REVENUE OR EXPENSE, I'VE |
| 16:14:32 | 22 | CAPTURED IT. |
| 16:14:33 | 23 | BUT I HAVEN'T LISTED OR ATTEMPTED TO |
| 16:14:35 | 24 | LIST ANY PARTICULAR INDIVIDUAL ITEM AND COMPARE IT TO |
| 16:14:38 | 25 | ANY OTHER INDIVIDUAL ITEM. |

316



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:14:40  1    BY MR. WOLFSON:
16:14:40  2           Q.    SO MY QUESTION IS:   IF THE -- SO, FOR
16:14:43  3    EXAMPLE, IF THERE HAS BEEN NO EXCLUSIVITY ON NETWORKS
16:14:51  4    FOR BOXING PROGRAMMING SINCE MAY 2016, IS YOUR
16:14:59  5    DAMAGES ANALYSIS ABLE TO ACCOUNT FOR THAT FACT?
16:15:02  6           MR. CESTERO:   OBJECTION.   INCOMPLETE
16:15:04  7    HYPOTHETICAL, ASSUMES FACTS.
16:15:07  8           THE DEPONENT:   IT -- IT -- IT WOULD
16:15:09  9    TAKE YOU -- TWO THINGS.
16:15:12  10          THIS DAMAGES ANALYSIS FOCUSES ON
16:15:13  11   KNEUPER'S DAMAGE THEORY, WHICH HAS ALL OF THE
16:15:16  12   COMPONENTS OF THE ANTICOMPETITIVE BEHAVIOR IN IT.
16:15:20  13          AND THAT -- THAT HYPOTHETICAL WOULD
16:15:21  14   REQUIRE ALL OF THE ELEMENTS OF INCOME AND EXPENSE,
16:15:25  15   AND ALL OF THE DYNAMICS THAT MIGHT GO INTO HOW IT
16:15:28  16   WOULD IMPACT OTHER AREAS OF BOXING OPERATIONS.
16:15:31  17          SO I WOULDN'T HAVE AN OPINION ON
16:15:32  18   THAT.
16:15:32  19   BY MR. WOLFSON:
16:15:32  20          Q.    OKAY.   SO -- BUT MY QUESTION IS, SIR,
16:15:35  21   THAT YOUR DAMAGES ANALYSIS IS NOT ABLE TO ACCOUNT FOR
16:15:40  22   THE WORLD AS IT IS IF THE FACTS ARE THAT THERE WAS NO
16:15:44  23   NETWORK EXCLUSIVITY AS OF MAY 2016?
16:15:53  24          MR. CESTERO:   OBJECTION; VAGUE AND
16:15:53  25   AMBIGUOUS, MISSTATES THE FACTS.

317



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:15:55  1          THE DEPONENT:  AND I APOLOGIZE.

16:15:56  2              COULD YOU READ IT BACK REAL QUICK.

16:15:32  3      (THE RECORD WAS READ AS FOLLOWS:

16:15:32  4      Q.   OKAY.  SO -- BUT MY QUESTION

16:15:34  5      IS, SIR, THAT YOUR DAMAGES

16:15:36  6      ANALYSIS IS NOT ABLE TO ACCOUNT

16:15:38  7      FOR THE WORLD AS IT IS IF THE FACTS

16:15:42  8      ARE THAT THERE WAS NO NETWORK

16:15:44  9      EXCLUSIVITY AS OF MAY 2016?)

16:16:27  10          THE DEPONENT:  ONE MORE TIME.

16:15:32  11     (THE RECORD WAS READ AS FOLLOWS:

16:15:32  12     Q.   OKAY.  SO -- BUT MY QUESTION

16:15:34  13     IS, SIR, THAT YOUR DAMAGES

16:15:36  14     ANALYSIS IS NOT ABLE TO ACCOUNT

16:15:38  15     FOR THE WORLD AS IT IS IF THE FACTS

16:15:42  16     ARE THAT THERE WAS NO NETWORK

16:15:44  17     EXCLUSIVITY AS OF MAY 2016?)

16:16:28  18          THE DEPONENT:  I'M SORRY.  THE WORLD

16:16:29  19  AS IT IS?  THAT'S WHAT I WAS STRUGGLING WITH.

16:16:32  20          I APOLOGIZE.

16:16:32  21          I HAVE THE ACTUAL RESULTS FOR '14,

16:16:33  22  '15, '16.

16:16:34  23  BY MR. WOLFSON:

16:16:34  24     Q.   UH-HUH.

16:16:34  25     A.   SO THE WORLD -- THAT'S THE WORLD AS IT

318



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:16:37  1   IS.

