# EXHIBIT E

## DEPOSITION OF ROBERTO DIAZ

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4
 5   GOLDEN BOY PROMOTIONS, LLC, )
     GOLDEN BOY PROMOTIONS, INC.,)
 6   AND BERNARD HOPKINS,        )
                                 )
 7              PLAINTIFFS,      )
                                 )
 8       VS.                     ) CASE NO.
                                 ) 2:15-CV-03378
 9   ALAN HAYMON, ALAN HAYMON    ) JFW (MRWX)
     DEVELOPMENT, INC., HAYMON   )
10   HOLDINGS, LLC, HAYMON       )
     SPORTS, LLC, HAYMON BOXING  )
11   MANAGEMENT, HAYMON BOXING,  )
     LLC, AND RYAN CALDWELL,     )
12                               )
                DEFENDANTS.      )
13   _____)
14
15
16
17        DEPOSITION OF ROBERTO DIAZ, TAKEN
18        ON BEHALF OF THE DEFENDANTS, AT 865
19        SOUTH FIGUEROA STREET, TENTH FLOOR,
20        LOS ANGELES, CALIFORNIA, COMMENCING
21        AT 9:30 A.M., WEDNESDAY, SEPTEMBER 28,
22        2016, BEFORE TRACY M. FOX, CSR NUMBER
23        10449.
24
25
                                              2
```



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF ROBERTO DIAZ

```
14:13:23   1        Q.   AND WHAT DID YOU MEAN BY CALLING IT
14:13:25   2   A -- A "SPLIT"?
14:13:27   3        A.   BASICALLY END OF WHAT WE -- WHAT I
14:13:30   4   THOUGHT WAS A PARTNERSHIP AND TO EACH HIS OWN.
14:13:36   5        Q.   AND YOUR UNDERSTANDING OF -- WHAT WAS
14:13:38   6   YOUR UNDERSTANDING OF WHAT YOU JUST CALLED "A
14:13:39   7   PARTNERSHIP"?  WHAT IT WAS?
14:13:42   8        A.   RELATIONSHIP WORKING TOGETHER, LIKE WE
14:13:45   9   HAD BEEN FOR THE LAST COUPLE YEARS, CAME TO AN END.
14:13:50  10        Q.   AND BEFORE THAT, WERE YOU LOOKING TO
14:13:53  11   MAKE MATCHES FOR THE HAYMON FIGHTERS OR WAS THAT JOHN
14:13:57  12   BENINATI?
14:13:58  13             MR. CESTERO:  OBJECTION; IT'S VAGUE
14:14:02  14   AND AMBIGUOUS, VAGUE AS TO TIME.
14:14:02  15             THE DEPONENT:  JOHN BENINATI WAS
14:14:03  16   MAKING THE MATCHES FOR THE SMALLER FIGHTERS ON FOX
14:14:08  17   SPORTS 1.
14:14:11  18             THE -- THE TOP-LEVEL FIGHTERS, THE
14:14:12  19   ONES THAT HAD OUTGROWN FOX SPORTS 1, WAS MORE OF YOUR
14:14:18  20   SHOWTIME OR, YOU KNOW, CABLE NETWORK.  THOSE WOULD BE
14:14:24  21   ERIC GOMEZ AND AL HAYMON DIRECTLY.
14:14:28  22   BY MR. WOLFSON:
14:14:28  23        Q.   THEY WERE MAKING THE MATCHES FOR
14:14:30  24   THE -- THE HIGHER-LEVEL FIGHTS?
14:14:31  25        A.   FOR TELEVISION.
```

206



Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

```
14:15:53   1   ROUNDS.  I DON'T RECALL ANY A SPECIFIC 12-ROUND
14:15:55   2   FIGHT.  BUT AGAIN, IT'S POSSIBLE.
14:15:56   3              Q.   AND DID YOU VIEW THE -- THE FOX SERIES
14:16:01   4   AS A VENUE FOR GOLDEN BOY TO SHOWCASE ITS TOP-LEVEL
14:16:06   5   FIGHTERS?
14:16:06   6              MR. CESTERO:  OBJECTION; THAT'S VAGUE
14:16:17   7   AND AMBIGUOUS.
14:16:17   8              THE DEPONENT:  NO.  FOX SPORTS WAS
14:16:18   9   MORE OF A DEVELOPMENTAL LEVEL FOR YOUR YOUNG FIGHTERS
14:16:21  10   TO OBTAIN THAT STATURE OF YOUR BIGGER NETWORK, YOUR
14:16:27  11   BIGGER LICENSE FEE, YOUR BIGGER EXPOSURE.
14:16:33  12   BY MR. WOLFSON:
14:16:33  13              Q.   SO EARLIER, DO YOU RECALL -- WELL,
14:16:39  14   OKAY.
14:16:40  15              SO WHEN YOU SAY -- STRIKE THAT.
14:16:42  16              WHEN -- WHEN YOU SAY THAT IT WAS MORE
14:16:43  17   OF A DEVELOPMENTAL STAGE, WHAT -- CAN YOU EXPAND ON
14:16:45  18   THAT AT ALL?  EXPLAIN WHAT YOU MEAN BY THAT?
14:16:48  19              A.   INTRODUCTION TO THE NATIONWIDE
14:16:51  20   AUDIENCE.  FOR INSTANCE, I HAVE A FIGHTER IN LOS
14:17:01  21   ANGELES.  PUTTING HIM ON FOX SPORTS 1, HE CAN BE SEEN
14:17:02  22   IN NEW YORK.  HE CAN BE SEEN ACROSS THE COUNTRY.  HE
14:17:05  23   CAN GET FANS FROM ALL OVER THE COUNTRY, RATHER THAN
14:17:07  24   JUST HERE LOCALLY.
14:17:09  25              Q.   AND WERE THESE -- WERE THE FIGHTERS
```

208


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

### DEPOSITION OF ROBERTO DIAZ

