# EXHIBIT F

**HIGHLY CONFIDENTIAL Subject to Protective Order**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, GOLDEN BOY PROMOTIONS, INC., and BERNARD HOPKINS, | Case No. 2:15-cv-03378 JFW (MRWx) |
| Plaintiffs, | *Assigned to Hon. John F. Walter* |
| v. | |
| ALAN HAYMON, ALAN HAYMON DEVELOPMENT, INC., HAYMON HOLDINGS, LLC, HAYMON SPORTS, LLC, HAYMON BOXING MANAGEMENT, HAYMON BOXING, LLC, and RYAN CALDWELL, | |
| Defendants. | |

**EXPERT REPORT OF ROBERT KNEUPER, Ph.D.**

**September 6, 2016**

**PRIVILEGED AND CONFIDENTIAL**

**PREPARED FOR COUNSEL**

**HIGHLY CONFIDENTIAL Subject to Protective Order**

have allowed Haymon to achieve market power in the promotion (and management) of Championship-Caliber Boxers in the U.S.

## VI.    Market Shares and Market Concentration

55.    Market shares and market concentration play an important role in economic analysis of antitrust cases.[76]  This is because firms with high market shares are more likely to be able to exercise market power unilaterally.   Additionally, markets with a small number of competing firms will also tend to be highly concentrated and can be prone to collusion.

56.    From an economic perspective, market shares are but one indicator of the potential ability of a firm, or group of firms, to exercise market power.[77]  From this perspective, market shares must be considered along with analysis of various other evidence relating to the competitive effects of market activities that may raise anticompetitive effects.

57.     The current Merger Guidelines measure market concentration using the Hirschman-Herfindahl Index or the "HHI."  The HHI is used in a variety of antitrust contexts, is a well-accepted measure of market concentration by antitrust practitioners and the courts, and is also the primary measure of concentration used by federal antitrust regulators.[78] The HHI is calculated by summing the squared market shares of each of the competitors in a relevant product and geographic market.  In this way, the HHI gives relatively greater weight to firms with high market shares.  For example, a market with five equally-sized competitors has an HHI of 2,000.[79] But a market with two equally sized competitors has an HHI of 5,000.  The highest possible HHI is 10,000, which is associated with a pure monopoly.

---

[76]        See *Guidelines*, Section 2.1.3 and Section 5.

[77]        See *Guidelines*, Sections 5-12.

[78]        See *Guidelines*, Section 5.3.

[79]        This calculation is based on the sum of the squared market shares of the firms in the market. For example, a firm with a 20% share contributes 400 points (i.e., 20 X 20) towards the total HHI.  And 5 firms equally size firms thus lead to a total HHI of 2000 (i.e., 5 X 400).

24

**EXHIBIT A**                                    26

**HIGHLY CONFIDENTIAL Subject to Protective Order**

58.     Under the Merger Guidelines, markets with HHIs above 2,500 are considered highly concentrated.[80]   Markets with HHIs of between 1,500 and 2,500 are considered moderately concentrated.  And markets with HHIs below 1,500 are unconcentrated.  Under the Merger Guidelines, HHIs above 1,500 potentially raise significant anticompetitive concerns while HHIs above 2,500 are presumed likely to enhance market power.[81]

59.     In cases involving allegations of unilateral anticompetitive conduct, particularly one facing a small set of smaller competitors, the Guidelines' concentration thresholds can be applied as follows.  An industry characterized by a single firm with a market share of 40% and facing a large number of smaller competitors, would have an HHI of around 1,600 and, therefore would be considered moderately concentrated.   And an industry characterized by a single firm with a market share of 50% and facing a large number of smaller competitors, would have an HHI of around 2,500 and therefore would be considered highly concentrated.  These market share levels (40% to 50% or more) are consistent with the general economic notion that a single firm controlling around half or more of the market can potentially possess market power, particularly one that has substantial competitive advantages over its competitors.

60.     Whether such power can in fact be exercised depends on other economic factors.  In this case, there are various other factors that I discuss in more detail in the competitive effects section of this memo which indicate that if Haymon has a market share that is in the 40-50% range, or above that range, in both the relevant markets in this case, then Haymon likely possesses market power.

61.     In this case, I calculate market shares using a variety of economically reasonable alternative calculations of the group of boxers that are of championship-caliber.  Based on various objective criteria characterizing a Championship-Caliber Boxer that I discussed in the background section of this memo, I start with a base case that is as follows:[82]

---

[80]     See *Guidelines*, Section 5.3.

[81]     See *Guidelines*, Section 5.3.  This is only the cases for mergers in moderately concentrated markets in which the change in HHI from the merger is over 100 and highly concentrated markets in which the change in HHI from the merger is over 200.

[82]     I do not at this point have a sufficiently complete and reliable set of data with which to factor purse size into the analysis as a separate indicator.

**EXHIBIT A**                                                      **27**

**HIGHLY CONFIDENTIAL Subject to Protective Order**

- I include any boxer: (1) who has been ranked in the top 10 in any of the 14 weight classes by any of the four sanctioning bodies (WBA, WBC, WBF and IBF) during 2016; and (2) who has appeared on U.S. television at least one time since January 2015;

- I additionally add any boxer: (1) who has been classified as a worldwide champion (a number one ranking) in any of the 14 weight classes by any of the sanctioning bodies since January 2014; and (2) who have appeared on U.S. television since January 2015.[83]

62.     In addition, I include only Championship-Caliber Boxers who are U.S. managed in measuring market shares since foreign managers are not in the U.S. market for managing Championship-Caliber Boxers.   Likewise, I include only the Championship-Caliber Boxers who are U.S. promoted in measuring market shares since foreign promoters are not in this market.

63.     I also make an important adjustment that is conservative insofar as it understates Haymon's market share.  In the cases where the manager or the promoter of the U.S.-based Championship-Caliber Boxer is unknown, I assume those boxers are non-Haymon and include them as being in the market.[84]  To the extent that any of these boxers have foreign managers or are self-managed, then they are not directly competing against U.S. managers of boxers and therefore would not be included in the market.  I make the same adjustment in the promotion market share analysis.  Thus, by including all of these "unknown" boxers and assigning them as being non-Haymon competitors, I am being conservative because this treatment tends to understating Haymon's market share.

