BERTRAM FIELDS (SBN 024199)
BFields@ggfirm.com
RICARDO P. CESTERO (SBN 203230)
RCestero@GreenbergGlusker.com
JAMES R. MOLEN (SBN 260269)
JMolen@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
 CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs
Golden Boy Promotions, LLC, Golden Boy Promotions, Inc. and Bernard Hopkins

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BOY PROMOTIONS, LLC, GOLDEN BOY PROMOTIONS, INC. and BERNARD HOPKINS,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HAYMON, ALAN HAYMON DEVELOPMENT, INC., HAYMON HOLDINGS, LLC, HAYMON SPORTS, LLC, HAYMON BOXING MANAGEMENT, HAYMON BOXING LLC, and RYAN CALDWELL,<br><br>Defendants. | Case No. 2:15-cv-03378 JFW (MRWx)<br><br>*Assigned to Hon. John F. Walter*<br><br>**DECLARATION OF ELIZABETH SBARDELLATI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1 TO EXCLUDE THE TESTIMONY OF GENE DEETZ**<br><br>[Defendants' Motion in Limine No. 1 and Declaration of Adam Wolfson filed concurrently herewith]<br><br>Complaint Filed: May 5, 2015<br>SAC Filed: January 20, 2016<br>Final Pre-Trial Conference: January 20, 2017<br>Hearing on Motions in Limine: February 10, 2017<br>Trial: March 14, 2017 |

17896-00617/2734819.1

DECLARATION OF SBARDELLATI ISO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1

# DECLARATION OF ELIZABETH SBARDELLATI

I, Elizabeth Sbardellati, declare as follows:

1. I am a member of the bar of the State of California, and an associate at Greenberg Glusker Fields Claman and Machtinger LLP, attorneys for Plaintiffs Golden Boy Promotions, Inc., Golden Boy Promotions LLC, and Bernard Hopkins ("Plaintiffs").

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion in Limine No. 1 to Exclude the Testimony of Gene Deetz. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

3. Attached hereto as Exhibit 1 are true and correct copies of relevant pages from the Expert Report of Robert Kneuper, Ph.D., dated September 6, 2016 ("Kneuper Report").

4. Attached hereto as Exhibit 2 are true and correct copies of relevant pages from the Expert Report of Gene Deetz, dated September 6, 2016 ("Deetz Report").

5. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 3 to the Expert Report of Gene Deetz, as revised and produced to Defendants on October 18, 2016 ("Exhibit 3 (Revised)").

6. Attached hereto as Exhibit 4 are true and correct copies of relevant pages from the Expert Report of Michael P. Smith, Ph.D., dated September 27, 2016 ("Smith Report").

7. Attached hereto as Exhibit 5 are true and correct copies of excerpts from the October 19, 2016 deposition of Gene Deetz ("Deetz Depo.").

8. Attached hereto as Exhibit 6 are true and correct copies of excerpts from the September 28, 2016 deposition of Roberto Diaz ("Diaz Depo.")

9. Attached hereto as Exhibit 7 are true and correct copies of excerpts from the September 22, 2016 deposition of Eric Gomez ("Gomez Depo.").

10. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the September 23, 2016 deposition of Oscar De La Hoya ("De La Hoya Depo.").

11. Attached hereto as Exhibit 9 are true and correct copies of excerpts from the October 21, 2016 deposition of Robert Kneuper, Ph.D. ("Kneuper Depo.").

12. Attached hereto as Exhibit 10 are true and correct copies of excerpts from the September 30, 2016 deposition of Michael P. Ring ("Ring Depo").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of January, 2017, at Los Angeles, California.

/s/ *Elizabeth Sbardellati*