**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GOLDEN BOY PRODUCTIONS, LLC, *et al.*, | Case No. 2:15-cv-3378-JFW-MRW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ALAN HAYMON, *et al.*, | Judge: Hon. John F. Walter |
| Defendants. | |

1   THE COURT, HAVING CONSIDERED AND GRANTED the Motions for
2   Summary Judgment by Defendant Alan Haymon and, separately, Defendants Alan
3   Haymon Development, Inc., Haymon Boxing LLC, Haymon Boxing Management,
4   Haymon Holdings LLC, and Haymon Sports LLC (ECF Nos. 147 and 158,
5   respectively) by Order entered January 26, 2017 (ECF No. 339),

6   HEREBY ENTERS JUDGMENT for Defendants.  Plaintiffs Golden Boy
7   Promotions, Inc., Golden Boy Promotions, LLC, and Bernard Hopkins shall take
8   nothing by way of the Second Amended Complaint, and its claims brought pursuant
9   to the Sherman Antitrust Act, 15 U.S.C. §§ 1 and 2 against Defendants are
10  DISMISSED WITH PREJUDICE.  The Court declines to exercise supplemental
11  jurisdiction over Plaintiffs' state law claims and those claims are DISMISSED
12  WITHOUT PREJUDICE.  As the prevailing parties, Defendants are entitled to costs
13  pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-1 *et seq*.

14
15  SO ORDERED.
16
17  DATED: February 1, 2017
18
19                                              Hon. John F. Walter
20                                              United States District Judge
21
22
23
24
25
26
27
28