16:16:37  2           Q.    AND IF -- BUT IN UNDERPINNING YOUR

16:16:41  3   OPINING THAT GOLDEN BOY HAS BEEN DAMAGED IS THAT

16:16:45  4   THERE WERE EXCLUSIVE NETWORK CONTRACTS THAT PREVENTED

16:16:48  5   IT FROM OBTAINING NETWORK TIMESLOT AVAILABILITY?

16:16:56  6               MR. CESTERO:   OBJECTION; MISSTATES THE

16:16:56  7   WITNESS'S TESTIMONY, ASKED AND ANSWERED.

16:16:57  8               THE DEPONENT:   IT -- IT -- IT'S DRIVEN

16:16:58  9   BY KNEUPER'S OPINION ON LIABILITY.

16:17:00  10  BY MR. WOLFSON:

16:17:00  11          Q.    AND IF KNEUPER'S OPINION IS THAT THE

16:17:03  12  EXCLUSIVE NETWORK CONTRACTS CAUSED GOLDEN BOY DAMAGE

16:17:08  13  AND THE FACT IS INCORRECT, THEN YOUR DAMAGES ANALYSIS

16:17:13  14  CANNOT ACCOUNT FOR THAT INCORRECTNESS?

16:17:22  15              MR. CESTERO:   ARE YOU GOING TO

16:17:23  16  WITHDRAW THAT ONE OR ARE YOU --

16:17:24  17              MR. WOLFSON:   LET ME -- LET ME PULL

16:17:24  18  THAT BACK.

16:17:24  19              MR. CESTERO:   I WISH WE HAD YOU ON

16:17:25  20  CAMERA ON THAT ONE.

16:17:27  21              MR. WOLFSON:   WEBSTER'S MIGHT -- MIGHT

16:17:29  22  BLUSH AT THAT ONE.

16:17:31  23  BY MR. WOLFSON:

16:17:31  24          Q.    THE -- IF DR. KNEUPER'S WRONG THAT

16:17:36  25  THERE WAS DAMAGE TO GOLDEN BOY DUE TO EXCLUSIVE

319


Kelli Norden and Associates
Court Reporters
310.820.7733 phone 310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
16:17:39   1   CONTRACTS BECAUSE THERE WERE NO EXCLUSIVE CONTRACTS
16:17:41   2   AFTER MAY 2016, IS IT ALSO CORRECT THAT YOUR DAMAGE
16:17:49   3   ANALYSIS CANNOT ACCOUNT FOR THE LACK OF
16:17:53   4   EXCLUSIVITY?
16:17:54   5             MR. CESTERO:  OBJECTION.  THAT'S AN
16:17:54   6   INCOMPLETE HYPOTHETICAL, AND IT'S VAGUE AND
16:17:56   7   AMBIGUOUS.
16:18:02   8             THE DEPONENT:  THE -- THE -- AGAIN,
16:18:03   9   THE DAMAGE -- THE DAMAGE MODEL THAT I'VE DONE, AND I
16:18:04  10   HAVE AN OPINION ON, ASSUMES KNEUPER'S THEORY OF
16:18:09  11   LIABILITY.
16:18:10  12             AND I WOULD HAVE TO UNDERSTAND THE
16:18:11  13   FULL CIRCUMSTANCES OF ANY CHANGE IN HIS OPINION
16:18:13  14   BEFORE I COULD RESPOND TO THAT.
16:18:14  15   BY MR. WOLFSON:
16:18:14  16        Q.   AND IF THE -- HIS OPINION HAD TO
16:18:15  17   CHANGE BECAUSE THERE WAS NO EXCLUSIVITY IN HAYMON'S
16:18:20  18   NETWORK CONTRACTS AS OF MAY 2016, YOU WE HAVE TO
16:18:25  19   REVISE YOUR DAMAGES ESTIMATES; ISN'T THAT RIGHT?
16:18:27  20             MR. CESTERO:  OBJECTION; MISSTATES THE
16:18:28  21   WITNESS'S TESTIMONY.  IT'S AN INCOMPLETE
16:18:31  22   HYPOTHETICAL.
16:18:31  23             THE DEPONENT:  YEAH.  I WOULD HAVE TO
16:18:32  24   SEE WHAT THAT LOOKED LIKE IN -- IN A COMPREHENSIVE
16:18:34  25   SENSE.
```

320



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

16:18:35  1          AND AS I SIT HERE TODAY, I WOULDN'T

16:18:37  2  HAVE AN OPINIONS ONE WAY OR THE OTHER.

16:18:40  3  BY MR. WOLFSON:

16:18:40  4          Q.   OKAY.   YOU DON'T KNOW AS OF TODAY?

16:18:42  5          A.   THAT'S RIGHT.

16:19:18  6          Q.   COULD YOU TURN TO PAGE -- PARAGRAPH

16:19:19  7  20.  YOU SEE HERE, YOU SAY:

16:19:22  8              "IN 2015 AND 2016, GOLDEN

16:19:26  9          BOY EXPERIENCED A DECLINE IN

16:19:27 10          THE NUMBER OF GOLDEN

16:19:29 11          BOY-PROMOTED

16:19:29 12          CHAMPIONSHIP-CALIBER- BOXER

16:19:31 13          BROADCAST TELEVISION EVENTS AND

16:19:33 14          ASSOCIATED REVENUES, AND A

16:19:38 15          DECLINE IN THE NUMBER OF

16:19:40 16          CHAMPIONSHIP-CALIBER BOXERS ON

16:19:41 17          TELEVISED EVENTS."

16:19:43 18              DO YOU SEE THAT?

16:19:43 19          A.   YES.

16:19:44 20          Q.   AND IS THE BASIS FOR THIS -- THIS

16:19:49 21  OPINION EXHIBIT 1, WHICH YOU UPDATED TODAY?

16:19:52 22          A.   I BELIEVE IT IS IN PART.   IT CERTAINLY

16:19:54 23  IN PART IS.

16:19:55 24          MR. WOLFSON:   OKAY.   I'LL NOTE FOR THE

16:19:56 25  RECORD THAT WE RECEIVED THE UPDATE OF EXHIBIT 1

321