```
14:29:38   1            Q.   NOW, IN THE FOX DEAL THAT WE'VE SPOKEN
14:29:40   2   ABOUT TODAY, DO YOU KNOW WHETHER GOLDEN BOY WAS
14:29:42   3   RECEIVING A LICENSE FEE FOR PUTTING ON SHOWS ON THE
14:29:45   4   FOX NETWORKS?
14:29:49   5            A.   YES.
14:29:49   6            Q.   DO YOU KNOW HOW MUCH THAT LICENSE FEE
14:29:51   7   WAS PER SHOW?
14:29:52   8            A.   I VAGUELY REMEMBER.  MAYBE ABOUT
14:29:54   9   40,000.
14:29:55  10            Q.   AND WAS THAT -- TO THE BEST OF YOUR
14:29:57  11   KNOWLEDGE, WAS THAT PER SHOW OR WAS IT FOR THE ENTIRE
14:30:00  12   SERIES?
14:30:00  13            A.   NO, PER SHOW.
14:30:04  14            Q.   AND DO YOU KNOW HOW MUCH GOLDEN BOY
14:30:06  15   SPENT TO PROMOTE THOSE FIGHTS?
14:30:08  16            MR. CESTERO:  OBJECTION; IT'S VAGUE
14:30:09  17   AND AMBIGUOUS.
14:30:13  18            YOU MEAN THE TOTAL COST OF THOSE
14:30:14  19   SHOWS?
14:30:14  20            MR. WOLFSON:  ON AVERAGE.
14:30:16  21            MR. CESTERO:  INCLUDING THE PURSES?
14:30:18  22            THE DEPONENT:  YEAH.  BECAUSE, I MEAN,
14:30:18  23   IF WE INCLUDE PURSES, IF WE INCLUDE EMPLOYEES', YOU
14:30:22  24   KNOW, EXPENSES, NO, I -- I'D HAVE TO SAY WE'D HAVE TO
14:30:27  25   LOOK AT THE BOOKS.
```

220

 Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com

## DEPOSITION OF ROBERTO DIAZ

```
 1   STATE OF CALIFORNIA      )
                              )  .SS
 2   COUNTY OF LOS ANGELES    )

 3

 4          I, TRACY M. FOX, CERTIFIED SHORTHAND
 5   REPORTER, CERTIFICATE NUMBER 10449, FOR THE STATE
 6   OF CALIFORNIA, HEREBY CERTIFY:
 7          THE FOREGOING PROCEEDINGS WERE TAKEN
 8   BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,
 9   AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH
10   BY ME;
11          THE TESTIMONY OF THE DEPONENT AND ALL
12   OBJECTIONS MADE AT THE TIME OF THE EXAMINATION
13   WERE RECORDED STENOGRAPHICALLY BY ME AND WERE
14   THEREAFTER TRANSCRIBED;
15          THE FOREGOING TRANSCRIPT IS A TRUE AND
16   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
17          I FURTHER CERTIFY THAT I AM NEITHER
18   COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID
19   ACTION, NOR IN ANY WAY INTERESTED IN THE OUTCOME
20   THEREOF.
21          IN WITNESS WHEREOF, I HAVE HEREUNTO
22   SUBSCRIBED MY NAME THIS 3RD DAY OF OCTOBER, 2016.
23
24
                                _____
25
                                                          348
```


Kelli Norden and Associates
Court Reporters
310.820.7733 phone  310.820.7933 fax
11835 W. Olympic Boulevard Suite 680E
Los Angeles, California 90064
kna@kellinorden.com  www.kellinorden.com