64.     Exhibit 3 shows the list of current Championship-Caliber Boxers managed in the U.S.  Exhibit 4 shows a list of the current Championship-Caliber Boxers promoted in the U.S.

65.     The resulting market share calculations for Haymon and other U.S. managers of Championship-Caliber Boxers is shown in Table 1 below. As shown in the table, Haymon has a market share of 49.1% while the other competing managers each of market have shares that are under 5%.

---

[83]     I also remove any boxers where there is information that they are currently retired.

[84]     As shown in Tables 1 and 2, the manager is unknown for 38 Championship-Caliber Boxers that are U.S.-managed and for 19 of the Championship-Caliber Boxers that are U.S.-promoted.

**EXHIBIT A**                                                                    **28**

**HIGHLY CONFIDENTIAL Subject to Protective Order**

## Table 1

### Competitors in the U.S. Market for Managing Championship-Caliber Boxers

| Manager | Count of Boxers | Share of Boxers |
|---|---|---|
| Haymon | 85 | 49.1% |
| Cameron Dunkin | 7 | 4.0% |
| Egis Klimas | 6 | 3.5% |
| Frank Espinoza | 5 | 2.9% |
| Vadim Kornilov | 2 | 1.2% |
| James Prince | 2 | 1.2% |
| Ricky Marquez | 2 | 1.2% |
| Steven Feder | 2 | 1.2% |
| Other | 24 | 13.9% |
| Total [1] | 173 | |

**Note:**
[1] Total of 173 includes 38 boxers for whom the boxer's manager is unknown.  They are assumed to have non-Haymon managers.

**Source:**
See workpaper files "Boxers Final.xlsx," "Rankings Final.xls,"and "Events Final.xlsx."

66.     The resulting market share calculation for Haymon and other U.S. promoters of Championship-Caliber Boxers is shown in Table 2 below.  As shown in the table, Haymon has a market share of 44.2% while the group of alleged Haymon-sham promoters have a market share of 6.1%.  A combined Haymon and Haymon-sham market share is 50.3%.  By contrast, the two next leading promoters are Top Rank at 13.7% and Golden Boy at 10.7%.

27

**EXHIBIT A**                                                                         **29**

**HIGHLY CONFIDENTIAL Subject to Protective Order**

78.     As part of this strategy, Haymon implemented various exclusionary practices that would substantially weaken his key promoter competitors, allowing Haymon to control the majority (or near majority) of the Championship-Caliber Boxers and televised boxing events in the U.S. The key exclusionary elements of Haymon's strategy included:

- "locking up" the majority of Championship-Caliber Boxers via long-term exclusive contracts which give Haymon the power to dictate the boxer's opponent (and opponent's promoter);

- refusing (with few exceptions) to allow Haymon-controlled Championship-Caliber Boxers to participate in fights against Championship-Caliber Boxers represented by key competing promoters including Golden Boy Promotions, Top Rank, and others;

- "tying" the management of Haymon boxers to the promotion of Haymon boxers, which clearly violates the spirit (if not the letter) of Congressionally passed law (the Ali Act) meant to protect boxers from economic harm;

- "locking up" the key networks and cable stations that have historically broadcast boxing via multi-year exclusive contracts.

I discuss each of these elements of Haymon's business strategy in more detail below.

*Haymon Locks In Most of the Key Boxers*

79.     Prior to announcing the PBC in 2015, Haymon began aggressively signing up key boxers to long-term (five year) contracts that gave Haymon exclusive control over the events in which the boxers would participate and the opponents they would face.[99]  Lured in part by large financial payments, key boxers signed up with Haymon and agreed to cede virtually total control of their boxing opportunities to Haymon for five years or more.[100]

80.     In Exhibit 5, I summarize various key terms of the Haymon boxer contracts that were provided in this litigation. As shown in the Exhibit, Haymon signed up 107 boxers in 2014 (50% of total Haymon contracts) and 53 boxers in 2015 (25% of total Haymon contracts). All of these contracts appear to include relatively strong exclusivity provisions,

---

[99]     See, e.g., King 2015; Maese and DePaolo 2015; Pugmire 2016.

[100]    Expert Report of Gary Shaw, September 6, 2016, p. 10.

**EXHIBIT A**                                                                 **36**

**HIGHLY CONFIDENTIAL Subject to Protective Order**

**Figure 3**

### Percentage of Non-PBC Fights on Key Boxing TV Channels Versus Other Boxing TV Channels Jan-July 2014, 2015, 2016



Notes: A single fight aired on multiple stations is counted among each station's fight totals.
Source: See workpaper "Events_with_Promoter.xls."

93.     I separately look at the trend in televised events for Golden Boy.  I focus this analysis on the current set of Golden Boy promoted fighters and analyze the history of their televised fights between 2014 and 2016.  I focus on the time period January – July of each year in order to get a common period comparison.  As shown in Table 5 below, the televised fights for these Golden Boy boxers on key boxing channels went from 49 in January – July 2014 to 9 in January – July 2016 – a fall of 82%.

41

**EXHIBIT A**                                                                                    **43**

HIGHLY CONFIDENTIAL Subject to Protective Order

**Table 5**
**US-Televised Fights by Year**
**Among Fights Shown on Key Boxing Stations and**
**Featuring at Least One Fighter Currently Promoted by Golden Boy**
*Jan-July 2014, 2015, 2016*

| Key Boxing Stations | 2014 Jan-July | 2015 Jan-July | 2016 Jan-July |
|---|---|---|---|
| CBS | 0 | 0 | 0 |
| ESPN | 2 | 1 | 0 |
| FOX SPORTS 1 | 24 | 35 | 0 |
| FOX | 1 | 5 | 0 |
| HBO | 1 | 9 | 9 |
| NBC | 1 | 0 | 0 |
| NBCSN | 0 | 0 | 0 |
| SHOWTIME | 20 | 1 | 0 |
| **TOTAL** | 49 | 51 | 9 |

Notes:
A single fight aired on multiple stations is counted among each station's fight totals.

Sources:
See workpaper "Events_with_Promoter.xls."