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:19:58  1   DURING THE DEPOSITION.

16:20:05  2   BY MR. WOLFSON:

16:20:05  3        Q.   IN -- IN THIS PARAGRAPH, YOU ONLY

16:20:07  4   REFER TO GOLDEN BOY'S PERFORMANCE IN 2015 AND 2016

16:20:10  5   WITH RESPECT TO PROMOTION OF, QUOTE,

16:20:11  6   "CHAMPIONSHIP-CALIBER BOXERS."

16:20:13  7             DO YOU SEE THAT?

16:20:14  8        A.   CHAMPIONSHIP-CALIBER BOXER --

16:20:16  9   BROADCAST TELEVISION EVENTS AND CHAMPIONSHIP-CALIBER

16:20:18 10   BOXERS.  YES, I DO.

16:20:19 11             THANK YOU.

16:20:21 12        Q.   WHY DO YOU MENTION ONLY PROMOTION OF

16:20:24 13   CHAMPIONSHIP-CALIBER BOXERS HERE?

16:20:33 14        A.   JUST -- JUST TO PUT THE -- JUST TO

16:20:33 15   DEMONSTRATE THE DECLINE IN THE T.V. REVENUE, AND THE

16:20:38 16   DECLINE IN THE NUMBER OF EVENTS ON T.V., AND THE

16:20:40 17   DECLINE IN THE CHAMPIONSHIP-CALIBER BOXERS.

16:20:43 18        Q.   WELL, DID YOU BELIEVE AT THE TIME YOU

16:20:44 19   WROTE YOUR REPORT THAT THE PROPER ANALYSIS FOR

16:20:46 20   DETECTING THE IMPACT ON GOLDEN BOY FROM THE ALLEGED

16:20:50 21   ANTICOMPETITIVE CONDUCT WAS GOLDEN BOY'S FINANCIAL

16:20:54 22   PERFORMANCE WITH RESPECT TO PROMOTING

16:20:57 23   CHAMPIONSHIP-CALIBER BOXERS?

16:20:59 24        MR. CESTERO:  OBJECTION.  IT'S VAGUE

16:21:03 25   AND AMBIGUOUS.

322



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:21:03   1                    THE DEPONENT:  AS I -- AS I TESTIFIED
16:21:03   2   THIS MORNING, I THINK THE PROPER DAMAGE CALCULATION
16:21:07   3   ENCOMPASSES BOTH CHAMPIONSHIP-CALIBER AND
16:21:09   4   NON-CHAMPIONSHIP-CALIBER BOXERS COMPARING '14 TO '15
16:21:12   5   AND '15 TO '16.
16:21:13   6   BY MR. WOLFSON:
16:21:13   7           Q.    OKAY.  AND -- AND WHY DO YOU BELIEVE
16:21:14   8   THAT'S THE PROPER ANALYSIS?
16:21:16   9                    MR. CESTERO:  OBJECTION; ASKED AND
16:21:17  10   ANSWERED.
16:21:19  11                    THE DEPONENT:  BECAUSE THE -- BECAUSE
16:21:22  12   KNEUPER OPINES THE IMPACT OF THE TYING OF THE
16:21:28  13   PROMOTION AND THE MANAGEMENT AND THE LOCKUP OF THE
16:21:32  14   T.V.'S HARMS GOLDEN BOY AND ITS ABILITY TO GET YOUNG
16:21:37  15   PROSPECTS THROUGH THE PROCESS OF DEVELOPING THEM INTO
16:21:41  16   CHAMPIONSHIP-CALIBER BOXERS.
16:21:43  17   BY MR. WOLFSON:
16:21:43  18           Q.    UH-HUH.
16:21:43  19           A.    AND SO I'VE CONSIDERED AND -- AND IN
16:21:48  20   ADDITION, WE'VE TOUCHED ON THIS AS WELL.  THAT'S PART
16:21:50  21   OF IT, ATTRACTING CHAMPIONSHIP-CALIBER BOXERS, AND
16:21:52  22   THE IMPORTANCE OF OPPONENTS ALL GO INTO THOSE FOUR
16:21:56  23   CATEGORIES THAT I'VE BROKEN OUT IN EXHIBIT 3.
16:22:03  24           Q.    BUT YOU'RE NOT OPINING THAT GOLDEN BOY
16:22:05  25   ACTUALLY WAS UNABLE TO ATTRACT YOUNG PROSPECTS THAT

323


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