94.     Golden Boy was also forced to shift most of its boxing content onto less preferred channels, particularly Estrella.  Again, I focus this analysis on the current set of Golden Boy promoted fighters and analyze the history of their televised fights between 2014 and 2016, and I focus on the time period January – July of each year in order to get a common period comparison.  As shown in Figure 4, 100% of Golden Boy's U.S.-televised events were on key boxing channels in 2014 but that percentage fell to 22% as of 2016.  As a result of Haymon's foreclosure strategy, Golden Boy now has 78% of its televised events on Estrella.

**EXHIBIT A**                                                                                          **44**

**HIGHLY CONFIDENTIAL Subject to Protective Order**



**Figure 4**



Percentage of Fights on Key Boxing TV Channels
Versus Other Boxing TV Channels
Among Fights Featuring at Least One Fighter
Currently Promoted by Golden Boy
Jan-July 2014, 2015, 2016

Notes: A single fight aired on multiple stations is counted among each station's fight totals.
Source: See workpaper "Events_with_Promoter.xls."

95.     As these various data show, Haymon's anticompetitive actions have had a substantial impact on commerce in the tied market for promotion of boxers in the U.S. More particularly, Haymon's anticompetitive actions have economically injured competing boxing promoters, including Golden Boy, by substantially foreclosing those promoters from attracting Championship-Caliber Boxers and from offering competing high-quality boxing events for their existing stable of boxers, particularly U.S. televised boxing events. As a result, Golden Boy and other promoters competing against Haymon, have experienced substantially reduced revenues and profits.  These key boxing promotion competitors are also at risk of even further financial decline (and potential exit) going forward given Haymon's distinct competitive advantages that result from his tying and other exclusionary actions.

96.     Haymon's anticompetitive actions have also harmed, and are likely to harm, numerous boxers, who are the consumers of the services in the relevant markets, and are

**EXHIBIT A**                    **45**

**HIGHLY CONFIDENTIAL Subject to Protective Order**

victims of Haymon's tying actions in the two relevant antitrust markets. The nature of this harm is twofold:

- Non-Haymon Championship-Caliber Boxers have been harmed and are likely to continue to be harmed through reduction in the quality and economic value of the boxing matches in which they participate;

- Many Haymon Championship-Caliber Boxers may be harmed in the future as Haymon reduces key elements of their compensation (e.g., purse size) in part because Haymon must recoup the enormous financial losses that he has experienced in the process of gaining control of Championship-Caliber Boxers and U.S. televised boxing events.

97.    Haymon's actions also have the potential to harm other consumers of U.S. televised boxing events including networks, cable stations, venues, advertisers and viewers. Given that Haymon controls the majority (or near majority) of Championship-Caliber Boxers and the majority of televised air time on key boxing channels, these downstream consumers may ultimately be the victims of Haymon's actions.

98.    Haymon claims that his strategy is fundamentally procompetitive because he has expanded output of U.S. televised events, including events on "free tv," in an attempt to increase the popularity of boxing.[111] This argument is based on two unsupported premises. The first premise is that this alleged output expansion strategy could not have been achieved through competitively less restrictive means.[112]  Haymon has failed to provide any sound economic reason for this premise, specifically why Haymon's exclusionary actions were necessary for Haymon to achieve his alleged growth strategy.

99.    For example, a potentially greater output of high quality boxing events could have occurred if Haymon allowed Haymon-managed and Haymon-promoted Championship-Caliber Boxers to fight against Championship-Caliber Boxers promoted by Golden Boy, Top Rank, and the other key promoters that Haymon appears to have targeted. Under such a scenario, Haymon, PBC and boxing viewers would have benefited from Haymon

---

[111]    Complaint at ¶¶53, 100, and 113.

[112]    Ross, Steven, "The Misunderstood Alliance between Sports Fans, Players, and the Antitrust Laws," 1997 *U. Ill. L. Rev.* 519 (1997), discusses promoting competitive balance through means that are not restrictive.

**EXHIBIT A**

**HIGHLY CONFIDENTIAL Subject to Protective Order**

the bouts of Championship-Caliber Boxers.  The reasons for this are described in the competitive effects section above.  In summary, Haymon's contracting practices and market behavior substantially limited and continue to limit the ability of new entrants to access Championship-Caliber Boxers, and certainly prevented, and will prevent, new entrants from undercutting Haymon's market power or otherwise prevent Haymon from acting anticompetitively.