```
16:22:07   1   IT COULD THEN DEVELOP INTO CHAMPIONSHIP-CALIBER
16:22:10   2   BOXERS?
16:22:11   3              MR. CESTERO:  OBJECTION.  IT'S VAGUE
16:22:12   4   AND AMBIGUOUS.
16:22:13   5              THE DEPONENT:  LITERALLY UNABLE, I'M
16:22:14   6   NOT OPINING ON THAT.
16:22:16   7              WHAT I'M OPINING ON IS THEY'VE BEEN
16:22:18   8   DAMAGED IN THEIR ABILITY TO ATTRACT THOSE, AND I --
16:22:23   9   I -- I SEE THAT IN THE DECLINE IN THE NUMBER OF
16:22:25  10   BOXERS FROM '14 TO '15 AND '15 TO '16.
16:22:27  11   BY MR. WOLFSON:
16:22:27  12       Q.   YOU ARE OPINING ON THE ASSUMPTION THAT
16:22:31  13   THEY WERE UNABLE TO; RIGHT?  OR ARE YOU OPINING THAT
16:22:33  14   THEY ACTUALLY WERE UNABLE TO ATTRACT THESE YOUNG
16:22:37  15   BOXERS?
16:22:37  16       A.   NO.  I'M -- I'M RELYING ON KNEUPER'S
16:22:42  17   OPINION FOR THE DAMAGES.
16:22:42  18       Q.   AND NOT ONLY DAMAGES, BUT FOR THE
16:22:44  19   THEORY OF LIABILITY FOR YOUR DAMAGES ANALYSIS?
16:22:47  20       A.   THAT'S CORRECT.
16:22:57  21       Q.   PARAGRAPH 22?
16:22:58  22       A.   YOU SAY YOU EVALUATED GOLDEN BOY'S
16:23:00  23   DAMAGES BASED ON THE HYPOTHETICAL BUT-FOR ANALYSIS
16:23:03  24   WHERE HAYMON ONLY ACTS AS A MANAGER.
16:23:12  25              IF THE FACTS SHOW THAT HAYMON DID ONLY
```

324



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 16:24:03 | 1 | SOME PORTION OF HIS OPINION, THEN I WOULDN'T -- I |
| 16:24:05 | 2 | WOULDN'T HAVE AN OPINION ON WHAT THE IMPACT OF THAT |
| 16:24:05 | 3 | WOULD BE ON MY DAMAGES. |
| 16:24:09 | 4 | MY DAMAGES CONSIDERS HIS OPINION IN |
| 16:24:10 | 5 | TOTAL, AND IT DRIVES THE DAMAGES IN TOTAL. |
| 16:24:13 | 6 | Q.   YOUR DAMAGES OPINION -- THE BUT-FOR |
| 16:24:16 | 7 | WORLD, THE WORLD AS IT SHOULD HAVE BEEN -- IS ONE IN |
| 16:24:19 | 8 | WHICH HAYMON ACTED ONLY AS A MANAGER; RIGHT? |
| 16:24:25 | 9 | A.   YES. |
| 16:24:26 | 10 | Q.   AND IF IT'S PROVEN THAT HAYMON ACTED |
| 16:24:27 | 11 | ONLY AS A MANGER IN THE WORLD AS IT IS, IS IT CORRECT |
| 16:24:31 | 12 | THAT YOU -- YOU WOULD HAVE TO CONCLUDE THERE ARE NO |
| 16:24:33 | 13 | DAMAGES TO GOLDEN BOY? |
| 16:24:35 | 14 | MR. CESTERO:  OBJECTION.  IT'S AN |
| 16:24:36 | 15 | INCOMPLETE HYPOTHETICAL. |
| 16:24:37 | 16 | THE DEPONENT:  NO. |
| 16:24:38 | 17 | THERE'S SEVERAL FACTORS HERE I |
| 16:24:40 | 18 | WOULDN'T HAVE AN OPINION ON, BECAUSE THERE'S A TYING |
| 16:24:46 | 19 | OF THE PROMOTION AND MANAGEMENT AND LOCKOUT ON |
| 16:24:48 | 20 | TELEVISION, AND POSSIBLY OTHER STUFF THAT KNEUPER |
| 16:24:51 | 21 | BUILDS INTO HIS -- HIS LIABILITY THEORY. |
| 16:24:54 | 22 | BY MR. WOLFSON: |
| 16:24:54 | 23 | Q.   UH-HUH. |
| 16:24:54 | 24 | A.   AND SO TO THE EXTENT THAT ONE OF |
| 16:25:03 | 25 | THOSE -- IN A HYPOTHETICAL -- ONE OF THOSE IS FOUND |

326



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

16:35:56    1              GO AHEAD.

16:35:56    2                   THE DEPONENT:   THAT -- THAT ROSTER DID

16:35:57    3    CHANGE.  AND THE -- THE -- I THINK THAT THE NET

16:36:01    4    CHANGE IS ALLEGED TO BE HARM FROM THE ANTICOMPETITIVE

16:36:02    5    BEHAVIOR.

16:36:02    6    BY MR. WOLFSON:

16:36:02    7              Q.   YOU'RE NOT AWARE OF THE FACTS OF

16:36:09    8    SPECIFIC BOXERS THAT GOLDEN BOY WAS PRECLUDED FROM

16:36:10    9    PROMOTING IN 2015?

16:36:12   10                   MR. CESTERO:   OBJECTION; VAGUE AND

16:36:13   11    AMBIGUOUS.

16:36:13   12                   THE DEPONENT:   I'M NOT AWARE OF

16:36:18   13    ANYTHING IN A LITERAL, SPECIFIC-BOXER SENSE THAT --