_____

Robert Kneuper

September 6, 2016

47

**EXHIBIT A**                                                                 **49**

HIGHLY CONFIDENTIAL
Subject to Protective Order

**Exhibit 3**
**U.S. Managed Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| ALGIERI | CHRIS | USA | WELTERWEIGHT |
| ALI | SADAM | USA | WELTERWEIGHT |
| ALVAREZ | ELEIDER | CANADA | LIGHT HEAVYWEIGHT |
| ARREOLA | CRISTOBAL | USA | HEAVYWEIGHT |
| ARROYO | MCJOE | PUERTO RICO | SUPER FLYWEIGHT |
| ARROYO | MCWILLIAMS | PUERTO RICO | FLYWEIGHT |
| AVANESYAN | DAVID | USA | WELTERWEIGHT |
| BARRERA | SULLIVAN | USA | LIGHT HEAVYWEIGHT |
| BARRIOS | MARIO | USA | SUPER BANTAMWEIGHT |
| BARTHELEMY | RANCES | USA | SUPER FEATHERWEIGHT |
| BENAVIDEZ | DAVID | USA | SUPER MIDDLEWEIGHT |
| BENAVIDEZ | JOSE | USA | SUPER WELTERWEIGHT |
| BERTO | ANDRE | USA | WELTERWEIGHT |
| BETERBIEV | ARTUR | CANADA | LIGHT HEAVYWEIGHT |
| BEY | MICKEY | USA | LIGHTWEIGHT |
| BIZIER | KEVIN | CANADA | WELTERWEIGHT |
| BRADLEY | TIMOTHY | USA | WELTERWEIGHT |
| BREAZEALE | DOMINIC | USA | HEAVYWEIGHT |
| BRONER | ADRIEN | USA | WELTERWEIGHT |
| BROWNE | MARCUS | USA | CRUISERWEIGHT |
| BUNDRAGE | CORNELIUS | USA | LIGHT MIDDLEWEIGHT |
| BUNDU | LEONARD | ITALY | WELTERWEIGHT |
| BUTE | LUCIAN | CANADA | LIGHT HEAVYWEIGHT |
| CABALLERO | RANDY | USA | BANTAMWEIGHT |
| CARTAGENA | MIGUEL | USA | FLYWEIGHT |
| CASTILLO | WALTER | NICARAGUA | SUPER LIGHTWEIGHT |
| CHARLO | JERMALL | USA | SUPER WELTERWEIGHT |
| CHARLO | JERMELL | USA | SUPER WELTERWEIGHT |
| CHAVEZ | JULIO | MEXICO | SUPER MIDDLEWEIGHT |
| CRAWFORD | TERENCE | USA | JUNIOR WELTERWEIGHT |
| CUNNINGHAM | STEVE | USA | HEAVYWEIGHT |
| DE LA TORRE | HARMONITO | USA | LIGHTWEIGHT |
| DEGALE | JAMES | UK | SUPER MIDDLEWEIGHT |
| DEREVYANCHENKO | SERGIY | USA | MIDDLEWEIGHT |
| DIAZ | CHRISTOPHER | PUERTO RICO | FEATHERWEIGHT |
| DIAZ | FELIX | DOMINICAN REPUBLIC | SUPER LIGHTWEIGHT |
| DIAZ | JOSEPH | USA | JUNIOR FEATHERWEIGHT |
| DIRRELL | ANDRE | USA | SUPER MIDDLEWEIGHT |
| DIRRELL | ANTHONY | USA | SUPER MIDDLEWEIGHT |
| DONAIRE | NONITO | PHILIPPINES | JUNIOR FEATHERWEIGHT |
| DOUGLAS | ANTOINE | USA | MIDDLEWEIGHT |
| DOUGLAS | OMAR | USA | SUPER FEATHERWEIGHT |
| EASTER | ROBERT | USA | LIGHTWEIGHT |
| ESCANDON | OSCAR | COLOMBIA | SUPER BANTAMWEIGHT |
| FARMER | TEVIN | USA | JUNIOR LIGHTWEIGHT |

**EXHIBIT A**                    **66**

HIGHLY CONFIDENTIAL
Subject to Protective Order

**Exhibit 3**
**U.S. Managed Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| FEDOSOV | ANDREY | RUSSIA | HEAVYWEIGHT |
| FELIX | JOSE | MEXICO | SUPER LIGHTWEIGHT |
| FIGUEROA | OMAR | USA | LIGHTWEIGHT |
| FLORES | BJ | USA | CRUISERWEIGHT |
| FLORES | MOISES | MEXICO | SUPER BANTAMWEIGHT |
| FONFARA | ANDRZEJ | USA | LIGHT HEAVYWEIGHT |
| FORTUNA | JAVIER | DOMINICAN REPUBLIC | SUPER FEATHERWEIGHT |
| FRAMPTON | CARL | UK | SUPER BANTAMWEIGHT |
| GARCIA | DANNY | USA | SUPER LIGHTWEIGHT |
| GARCIA | MIKEY | USA | FEATHERWEIGHT |
| GLAZKOV | VYACHESLAV | USA | HEAVYWEIGHT |
| GLOWACKI | KRZYSZTOF | POL | JR HEAVYWEIGHT |
| GOLOVKIN | GENNADY | KAZ | MIDDLEWEIGHT |
| GOMEZ | EDDIE | USA | JUNIOR MIDDLEWEIGHT |
| GOMEZ | FRANCISCO | USA | JUNIOR WELTERWEIGHT |
| GONZALEZ | JHONNY | MEXICO | SUPER FEATHERWEIGHT |
| GONZALEZ | ROMAN | NICARAGUA | FLYWEIGHT |
| GRADOVICH | EVGENY | RUSSIA | FEATHERWEIGHT |
| GRANADOS | ADRIAN | USA | SUPER LIGHTWEIGHT |
| GROVES | GEORGE | UK | SUPER MIDDLEWEIGHT |
| GUERRERO | ROBERT | USA | WELTERWEIGHT |
| GUZMAN | JONATHAN | DOMINICAN REPUBLIC | SUPER BANTAMWEIGHT |
| GVOZDYK | OLEKSANDR | UKRAINE | LIGHT HEAVYWEIGHT |
| HARRISON | TONY | USA | MIDDLEWEIGHT |
| HART | JESSE | USA | SUPER MIDDLEWEIGHT |
| HERNANDEZ | ANDREW | USA | SUPER MIDDLEWEIGHT |
| HERRERA | MAURICIO | USA | JUNIOR WELTERWEIGHT |
| HUNTER | ERIC | USA | LIGHTWEIGHT |
| HURD | JARRETT | USA | SUPER WELTERWEIGHT |
| IMAM | AMIR | USA | SUPER LIGHTWEIGHT |
| ISLAM | KANAT | USA | WELTERWEIGHT |
| JACK | BADOU | GAMBIA/SWEDEN | SUPER MIDDLEWEIGHT |
| JACKSON | JOHN | USA | SUPER WELTERWEIGHT |
| JACOBS | DANIEL | USA | MIDDLEWEIGHT |
| JENNINGS | BRYANT | USA | HEAVYWEIGHT |
| JOHNSON | TUREANO | USA | MIDDLEWEIGHT |
| KALAJDZIC | RADIVOJE | USA | LIGHT HEAVYWEIGHT |
| KAMEDA | TOMOKI | JAPAN | BANTAMWEIGHT |
| KAYODE | LATEEF | NIG | CRUISERWEIGHT |
| KHAN | AMIR | UK | WELTERWEIGHT |
| KHYTROV | IEVGEN | USA | MIDDLEWEIGHT |
| KIELCZEWSKI | RYAN | USA | SUPER FEATHERWEIGHT |
| KONO | KOHEI | JAPAN | SUPER FLYWEIGHT |
| KOROBOV | MATVEY | USA | MIDDLEWEIGHT |
| KOVALEV | SERGEY | USA | LIGHT HEAVYWEIGHT |