16:36:21   14    THAT -- THAT SAYS THAT.

16:36:22   15    BY MR. WOLFSON:

16:36:22   16              Q.   IN DR. KNEUPER'S REPORT, ARE YOU AWARE

16:36:23   17    OF ANY SPECIFIC BOXERS THAT HE CLAIMS GOLDEN BOY WAS

16:36:27   18    PRECLUDED FROM PROMOTING IN 2015 OR 2016?

16:36:36   19                   MR. CESTERO:   OBJECTION; VAGUE AND

16:36:36   20    AMBIGUOUS.

16:36:36   21                   THE DEPONENT:   YEAH.  I -- I AM NOT.

16:36:38   22    IT'S 60 PAGES.  BUT AS I SIT HERE, I DON'T RECALL A

16:36:45   23    SPECIFIC BOXER.

16:36:46   24    BY MR. WOLFSON:

16:36:46   25              Q.   IN DR. KNEUPER'S REPORT, ARE YOU AWARE

338



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 16:36:48 | 1 | OF ANY SPECIFIC BOUTS OR FIGHTS THAT HE CLAIMS WERE |
| 16:36:51 | 2 | PRECLUDED DUE TO THE HAYMON ENTITIES' ANTICOMPETITIVE |
| 16:36:59 | 3 | ACTIVITIES? |
| 16:37:00 | 4 | MR. CESTERO:  OBJECTION.  IT'S VAGUE |
| 16:37:01 | 5 | AND AMBIGUOUS. |
| 16:37:01 | 6 | THE DEPONENT:  YEAH.  AS I SIT HERE |
| 16:37:02 | 7 | TODAY, I DON'T RECALL ANY. |
| 16:37:04 | 8 | BY MR. WOLFSON: |
| 16:37:04 | 9 | Q.   IS THERE ANYTHING IN DR. SMITH'S |
| 16:37:07 | 10 | REBUTTAL REPORT THAT YOU DISAGREE WITH? |
| 16:37:13 | 11 | MR. CESTERO:  OBJECTION; VAGUE AND |
| 16:37:14 | 12 | AMBIGUOUS. |
| 16:37:14 | 13 | THE DEPONENT:  I'M JUST HESITATING |
| 16:37:14 | 14 | BECAUSE I WAS TRYING -- FOR SOME REASON I HAVE GARY |
| 16:37:14 | 15 | SHAW STUCK IN MY HEAD. |
| 16:37:19 | 16 | SO YOU MEAN THE DR. SMITH -- DR. SMITH |
| 16:37:19 | 17 | THAT WROTE THE REBUTTAL REPORT TO MY OPINION? |
| 16:37:49 | 18 | BY MR. WOLFSON: |
| 16:37:49 | 19 | Q.   YES. |
| 16:37:50 | 20 | A.   SORRY ABOUT THAT. |
| 16:37:51 | 21 | Q.   THAT'S OKAY. |
| 16:37:51 | 22 | A.   YEAH.  I DISAGREE WITH SEVERAL THINGS |
| 16:38:07 | 23 | IN HIS REPORT. |
| 16:38:08 | 24 | Q.   OKAY.  WHAT DO YOU DISAGREE WITH IN |
| 16:38:10 | 25 | HIS REPORT? |

339


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

| | | |
|---|---|---|
| 16:39:54 | 1 | ANY OPINIONS THAT I -- THAT I HELD WHEN I ORIGINALLY |
| 16:39:57 | 2 | DID THIS REPORT. |
| 16:40:01 | 3 | AND THEN I CAN GO PARAGRAPH BY |
| 16:40:02 | 4 | PARAGRAPH IF YOU'D LIKE, OR WE CAN DO IT BY MAJOR |
| 16:40:05 | 5 | TOPIC. |
| 16:40:06 | 6 | I DON'T WANT TO -- I -- I'M NOT |
| 16:40:06 | 7 | SURE THAT I CAN START AT PARAGRAPH 5 AND GO THROUGH |
| 16:40:08 | 8 | THE ENTIRE REPORT OR -- |
| 16:40:10 | 9 | BY MR. WOLFSON: |
| 16:40:10 | 10 | Q.   I GUESS I'D BE CURIOUS ABOUT MAJOR |
| 16:40:12 | 11 | TOPICS THAT YOU -- THAT YOU DISAGREE WITH. |
| 16:40:16 | 12 | A.   OKAY.  AND IF I MISS ANYTHING, THEN I |
| 16:40:19 | 13 | WANT TO SAY THERE WAS NOTHING IN HERE THE CAUSED ME |
| 16:40:21 | 14 | TO CHANGE OPINIONS -- |
| 16:40:22 | 15 | Q.   CHANGE YOUR OPINION? |
| 16:40:24 | 16 | A.   -- CHANGE MY OPINIONS.  OKAY? |
| 16:40:25 | 17 | Q.   UH-HUH. |
| 16:40:26 | 18 | A.   SO METHODOLOGICALLY, I -- I THINK I |
| 16:40:27 | 19 | DID PROPERLY APPLY THE BUT-FOR METHODOLOGY. |
| 16:40:30 | 20 | I DO THINK THAT THERE'S -- AND LET ME |
| 16:40:31 | 21 | SLOW DOWN SO I CAN DO THIS AND GET IT ON THE RECORD |
| 16:40:33 | 22 | CLEARLY. |
| 16:40:37 | 23 | I DO THINK THAT THERE'S A PROPER |
| 16:40:38 | 24 | CAUSAL LINK IN -- EXPRESSED IN DR. KNEUPER'S REPORT |
| 16:40:42 | 25 | THAT I'M RELYING ON FOR MY DAMAGES. |

341



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF GENE DEETZ

16:40:46  1          AND I -- I CONSIDER Y-'14 AS A PROPER

16:40:48  2    BASE YEAR --