**EXHIBIT A**

67

CONFIDENTIAL
Subject to Protective Order

**Exhibit 3**
**U.S. Managed Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| LARA | ERISLANDY | USA | SUPER WELTERWEIGHT |
| LARA | JORGE | MEXICO | SUPER BANTAMWEIGHT |
| LEE | ANDY | IRE | MIDDLEWEIGHT |
| LIPINETS | SERGEY | USA | JUNIOR WELTERWEIGHT |
| LOMACHENKO | VASYL | UKRAINE | FEATHERWEIGHT |
| LOPEZ | ABRAHAM | USA | FEATHERWEIGHT |
| LUBIN | ERICKSON | USA | SUPER WELTERWEIGHT |
| LUNDY | HENRY | USA | SUPER LIGHTWEIGHT |
| MAGDALENO | JESSIE | USA | FEATHERWEIGHT |
| MARES | ABNER | USA | BANTAMWEIGHT |
| MARTIN | CHARLES | USA | HEAVYWEIGHT |
| MARTINEZ | KIKO | SPAIN | SUPER BANTAMWEIGHT |
| MARTINEZ | ROMAN | PUERTO RICO | SUPER FEATHERWEIGHT |
| MARTIROSYAN | VANES | USA | SUPER WELTERWEIGHT |
| MCCUMBY | TREVOR | USA | LIGHT HEAVYWEIGHT |
| MEDINA | ROGELIO | USA | SUPER MIDDLEWEIGHT |
| MENDEZ | ARGENIS | USA | SUPER FEATHERWEIGHT |
| MILLER | JARRELL | USA | HEAVYWEIGHT |
| MOLINA | CARLOS | USA | SUPER WELTERWEIGHT |
| MOLINA | ERIC | USA | CRUISERWEIGHT |
| MOLINA | JOHN | USA | WELTERWEIGHT |
| MOLINA | OSCAR | USA | WELTERWEIGHT |
| MONAGHAN | SEAN | USA | LIGHT HEAVYWEIGHT |
| MONTIEL | FERNANDO | MEXICO | JR FEATHERWEIGHT |
| MOSLEY | SHANE | USA | WELTERWEIGHT |
| NELSON | WILLIE | USA | SUPER MIDDLEWEIGHT |
| OROZCO | ANTONIO | USA | JUNIOR WELTERWEIGHT |
| ORTIZ | LUIS | USA | HEAVYWEIGHT |
| PASCAL | JEAN | CANADA | LIGHT HEAVYWEIGHT |
| PAYANO | JUAN | USA | BANTAMWEIGHT |
| PEDRAZA | JOSE | PUERTO RICO | SUPER FEATHERWEIGHT |
| PEREZ | DARLEYS | USA | LIGHTWEIGHT |
| PETERSON | LAMONT | USA | SUPER LIGHTWEIGHT |
| PORTER | SHAWN | USA | WELTERWEIGHT |
| POSTOL | VIKTOR | UKRAINE | SUPER LIGHTWEIGHT |
| QUILLIN | PETER | USA | MIDDLEWEIGHT |
| RABCHENKO | SERGEY | BELARUS | SUPER WELTERWEIGHT |
| RAMIREZ | JOSE | USA | LIGHT WELTERWEIGHT |
| REDKACH | IVAN | USA | LIGHTWEIGHT |
| RIOS | RONNY | USA | FEATHERWEIGHT |
| ROBINSON | RAY | USA | WELTERWEIGHT |
| RODRIGUEZ | EDWIN | USA | LIGHT HEAVYWEIGHT |
| RODRIGUEZ | EMMANUEL | PUERTO RICO | BANTAMWEIGHT |
| RODRIGUEZ | SAUL | USA | SUPER FEATHERWEIGHT |
| ROJAS | JESUS | PUR | SUPER BANTAMWEIGHT |

**EXHIBIT A** 68

HIGHLY CONFIDENTIAL
Subject to Protective Order

**Exhibit 3**
**U.S. Managed Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| ROSA | LUIS | USA | JUNIOR FEATHERWEIGHT |
| RUIZ | ANDY | USA | HEAVYWEIGHT |
| RUIZ | HUGO | MEXICO | SUPER BANTAMWEIGHT |
| RUSSELL | GARY | USA | FEATHERWEIGHT |
| SANCHEZ | GILBERTO | MEXICO | SUPER MIDDLEWEIGHT |
| SANTA CRUZ | LEO | USA | SUPER BANTAMWEIGHT |
| SANTIAGO | ALEXIS | USA | BANTAMWEIGHT |
| SCOTT | MALIK | USA | HEAVYWEIGHT |
| SELBY | LEE | UK | FEATHERWEIGHT |
| SELDIN | CLETUS | USA | SUPER LIGHTWEIGHT |
| SHABRANSKYY | VYACHESLAV | USA | LIGHT HEAVYWEIGHT |
| SHIMMELL | JORDAN | USA | HEAVYWEIGHT |
| SHUMENOV | BEIBUT | USA | CRUISERWEIGHT |
| SMITH | ISHE | USA | JUNIOR MIDDLEWEIGHT |
| SMITH | JOE | USA | LIGHT HEAVYWEIGHT |
| SOLIMAN | SAM | AUSTRALIA | MIDDLEWEIGHT |
| SOSA | JASON | USA | JR LIGHTWEIGHT |
| SPENCE | ERROL | USA | WELTERWEIGHT |
| STEVENS | CURTIS | USA | MIDDLEWEIGHT |
| STEVENSON | ADONIS | CANADA | LIGHT HEAVYWEIGHT |
| STIVERNE | BERMANE | HAITI/CANADA | HEAVYWEIGHT |
| SZPILKA | ARTUR | POLAND | HEAVYWEIGHT |
| TARVER | ANTONIO | USA | HEAVYWEIGHT |
| THURMAN | KEITH | USA | WELTERWEIGHT |
| TROUT | AUSTIN | USA | SUPER WELTERWEIGHT |
| VALDEZ | OSCAR | MEXICO | FEATHERWEIGHT |
| VARGAS | FRANCISCO | MEXICO | JUNIOR LIGHTWEIGHT |
| VARGAS | JESSIE | USA | WELTERWEIGHT |
| VASQUEZ | MIGUEL | MEXICO | LIGHTWEIGHT |
| VASQUEZ | SAMMY | USA | WELTERWEIGHT |
| VERDEJO | FELIX | PUERTO RICO | LIGHTWEIGHT |
| VILORIA | BRIAN | USA | LIGHT FLYWEIGHT |
| WADE | DOMINIC | USA | MIDDLEWEIGHT |
| WARD | ANDRE | USA | SUPER MIDDLEWEIGHT |
| WARREN | RAUSHEE | USA | BANTAMWEIGHT |
| WILDER | DEONTAY | USA | HEAVYWEIGHT |
| WILLIAMS | JULIAN | USA | SUPER WELTERWEIGHT |
| WILLIAMS | THOMAS | USA | LIGHT HEAVYWEIGHT |