16:40:48  3          Q.    UH-HUH.

16:40:49  4          A.    -- AND I THINK IT'S -- FOR THE REASONS

16:40:50  5    WE'VE DISCUSSED.

16:40:56  6          I DON'T THINK THAT THERE'S A TREND

16:40:56  7    THAT IN ANY OF THE PRE-EXISTING YEARS THAT WOULD

16:41:00  8    CAUSE ME -- IT DOESN'T CAUSE ME TO WANT TO CHANGE MY

16:41:09  9    OPINION.

16:41:10  10         I THINK THAT '14 IS THE APPROPRIATE

16:41:11  11   BASE YEAR.

16:41:12  12         I THINK THAT THE -- THE DIFFERENCE OF

16:41:18  13   OPINIONS WE HAVE IS ALSO IN HIS CRITICISM OF ME FOR

16:41:21  14   NOT REMOVING MR. MAYWEATHER -- AND I'M -- I'M GOING

16:41:24  15   TO GENERALIZE HIS DISCUSSION OF IT.  BUT I THINK I

16:41:27  16   HAVE A FAIR HANDLE ON IT -- FOR NOT REMOVING

16:41:33  17   MR. MAYWEATHER FROM 2014 BASE YEAR.

16:41:38  18         AND WE'VE DISCUSS WHY -- I THINK IN A

16:41:39  19   FAIRLY DETAILED WAY -- WHY I THINK THAT THAT SHOULD

16:41:43  20   STAY IN.

16:41:44  21         WE DISCUSSED MY REASONING ON

16:41:45  22   MR. SCHAEFER AND THE EXECUTIVES LEAVING.

16:41:49  23         AND WE'VE DISCUSSED THE DIFFERENT

16:41:50  24   VIEWS THAT HE AND I HAVE ON WHETHER OR NOT THE 14

16:41:53  25   MILLION DOLLARS THAT WAS PAID AS PART OF THE

342



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:41:54  1    SETTLEMENT, IN MY OPINION, SHOULD NOT BE CONSIDERED
16:42:00  2    AND OFFSET TO DAMAGES.
16:42:05  3              AND SO I THINK FROM A -- AND I ALSO
16:42:10  4    DON'T THINK THAT DAMAGES SHOULD BE LIMITED TO
16:42:12  5    CHAMPIONSHIP-CALIBER BOXERS, AND WE'VE DISCUSSED
16:42:16  6    THAT.
16:42:17  7              AND THAT MY MODEL -- DAMAGE MODEL,
16:42:18  8    WHICH I THINK IS PROPER METHODOLOGY, ADDRESSES ALL OF
16:42:25  9    THE KNEUPER LIABILITY THEORY.
16:42:30  10             AND -- AND HE CRITICIZES ME FOR NOT
16:42:32  11   PROVIDING A MODEL THAT WOULD ALLOW -- AND YOU HAD
16:42:45  12   SOME QUESTIONS ALONG THOSE LINES WITH ME TODAY
16:42:48  13   THAT -- NOT ALLOWING ME TO BE ABLE TO LOOK AT
16:42:51  14   DIFFERENT COMPONENTS OF THAT.
16:42:53  15             AND MY RESPONSE, I WOULD STATE, IS
16:42:54  16   I -- I -- I ADOPTED KNEUPER IN TOTAL, AND I'D HAVE TO
16:42:58  17   SEE ALL THE FACTS AND CIRCUMSTANCES IN A DIFFERENT
16:43:02  18   REPORT BY DR. KNEUPER, OR SOME OTHER INSTRUCTION,
16:43:04  19   THAT GAVE ME ALL THE FACTS AND CIRCUMSTANCES TO
16:43:07  20   CONSIDER CHANGING THAT.
16:43:10  21             I DID SAY TODAY ALSO ON THAT POINT,
16:43:14  22   THOUGH, THAT WHAT WE DO HAVE IS A COMPREHENSIVE
16:43:16  23   FIGHTER-BY-FIGHTER, EVENT-BY-EVENT MODEL.
16:43:21  24             AND SO TO THAT EXTENT, AS AN EXAMPLE,
16:43:26  25   WE LOOKED AT THE NUMBERS ON -- ON MR. MAYWEATHER THIS

343


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:43:28 1 MORNING, AND WE WENT THROUGH SOME -- SOME -- SOME

16:43:28 2 CALCULATION ON THE 2.2. MILLION THAT MAYWEATHER --

16:43:32 3 BOTH FIGHTS FOR MAYWEATHER WERE IN THE 2014 P & L.

16:43:36 4          AND WE TALKED ABOUT THE ABILITY TO

16:43:41 5 MAYBE CRITICIZE THE -- THE METRIC FOR THE

16:43:44 6 CHAMPIONSHIP-CALIBER BOXER.  AND THE MODEL IS --

16:43:49 7 IS -- IT CAN HANDLE THAT, AND IT CAN HANDLE IT VERY

16:43:53 8 EFFICIENTLY.

16:43:56 9          BUT -- BUT THE -- BUT MY POINT IS IS

16:43:57 10 THAT THAT MODEL, WHICH I THINK'S APPROPRIATE, ADOPTS

16:44:03 11 KNEUPER'S LIABILITY THEORY IN TOTAL, BUT IT ALSO HAS

16:44:06 12 A TREMENDOUS AMOUNT OF FUNCTIONALITY AND GAVE ME A

16:44:09 13 TREMENDOUS AMOUNT OF INSIGHT INTO THE DETAILED