Source:  See workpapers "Boxers Final.xlsx," "Events Final.xlsx" and "Rankings Final.xlsx."

**EXHIBIT A**                                                                 **69**

HIGHLY CONFIDENTIAL
Subject to Protective Order

**Exhibit 4**
**U.S. Promoted Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| ALGIERI | CHRIS | USA | WELTERWEIGHT |
| ALI | SADAM | USA | WELTERWEIGHT |
| ALVAREZ | ELEIDER | CANADA | LIGHT HEAVYWEIGHT |
| ALVAREZ | SAUL | MEXICO | JUNIOR MIDDLEWEIGHT |
| ARREOLA | CRISTOBAL | USA | HEAVYWEIGHT |
| ARROYO | MCJOE | PUERTO RICO | SUPER FLYWEIGHT |
| ARROYO | MCWILLIAMS | PUERTO RICO | FLYWEIGHT |
| AVANESYAN | DAVID | USA | WELTERWEIGHT |
| BARRERA | SULLIVAN | USA | LIGHT HEAVYWEIGHT |
| BARRIOS | MARIO | USA | SUPER BANTAMWEIGHT |
| BARTHELEMY | RANCES | USA | SUPER FEATHERWEIGHT |
| BENAVIDEZ | DAVID | USA | SUPER MIDDLEWEIGHT |
| BENAVIDEZ | JOSE | USA | SUPER WELTERWEIGHT |
| BERTO | ANDRE | USA | WELTERWEIGHT |
| BETERBIEV | ARTUR | CANADA | LIGHT HEAVYWEIGHT |
| BEY | MICKEY | USA | LIGHTWEIGHT |
| BIZIER | KEVIN | CANADA | WELTERWEIGHT |
| BRADLEY | TIMOTHY | USA | WELTERWEIGHT |
| BREAZEALE | DOMINIC | USA | HEAVYWEIGHT |
| BRONER | ADRIEN | USA | WELTERWEIGHT |
| BROWNE | MARCUS | USA | CRUISERWEIGHT |
| BUNDRAGE | CORNELIUS | USA | LIGHT MIDDLEWEIGHT |
| BUNDU | LEONARD | ITALY | WELTERWEIGHT |
| BUTE | LUCIAN | CANADA | LIGHT HEAVYWEIGHT |
| CABALLERO | RANDY | USA | BANTAMWEIGHT |
| CAPARELLO | BLAKE | AUSTRALIA | SUPER MIDDLEWEIGHT |
| CARTAGENA | MIGUEL | USA | FLYWEIGHT |
| CASTELLANOS | ROBINSON | USA | FEATHERWEIGHT |
| CASTILLO | WALTER | NICARAGUA | SUPER LIGHTWEIGHT |
| CHARLO | JERMALL | USA | SUPER WELTERWEIGHT |
| CHARLO | JERMELL | USA | SUPER WELTERWEIGHT |
| CHAVEZ | JULIO | MEXICO | SUPER MIDDLEWEIGHT |
| CHILEMBA | ISAAC | SOUTH AFRICA | LIGHT HEAVYWEIGHT |
| COTA | JORGE | MEXICO | SUPER WELTERWEIGHT |
| COTTO | MIGUEL | PUERTO RICO | MIDDLEWEIGHT |
| CRAWFORD | TERENCE | USA | JUNIOR WELTERWEIGHT |
| CUNNINGHAM | STEVE | USA | HEAVYWEIGHT |
| DE LA HOYA | DIEGO | MEXICO | JUNIOR FEATHERWEIGHT |
| DE LA TORRE | HARMONITO | USA | LIGHTWEIGHT |
| DEGALE | JAMES | UK | SUPER MIDDLEWEIGHT |
| DEL VALLE | LUIS | PUERTO RICO | SUPER BANTAMWEIGHT |
| DEREVYANCHENKO | SERGIY | USA | MIDDLEWEIGHT |
| DIAZ | CHRISTOPHER | PUERTO RICO | FEATHERWEIGHT |
| DIAZ | FELIX | DOMINICAN REPUBLIC | SUPER LIGHTWEIGHT |
| DIAZ | JOSEPH | USA | JUNIOR FEATHERWEIGHT |