16:44:12 14 FINANCIAL OPERATIONS OF THE COMPANY.

16:44:13 15          WE'VE TALKED ABOUT THE FACT THAT I

16:44:15 16 DON'T IDENTIFY A SPECIFIC EVENT -- AND WHY I DON'T

16:44:19 17 IDENTIFY A SPECIFIC EVENT -- TODAY.  AND I DISAGREE

16:44:21 18 THAT YOU DON'T HAVE TO DO THAT OR SHOULD BE ABLE TO

16:44:24 19 DO THAT.

16:44:26 20          YOU CAN'T DO WHAT I'VE DONE, IN TERMS

16:44:37 21 OF -- OF -- OF THE ASSUMPTIONS.

16:44:39 22          AND WHILE -- I'VE GIVEN YOU THE

16:44:41 23 ASSUMPTIONS I'M USING IN THE MODEL BASED ON KNEUPER'S

16:44:44 24 LIABILITY THEORY.

16:44:45 25          WE'VE TALKED ABOUT THE -- I DON'T KNOW

344


Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11355 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

16:44:47  1    IF YOU ASKED ABOUT THE YARDSTICK.  WE TALKED ABOUT

16:44:49  2    THE YARDSTICK, THE BUT-FOR.

16:44:53  3              AND I DO THINK I HAVE AN ACCEPTED

16:44:54  4    METHODOLOGY, AM VERY EXPERIENCED IN THIS, AND I THINK

16:44:56  5    IT'S THE RIGHT METHOD AND THE RIGHT APPROACH.

16:45:02  6              MY BUT-FOR PERIOD IS A RELIABLE

16:45:03  7    PREDICTOR.  WE'VE TALKED ABOUT THAT.

16:45:08  8              WE'VE TALKED Y-'14 IS A REASONABLE

16:45:11  9    BASE YEAR.

16:45:11  10             TALKED ABOUT WHY I DON'T BELIEVE

16:45:13  11   THERE'S A TREND THAT'S -- THAT -- THAT WOULD CAUSE

16:45:18  12   ANY ADJUSTMENT.

16:45:20  13             AND I THINK WHEN WE GET IN -- I'M BACK

16:45:21  14   NOW ON PAGE 11, AS AN EXAMPLE.  AND WE GET INTO:

16:45:29  15   I'VE FAILED TO CONTROL FOR FACTORS.

16:45:35  16             WE'VE TALKED ABOUT MR. SCHAEFER.  AND

16:45:36  17   I THINK THE ONE HE POINTS -- BUT HE -- HE POINTS MORE

16:45:42  18   STATISTICALLY TO, WHEN HE COMPUTES, IN HIS VIEW WHAT

16:45:45  19   WOULD MAKE MY DAMAGES ZERO IS THE -- THE -- THE 2.2

16:45:49  20   MILLION FOR MAYWEATHER AND THE 14 MILLION -- MR.

16:45:54  21   MAYWEATHER -- AND AT THE 14 MILLION FOR THE

16:45:57  22   SETTLEMENT.

16:46:01  23             AND -- AND WITHOUT -- I GUESS I

16:46:03  24   COULD -- I THINK THE -- JUST PAUSE THERE.

16:46:04  25             AND TO THE BEST OF MY ABILITY, THAT'S

345



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard  Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF GENE DEETZ

```
 1   STATE OF CALIFORNIA      )
                              )  .SS
 2   COUNTY OF LOS ANGELES    )

 3

 4        I, TRACY M. FOX, CERTIFIED SHORTHAND

 5   REPORTER, CERTIFICATE NUMBER 10449, FOR THE STATE

 6   OF CALIFORNIA, HEREBY CERTIFY:

 7        THE FOREGOING PROCEEDINGS WERE TAKEN

 8   BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,

 9   AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH

10   BY ME;

11        THE TESTIMONY OF THE DEPONENT AND ALL

12   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION

13   WERE RECORDED STENOGRAPHICALLY BY ME AND WERE

14   THEREAFTER TRANSCRIBED;

15        THE FOREGOING TRANSCRIPT IS A TRUE AND

16   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;

17        I FURTHER CERTIFY THAT I AM NEITHER

18   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID

19   ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME

20   THEREOF.

21        IN WITNESS WHEREOF, I HAVE HEREUNTO

22   SUBSCRIBED MY NAME THIS 24TH DAY OF OCTOBER, 2016.

23

24

25        _____
```

350



Kelli Norden and Associates
C o u r t   R e p o r t e r s
310.820.7733 phone  310.820.7933 fax
11855 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com