**EXHIBIT A**                                                                70

HIGHLY CONFIDENTIAL
Subject to Protective Order

**Exhibit 4**
**U.S. Promoted Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| DIRRELL | ANDRE | USA | SUPER MIDDLEWEIGHT |
| DIRRELL | ANTHONY | USA | SUPER MIDDLEWEIGHT |
| DONAIRE | NONITO | PHILIPPINES | JUNIOR FEATHERWEIGHT |
| DOUGLAS | ANTOINE | USA | MIDDLEWEIGHT |
| DOUGLAS | OMAR | USA | SUPER FEATHERWEIGHT |
| EASTER | ROBERT | USA | LIGHTWEIGHT |
| ESCANDON | OSCAR | COLOMBIA | SUPER BANTAMWEIGHT |
| FARMER | TEVIN | USA | JUNIOR LIGHTWEIGHT |
| FEDOSOV | ANDREY | RUSSIA | HEAVYWEIGHT |
| FELIX | JOSE | MEXICO | SUPER LIGHTWEIGHT |
| FIGUEROA | OMAR | USA | LIGHTWEIGHT |
| FLORES | BJ | USA | CRUISERWEIGHT |
| FLORES | MOISES | MEXICO | SUPER BANTAMWEIGHT |
| FONFARA | ANDRZEJ | USA | LIGHT HEAVYWEIGHT |
| FORTUNA | JAVIER | DOMINICAN REPUBLIC | SUPER FEATHERWEIGHT |
| FRAMPTON | CARL | UK | SUPER BANTAMWEIGHT |
| GARCIA | DANNY | USA | SUPER LIGHTWEIGHT |
| GARCIA | MIKEY | USA | FEATHERWEIGHT |
| GASSIEV | MURAT | RUSSIA | CRUISERWEIGHT |
| GLAZKOV | VYACHESLAV | USA | HEAVYWEIGHT |
| GLOWACKI | KRZYSZTOF | POL | JR HEAVYWEIGHT |
| GOLOVKIN | GENNADY | KAZ | MIDDLEWEIGHT |
| GOMEZ | EDDIE | USA | JUNIOR MIDDLEWEIGHT |
| GOMEZ | FRANCISCO | USA | JUNIOR WELTERWEIGHT |
| GONZALEZ | JHONNY | MEXICO | SUPER FEATHERWEIGHT |
| GRADOVICH | EVGENY | RUSSIA | FEATHERWEIGHT |
| GRANADOS | ADRIAN | USA | SUPER LIGHTWEIGHT |
| GUERRERO | ROBERT | USA | WELTERWEIGHT |
| GUZMAN | JONATHAN | DOMINICAN REPUBLIC | SUPER BANTAMWEIGHT |
| GVOZDYK | OLEKSANDR | UKRAINE | LIGHT HEAVYWEIGHT |
| HARRISON | TONY | USA | MIDDLEWEIGHT |
| HART | JESSE | USA | SUPER MIDDLEWEIGHT |
| HERNANDEZ | ANDREW | USA | SUPER MIDDLEWEIGHT |
| HERNANDEZ | JUAN | MEXICO | LIGHT FLYWEIGHT |
| HERRERA | MAURICIO | USA | JUNIOR WELTERWEIGHT |
| HUCK | MARCO | GERMANY | CRUISERWEIGHT |
| HUNTER | ERIC | USA | LIGHTWEIGHT |
| HURD | JARRETT | USA | SUPER WELTERWEIGHT |
| IMAM | AMIR | USA | SUPER LIGHTWEIGHT |
| ISLAM | KANAT | USA | WELTERWEIGHT |
| JACK | BADOU | GAMBIA/SWEDEN | SUPER MIDDLEWEIGHT |
| JACKSON | JOHN | USA | SUPER WELTERWEIGHT |
| JACOBS | DANIEL | USA | MIDDLEWEIGHT |
| JENNINGS | BRYANT | USA | HEAVYWEIGHT |
| JOHNSON | TUREANO | USA | MIDDLEWEIGHT |

**EXHIBIT A**                    **71**

HIGHLY CONFIDENTIAL
Subject to Protective Order

**Exhibit 4**
**U.S. Promoted Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| KALAJDZIC | RADIVOJE | USA | LIGHT HEAVYWEIGHT |
| KAMEDA | TOMOKI | JAPAN | BANTAMWEIGHT |
| KAYODE | LATEEF | NIG | CRUISERWEIGHT |
| KHAN | AMIR | UK | WELTERWEIGHT |
| KHYTROV | IEVGEN | USA | MIDDLEWEIGHT |
| KIELCZEWSKI | RYAN | USA | SUPER FEATHERWEIGHT |
| KLIMOV | ANDREY | RUSSIA | SUPER FEATHERWEIGHT |
| KLITSCHKO | WLADIMIR | UKRAINE | HEAVYWEIGHT |
| KONO | KOHEI | JAPAN | SUPER FLYWEIGHT |
| KOROBOV | MATVEY | USA | MIDDLEWEIGHT |
| KOVALEV | SERGEY | USA | LIGHT HEAVYWEIGHT |
| LARA | ERISLANDY | USA | SUPER WELTERWEIGHT |
| LARA | JORGE | MEXICO | SUPER BANTAMWEIGHT |
| LEE | ANDY | IRE | MIDDLEWEIGHT |
| LEMIEUX | DAVID | CANADA | MIDDLEWEIGHT |
| LINARES | JORGE | JAPAN | LIGHTWEIGHT |
| LIPINETS | SERGEY | USA | JUNIOR WELTERWEIGHT |
| LOMACHENKO | VASYL | UKRAINE | FEATHERWEIGHT |
| LOPEZ | ABRAHAM | USA | FEATHERWEIGHT |
| LUBIN | ERICKSON | USA | SUPER WELTERWEIGHT |
| LUNDY | HENRY | USA | SUPER LIGHTWEIGHT |
| MAGDALENO | JESSIE | USA | FEATHERWEIGHT |
| MAGOMEDOV | ARIF | RUSSIA | MIDDLEWEIGHT |
| MARES | ABNER | USA | BANTAMWEIGHT |
| MARTIN | CHARLES | USA | HEAVYWEIGHT |
| MARTINEZ | KIKO | SPAIN | SUPER BANTAMWEIGHT |
| MARTINEZ | ROMAN | PUERTO RICO | SUPER FEATHERWEIGHT |
| MARTIROSYAN | VANES | USA | SUPER WELTERWEIGHT |
| MATTHYSSE | LUCAS | ARGENTINA | JUNIOR WELTERWEIGHT |
| MCCUMBY | TREVOR | USA | LIGHT HEAVYWEIGHT |
| MENDEZ | ARGENIS | USA | SUPER FEATHERWEIGHT |
| MIKHAYLENKO | DMITRY | RUSSIA | WELTERWEIGHT |
| MILLER | JARRELL | USA | HEAVYWEIGHT |
| MOLINA | CARLOS | USA | SUPER WELTERWEIGHT |
| MOLINA | ERIC | USA | CRUISERWEIGHT |
| MOLINA | JOHN | USA | WELTERWEIGHT |
| MOLINA | OSCAR | USA | WELTERWEIGHT |
| MONAGHAN | SEAN | USA | LIGHT HEAVYWEIGHT |
| MOSLEY | SHANE | USA | WELTERWEIGHT |
| NELSON | WILLIE | USA | SUPER MIDDLEWEIGHT |
| NJIKAM | HASSAN | CMR | MIDDLEWEIGHT |
| OROZCO | ANTONIO | USA | JUNIOR WELTERWEIGHT |
| ORTIZ | LUIS | USA | HEAVYWEIGHT |
| PACQUIAO | MANNY | PHILIPPINES | WELTERWEIGHT |
| PAYANO | JUAN | USA | BANTAMWEIGHT |

**EXHIBIT A**                72

HIGHLY CONFIDENTIAL
Subject to Protective Order

**Exhibit 4**
**U.S. Promoted Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| PEDRAZA | JOSE | PUERTO RICO | SUPER FEATHERWEIGHT |
| PEREZ | DARLEYS | USA | LIGHTWEIGHT |
| PEREZ | MICHAEL | USA | JUNIOR WELTERWEIGHT |
| PETERSON | LAMONT | USA | SUPER LIGHTWEIGHT |
| PETROV | PETR | SPAIN | LIGHTWEIGHT |
| PORTER | SHAWN | USA | WELTERWEIGHT |
| POSTOL | VIKTOR | UKRAINE | SUPER LIGHTWEIGHT |
| PROVODNIKOV | RUSLAN | RUSSIA | LIGHT WELTERWEIGHT |
| QUILLIN | PETER | USA | MIDDLEWEIGHT |
| RABCHENKO | SERGEY | BELARUS | SUPER WELTERWEIGHT |
| RAMIREZ | JOSE | USA | LIGHT WELTERWEIGHT |
| REDKACH | IVAN | USA | LIGHTWEIGHT |
| RIGONDEAUX | GUILLERMO | CUB | SUPER BANTAMWEIGHT |
| RIOS | RONNY | USA | FEATHERWEIGHT |
| ROBINSON | RAY | USA | WELTERWEIGHT |
| RODRIGUEZ | EDWIN | USA | LIGHT HEAVYWEIGHT |
| RODRIGUEZ | EMMANUEL | PUERTO RICO | BANTAMWEIGHT |
| RODRIGUEZ | SAUL | USA | SUPER FEATHERWEIGHT |
| ROJAS | JESUS | PUR | SUPER BANTAMWEIGHT |
| ROSA | LUIS | USA | JUNIOR FEATHERWEIGHT |
| RUIZ | ANDY | USA | HEAVYWEIGHT |
| RUIZ | HUGO | MEXICO | SUPER BANTAMWEIGHT |
| RUSSELL | GARY | USA | FEATHERWEIGHT |
| SANCHEZ | GILBERTO | MEXICO | SUPER MIDDLEWEIGHT |
| SANTA CRUZ | LEO | USA | SUPER BANTAMWEIGHT |
| SANTIAGO | ALEXIS | USA | BANTAMWEIGHT |
| SCOTT | MALIK | USA | HEAVYWEIGHT |
| SELBY | LEE | UK | FEATHERWEIGHT |
| SELDIN | CLETUS | USA | SUPER LIGHTWEIGHT |
| SHABRANSKYY | VYACHESLAV | USA | LIGHT HEAVYWEIGHT |
| SHAFIKOV | DENIS | RUSSIA | LIGHTWEIGHT |
| SHELESTYUK | TARAS | UKRAINE | SUPER WELTERWEIGHT |
| SHIMING | ZOU | CHINA | FLYWEIGHT |
| SHIMMELL | JORDAN | USA | HEAVYWEIGHT |
| SHUMENOV | BEIBUT | USA | CRUISERWEIGHT |
| SMITH | ISHE | USA | JUNIOR MIDDLEWEIGHT |
| SMITH | JOE | USA | LIGHT HEAVYWEIGHT |
| SOSA | JASON | USA | JR LIGHTWEIGHT |
| SPENCE | ERROL | USA | WELTERWEIGHT |
| STEVENS | CURTIS | USA | MIDDLEWEIGHT |
| STEVENSON | ADONIS | CANADA | LIGHT HEAVYWEIGHT |
| STIVERNE | BERMANE | HAITI/CANADA | HEAVYWEIGHT |
| SZPILKA | ARTUR | POLAND | HEAVYWEIGHT |
| TARVER | ANTONIO | USA | HEAVYWEIGHT |
| TEIXEIRA | PATRICK | BRAZIL | JUNIOR MIDDLEWEIGHT |

**EXHIBIT A**                                                         **73**

HIGHLY CONFIDENTIAL
Subject to Protective Order

**Exhibit 4**
**U.S. Promoted Championship Caliber Boxers**

| Last Name | First Name | Country | Weight Class |
|---|---|---|---|
| THEOPHANE | ASHLEY | UK | JUNIOR WELTERWEIGHT |
| THURMAN | KEITH | USA | WELTERWEIGHT |
| TROUT | AUSTIN | USA | SUPER WELTERWEIGHT |
| VALDEZ | OSCAR | MEXICO | FEATHERWEIGHT |
| VARGAS | FRANCISCO | MEXICO | JUNIOR LIGHTWEIGHT |
| VARGAS | JESSIE | USA | WELTERWEIGHT |
| VASQUEZ | MIGUEL | MEXICO | LIGHTWEIGHT |
| VASQUEZ | SAMMY | USA | WELTERWEIGHT |
| VERDEJO | FELIX | PUERTO RICO | LIGHTWEIGHT |
| VILORIA | BRIAN | USA | LIGHT FLYWEIGHT |
| WADE | DOMINIC | USA | MIDDLEWEIGHT |
| WALTERS | NICHOLAS | JAMAICA | FEATHERWEIGHT |
| WARD | ANDRE | USA | SUPER MIDDLEWEIGHT |
| WARREN | RAUSHEE | USA | BANTAMWEIGHT |
| WILDER | DEONTAY | USA | HEAVYWEIGHT |
| WILLIAMS | JULIAN | USA | SUPER WELTERWEIGHT |
| WILLIAMS | THOMAS | USA | LIGHT HEAVYWEIGHT |

Source:  See workpapers "Boxers Final.xlsx," "Events Final.xlsx" and "Rankings Final.xlsx."